# EXHIBIT 1



**NATIONAL GUARD BUREAU**
111 SOUTH GEORGE MASON DRIVE
ARLINGTON VA  22204-1373

MEMORANDUM FOR: THE ADJUTANT GENERAL, OREGON NATIONAL GUARD

SUBJECT: Request for Oregon National Guard Federal Protection Mission

1.  I am writing to inform you that the Department of War has received a request from the Department of Homeland Security (DHS) for immediate assistance to protect federal personnel, functions, and property in Oregon. In response, the Secretary of War has authorized additional federal funding for up to 200 members of the Oregon National Guard (ORNG) under Title 32 United States Code, Section 502(f), to perform this mission in a non-federalized status under your command and control.

2.  I have enclosed DHS's request for protective measures while executing operations in Oregon. Due to the circumstances and immediate nature of this request, if ORNG forces are not mobilized in the next 12 hours, the Secretary of War may direct the mobilization of as many members of the ORNG as he may deem necessary under Title 10 United States Code.

3.  The Department of War greatly appreciates your collaboration on this emergent situation. If your Governor agrees to a Title 32 mobilization of the ORNG, we will work with DHS to coordinate mission details with you.  To be clear, we believe time is of the essence and failure to mobilize sufficient forces quickly to address the situation may risk lives and property damage.  I respectfully request that you inform me immediately if your Governor is unable or unwilling to mobilize the ORNG under Title 32 to perform the necessary protective functions.

RIEGER.TIMOTHY.LEE.1169002670
Digitally signed by RIEGER.TIMOTHY.LEE.1169002670
Date: 2025.09.27 14:21:14 -04'00'

Encl as.

Timothy L. Rieger
Major General, USA
Acting Vice Chief, National Guard Bureau