ROBERT L. TAYLOR
Portland City Attorney
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, *et al.*,<br><br>                                *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*<br><br>                                *Defendants*. | Case No. 3:25-cv-01756<br><br>**NOTICE OF APPEARANCE OF CAROLINE TURCO** |

### NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff City of Portland in this case.

//

//

//

Page 1 -    NOTICE OF APPEARANCE OF CAROLINE TURCO

DATED: September 28, 2025

        Respectfully submitted,

        ROBERT TAYLOR  #044287
        Portland City Attorney

        *s/ Caroline Turco*
        CAROLINE TURCO  #083813
        Senior Deputy City Attorney
        NAOMI SHEFFIELD  #170601
        Chief Deputy City Attorney
        1221 SW Fourth Avenue
        Fourth Floor, Room 430
        Portland, OR 97204
        Tel: (503) 823-4047
        Fax: (503) 823-3089
        Caroline.Turco@portlandoregon.gov
        Naomi.Sheffield@portlandoregon.gov

        *Counsel for the City of Portland*