# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-SI |
| Plaintiffs, | |
| v. | DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |
| DONALD TRUMP, in his official capacity as the President of the United States, et al., | |
| Defendants. | |

I, Brian Marshall, declare under penalty of perjury as follows:

1.      I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2.      Attachment 1 to this declaration is a true and correct copy of the Declaration of Lieutenant General Jeffrey S. Buchanan, (Retired), dated September 9, 2025, previously filed in *District of Columbia v. Trump*, No. 1:25-cv-03005-JMC (D.D.C.), ECF No. 3-3.

3.      Attachment 2 to this declaration is a true and correct copy of the Declaration of Reneé Hall, dated September 9, 2025, previously filed in *District of Columbia v. Trump*, No. 1:25-cv-03005-JMC (D.D.C.), ECF No. 3-4, without its exhibits.

4.      Attachment 3 to this declaration is a true and correct copy of a June 6, 2025 news article authored by Yesenia Amaro and published by The Oregonian/OregonLIVE, entitled *Three Demonstrators Briefly Detained at ICE Office in Portland During Protest to Support Immigrants*, available at https://www.oregonlive.com/politics/2025/06/three-demonstrators-briefly-detained-at-ice-office-in-portland-during-protest-to-support-immigrants.html.

Page 1 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR
          TEMPORARY RESTRAINING ORDER

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

5.      Attachment 4 to this declaration is a true and correct copy of an August 21, 2024 news article authored by Phillip Bump and published by the Washington Post, entitled Phillip Bump, *Trump's Claims About Violent Crime Increasingly Diverge from Reality*,

https://www.washingtonpost.com/politics/2024/08/21/trump-crime-fear/.

6.      Attachment 5 to this declaration is a true and correct copy of an August 8, 2025 press release from the City of Portland, entitled *Portland Sees Decline in Violent Crime; Homicides Down 51% in First Half of 2025*, available at https://www.portland.gov/mayor/keith-wilson/news/2025/8/8/portland-sees-decline-violent-crime-homicides-down-51-first-half.

7.      Attachment 6 to this declaration is a true and correct copy of an August 12, 2025 news article authored by Brett Samuels and published by The Hill, entitled *Trump Steps Up Clash with DC, Democratic-Led Cities*, available at

https://thehill.com/homenews/administration/5447093-trump-dc-democratic-cities-chicago.

8.      Attachment 7 to this declaration is a true and correct printout of a September 26, 2025 webpage post by the U.S. Attorney General's Office, Department of Justice, entitled *U.S. Sanctuary Jurisdiction List Following Executive Order 14287: Protecting American Communities from Criminal Aliens*, available at https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities.

9.      Attachment 8 to this declaration is a true and correct copy of the letters from Pam Bondi, U.S. Attorney General, to various state and city leaders, including Tina Kotek, Governor of the State of Oregon and Keith Wilson, Mayor of the City of Portland, dated August 13, 2025, available at https://www.justice.gov/ag/media/1411166/dl?inline.

10.     Attachment 9 to this declaration is a true and correct copy of an August 19, 2025 news article authored by Mia Maldonado and published by Oregon Capital Chronicle, entitled *'I Respectfully Disagree': Kotek Says Oregon Will Follow Sanctuary Law Despite Threats*, available at https://oregoncapitalchronicle.com/2025/08/19/i-respectfully-disagree-kotek-says-oregon-will-follow-sanctuary-law-despite-threats/.

Page 2 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR
            TEMPORARY RESTRAINING ORDER

11.     Attachment 10 to this declaration is a true and correct copy of an April 30, 2025 news article published by Time Magazine, entitled *Read the Full Transcripts of Donald Trump's Interviews With TIME*, available at https://time.com/6972022/donald-trump-transcript-2024-election/.

12.     Attachment 11 to this declaration is a true and correct copy of a June 10, 2025 news article authored by Meg Kinnard and Adriana Gomez Licon and published by AP News, entitled *In His Own Words: Trump Said During 2024 Campaign He Would Use Military for Immigration Enforcement*, available at https://apnews.com/article/trump-immigration-military-los-angeles-a2611009fd40d593f07c58255911513d.

13.     Attachment 12 to this declaration is a true and correct copy of the social media post by Donald J. Trump (@realDonaldTrump) on Truth Social, dated September 27, 2025, available at https://truthsocial.com/@realDonaldTrump/posts/115276694936263266.

14.     Attachment 13 to this declaration is a true and correct copy of a September 27, 2025 news article authored by Luke Broadwater, Hamed Aleaziz and Anna Griffin and published by the New York Times, entitled *Trump Says He Has Ordered Troops to Protect ICE Facilities in Portland*, available at https://www.nytimes.com/2025/09/27/us/politics/trump-portland-troops.html.

15.     Attachment 14 to this declaration is a true and correct copy of the press release by the Governor of the State of Oregon, Tina Kotek, issued on September 28, 2025, entitled "Governor Kotek and Attorney General Fight Back on President Trump's Abuse of Power,"on file with the author.

16.     Attachment 15 to this declaration is a true and correct copy of the press release by the Attorney General of the State of Oregon, Dan Rayfield issued on September 28, 2025, entitled "Oregon Sues Trump Administration Over Unlawful Federalization of National Guard," on file with the author.

Page 3 -    DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR
            TEMPORARY RESTRAINING ORDER

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

17.     Attachment 16 to this declaration is a true and correct copy of a June 10, 2025 news article authored by Zaeem Shaikh and published by The Oregonian/OregonLIVE, entitled *Portland Police Clear Blockade of ICE Office; Chief Says It Was for Safety Not Immigration Information*, available at https://www.oregonlive.com/crime/2025/06/portland-police-clear-blockade-of-ice-office-chief-says-it-was-for-safety-not-immigration-enforcement.html.

