# ATTACHMENT 3

Subscribe

Advertisement

POLITICS

# Three demonstrators briefly detained at ICE office in Portland during protest to support immigrants

Updated: Jun. 06, 2025, 9:11 a.m. | Published: Jun. 04, 2025, 7:45 p.m.



An archived photos shows the U.S. Immigration and Customs Enforcement office in Southwest Portland during protests in 2020. Three protesters were briefly detained at the office after attempting the block a van on June 4, 2025.

**By Yesenia Amaro | The Oregonian/OregonLive**

Federal officials detained three protesters Wednesday at the U.S. Immigration and Customs Enforcement office in South Portland after they attempted to block a van they believed was headed to Tacoma, according to video and witness accounts.

Michele Darr said she was among the three who were detained. She said she was taken inside the small ICE office after being handcuffed, was later placed in leg shackles and detained in a holding cell before being released less than two hours later.

Already a subscriber? Please sign in

## This is a Subscriber Exclusive story.

Subscriber support drives our mission to strengthen and empower the communities we serve.

✔ Download print-quality photos.

✔ Unlimited Digital Access to all Subscriber Exclusive content.

✔ Exclusive high school sports coverage.

○ **$5 Day Pass**
No commitment

○ **$5 First Month**
continues at $10 monthly

MOST SAVINGS

○ **$75 First Year**
continues at $100 annually

**Support Now**

(Cancel Anytime)

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

## Around the Web

### Jeff Bezos Says the 1-Hour Rule Makes Him Smarter. I Gave It A Go.

Thousands swear by the morning routing of the 1-Hour Rule. I gave it a go to see what all the fuss is about.

**Blinkist Magazine** | Sponsored

Read More

### Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

Ridiculous benefits seniors are entitled to in 2025, but often forget to claim.

**WalletJump** | Sponsored

Learn More

### Dishonest Drivers Beware: This 4K Dash Cam Sees All

Amazon is Selling It Right Now, With Millions of Positive Reviews!

**Sherum** | Sponsored

Learn More

### Granny Pods are the Hottest New Home Trend for Seniors

Granny pods are becoming a popular option for seniors—offering private, nearby living that balances comfort, care, and independence

**Senior Granny Pods** | Sponsored

Learn More

## Lara Is Retiring - Her Final Jewelry Pieces Are 80% Off

Lara's retirement sale just launched, and it's chaos. People are buying 3–4 pieces at a time – 80% off sitewide.

**Artisan Weekly** | Sponsored

Read More

## Walking shoes for elderly people with poor balance

**Umhaven™** | Sponsored

Shop Now

## A Lifetime of Bags, One Final Sale — Up to 80% Off

After 50 years of handcrafting bags, Junie is retiring. Her final collection is now 80% off — timeless designs, lovingly made, and available only while they last.

**Junie Boutique** | Sponsored

Read More

## Most People Don't Realize This Blocks Ads Instantly

**safetytipsonline.com** | Sponsored

Learn More

## Virginia lighthouse lists for $450,000, but you'll need a boat and a bold spirit

**Homes.com** | Sponsored

## Eagle Attempts to Grab Puppy in Yard - Watch What The Neighbor Did Next

**Tips and Tricks** | Sponsored

## Black Cat Sculpture That Brings Luck Into Your Home

**IIIPU** | Sponsored

Learn More

## This 4K Dash Cam Is Sweeping The Virginia

Amazon is Selling It Right Now, With Millions of Positive Reviews!

**Sherum** | Sponsored

Learn More

## Trump official from Oregon calls Portland 'crime-ridden war zone,' praises troop deployment

**OregonLive.com**

## 7 minutes to make the case: How Oregon's governor tried to talk Trump out of sending troops to Portland

**OregonLive.com**



**▼ About Us**

Our Journalists

About OregonLive.com

Contact The Newsroom

Technical Support

Search Our Archives

Advertise With Us

Subscribe to The Oregonian

Subscriber Services

Digital Subscription FAQ

Delivery Opportunities

Accessibility Statement

**▼ Subscriptions**

The Oregonian

eNewspaper

Email Newsletters

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ Read More Top News

Today's Top News

Politics

Crime

Business

Commuting

Weather

Education

Homes & Gardens

Letters to the Editor

Video

Environment

Here is Oregon

Noticias en español

Special Sections

Sports

High School Sports

Ducks

Beavers

Trail Blazers

Timbers

Thorns

Recruiting News

Entertainment

Travel

TV & Movies

Eat, Drink, Cook

Comics

---

### ▼ Your Regional News Pages

Portland

Washington County

Clackamas County

Clark County

Pacific Northwest

---

### ▼ Follow Us

Email Newsletters

YouTube

Twitter

Facebook

Instagram

RSS

---

### ▼ Mobile

iPhone, Android apps

Tablet apps

---

Place an Ad

Autos

Jobs

Sponsor Content

Post a Job

Archives

---

**Your Privacy Choices** ✓✗   |   Privacy Policy   |   User Agreement   |   ▷Ad Choices

---

# ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices