# ATTACHMENT 5



Home  /  Mayor Keith Wilson  /  News

# Portland Sees Decline in Violent Crime; Homicides Down 51% in First Half of 2025

News Article



New report from Major Cities Chiefs Association shows promising progress in reducing homicides and other major offenses.

**Contact**

**Press Office**

✉ press@portlandoregon.gov

**Topics**

Police and safety

Published:  August 8, 2025 10:00 am

**New data from the Major Cities Chiefs Association's Midyear Violent Crime Report** show that Portland recorded the steepest drop in violent crime among all 68 participating U.S. agencies during the first half of 2025.

Compared to January through June 2024, overall violent crime in Portland fell by 17 percent. Aggravated assaults dropped by 18 percent, robberies declined by 10 percent, and sexual assault reports were down 12 percent. Notably, homicides fell from 35 incidents to 17 incidents – **a reduction of 51 percent –** representing the largest homicide decrease of any major city in the report.

City leaders attributed Portland's progress to sustained, proactive city strategies and strong partnerships.

"I'm proud that Portland is making real progress. Homicides are down 51 percent year-to-date, and we've even seen months with zero homicides," **said Portland Mayor Keith Wilson.** "This achievement belongs to every family, community leader, neighborhood group, and faith organization that has stepped up to look out for one another. At the same time, we know

more work remains, and we'll continue investing in proven programs, strengthening partnerships, and using clear data to guide our next steps."

"The drop in homicides during the first half of this year is a promising sign that our collective efforts are having a real impact," **said Portland Police Bureau Chief Bob Day.** "This progress reflects the dedication of Portland Police Bureau members, as well as the strong partnerships we've built with community violence prevention programs, local organizations, and outreach workers across the city. While challenges remain, this milestone demonstrates the power of collaboration in making Portland safer for all."

"The numbers are encouraging and show our coordinated efforts are saving lives, but too many in our community are still impacted by violence," **said Interim Public Safety Deputy City Administrator Bob Cozzie.** "We will continue to look across all public safety bureaus and programs to see how we can build on this progress in the coming years."

**Key City-Led Efforts Include**

- Increased collaboration across public safety programs, uniting the Portland Police Bureau, [Portland Ceasefire](#), the [Office of Violence Prevention](#), and community partners to deliver coordinated violence prevention and intervention services.

- Strengthening the Portland Ceasefire program, an evidence-based strategy that reduces shootings and homicides by focusing resources on individuals at highest risk of perpetrating or being victimized by gun violence.

- Targeted investments by the Office of Violence Prevention in communities hardest hit by gun violence, supporting youth mediation and mentoring, arts and cultural initiatives, recreational prevention activities, placemaking and Crime Prevention Through Environmental Design projects, as well as personal safety training and empowerment.

This progress would not be possible without the tireless work of Portland Police Bureau officers, detectives, and specialty units, whose commitment to public safety and community trust continues to make a meaningful difference on the ground.

The Major Cities Chiefs Association comprises police executives from the nation's largest law enforcement agencies. The Midyear Violent Crime Report presents preliminary data on homicide, rape, robbery, and aggravated assault, comparing the first six months of 2025 with the same period in 2024.

[Read the full report here](#).