# ATTACHMENT 6



# THE HILL

ADMINISTRATION

## Trump steps up clash with DC, Democratic-led cities

BY BRETT SAMUELS - 08/12/25 6:00 AM ET



# THE HILL



Listen to audio version of this article          Advertisement

 Instaread

# THE HILL

As President Trump stepped up his fight with the District of Columbia on Monday, he signaled he could try to expand his efforts to exert federal control to other Democratic-led cities, citing what he described as out-of-control crime and squalor.

Trump announced during a press conference at the White House that he was declaring a public safety emergency in the District and subsequently taking federal control of the Metropolitan Police Department. He was also activating 800 National Guard troops to aid local and federal law enforcement as part of an effort to crack down on crime.

---

ADVERTISEMENT

---

"We have other cities also that are bad. Very bad. You look at Chicago, how bad it is. You look at Los Angeles, how bad it is," Trump said. "New York has a problem. And then you have, of course Baltimore and Oakland, we don't even mention that anymore. They're so far gone. We're not going to lose our cities over this. And this will go further. We're starting very strongly with D.C., and we're going to clean it up very quickly, as they say."

# THE HILL

But Trump and the GOP have for years positioned themselves as the tough-on-crime party. The president has frequently used major U.S. cities, which are overwhelmingly governed by Democratic mayors, as a political foil, depicting them as overrun with crime, vandalism and homelessness.



While the law allows the president to impose his will on the District, Democratic leaders have already signaled they would push back on efforts to do the same elsewhere.

"Let's not lie to the public, you and I both know you have no authority to take over Chicago," Illinois Gov. JB Pritzker (D) posted on the social platform X, responding to Trump's comments.



| Email address | SUBSCRIBE |

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

"If President Trump wants to help make Chicago safer, he can start by releasing the funds for anti-violence programs that have been critical to our work to drive down crime and violence. Sending in the national guard would only serve to destabilize our city and undermine our public safety efforts," Chicago Mayor Brandon Johnson (D) said in a statement on Monday afternoon.

ADVERTISEMENT

# THE HILL

patrolling the city.

Trump used his authority under the Home Rule Act to take control of the city's police department Monday. He can do so for 30 days, after which he would need congressional approval.

The president also announced he was activating the D.C. National Guard, something he is able to do without local approval.

CONTENT CONTINUES BELOW SURVEY

District of Columbia Mayor Muriel Bowser (D) told reporters Monday she was not given a heads-up about Trump's plan to seize control of the city's police department, and she said she "believed" the White House would activate the National Guard.

"While this action today is unsettling and unprecedented, I can't say that given some of the rhetoric of the past that we are totally surprised," Bowser said at a press conference.

Trump has long picked fights with Democratic cities, attacking mayors in Chicago, New York, Los Angeles, Baltimore and other areas and using them to boost his own image as a tough-on-crime president.

ADVERTISEMENT

# THE HILL

His outrage was a staple of the 2020 protests in the wake of the police killing of George Floyd. His administration moved to clear protesters in D.C., he railed against rioting in Minnesota and he urged Democratic leaders in Washington state to take action after demonstrators set up an "autonomous zone" in Seattle.

Earlier this year, Trump deployed the National Guard to Los Angeles to quell protests over immigration raids, against the wishes of state and local authorities.

California Gov. Gavin Newsom (D), who sued the Trump administration earlier this year over the deployment of National Guard troops in Los Angeles, argued the president had been laying the groundwork to exert greater power over the states.

ADVERTISEMENT



"He was just getting warmed up in Los Angeles," Newsom posted on X. "He will gaslight his way into militarizing any city he wants in America. This is what dictators do."

FBI crime data released earlier this month showed violent crime decreased nationally in 2024 by roughly 4.5 percent compared to 2023. Data from the District of Columbia shows violent crime in the city is down so far in 2025 compared with 2024 and is at its lowest level in years.

The White House issued a fact sheet aiming to bolster its actions, which noted the District had the fourth-highest homicide rate in the country in 2024 at 27.3 per 100,000 residents. The administration also pointed to the volume of crimes reported thus far in 2025, despite statistics showing it has dropped year to year.

ADVERTISEMENT



And Trump highlighted a series of high-profile violent crimes in the city this year, including the killing of Eric Tarpinian-Jachym, an intern in the office of Rep. Ron Estes (R-Kan.), and the assault of Edward "Big Balls" Coristine, a 19-year-old former Department of Government Efficiency staffer.

While Trump and his administration can take a more proactive role in reshaping D.C., he would have a more difficult time doing the same in other major cities.

It is common for local law enforcement to coordinate with federal partners, but Democratic leaders are unlikely to request the National Guard be deployed in their states. And Trump cannot unilaterally commandeer control of local police forces elsewhere.

ADVERTISEMENT



Trump on Monday also railed against cashless bail, a policy adopted in some form by places including Illinois, New York and the District, under which a judge determines whether to release a defendant before their trial.

Rep. Elise Stefanik (R-N.Y.), a staunch Trump ally, said she would lead legislation seeking to outlaw cashless bail policies. The New York Post first reported on Stefanik's involvement, and she confirmed it on X on Monday afternoon.

