# ATTACHMENT 7



# U.S. Sanctuary Jurisdiction List Following Executive Order 14287: Protecting American Communities From Criminal Aliens

The U.S. Department of Justice has designated the below initial list as Sanctuary Jurisdictions, based on actions and policies that materially impede enforcement of federal immigration statutes and regulations. These designations were made after a thorough review of documented laws, ordinances, and executive directives by the listed jurisdictions. This initial list of designated Sanctuary Jurisdictions will be reviewed regularly, to include additional jurisdictions and remove jurisdictions that have remediated their policies, practices, and laws. Each state, county, and city will have an opportunity to respond to its placement on the list.

## Sanctuary Jurisdiction characteristics include:

1. *Public Declarations:* Cities, states, or counties that publicly declare themselves a sanctuary jurisdiction or equivalent, with the intent to undermine federal immigration enforcement.

2. *Laws, Ordinances, Executive Directives:* Cities, states, or counties that have laws, ordinances, regulations, resolutions, policies, or other formalized practices that obstruct or limit local law enforcement cooperation with U.S. Immigration and Customs Enforcement (ICE).

3. *Restrictions on Information Sharing:* Cities, states, or counties that limit whether and how local agencies share information about immigration status of detainees with federal authorities.

4. *Funding Restrictions:* Cities, states, or counties that prohibit local funds or resources from being used to support federal immigration enforcement efforts.

5. *Non-cooperation with Federal Immigration Enforcement:* Cities, states, or counties that provide training to city employees and police on enforcing sanctuary policies and declining to respond to ICE requests for information.

6. *Limits on ICE Detainers:* Cities, states, or counties that refuse to honor ICE detainer requests unless there is a warrant signed by a judge.

7. *Jail Access Restrictions:* Cities, states, or counties that restrict ICE agents' ability to interview detainees absent detainee consent.

8. *Immigrant Community Affairs Offices:* Cities, states, or counties that create dedicated offices to engage and advise illegal alien communities on evading federal law enforcement officers.

9. *Federal Benefit Programs:* Cities, states, or counties that circumvent federal laws prohibiting the provision of federal benefits to illegal aliens and provide them with access to benefits, including health care assistance, legal aid, food and housing assistance, and other subsidies. This includes cities, states, or counties that establish stand-alone benefit programs or equivalents.

# States:

- California
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Illinois
- Minnesota
- New York
- Oregon
- Rhode Island
- Vermont
- Washington

# Counties:

- Baltimore County, MD
- Cook County, IL
- San Diego County, CA
- San Francisco County, CA

# Cities:

- Albuquerque, NM
- Berkeley, CA
- Boston, MA
- Chicago, IL
- Denver, CO
- East Lansing, MI
- Hoboken, NJ
- Jersey City, NJ
- Los Angeles, CA
- New Orleans, LA
- New York City, NY
- Newark, NJ
- Paterson, NJ
- Philadelphia, PA
- Portland, OR
- Rochester, NY
- Seattle, WA
- San Francisco City, CA

*Updated September 26, 2025*



**U.S. Department of Justice**

950 Pennsylvania Avenue NW

Washington DC 20530

📞 Contact the Department

Phone: 202-514-2000

TTY/TDD: 800-877-8339