# ATTACHMENT 8



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Gavin Newsom
Governor of California
c/o David B. Sapp, Legal Affairs Secretary
1021 O Street, Suite 9000
Sacramento, CA 95814

Dear Governor Newsom,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Gavin Newsom                                                                 Page 2
      Governor of California

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                                    Sincerely,

                                      Pamela Bondi
                                      Attorney General

cc: Rob Bonta
      California Attorney General
      455 Golden Gate Ave.
      San Francisco, CA 94102

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Jared Polis
Governor of Colorado
c/o Office of the General Counsel
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Jared Polis                                                                                    Page 2
        Governor of Colorado

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

cc:  Phil Weiser
     Colorado Attorney General
     Colorado Department of Law
     Ralph L. Carr Judicial Building
     1300 Broadway, 10th Floor
     Denver, CO 80203

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**
**Washington, D. C. 20530**

August 13, 2025

Ned Lamont
Governor of Connecticut
c/o Natalie Braswell, General Counsel
210 Capitol Avenue
Hartford, CT 06106

Dear Governor Lamont,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Ned Lamont                                                                                    Page 2
      Governor of Connecticut

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

      Sincerely,

      Pamela Bondi
      Attorney General

cc:  William Tong
     Connecticut Attorney General
     165 Capitol Avenue
     Hartford, CT 06106

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Matt Meyer
Governor of Delaware
c/o Office of the General Counsel
820 N. French Street, 12th Floor
Wilmington, DE 19801

Dear Governor Meyer,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Matt Meyer                                                    Page 2
        Governor of Delaware

§ 1644, may also be subject to civil liability.

        Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

        You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                                        Sincerely,

                                        Pamela Bondi
                                        Attorney General


cc:  Kathy Jennings
     Delaware Attorney General
     Delaware Department of Justice
     Carvel State Building
     820 N. French Street
     Wilmington, DE 19801

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

JB Pritzker
Governor of Illinois
c/o Office of the General Counsel
401 S. Spring Street
Springfield, IL 62704

Dear Governor Prizker,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to JB Pritzker                                                                 Page 2
      Governor of Illinois

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                           Sincerely,

                           Pamela Bondi
                           Attorney General

cc:  Kwame Raoul
     Illinois Attorney General
     500 S. 2nd Street
     Springfield, IL 62701

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Tim Walz
Governor of Minnesota
c/o Mary Fee, General Counsel and
     Deputy Chief of Staff
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

Dear Governor Walz,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

Letter to Tim Walz                                                    Page 2
     Governor of Minnesota

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505.
State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and
§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                    Sincerely,

                    Pamela Bondi
                    Attorney General

cc: Keith Ellison
    Minnesota Attorney General
    445 Minnesota Street, Suite 1400
    St. Paul, MN 55101

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**
**Washington, D. C. 20530**

August 13, 2025

Kathy Hochul
Governor of New York
c/o Office of the General Counsel
New York State Capitol Building
Albany, New York 12224

Dear Governor Hochul,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Kathy Hochul                                                           Page 2
     Governor of New York

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                        Sincerely,

                        Pamela Bondi
                        Attorney General

cc:  Letitia James
     New York Attorney General
     New York State Capitol Building
     Albany, New York 12224

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Tina Kotek
Governor of Oregon
c/o Office of the General Counsel
900 Court Street, Suite 254
Salem, OR 97301

Dear Governor Kotek,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Tina Kotek                                                          Page 2
        Governor of Oregon

§ 1644, may also be subject to civil liability.

        Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

        You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                                        Sincerely,

                                        Pamela Bondi
                                        Attorney General


cc: Dan Rayfield
    Oregon Attorney General
    1162 Court Street N.E.
    Salem, OR 97301

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Dan McKee
Governor of Rhode Island
c/o Claire Richards, Executive Counsel
82 Smith Street
Providence, RI 02903

Dear Governor McKee,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Dan McKee                                                                 Page 2
       Governor of Rhode Island

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

cc: Peter Neronha
    Rhode Island Attorney General
    150 S. Main Street
    Providenc, RI 02903

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Phil Scott
Governor of Vermont
c/o Office of the General Counsel
109 State Street, Pavilion
Montpelier, VT 05609

Dear Governor Scott,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Phil Scott                                                                    Page 2
     Governor of Vermont

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

cc:  Charity Clark
    Vermont Attorney General
    109 State Street
    Montpelier, VT 05609

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**

**Washington, D. C. 20530**

August 13, 2025

Bob Ferguson
Governor of Washington
c/o Office of the General Counsel
416 14th Avenue S.W.
Olympia, WA 98504

Dear Governor Ferguson,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Bob Ferguson                                                                Page 2
      Governor of Washington

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                      Sincerely,

                      Pamela Bondi
                      Attorney General

cc:  Nick Brown
     Washington Attorney General
     1125 Washington Street S.E.
     Olympia, WA 98504

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Toni Preckwinkle
County Board President of Cook County, Illinois
c/o Office of the General Counsel
118 N. Clark Street
Chicago, IL 60602

Dear County Board President Preckwinkle,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Toni Preckwinkle                                                                                    Page 2
      County Board President of Cook County, IL

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                       Sincerely,

                       Pamela Bondi
                       Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Terra Lawson-Remer
Chair of Board of Supervisors of San Diego County, California
c/o Office of the General Counsel
1600 Pacific Highway, Room 310
San Diego, CA 92101

Dear Chair of Board of Supervisor Lawson-Remer,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Terra Lawson- Remer                                                          Page 2
       Chair of Board of Supervisors of San Diego County, CA

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                      Sincerely,

                      Pamela Bondi
                      Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Rafael Mandelman
President of the Board of Supervisors of San Francisco County, California
c/o Office of the City Attorney
1 Dr. Carlton B. Goodlett Place
City Hall, Room 244
San Francisco, CA 94102

Dear President of the Board of Supervisor Mandelman,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

Letter to Rafael Mandelman                                                                Page 2
            President of the Board of Supervisors of San Francisco County, CA

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505.
State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and
§ 1644, may also be subject to civil liability.

       Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

       You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                     Sincerely,

                     Pamela Bondi
                     Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Tim Keller
Mayor of Albuquerque, New Mexico
c/o Lauren Keefe, City Attorney
1 Civic Plaza N.W., 11th Floor
Albuquerque, NM 87103

Dear Mayor Keller,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Tim Keller                                                        Page 2
         Mayor of Albuquerque, NM

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Adena Ishii
Mayor of Berkeley, California
c/o Farimah Brown, City Attorney
2180 Milvia Street, 5th Floor
Berkeley, CA 94704

Dear Mayor Ishii,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Adena Ishii                                                           Page 2
      Mayor of Berkeley, CA

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                      Sincerely,

                      Pamela Bondi
                      Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Michelle Wu
Mayor of Boston, Massachusetts
c/o Adam Cederbaum, Corporation Counsel
1 City Hall Square, Suite 500
Boston, MA 02201

Dear Mayor Wu,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Michelle Wu                                                                                          Page 2
      Mayor of Boston, MA

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                              Sincerely,

                              Pamela Bondi
                              Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Brandon Johnson
Mayor of Chicago, Illinois
c/o Mary Richardson-Lowry, Corporation Counsel
121 N. LaSalle Street
Chicago, IL 60602

Dear Mayor Johnson,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Brandon Johnson                                                                  Page 2
        Mayor of Chicago, IL

§ 1644, may also be subject to civil liability.

        Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

        You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                                        Sincerely,

                                        Pamela Bondi
                                        Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-
protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Mike Johnston
Mayor of Denver, Colorado
c/o Katie McLoughlin
Acting City Attorney
201 W. Colfax Ave., Dept. 1207
Denver, CO 80202

Dear Mayor Johnston,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

Letter to Mike Johnston                                                                 Page 2
       Mayor of Denver, CO

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505.
State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and
§ 1644, may also be subject to civil liability.

       Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

       You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                            Sincerely,

                            Pamela Bondi
                            Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

George Brookover
Mayor of East Lansing, Michigan
c/o Office of the General Counsel
410 Abbot Road, Room 100
East Lansing, MI 48823

Dear Mayor Brookover,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to George Brookover                                                          Page 2
     Mayor of East Lansing, MI

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                              Sincerely,

                              Pamela Bondi
                              Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Ravinder Bhalla
Mayor of Hoboken, New Jersey
c/o Brian J. Aloia, Corporation Counsel
94 Washington St.
Hoboken, NJ 07030

Dear Mayor Bhalla,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Ravinder Bhalla                                                                    Page 2
     Mayor of Hoboken, NJ

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Steven Fulop
Mayor of Jersey City, New Jersey
c/o Brittany Murray, Acting Corporation Counsel
280 Grove Street, 2nd Floor
Jersey City, NJ 07302

Dear Mayor Fulop,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**
**Washington, D. C. 20530**

August 13, 2025

Karen Bass
Mayor of Los Angeles, California
c/o Hydee Feldstein Soto
City Attorney
200 North Main Street #800
Los Angeles, CA 90012

Dear Mayor Bass,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

Letter to Karen Bass                                                                          Page 2
     Mayor of Los Angeles, CA

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and § 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                           Sincerely,

                           Pamela Bondi
                           Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

LaToya Cantrell
Mayor of New Orleans, Louisiana
c/o Donesia D. Turner, City Attorney
1300 Perdido St., 2nd Floor East
New Orleans, LA 70112

Dear Mayor Cantrell,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to LaToya Cantrell                                                                 Page 2
     Mayor of New Orleans, LA

§ 1644, may also be subject to civil liability.

     Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

     You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Eric Adams
Mayor of New York, New York
c/o Muriel Goode-Trufant
Corporation Counsel
100 Church Street
New York, New York 10007

Dear Mayor Adams,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and § 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                           Sincerely,

                           Pamela Bondi
                           Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**
**Washington, D. C. 20530**

August 13, 2025

Ras Baraka
Mayor of Newark, New Jersey
c/o Kenyatta Stewart, Corporation Counsel
920 Mayor Kenneth A. Gibson Blvd.
Newark, NJ 07102

Dear Mayor Baraka,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Ras Baraka     Page 2
       Mayor of Newark, NJ

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Andre Sayegh
Mayor of Paterson, New Jersey
c/o Aymen Aboushi, Corporation Counsel
155 Market Street
Paterson, NJ 07505

Dear Mayor Sayegh,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Cherelle Parker
Mayor of Philadelphia, Pennsylvania
c/o Renee Garcia
City Solicitor
City of Philadelphia Law Dept
1515 Arch Street, 17th Floor
Philadelphia, PA 19102

Dear Mayor Parker,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of

Letter to Cherelle Parker                                                              Page 2
          Mayor of Philadelphia, PA

federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505.
State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and
§ 1644, may also be subject to civil liability.

          Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

          You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                                        Sincerely,

                                        Pamela Bondi
                                        Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Keith Wilson
Mayor of Portland, Oregon
c/o Robert L. Taylor, City Attorney
1221 S.W. 4th Avenue, Ste. 340
Portland, OR 97204

Dear Mayor Wilson,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Keith Wilson                                                                                    Page 2
    Mayor of Portland, OR

§ 1644, may also be subject to civil liability.

        Further, pursuant to President Trump's directive in Executive Order 14,287, the
Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws,
policies, and practices of the identified jurisdictions.

        You are hereby notified that your jurisdiction has been identified as one that engages in
sanctuary policies and practices that thwart federal immigration enforcement to the detriment of
the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a
response to this letter that confirms your commitment to complying with federal law and
identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that
impede federal immigration enforcement. This letter does not constitute final agency action and
nothing in this letter creates any right or benefit enforceable at law against the United States.

