# ATTACHMENT 9

PART OF STATES NEWSROOM

IMMIGRATION    POLITICS

# 'I respectfully disagree': Kotek says Oregon will follow sanctuary law despite threats

Oregon Gov. Tina Kotek had until Tuesday to respond to Bondi

BY: **MIA MALDONADO** - AUGUST 19, 2025    12:22 PM

      



Gov. Tina Kotek speaks at the annual Oregon Leadership Summit in Portland on Dec. 11, 2023. (Photo by Michael Romanos/Oregon Capital Chronicle)

Oregon Gov. Tina Kotek on Tuesday pushed back against claims from the federal government that the state is obstructing federal immigration enforcement efforts because of its sanctuary law.

On Aug. 13, U.S. Attorney General Pam Bondi gave Kotek, along with dozens of other elected officials in sanctuary states and cities, until Tuesday to respond to a letter threatening legal consequences because the state prohibits law enforcement and other public

agencies from cooperating with federal officials on immigration enforcement.

"You demanded a response by today," Kotek said in her letter. "On behalf of the state of Oregon and its citizens, I respectfully disagree with your assertions. The state of Oregon, its public officials and its law enforcement officers do not engage in conduct that thwarts federal immigration enforcement."

Kotek explained the history of Oregon's 1987 sanctuary state law and said that most Oregon voters support the law. In a 2018 ballot measure, 63% of Oregon voters opposed repealing the law.

Under the sanctuary law, law enforcement agencies in Oregon in nearly all circumstances cannot inquire about immigration status or investigate someone for immigration enforcement purposes. Requests from federal agencies to local law enforcement agencies about immigration enforcement without a judicial order must be documented, reported and denied.

Kotek said the state of Oregon complies with federal law and it will continue to follow its own laws.

The city of Portland, which also received a demand from Bondi, responded in a similar manner to Kotek. In a two-sentence [letter,](#) City Attorney Rob Taylor wrote that Oregon's largest city complies with federal and state laws.

In 2017, the Portland City Council declared Portland a sanctuary city, meaning that city employees will not cooperate with U.S. Immigration and Customs Enforcement agents except as expressly required by federal law.

"The city of Portland is committed to protecting and supporting an immigrant community that contributes so much to the health, prosperity, and vibrancy of our city," city officials wrote in a [news release](#) Tuesday afternoon.

At a Monday press conference related to the state's most recent lawsuit against the federal government, Oregon Attorney General Dan Rayfield said the federal government is asking Oregon to break its own laws.

Out of the 37 lawsuits Oregon's filed against the Trump administration, Rayfield said "a handful" stem from threats to force compliance on immigration issues such as by withholding funding

Case 3:25-cv-01756-SI     Document 9-9     Filed 09/29/25     Page 4 of 6

used to support victims of domestic abuse and funding for road repairs and flood protections.

To report violations of Oregon's sanctuary law, individuals can contact the Oregon Department of Justice's Sanctuary Promise hotline at 1-844-924-STAY/1-844-6-AMPARO or report online at SanctuaryPromise.Oregon.gov or PromesaSantuario.Oregon.gov.

*Updated at 4 p.m. Aug. 19 with information from the city of Portland.*

**GET THE MORNING HEADLINES.**

**SUBSCRIBE**

Loading...

**YOU MAKE OUR WORK POSSIBLE.**

**SUPPORT**

**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



**MIA MALDONADO**  

Mia Maldonado began working at the Oregon Capital Chronicle in 2025 to cover the Oregon Legislature and state agencies with a focus on social services. She began her journalism career with the Capital Chronicle's sister outlet in Idaho, the Idaho Capital Sun, where she received multiple awards for her coverage of the environment and Latino affairs. She has a bachelor's degree in Spanish and international political economy from the College of Idaho. Born and raised in the West, Mia enjoys hiking, skiing and rockhounding in her free time.

Oregon Capital Chronicle is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

**MORE FROM OUR NEWSROOM**



**Oregon sues to block Trump from sending National Guard to Portland**

BY **JULIA SHUMWAY** AND **ALEX BAUMHARDT**

September 28, 2025



**'We'll have to litigate': Oregon bipartisan duo seek novel ban on law enforcement masking**

BY **SHAANTH NANGUNERI**

September 2, 2025

**PROBING OREGON POLITICS AND POWER**

**DEMOCRACY TOOLKIT**

Oregon Capital Chronicle focuses on deep and useful reporting on Oregon state government, politics and policy. We help readers understand how those in government are using their power, what's happening to taxpayer dollars, and how citizens can stake a bigger role in big decisions.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

  

© Oregon Capital Chronicle, 2025

v1.93.5

**STATES NEWSROOM**

FAIR. FEARLESS. FREE.