# ATTACHMENT 11

ADVERTISEMENT

Michigan church shooting     AP Top 25     Corn dog recall     Bad Bunny at the Super Bowl     Russell Nelson dies at 101

POLITICS

# In his own words: Trump said during 2024 campaign he would use military for immigration enforcement



BY MEG KINNARD AND ADRIANA GOMEZ LICON
Updated 5:10 PM PDT, June 10, 2025

> ▶ Follow live updates on President Donald Trump and his administration

President Donald Trump in recent days has sent thousands of National Guard troops and 700 active duty Marines to quell Los Angeles-area protests over immigration enforcement actions, despite the objections of Democratic Gov. Gavin Newsom and local leaders.

On Tuesday, National Guard troops were standing guard around officers as they made arrests, an expansion of the troops' duties from their earlier role of protecting federal property.

The actions are in line with what Trump pledged during last year's campaign, when as a candidate he promised the largest mass deportation effort the U.S. has seen, and said he would be willing to use military might to make it happen.

But Trump has changed his position since his 2020 presidential bid, namely around using the Insurrection Act to send military units to respond to unrest in the states.

Here's a look at how Trump has talked about use of the military when it comes to immigration — and how his position evolved — in his own words:

---

**RELATED STORIES**



**Judge rules Trump officials broke law in deploying troops to LA this summer**



**What to know about the law limiting Trump's use of troops in US cities**



**Republicans in Congress eager for Trump to use the military on US soil**

## 2025: 'If there's an insurrection, I would certainly invoke it'

"If there's an insurrection, I would certainly invoke it. We'll see. But I can tell you last night was terrible, and the night before that was terrible." — Trump, Tuesday, to reporters in the Oval Office.

———

During an Oval Office engagement with reporters, Trump left open the possibility of invoking one of the most extreme emergency powers available to a U.S. president.

The Insurrection Act authorizes the president to deploy military forces inside the United States to suppress rebellion or domestic violence or to enforce the law in certain situations.

It is often referred to as the "Insurrection Act of 1807," but the law is actually an amalgamation of different statutes enacted by Congress between 1792 and 1871.

In calling up National Guard forces over Newsom's objections, Trump cited a legal provision that allows him to mobilize federal service members when there is "a rebellion or danger of a rebellion against the authority of the Government of the United States."

## 2024: 'I would have no problem using the military'

"If I thought things were getting out of control, I would have no problem using the military, per se. We have to have safety in our country. We have to have law and order in our country. And whichever gets us there, but I think the National Guard will do the job." — Trump, April 30, 2024, interview with Time Magazine.

———

While campaigning in 2024, Trump said he would use the National Guard as part of efforts to deport millions of migrants across the country. He didn't say how he would carry out the operations and what role the National Guard would play, but added he would resort to the military if "things were getting out of control."

When asked to clarify if he would use the military inland, he said, "I don't think I'd have to do that. I think the National Guard would be able to do that. If they weren't able to, then I'd use the military."

Trump told Time that he would deport between 15 million and 20 million people who are in the country illegally. The foreign-born population, including immigrants in the country both legally and illegally, was estimated to be 46.2 million, or nearly 14% of the U.S. total, in 2022, according to the Census Bureau, which also reported about 11 million immigrants in the country illegally.

After winning the November election, the possible contours of Trump's incoming administration and how it would handle issues, including immigration, began to take greater shape.

On Nov. 17, after conservative activist Tom Fitton proclaimed in a social media post that the incoming president "will declare a national emergency and will use military assets to reverse the Biden invasion through a mass deportation program," Trump replied: "TRUE!!!"

On his first day back in office, Trump rolled out a blueprint to beef up security at the southern border in a series of executive orders that began taking effect soon after his Jan. 20 inauguration. Trump ordered the government, with Defense Department assistance, to "finish" construction of the border wall and send troops to the border. He did not say how many would go — leaving it up to the defense secretary — or what their exact role would be.

His executive orders suggested the military would help the Department of Homeland Security with "detention space, transportation (including aircraft), and other logistics services." Trump directed the defense secretary to come up with a plan to "seal the borders" and repel "unlawful mass migration."

## 2020: 'There's no reason to ever' make insurrection determination

"We have to go by the laws. We can't move in the National Guard. I can call insurrection, but there's no reason to ever do that." — Trump, Sept. 15, 2020, in a town hall hosted by ABC News in Philadelphia.

⎯

Questioned during a 2020 election town hall about his campaign promise of restoring law and order, Trump said he could not activate the National Guard unless a governor requested it, referring to the response to wildfires that ravaged Portland in 2020.

"We have laws. We have to go by the laws. We can't move in the National Guard. I can call insurrection, but there's no reason to ever do that," he said. "Even in a Portland case, we can't call in the National Guard unless we're requested by a governor. If a governor or a mayor is a Democrat, like in Portland, we call them constantly."

That reference wasn't explicitly to immigration, but it was referring to Trump's willingness to overrule a state's governor and federalize National Guard resources.

⎯

Kinnard can be reached at http://x.com/MegKinnardAP

**MEG KINNARD**
Kinnard covers national politics for The Associated Press. She lives in South Carolina.
𝕏 ⓘ ✉

**ADRIANA GOMEZ LICON**
Gomez Licon writes about national politics for The Associated Press. She is based in Florida.
𝕏 ✉

**MOST READ**



1   Gunman in truck smashes into Michigan church and opens fire, killing at least 4 and injuring 8

2   Ukraine nuclear plant enters fifth day on emergency power as Zelenskyy announces $90B arms deal

3   Former national park superintendents urge Trump administration to close parks in case of shutdown

4   Russell M. Nelson, oldest-ever president of The Church of Jesus Christ of Latter-day Saints, dies

5   **AP Top 25 sees Oregon jump to No. 2, Ole Miss and Oklahoma crack the top 5**

## SUGGESTED FOR YOU 



**Leverage TradeStation's platform designed for self-directed traders.**

Advertisement: TradeStation



**Infrastructure: An unprecedented global investment opportunity.**

Advertisement: Stonepeak



**Schwab offers a variety of tax-smart IRAs to fit your retirement needs**

Advertisement: Charles Schwab



**How is PMI U.S. Invested in America? Learn more.**

Advertisement: U.S. businesses of PMI Inc.