# ATTACHMENT 12



← **Truth Details**
7675 replies



**Donald J. Trump**
@realDonaldTrump

At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter!

**16.7k** ReTruths   **69.9k** Likes                                 Sep 27, 2025, 7:19 AM



## Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks. To learn more about the cookies we use, please visit our Privacy Policy.

Reject all     Accept