# ATTACHMENT 14



**PRESS RELEASE**
September 28, 2025

**MEDIA CONTACT**
Governor Tina Kotek Press Office
news@govpress.oregon.gov

Attorney General Dan Rayfield Press Office
AttorneyGeneralPress@doj.oregon.gov

# Governor Kotek and Attorney General Fight Back on President Trump's Abuse of Power

Portland, OR – Today, Attorney General Dan Rayfield filed a preliminary injunction against President Trump's order to federalize Oregon National Guard troops under a Title 10 designation. Earlier today, the Secretary of Defense sent a memo to Governor Tina Kotek authorizing 200 members of the Oregon National Guard to perform federal functions for 60 days, including protecting federal property "where protests are occurring or likely to occur."

Governor Kotek and the Attorney General stand strongly together to protect Oregonians' safety and right to govern themselves.

**Governor Kotek issued the following statement:**

"When the president and I spoke yesterday, I told him in plain language that there is no insurrection or threat to public safety that necessitates military intervention in Portland or any other city in our state. Despite this – and all evidence to the contrary – he has chosen to disregard Oregonians' safety and ability to govern ourselves. This is not necessary. And it is unlawful. And it will make Oregonians less safe.

"As the Commander in Chief of the Oregon National Guard, I will always prioritize our National Guard resources towards the needs, values, and protection of Oregonians. Putting our own military on our streets is an abuse of power and a disservice to our communities and our service members.

"Regardless of who is directing their deployment, let's remember the Oregon National Guard is made up of Oregonians who are citizen soldiers who are our neighbors and friends. I will use everything in my authority to support them as Oregonians. I will have their back.

"Oregon is our home – not a military target."

**Attorney General Dan Rayfield issued the following statement:**

"Oregon communities are stable, and our local officials have been clear: we have the capacity to manage public safety without federal interference," said Attorney General Rayfield. "Sending in 200 National Guard troops to guard a single building is not normal. If you had a concern about safety at your own home, you'd make a few calls and fill the gaps — not call in an army. What we're seeing is not about public safety, it's about the President flexing political muscle under the guise of law and order, chasing a media hit at the expense of our community."

The lawsuit, filed in U.S. District Court for the District of Oregon, argues that the President lacks authority under 10 U.S.C. §12406, which permits federalization of the Guard only in circumstances of invasion, rebellion, or when federal laws cannot otherwise be executed. None of those circumstances exist in Oregon.

The complaint further argues that:

- The federalization order is based on a baseless and hyperbolic pretext — claims that Portland is burning or ungovernable are false and fictional.
- The order violates the Posse Comitatus Act, which prohibits the military from engaging in civilian law enforcement.
- The order infringes on the 10th Amendment, stripping states of their constitutional power to manage law enforcement.
- Oregon officials, including the Portland Police Bureau, have repeatedly confirmed they have the capacity to maintain public safety without federalized troops.

The lawsuit seeks immediate relief from the court, declaring the federalization of Oregon's National Guard unlawful and halting the President's order.

"This is about defending both the Constitution and the rights of Oregonians," Rayfield said. "We won't allow the federal government to turn our communities into a political stage."

The day after President Trump and Governor Kotek spoke, the Governor's Office received notice that the President called 200 members of the Oregon National Guard into Federal service effective immediately for a period of 60 days under section 12406 of title 10, U.S. Code.

###