# ATTACHMENT 16

Subscribe

Portland Homicides     Courts

Advertisement

PUBLIC SAFETY

# Portland police clear blockade of ICE office; chief says it was for safety not immigration enforcement

Updated: Jun. 10, 2025, 6:19 a.m. | Published: Jun. 09, 2025, 1:11 p.m.



Portland police, seen on body-cam footage, clear a barricade set by protesters at a U.S. Immigration and Customs Enforcement office on Sunday, June 8, 2025. Courtesy of Portland Police Bureau

    

By Zaeem Shaikh | The Oregonian/OregonLive

At least six Portland police officers cleared a barricade set by protesters early Sunday at a U.S. Immigration and Customs Enforcement office, raising questions about police cooperation with federal immigration authorities.

The police actions come as tensions around immigration enforcement have surged across the country. Large-scale protests erupted in Los Angeles on Friday in response to federal immigration raids, prompting President Donald Trump to deploy the National Guard to the city.

Skip Ad

0:08 / 0:30

In Portland in recent days, smaller protests have flared outside 4310 S. Macadam Ave., the ICE field office in South Portland where federal authorities temporarily detain people slated for deportation.

Advertisement

On Saturday evening and early Sunday morning, Portland officers were monitoring one such protest for signs of vandalism when a Department of Homeland Security contractor driving what police say was an empty transport van called 911 to say protesters had blocked an ICE driveway with wood, rocks and a traffic barrier.

✉️ **Public Safety in Oregon**
TUESDAYS 4 P.M.

Public safety is important to you and your community. Stay on top of news events in Portland and Oregon, and read The Oregonian/OregonLive's examinations of issues you need to know.

| Email | **Sign Up** |

By signing up, you agree to our user agreement (including the class action waiver and arbitration provisions), and privacy policy.

Body-camera footage released by police showed the blockage plus the words "PDX (hearts) LA" emblazoned on a sign.

Police command staff then decided to clear the driveway and said they did so to avoid confrontation. The footage shows officers casually tossing the rocks and wood off to the side of the driveway and carrying the barrier away from the driveway. The whole thing took a few minutes, and police made no arrests at that time.

On Sunday evening, City Councilor Sameer Kanal — a frequent critic of the Police Bureau — wrote on social media that he had viewed other footage of the clearing.

"And I'm concerned too," Kanal posted on Bluesky.

Portland police Chief Bob Day on Monday insisted that officers were addressing criminal behavior — and not assisting with immigration enforcement.

"We recognize the heightened emotions surrounding the immigration issue, especially in light of recent events nationally and the situation unfolding in Los Angeles," Day said in a statement.



Portland police Chief Bob Day, right, speaks about the actions officers took to clear a blockade at a U.S. Immigration and Customs Enforcement office at a news conference on Monday, June 9, 2025. To his left is Central Precinct Commander Brian Hughes. Zaeem Shaikh/The Oregonian

At a later press conference, Day further defended the decision to clear the blockade but called it an unusual step officers would not take again.

"Going forward, we will not be clearing stuff from the driveway of the facility," Day said. "And also we will not be engaging with any kind of perceived or actual support of vans or transports or anything of that nature."

—Zaeem Shaikh covers the Portland Police Bureau and criminal justice issues for The Oregonian/OregonLive. Reach him at 503-221-4323, [zshaikh@oregonian.com](mailto:zshaikh@oregonian.com) or on X[@zaeemshake](https://x.com/zaeemshake).

## LATEST PUBLIC SAFETY NEWS

Stop 'perpetuating outdated narratives' about Portland, keep troops out, Oregon leaders tell Trump in letter

Portland police use neck hold on suspect who grabbed for officer's gun

Shooting at Tigard taqueria injures 1

Arrests outside Portland ICE building have dropped throughout summer

Powered by Advance Insights

1 of 6

## Do you play online games regularly?

- No
- Yes

Next

To understand how we may use the results of this poll, please read our Privacy Policy and User Agreement. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

## Around the Web

### Ashburn: New 2-Bed Senior Houses Are Stunning - Take A Peek Inside!

TopSearchesNow | Search Ads | Sponsored

### Black Cat Sculpture That Brings Luck Into Your Home

Buybuyseason | Sponsored

Shop Now

### The Solana Bet That Could Redefine the Crypto Market

This isn't a side project. This is a full-scale pivot.

**bullseyealerts** | Sponsored

Read More

### Finally, an affordable energy-efficient siding that lasts a lifetime

Finally, an Affordable Energy-Efficient Siding That Lasts A Lifetime, Doesn't Crack, Rot, Or Fade, AndWithstands Hurricane Winds, Snowstorms, Hail, And Humidity.

**Don't Overpay For Siding** | Sponsored

Learn More

### Costco Shoppers Say This Knee Pain Relief Device Is "Actually Worth It"

"It's truly worth every penny!"

**healthadvicetoday** | Sponsored

Learn More

### Virginia lighthouse lists for $450,000, but you'll need a boat and a bold spirit

**Homes.com** | Sponsored

### Sam Altman Lists 5 Books That Will Give You an Unfair Advantage

Ever since he was a kid, Sam Altman—the CEO of OpenAI —has been an avid reader. He shares the nine books that he thinks will change your life.

**Blinkist: Sam Altman's Reading List** | Sponsored

### Lara Is Retiring - Her Final Jewelry Pieces Are 80% Off

Lara's retirement sale just launched, and it's chaos. People are buying 3–4 pieces at a time – 80% off sitewide.

**Artisan Weekly** | Sponsored

Learn More

### I Thought I'd Tried Everything for Back Pain – Until This

**NeuroMD®** | Sponsored

Learn More

### Seniors In Virginia Finding Cheap 2-Bed Housing - Peek Inside

**Cheap 2-Bed Housing | Search Ads** | Sponsored

### Handcrafted Since 1975 — Junie's Final Bags at 80% Off

After 50 years of handcrafting bags, Junie is retiring. Her final collection is now 80% off — timeless designs, lovingly made, and available only while they last.

**Junie Boutique** | Sponsored

Read More

### The Sophia Bag Is Disappearing Fast — Here's Why

A story of balance, stitched in leather. The Sophia Bag marks Junie's final chapter — own it today at 80% off before it's gone.

**Junie Boutique** | Sponsored

Read More

### Oregon leaders slam 'federal takeover,' plead for peace as Trump ICE deployment begins

OregonLive.com

### Oregon safety admits "it didn't feel real" when he made the interception that stunned Penn State

OregonLive.com



▼ About Us

Our Journalists

About OregonLive.com

Contact The Newsroom

Technical Support

Search Our Archives

Advertise With Us

Subscribe to The Oregonian

Subscriber Services

Digital Subscription FAQ

Delivery Opportunities

Accessibility Statement

▼ Subscriptions

The Oregonian

eNewspaper

Email Newsletters

▼ Already a Subscriber

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ Read More Top News

Today's Top News

Politics

Crime

Business

Commuting

Weather

Education

Homes & Gardens

Letters to the Editor

Video

Environment

Here is Oregon

Noticias en español

Special Sections

Sports

High School Sports

Ducks

Beavers

Trail Blazers

Timbers

Thorns

Recruiting News

Entertainment

Travel

TV & Movies

Eat, Drink, Cook

Comics

Archives

▼ Your Regional News Pages

Portland

Washington County

Clackamas County

Clark County

Pacific Northwest

▼ Follow Us

Email Newsletters

YouTube

Twitter

Facebook

Instagram

RSS

▼ Mobile

iPhone, Android apps

Tablet apps

▼ More on OregonLive.com

Place an Ad

Autos

Jobs

Sponsor Content

Post a Job

Archives

Your Privacy Choices     |    Privacy Policy    |    User Agreement    |    ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices