# ATTACHMENT 17

Advertisement

Subscribe

PORTLAND

# How ICE protests have unfolded in Portland, from June until now

Updated: Sep. 12, 2025, 11:27 a.m. | Published: Sep. 11, 2025, 1:19 p.m.





Protests continue at Portland ICE building (Mark Graves)

By **Fedor Zarkhin | The Oregonian/OregonLive** and **Zaeem Shaikh | The Oregonian/OregonLive**

President Donald Trump has warned he may send the National Guard to Portland to quell protests against immigration enforcement.

Advertisement

**READ MORE:** ICE protests are nothing like 2020. So why is Trump floating a Portland crackdown?

"If we go to Portland, we're going to wipe them out. They're going to be gone," Trump said Sept. 5. "They've ruined that city."

The protests outside U.S. Immigration and Customs Enforcement have been ongoing since early June, with major flareups that month, July 4 and Labor Day.

## Here's how events in Portland have developed so far:

**June 2:** Federal authorities arrest an asylum-seeker at Portland's Immigration Court. Observers believe it to be the first such arrest in Portland in Trump's accelerating immigration dragnet.

Advertisement

**June 4:** Federal officers detain three protesters who had been blocking a van at the ICE building that they believed was headed to Tacoma, where ICE has a much larger detention facility. Federal authorities make another arrest of an asylum-seeker in Portland Immigration Court.

**June 6:** <u>Protests erupt</u> in Los Angeles as federal agents conduct immigration sweeps in the city. Trump soon vows to send 2,000 National Guard troops to Los Angeles, sparking wider protests, including in Portland.

## U.S. Immigration and Customs Enforcement office in Portland's South Waterfront

© OpenStreetMap contributors

- - - Downtown Portland border

**June 8 — June 13:** <u>Portland police clear a barricade</u> protesters had set up in front of the ICE building. The next day, Police Chief Bob Day says officers will no longer help clear barricades and "will not be engaging with any kind of perceived or actual support of vans or transports or anything of that nature."

Due to Oregon's "sanctuary" law, no state or local law enforcement agencies are allowed to cooperate with federal immigration enforcement.

Protests continue, with federal agents deploying tear gas. Portland police arrest 13 people in this period for crimes such as arson, assaulting a police officer and resisting arrest, <u>with 10 alone the night of June 12</u>.

**June 14:** <u>Hundreds of people protest outside the facility</u> following a "No Kings" march earlier that day attended by tens of thousands of demonstrators. Several people use a stop sign as a makeshift battering ram and break the front door of the ICE building. Portland police declare a riot and federal officers deploy smoke, tear gas, flash grenades and other projectiles. Police make three arrests.



       

Portland ICE Protest -- June 14, 2025 (Mark Graves/The Oregonian)

**June 15:** Portland Mayor Keith Wilson, reacting to troop deployment in Los Angeles, <u>says Portland does not need</u> the help or presence of National Guard troops.

**June 19:** The last time Portland police make an arrest in the protests, bringing the total to 25.

**June 24:** Portland police chief tells members of the Portland City Council that his agency is looking at ways to scale back its policing of ICE protests. The same night, a Portland police team observing a protest says in a debrief, "if it were not ICE, we could assist directly," according to a police activity log.

**July 4:** <u>A large protest outside the ICE facility</u> leads to four more arrests on federal charges, bringing the number of people federal authorities have arrested to 22. Portland police monitor the protest from an airplane and bike officers remind protesters they can't set off fireworks but don't make any arrests as federal officers and protesters clash.

**July 8:** Trump's "Border Czar" Tom Homan name-checks Portland, <u>pledging</u> that immigration agents would be "doubling down, tripling down" on enforcement. "I'm going to Portland," Homan said. "I'm going out there. They are not going to bully us."

**July 11:** <u>Department of Homeland Security Secretary Kristi Noem says</u> anarchists and antifa-affiliated groups in Portland were publishing names, photos and personal addresses of ICE officers.

**July 19:** Around 60 people gathered at the ICE building and several called 911 dispatchers about an altercation with a counterprotester armed with a pepperball gun, according to 911 call records. The crowd dwindled to about 30 by around midnight. "The groups were low energy and seated quietly," a police sergeant wrote in an email to his superiors, records show.

**July 25:** The first hearing begins in Multnomah County Circuit Court for a lawsuit filed by the resident of the nearby low-income housing complex. It asks a judge to force the city to enforce noise ordinances around the ICE building. Top Police Bureau officials are called to testify.

**Aug. 14:** Multnomah County Senior Judge Ellen Rosenblum, a former Oregon attorney general, rules police aren't required to enforce noise rules at protests outside the ICE facility.

**Aug. 20:** Homan <u>visits</u> Portland's ICE facility. In a message posted to social media platform X, Homan says he visited to let agents "know that President Trump and I have their six" — a reference to having someone's back.

**Aug 21:** A protester who <u>was shoved from behind and tackled</u> by federal authorities notifies the Department of Homeland Security he plans to sue, according to a copy of his tort claim notice. The protester, Daryn Herzberg, claimed that federal officers pinned him down during a protest Aug. 13 and "held him in teargas" for several minutes. Officers tackled him again three days later, he claimed, with one of them repeatedly hitting Herzberg's face into the ground.

**Aug. 26:** Labor Secretary <u>Lori Chavez-DeRemer tells Trump</u>, "I hope you will come to Portland, Oregon and crack down."

**Sept. 1:** Following a large protest downtown, over 100 people march from a nearby park to the ICE building. Some protesters bring a makeshift guillotine. Federal officers deploy chemical gas and pepperballs at the crowd.

**Sept. 4:** Fox News <u>airs a report</u> about the Labor Day protest with footage of 2025 protests outside ICE. Mixed in misleadingly are clips from 2020 protests. One shows a federal officer pepper spraying a person in downtown Portland. Another shows protesters burning the base of the Thompson Elk Fountain.

**Sept. 5:** Citing television news reports, Trump says he is weighing federal intervention in Portland due to the protests. "They've ruined that city," Trump says. "It's like living in hell." Gov. Tina Kotek decries the "threats to deploy National Guard troops in Portland" as "absurd, unlawful and un-American."

**Sept. 8:** The U.S. Attorney's Office says 26 people have been charged with federal offenses at the ICE building since June 13.

*— Fedor Zarkhin is a breaking news and enterprise reporter. Do you have a story? Reach him by phone or text at 971-373-2905 or by email at <u>fzarkhin@oregonian.com</u>.*

*—Zaeem Shaikh covers the Portland Police Bureau and criminal justice issues for The Oregonian/OregonLive. Reach him at 503-221-4323, zshaikh@oregonian.com or on X@zaeemshake.*

LATEST PUBLIC SAFETY NEWS

**Stop 'perpetuating outdated narratives' about Portland, keep troops out, Oregon leaders tell Trump in letter**

**Portland police use neck hold on suspect who grabbed for officer's gun**

**Shooting at Tigard taqueria injures 1**

**Arrests outside Portland ICE building have dropped throughout summer**

Powered by Advance Insights

1 of 6

# Do you play online games regularly?

- No

- Yes

Next

To understand how we may use the results of this poll, please read our Privacy Policy and User Agreement. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

## Around the Web

### Temu Clearance Sale

Temu Clearance Sale, where unbeatable discounts meet your shopping needs

**TEMU** | Sponsored

Shop Now

### Sharpen your chainsaw in 10 seconds without removing the chain.

**Sherum** | Sponsored

Learn More

## Ashburn: New 2-Bed Senior Houses Are Stunning - Take A Peek Inside!

**Senior Houses | Search Ads** | Sponsored

## Finally, an affordable energy-efficient siding that lasts a lifetime

Finally, an Affordable Energy-Efficient Siding That Lasts A Lifetime, Doesn't Crack, Rot, Or Fade, AndWithstands Hurricane Winds, Snowstorms, Hail, And Humidity.

**Don't Overpay For Siding** | Sponsored

Learn More

## Sam Altman Lists 5 Books That Will Give You an Unfair Advantage

Ever since he was a kid, Sam Altman—the CEO of OpenAI —has been an avid reader. He shares the nine books that he thinks will change your life.

**Blinkist: Sam Altman's Reading List** | Sponsored

## Solana's Breakthrough Moment: Why Smart Money Is Paying Attention

This isn't a side project. This is a full-scale pivot.

**bullseyealerts** | Sponsored

Read More

## How Electric Nail Clippers Make Care Safer And Easier

Perfect for seniors or anyone with reduced hand strength. Our automatic clipper makes nail care simple and comfortable.

**Glosrity** | Sponsored

Learn More

## Cherish Loved Ones with Cardinal Lamp

The Cardinal Bird Lamp is more than decor. It's a heartfelt embrace, perfect for those who cherish memories of loved ones.

**FANYIL** | Sponsored

Shop Now

### This Device Helped Me Move Without Back Pain Again

**NeuroMD®** | Sponsored

Learn More

## Black Cat Sculpture That Brings Luck Into Your Home

**Buybuyseason** | Sponsored

Shop Now

## Ashburn: New 2-Bed Shipping Container Homes - Take A Peek Inside!

**Yahoo Search | Shipping Containers** | Sponsored

## Costco Shoppers Say This Knee Pain Relief Device Is "Actually Worth It"

"It's truly worth every penny!"

**healthadvicetoday** | Sponsored

Learn More

**Dear Abby: Gay man can no longer tolerate family members' intolerant social media posts**

OregonLive.com

**Countdown to Portland Trail Blazers' training camp: Kris Murray**

OregonLive.com



▼ **About Us**

Our Journalists

About OregonLive.com

Contact The Newsroom

Technical Support

Search Our Archives

Advertise With Us

Subscribe to The Oregonian

Subscriber Services

Digital Subscription FAQ
Delivery Opportunities
Accessibility Statement

---

**▼ Subscriptions**

The Oregonian
eNewspaper
Email Newsletters

---

**▼ Already a Subscriber**

Manage your Subscription
Place a Vacation Hold
Make a Payment
Delivery Feedback

---

▼ **Read More Top News**

Today's Top News

Politics

Crime

Business

Commuting

Weather

Education

Homes & Gardens

Letters to the Editor

Video

Environment

Here is Oregon

Noticias en español

Special Sections

Sports

High School Sports

Ducks

Beavers

Trail Blazers

Timbers

Thorns

Recruiting News

Entertainment

Travel

TV & Movies

Eat, Drink, Cook

Comics

▼ **Your Regional News Pages**

Portland

Washington County

Clackamas County

Clark County

Pacific Northwest

▼ **Follow Us**

Email Newsletters

YouTube

Twitter

Facebook

Instagram

RSS

▼ **Mobile**

iPhone, Android apps

Tablet apps

▼ **More on OregonLive.com**

Place an Ad

Autos

Jobs

Sponsor Content

Post a Job

Archives

---

**Your Privacy Choices**   | Privacy Policy | User Agreement | ▷Ad Choices

---

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices