# ATTACHMENT 19

Subscribe

Portland Homicides    Courts

Advertisement

PUBLIC SAFETY

# Portland police arrest 10 at ICE protest as nationwide demonstrations continue

Updated: Jun. 13, 2025, 2:53 p.m. | Published: Jun. 13, 2025, 10:07 a.m.



By Tatum Todd | The Oregonian/OregonLive

Portland police on Thursday night arrested 10 people at a protest near the Portland U.S. Immigration and Customs Enforcement facility.

Protesters have gathered outside the ICE facility for days in increasing numbers. And the latest arrests suggest tensions are increasing ahead of the weekend, when peaceful demonstrations are planned. Portland's ICE protests come as similar protests have sprung up across the country, including in Los Angeles, in response to immigration enforcement raids under President

Donald Trump.

Skip Ad

0:10 / 0:30

In the past week, the Trump administration has deployed the National Guard and 700 marines in Los Angeles to confront protesters, some of whom have set fire to cars and vandalized buildings within a few blocks of the ICE facility.

In Portland, officers at the scene of Thursday night's protest say 10 people in the crowd allegedly committed "various criminal acts" and closed in to arrest them around 11:40 p.m., the Portland Police Bureau said in a statement.

**Public Safety in Oregon**

TUESDAYS 4 P.M.

Public safety is important to you and your community. Stay on top of news events in Portland and Oregon, and read The Oregonian/OregonLive's examinations of issues you need to know.

Email    Sign Up

By signing up, you agree to our user agreement (including the class action waiver and arbitration provisions), and privacy policy.

Police said they arrested Caitlyn B. Sakelik, 33, on allegations of first- and second-degree arson. Morgan Rykken, 25, Alistar M.Sidener, 19, and Austin Laughlin, 24, also face allegations of second-degree arson, police said.

Matthew L. Fussel, 29, faces allegations of assaulting a police officer, interfering with police and resisting arrest, police said.

The other six people police arrested face allegations such as disorderly conduct and harassment.

On Wednesday, Portland police arrested two people accused of arson and another person accused of choking a police officer during a protest in front of the ICE building.

— Tatum Todd is a breaking news reporter who covers public safety, crime and community news. Reach them at ttodd@oregonian.com or 503-221-4313.

## LATEST PUBLIC SAFETY NEWS

**Stop 'perpetuating outdated narratives' about Portland, keep troops out, Oregon leaders tell Trump in letter**

**Portland police use neck hold on suspect who grabbed for officer's**

gun

Shooting at Tigard taqueria injures 1

Arrests outside Portland ICE building have dropped throughout summer

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.



▼ About Us

Our Journalists

About OregonLive.com

Contact The Newsroom

Technical Support

Search Our Archives

Advertise With Us

Subscribe to The Oregonian

Subscriber Services

Digital Subscription FAQ

Delivery Opportunities

Accessibility Statement

▼ **Subscriptions**

The Oregonian

eNewspaper

Email Newsletters

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ **Read More Top News**

Today's Top News

Politics

Crime

Business

Commuting

Weather

Education

Homes & Gardens

Letters to the Editor

Video

Environment

Here is Oregon

Noticias en español

Special Sections

Sports

High School Sports

Ducks

Beavers

Trail Blazers

Timbers

Thorns

Recruiting News

Entertainment

Travel

TV & Movies

Eat, Drink, Cook

Comics

▼ Your Regional News Pages

Portland

Washington County

Clackamas County

Clark County

Pacific Northwest

▼ Follow Us

Email Newsletters

YouTube

Twitter

Facebook

Instagram

RSS

▼ Mobile

iPhone, Android apps

Tablet apps

▼ More on OregonLive.com

Place an Ad

Autos

Jobs

Sponsor Content

Post a Job

Archives

Your Privacy Choices  ☑☒    Privacy Policy  |  User Agreement  |  ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

▷Ad Choices