# ATTACHMENT 21


