# ATTACHMENT 22

This video is accessible online as of the date of filing and will be filed conventionally in due course.

Trump Says He's [sic] Wants to Rescue Washington, DC from 'Crime, Bloodshed, Bedlam, and Squalor' by AP Archive, uploaded to YouTube on August 11, 2025, available at https://www.youtube.com/watch?v=O-C0NwtFKoU