# ATTACHMENT 23

This video is accessible online as of the date of filing and will be filed conventionally in due course.

"It Is Like Living in Hell": Trump Discusses Portland as He Considers Sending the National Guard by The Oregonian, uploaded to YouTube on September 5, 2025, available at https://www.youtube.com/watch?v=6tP9QqDmu74