# ATTACHMENT 24

This video is accessible online as of the date of filing and will be filed conventionally in due course.

Trump Mentions Portland at White House: 'Just People Out of Control and Crazy' by The Oregonian, uploaded to YouTube on September 19, 2025, available at https://www.youtube.com/watch?v=cisl1y10YRw.