# ATTACHMENT 25

This video is accessible online as of the date of filing and will be filed conventionally in due course.

Trump Escalates Rhetoric Promising Federal Intervention in Portland, Citing "Anarchy" by The Oregonian, uploaded to YouTube on September 25, 2025, available at https://www.youtube.com/watch?v=G0TdH2aC-Jg