DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-01756-SI<br><br>PROOF OF SERVICE |

**PROOF OF SERVICE**

I hereby depose and swear as follows:

1.　I am an Office Specialist in the Oregon Department of Justice. I am a resident of the State of Oregon, over the age of 18 years, and not a party to the above-entitled action.

2.　Plaintiff State of Oregon received summonses (ECF No. 2) on September 28, 2025, directed to defendants Donald Trump, in his official capacity as President of the United

Page 1 - PROOF OF SERVICE
LH5/om1/999978063

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

States; Pete Hegseth, in his official capacity as Secretary of Defense; U.S. Department of Defense; Kristi Noem, in her official capacity as Secretary of Homeland Security; and U.S. Department of Homeland Security.

3. On September 29, 2025, I hand-delivered copies of the summonses described in the preceding paragraph, along with copies of the documents listed in the next paragraph, to the front desk of the Office of the United States Attorney for the District of Oregon at 1000 SW Third Ave. Suite 600, Portland, Oregon, as set forth in Fed. R. Civ. P. 4(i)(1)(A)(i).

4. The documents delivered are:

   a. Complaint and exhibits thereto (ECF No. 1, 1-1, 1-2);

   b. Civil Cover Sheet (ECF No. 1-3);

   c. Request for Summons (ECF No. 1-4);

   d. Civil Case Assignment Order, Consent Forms, and Pretrial Scheduling Order, (ECF No. 3);

   e. Notice of Appearance of Caroline Turco (ECF No. 4);

   f. Notice of Appearance of Naomi Sheffield (ECF No. 5);

   g. Motion for Temporary Restraining Order and Memorandum in Support (ECF No. 6);

   h. Declaration of Craig Dobson (ECF No. 7);

   i. Declaration of Cameron Bailey (ECF No. 8)

   j. Declaration of Brian Marshall and exhibits (ECF No. 9).

5. Also on September 29, 2025, I caused copies of the summonses and documents listed above to be sent by Certified Mail upon the Attorney General of the United States at the address below, as set forth in Fed. R. Civ. P. 4(i)(1)(B) and 4(i)(2):

Page 2 -   PROOF OF SERVICE
            LH5/oml/999978063

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Secretary of Defense Pete Hegseth
United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Secretary of Homeland Security Kristi Noem
2707 Martin Luther King, Jr. Ave. SE
Washington, DC 20528

U.S. Department of Homeland Security
2707 Martin Luther King, Jr. Ave. SE
Washington, DC 20528

MEGAN GRIFFIN
Office Specialist 1

STATE OF OREGON   )
                  ) ss.
County of Multnomah )

SUBSCRIBED AND SWORN to before me this 29th day of September 2025, in Portland, Oregon.

Notary Public for Oregon
My Commission Expires: July 06, 2029

OFFICIAL STAMP
**HUNG HOANG LE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1059678
MY COMMISSION EXPIRES JULY 06, 2029

Page 3 -   PROOF OF SERVICE
LH5/om1/999978063

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000