NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>PLAINTIFFS,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>　　　　DEFENDANTS. | Case No. 3:25-cv-01756-SI<br><br>**DECLARATION OF FRANZ SCHOENING**<br><br>(In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Franz Schoening, declare as follows:

　　　1.　　I make this declaration based on my personal knowledge.

　　　2.　　I am currently employed by the City of Portland as the Commander of the Specialized Resources Division. I have held that position since January 2024. Prior to that I was a Captain in PPB's Training Division since October 13, 2022. I have been employed in a sworn capacity by PPB since January 2002. I began my career as a police officer, predominantly in patrol. I was promoted to Sergeant in 2007 and was a patrol sergeant. I was assigned to PPB's

Page 1 – DECLARATION OF FRANZ SCHOENING

Mounted Patrol Unit from 2010 to 2012. I have held the rank of Lieutenant since 2018, when I was assigned to the Chief of Police's Office as the executive officer for the Operations Branch. I was assigned to PPB's Detective Division from February 2021 until October 13, 2022.

3. In 2008, I became a squad leader with PPB's Rapid Response Team ("RRT"). RRT was PPB's detached unit primarily responsible for managing crowd control incidents. With the exception of 2010 to 2012 when I was assigned to the MPU, and from 2018 to 2019 when I was assigned to the Chief's Office, I was a squad leader with RRT, and participated in RRT trainings and operations. From May 2019 to October 2020, I was RRT's Team Commander. As Team Commander, part of my responsibilities included administrative functions, such as procuring equipment, overseeing the RRT member selection process, overseeing RRT training, as well as deploying with RRT squads during crowd management or control incidents, provide real-time information to the Incident Commander and his or her staff, and implement the tasks or assignments given to the RRT squads by the Incident Commander. The Incident Commander is the PPB member who has overall authority and responsibility for conducting incident operations and is responsible for managing all incident operations at the scene.

4. I was the Incident Commander on the evening of September 28, 2025.

5. Attached to this declaration as **Exhibit B** is a true and correct copy of my Public Order Post Event Debrief Summary from September 28, 2025, which summarizes the events of the night.

6. Attached to this declaration as **Exhibit C** is a true and correct copy of the Activity Log from September 28, 2025, which summarizes the events of the night.

///
///
///
///
///

Page 2 – DECLARATION OF FRANZ SCHOENING

7. I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 29, 2025

                                             */s/ Franz Schoening*
                                             Franz Schoening

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION OF FRANZ SCHOENING on:

Susanne Luse
United States Attorney's Office
District of Oregon
1000 SW Third Avenue
Suite 600
Portland, OR 97204
susanne.luse@usdoj.gov

on September 29, 2025, by causing a full, true and correct copy thereof, to be sent by the following methods:

☒ by **hand delivery;**

☒ by **email.**

I hereby further certify that I served the foregoing DECLARATION OF FRANZ SCHOENING on:

christopher.edelman@usdoj.gov
ben.kurland@usdoj.gov
jean.lin@usdoj.gov
eric.hamilton@usdoj.gov

on September 29, 2025, by causing a full, true and correct copy thereof, to be sent by the following method:

☒ by **email.**

*/s/ Caroline Turco*
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
*Counsel for Plaintiff City of Portland*

Page 1 – CERTIFICATE OF SERVICE