# Public Order Post Event Debrief Summary

**Date and time:** 09/28/2025

**Location of start of Event:** Two events; Rally and march at Waterfront Park and a rally at the ICE facility

**Narrative of event:**

Following President Trump's announcements that he was mobilizing federal resources to address civil unrest in Portland, our community organized two protest rallies for 9/28. The first was scheduled for Waterfront Park and was advertised as family friendly. That rally had a planned march. Those organizers communicated with our DLOs and shared the planned march route. The event was attended by a few hundred people including elected officials. PPB had resources in place to mitigate traffic safety risks and facilitated the peaceful march from Waterfront Park, to Oak Street, to 3rd Avenue, to Salmon Street, and back to Waterfront Park. No crimes were reported and no arrests were made.

The second rally was scheduled to take place at the ICE facility on S Bancroft/Moody. The organizers did not communicate with DLOs ahead of the event and were not receptive to overtures by our DLOs during the event. The event was attended by less than 200 people at the height of the event. PPB had DLOs, RRT, Air Support, SERT QRT, and sound truck assigned to the event to monitor for criminal activity and intervene as necessary.

During the ICE event, there were a number of livestreamers and supporters from both sides of the political spectrum attending the event and they engaged in vigorous debates, arguments, and occasional physical skirmishes during the event. DLOs attempted several times to de-escalate conflicts or to try and determine whether crimes had been committed after they observed some kind of physical confrontation occurring in the crowd, but the involved parties were not cooperative or willing to share information with the DLOs.

At one point a vehicle attempted to drive into the crowd and was surrounded. There was a verbal confrontation between pedestrians and the driver and our DLOs were able to intervene and de-escalate the interaction and get the vehicle turned around and out of the crowd. PPB members followed up with the driver away from the crowd and took a report from her about the interaction. That case will be referred to the DA's office for review.

PPB members were able to establish independent probable cause for two arrests based on an assault they witnessed. Those arrests took place without any use of force or physical resistance from the crowd. There was a short escalation in energy when those arrests occurred, but the interventions seemed to de-escalate some of the ongoing conflicts.

PPB members did not observe any criminal activity directed towards the ICE facility or federal employees, but there were a couple of confrontations that emerged as federal employees came out of the facility to facilitate federal vehicles coming to or from the facility.

When the crowd had diminished to less than 50 people, we demobilized the IMT and turned the even over to Central Precinct patrol to monitor.

**Significant Decision Points:**

**Planning:**
This was a short notice activation. Staffing the IMT positions and operational resources on short

notice continues to be a challenge.  Having RRT in an on-call status greatly facilitated our ability to staff the event.

**Operations:**
Based on the willingness of the Waterfront Park event organizers to coordinate their event with us, the peaceful nature of event participants, and the traffic safety risks involved, we used our traffic control resources to facilitate a safe march despite the lack of a permit.

In contrast, because of the confrontational nature of individuals at the ICE rally, the static nature of the event, and the legal risks that would have been created by providing traffic control measures in the immediate proximity of the ICE facility during their operations, I made the decision not to proactively provide traffic control resources.  We did however maintain resources in a posture to intervene if traffic safety risks emerged during the event.

During the ICE rally, our DLOs initially had success in de-escalating conflicts as they emerged, but as the event progressed into the evening hours individuals in the crowd became more confrontational towards DLOs and we moved them away from the immediate vicinity to avoid escalation. We did however increase the visibility of bicycle officers to deter criminal activity.

Despite the lack of cooperative victims, we made the decision to make two arrests based on independent probable cause established by RRT officers. The hope is that these arrests will deter the continuing escalation of rhetoric and political violence at these events.

**Significant Issues and Problems:**

N/A

**Use of Force:**

N/A

**Number of arrests and charges:**

Two arrests;  one juvenile for assault 4 and one adult for assault 3.  Both were cases involving other community members…no assaults of officers.

**Lessons learned / recommendations:**

I recommend we continue to carry RRT in an on-call status for the coming pay period.  I also recommend that we continue to put out messaging to de-escalate community members planning to attend rallies and to discourage political violence.  I recommend we continue to look for opportunities to make arrests of people engaging in political violence during these events and ask the District Attorney's office to support prosecutions even if we lack cooperative victims.

Forward this document to the incoming IC, CHO and CAO