18.     Attachment 17 to this declaration is a true and correct copy of a September 12, 2025 news article authored by Fedor Zarkhin and Zaeem Shaikh and published by The Oregonian/OregonLIVE, entitled *How ICE Protests Have Unfolded in Portland, From June Until Now*, available at https://www.oregonlive.com/portland/2025/09/how-ice-protests-have-unfolded-in-portland-from-june-until-now.html.

19.     Attachment 18 to this declaration is a true of a September 27, 2025 news article authored by Zane Sparling and published by The Oregonian/OregonLIVE, entitled *How Protests Outside Portland ICE Unfolded Before Trump's Troop Announcement*, available at https://www.oregonlive.com/politics/2025/09/how-protests-outside-portland-ice-unfolded-before-trumps-troop-announcement.html.

20.     Attachment 19 to this declaration is a true and correct copy of a June 13, 2025 news article authored by Tatum Todd and published by The Oregonian/OregonLIVE, entitled *Portland Police Arrest 10 at ICE Protest as Nationwide Demonstrations Continue*, available at https://www.oregonlive.com/crime/2025/06/portland-police-arrest-10-at-ice-protest-as-nationwide-demonstrations-continue.html.

21.     Attachment 20 to this declaration is a true and correct copy of the Department of Defense's Instruction, DoDI 3025.21, dated February 8, 2019, available at https://www.esd.whs.mil/Portals/54/Documents/DD/issuances/dodi/302521p.pdf.

22.     Attachment 21 to this declaration is a true and correct copy of a Google Map depicting the Immigration and Customs Enforcement building on South Macadam Avenue,

Page 4 -    DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR
             TEMPORARY RESTRAINING ORDER

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

which was submitted as Defense Exhibit 101 in *Elvengrail v. City of Portland*, No. 25CV39883

(Multnomah Cnty. Cir. Ct.).

23.    Attachment 22 to this declaration is a true and correct copy of the video *Trump*

*Says He's [sic] Wants to Rescue Washington, DC from 'Crime, Bloodshed, Bedlam, and*

*Squalor'* by AP Archive, uploaded to YouTube on August 11, 2025, available at

https://www.youtube.com/watch?v=O-C0NwtFKoU. This video is accessible online as of the

date of filing and will be filed conventionally in due course.

24.    Attachment 23 to this declaration is a true and correct copy of the video "*It Is Like*

*Living in Hell": Trump Discusses Portland as He Considers Sending the National Guard* by The

Oregonian, uploaded to YouTube on September 5, 2025, available at

https://www.youtube.com/watch?v=6tP9QqDmu74. This video is accessible online as of the date

of filing and will be filed conventionally in due course.

25.    Attachment 24 to this declaration is a true and correct copy of the video *Trump*

*Mentions Portland at White House: 'Just People Out of Control and Crazy'* by The Oregonian,

uploaded to YouTube on September 19, 2025, available at

https://www.youtube.com/watch?v=cisl1y10YRw. This video is accessible online as of the date

of filing and will be filed conventionally in due course.

//

//

//

//

//

//

//

Page 5 -    DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR
            TEMPORARY RESTRAINING ORDER

26.     Attachment 25 to this declaration is a true and correct copy of the video *Trump*

*Escalates Rhetoric Promising Federal Intervention in Portland, Citing "Anarchy"* by The

Oregonian, uploaded to YouTube on September 25, 2025, available at

https://www.youtube.com/watch?v=G0TdH2aC-Jg. This video is accessible online as of the date

of filing and will be filed conventionally in due course.

27.     Exhibit 1 to the complaint in this case (ECF No. 1-1) is a true and correct copy of

the memorandum of Major General Timothy L. Riger to the Adjutant General of the Oregon

National Guard, dated September 27, 2025.

28.     Exhibit 2 to the complaint in this case (ECF No. 1-2) is a true and correct copy of

the memorandum from the Secretary of Defense to the Adjutant General of the Oregon National

Guard, dated September 28, 2025. The Secretary of Defense's memorandum attaches a

memorandum from the President to the Secretary of Defense, U.S. Attorney General, and

Secretary of Homeland Security, dated June 7, 2025.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon on September   29  , 2025.

             *s/ Brian Marshall*
             BRIAN MARSHALL

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

**CERTIFICATE OF SERVICE**

I certify that on September __29__, 2025, I caused to be served the foregoing

DECLARATION OF BRIAN MARSHALL IN SUPPORT OF MOTION FOR TEMPORARY

RESTRAINING ORDER upon the parties hereto by the method indicated below, and addressed

to the following:

| | |
|---|---|
| Susanne Luse | __X__ HAND DELIVERY |
| United States Attorney's Office | ___ MAIL DELIVERY |
| District of Oregon | ___ OVERNIGHT MAIL |
| 1000 SW Third Avenue | ___ TELECOPY (FAX) |
| Suite 600 | __X__ E-MAIL |
| Portland, OR 97204 | ___ E-SERVE |

Susanne.Luse@usdoj.gov
*By email only:*
   Christopher.Edelman@usdoj.gov
   Ben.Kurland@usdoj.gov
   John.Bailey@usdoj.gov
   Jean.Lin@usdoj.gov
   Garry.Hartlieb2@usdoj.gov
   Jody.D.Lowenstein@usdoj.gov
   eric.hamilton@usdoj.gov
   abigail.stout@usdoj.gov
   taylor.n.pitz@usdoj.gov
   garry.hartlieb@usdoj.gov

*s/ Brian Marshall*
BRIAN MARSHALL
*Counsel for the State of Oregon*

Page 1 -    CERTIFICATE OF SERVICE