Trump indicated Monday he may hold the prospect of federal intervention over other cities but also left the door open to allowing local governments to make changes on their own.

ADVERTISEMENT

# THE HILL

"Other cities are hopefully watching this … and maybe they'll self-clean up," Trump said. "And maybe they'll self-do this and get rid of the cashless bail thing and all of the things that caused the problem."

There is also some political risk for Trump in appearing to overstep.

His poll numbers began to dip around the same time he deployed troops to Los Angeles.

Some Democrats also moved quickly Monday to dismiss the announcement in D.C. as a "distraction" from negative headlines for the president.

"If the economy you promised to boost is lagging, w/prices rising…If the wars you vowed to end–'very quickly'–are still raging…If you continue to hide the Epstein files & dangle a pardon for his accomplice…you need a BIG distraction!" former Obama White House adviser David Axelrod posted on X. "Introducing…The DC takeover!!"

**TAGS** GAVIN NEWSOM   GEORGE FLOYD   JB PRITZKER   KASH PATEL   MURIEL BOWSER

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

# THE HILL

**SPONSORED CONTENT**

Privacy Policy

### Lara Green's Final Collection Stuns Virginia

**Artisan Weekly** | Sponsored

Learn More

### Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

**WalletJump** | Sponsored

Learn More

### Ashburn: Here's The Average Price of a 6-Hour Gutter Upgrade

**Homebuddy.com** | Sponsored

Read More

### Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

**consumersfind** | Sponsored

Learn More

### This $39 Memory Titanium reading glasses that can see far and close, smart zoom!

**Glosrity** | Sponsored

Learn More

### Lara Is Retiring - Her Final Jewelry Pieces Are 80% Off

**Artisan Weekly** | Sponsored

Read More

### Emma & Mia Are Retiring – Handmade Jewelry 80% Off

**The Art Journal** | Sponsored

Read More

### Scientists "Space Molecule" Discovery Makes 70s Feel Like Your 30s

# THE HILL

Cardiologist: Strong Arms After 60 Comes Down To This

**Apex Labs** | Sponsored

She's 75, She's 78 – Their Handmade Jewelry Is 80% Off

**The Art Journal** | Sponsored

Read More

Never Borrow From The Bank If You Own a Home, Do This Instead (It's Genius)

**Lendgo** | Sponsored

Click Here

Seniors Born 1941-1970 Receive 55 Benefits This Month if They Ask

**WalletJump** | Sponsored

Learn More

Jeff Bezos Says the 1-Hour Rule Makes Him Smarter. I Gave It A Go.

**Blinkist Magazine** | Sponsored

Read More

Here Are the 21 Coolest Gifts for 2025

**WowGadgetsGo** | Sponsored

Shop Now

Edema Is Not From Salty Food. Meet the Real Enemy of Swollen Legs

**FootRenew** | Sponsored

Most People Don't Realize This Blocks Ads Instantly

**safetytipsonline.com** | Sponsored

Learn More

# THE HILL

**More Administration News**



**Oregon sues to block Trump's National Guard deployment**

**COURT BATTLES** / 25 MINUTES AGO

# THE HILL





## Masked federal agents patrol downtown Chicago

**STATE WATCH** / 3 HOURS AGO



## Trump says peace deal to end war in Gaza in 'final stages'

**INTERNATIONAL** / 5 HOURS AGO

See All

Video/Hill.TV

# THE HILL



## Rising: September 26, 2025

**RISING** / 2 DAYS AGO

# THE HILL



## Rising: September 25, 2025

**RISING** / 4 DAYS AGO

# THE HILL



## Rising: September 24, 2025

**RISING** / 5 DAYS AGO

See all Hill.TV

See all Video

## Top Stories

# THE HILL



## Earle-Sears's focus on culture issues in Virginia risks backfiring

**CAMPAIGN**  /  **7 HOURS AGO**

See All



## Most Popular

1    **Deadline to claim part of $425M Capital One settlement nears: How to apply**

# THE HILL

**2**    **White House touts older generic drug as new treatment for autism**

---

**3**    **Masked federal agents patrol downtown Chicago**

---

**4**    **Changes to how Social Security, VA benefits are paid start this week: What to ...**

---

**5**    **Johnson pushes back on Jeffries: 'There is nothing partisan about this ...**



# THE HILL

## SIGN UP FOR OUR DAILY EMAIL.

Your Email

Send



## Resources

SITEMAP

THE HILL APPS

PEOPLE

RSS

PRINT EDITION

## Other Areas

GALLERIES

THE HILL JOBS

NATIONAL JOBS



SUBMIT OPINION CONTENT                                    WORK FOR THE HILL

Follow Us On        

Get the App

# THE HILL

**PRIVACY POLICY** 08/01/2025

**TERMS & CONDITIONS**

**CONTACT**

**ADVERTISE**

SUBSCRIBE TO PUSH NOTIFICATIONS

**NEWSNATION**

**BESTREVIEWS**

**NEXSTAR DIGITAL**

**JOURNALISTIC INTEGRITY**

**YOUR PRIVACY CHOICES** 

THE HILL 400 N CAPITOL STREET NW, SUITE 650 WASHINGTON DC 20002

© 1998 - 2025 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.

# THE HILL