                                                Sincerely,

                                                Pamela Bondi
                                                Attorney General

_____

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-
protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Malik Evans
Mayor of Rochester, New York
c/o Patrick Beath, Corporation Counsel
30 Church St., Room 308A
Rochester, New York 14614

Dear Mayor Evans,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

§ 1644, may also be subject to civil liability.

Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



# Office of the Attorney General
## Washington, D. C. 20530

August 13, 2025

Bruce Harrell
Mayor of Seattle, Washington
c/o Ann Davison, City Attorney
600 4th Avenue, 7th Floor
Seattle, WA 98104

Dear Mayor Harrell,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

Letter to Bruce Harrell                                                                 Page 2
      Mayor of Seattle, WA

§ 1644, may also be subject to civil liability.

      Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

      You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

                Sincerely,

                Pamela Bondi
                Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities



**Office of the Attorney General**
**Washington, D. C. 20530**

August 13, 2025

Daniel Lurie
Mayor of San Francisco, California
c/o David Chiu, City Attorney
1 Dr Carlton B. Goodlett Place, Rm. 200
San Francisco, CA 94102

Dear Mayor Lurie,

The United States has a long history of cooperation with state and local law enforcement agencies, including for immigration enforcement. Such cooperation is vital to enforce federal law and protect national security. Recognizing that need, Congress has codified the duty of states and local governments to cooperate in immigration enforcement efforts.

For too long, so-called sanctuary jurisdiction policies have undermined this necessary cooperation and obstructed federal immigration enforcement, giving aliens cover to perpetrate crimes in our communities and evade the immigration consequences that federal law requires.

Under President Trump's leadership, full cooperation by state and local governments in immigration enforcement efforts is a top priority. To ensure such cooperation, the President has directed the Attorney General of the United States, in coordination with the Secretary of Homeland Security, to identify sanctuary jurisdictions and notify them of their unlawful sanctuary status and potential violations of federal law. Additionally, the President directed federal agencies to identify and evaluate their statutory authority to issue grants, contracts, and federal funds, to determine where immigration-related terms and conditions may be added to combat sanctuary policies that violate federal immigration law. *See* Executive Order 14,287, *Protecting American Communities from Criminal Aliens*, 90 Fed. Reg. 18761 (April 28, 2025). As contemplated by the Executive Order, designation as a sanctuary jurisdiction may result in additional consequences and further agency actions as permitted by law. *See id.*

As the chief law enforcement officer of the United States, I am committed to identifying state and local laws, policies, and practices that facilitate violations of federal immigration laws or impede lawful federal immigration operations, and taking legal action to challenge such laws, policies, or practices. Individuals operating under the color of law, using their official position to obstruct federal immigration enforcement efforts and facilitating or inducing illegal immigration may be subject to criminal charges. As such, I have instructed that all litigating components of the Department and each U.S. Attorney's Office shall investigate incidents involving any such potential unlawful conduct and shall, where supported by the evidence, prosecute violations of federal laws such as 8 U.S.C. § 1324, 18 U.S.C. § 371, 18 U.S.C. § 1071, and 18 U.S.C. § 1505. State and local entities, particularly those with policies in violation of 8 U.S.C. § 1373 and

§ 1644, may also be subject to civil liability.

    Further, pursuant to President Trump's directive in Executive Order 14,287, the Department has compiled a list of sanctuary jurisdictions.[1] This list is based on a review of laws, policies, and practices of the identified jurisdictions.

    You are hereby notified that your jurisdiction has been identified as one that engages in sanctuary policies and practices that thwart federal immigration enforcement to the detriment of the interests of the United States. This ends now. By Tuesday, August 19, 2025, please submit a response to this letter that confirms your commitment to complying with federal law and identifies the immediate initiatives you are taking to eliminate laws, policies, and practices that impede federal immigration enforcement. This letter does not constitute final agency action and nothing in this letter creates any right or benefit enforceable at law against the United States.

Sincerely,

Pamela Bondi
Attorney General

---

[1] https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities