# ACTIVITY LOG (ICS 214)

| 1. Incident Name:  September 28 | 2. Operational Period:  Date From 09/28/25        Date To: |
|---|---|
|  | Time From: 1400        Time To: 0200 |

| 3. Name:<br>Franz Schoening | 4. ICS Position: CMIC | 5. Home Agency (and Unit): PPB |
|---|---|---|

**6. Resources Assigned:**

| Name | ICS Position | Home Agency (and Unit) |
|---|---|---|
| Schoening | INCIDENT COMMANDER |  |
| Abrahamson | DEPUTY INCIDENT COMMANDER |  |
| Burton | OPERATIONS |  |
| Konczal | DEPUTY OPERATIONS |  |
| Dunbar | PLANNING |  |
| Searle | LOGISTICS |  |
| Friedman/Kuykendall | INTEL |  |
|  | SITUATION STATUS |  |
| Manpreet | SCRIBE |  |
| Stensgaard | LIAISON |  |
|  | RESOURCES |  |

**7. Activity Log:**

| Date/Time | Notable Activities |
|---|---|
| 0900-1400 | Number of phone calls with FPS IC to deconflict air ops, plainclothes ops, and liaison roles, etc. |
|  | Meetings with CHO/Mayors Office |
| 1400 | Ops briefing |
| 1500 | DLOs report 100-150 at WFP and a couple dozen at ICE.  50501 group at WFP talking with |
|  | DLOs and sharing march route info.  Group at ICE not willing to talk to DLOs. |
| 1525 | 50501 shared march route with DLOs. Passed to Traffic.  They have a corking group, but |
|  |  Traffic will still engage in mitigating traffic safety risks and fill gaps. |
| 1540 | 35-40 at ICE |
| 1550 | DLOs report 50-55 at ICE...newcomers are generally neutral towards DLOs.  Established camp folks are |
|  | Antagonistic towards DLOs. |
| 1610 | March has started. Traffic Officers are closing streets. |
| 1630 | March is uneventful so far...lead approaching Naito from Salmon.  ICE crowd is growing but no criminal |
|  | Activity right now. |
| 1635 | DLOs delivered incorrect message to ICE crowd and said they may be arrested if they step in the street |
|  | And escalated tensions.   I reiterated that the threshold for intervention is life safety and/or person or |
|  | Property crimes. |
| 1650 | March is over.   Moving resources down to ICE. |

| 8. Prepared by:  Name: | Position/Title: | Signature: _____ |
|---|---|---|
| **ICS 214**   Page **1** of **3** | Date/Time: | |

EXHIBIT C
Declaration of Franz Schoening
Page 1 of 3

| 1. Incident Name: September 28 | 2. Operational Period: Date From 09/28/25    Date To: |
|---|---|
| | Time From: 1400    Time To: 0200 |
| | |

| | |
|---|---|
| | ICE crowd is mix of confrontational/antagonistic folks and non-confrontational folks. |
| 1650 | Federal officers came out of the ICE facility to coordinate getting a couple vehicles into the facility. Crowd |
| | Appeared to be verbally confrontational but did not see any assaults/crim misch on the air video. |
| 1728 | RRT contacting one for attempt crim misch.  Block or so away from main protest. |
| 1737 | Vehicle tried to drive through crowd from Moody onto Bancroft through crowd.  Crowd surrounded |
| | Vehicle.  DLOs were able to get crowd to move back and get vehicle to back out of crowd. |
| 1800 | Fairly static….some live streamers are being yelled at by the crowd and having heated arguments but |
| | No violence. |
| 1820 | Report from BOEC of an anonymous 911 caller reporting being surrounded by 50 people with knives at |
| | Bancroft and Macadam.  Officers at the location did not observe anything matching. |
| 1840 | RRT taking a report from complainant from earlier call. |
| 1850 | DLOs report PC on a person who knocked a phone out of someone's hand.  Report taken, suspect got |
| | In vehicle and drove away from the scene. PC is for assault 4 |
| 1855 | DLOs report a second confrontation with a livestreamer |
| 1900 | DLOs reporting that corking volunteers have left, as have many of the non-confrontational members of the |
| | Crowd.  The remaining crowd is more highly populated by black bloc and confrontational people |
| 1900 | Based on multiple incidents of crowd members assaulting or harassing livestreamers, and escalating |
| | Behavior of the remaining members of the crowd, I have approved embedding plainclothes officers |
| | Into the crowd. Possible that assaults of livestreamers may be indicator of planned criminal activity. |
| 1900 | Truck tried to drive through area and got blocked by crowd. DLOs report that "Richard" threw a water |
| | Bottle at the truck but the driver declined to press charges or remain at the scene and drove away. |
| 1910 | Crowd size is approx. 100 now. |
| 1913 | Feds coming out, using pepper ball and moving crowd back.  Not clear why. |
| 1950 | Activating one MFF (combined from the precincts). There are insufficient officers available to activate |
| | Additional MFFs. |
| 2030 | Assaults taking place.  DLOs trying to sort out who was suspect/who was victim |
| 2035-45 | Crowd escalating and interfering with DLOs investigation.  RRT bikes deployed to area.  No one involved |
| | Willing to cooperate with police or articulate basis for arrests.  RRT and DLOs leaving area. |
| 2050 | Plainclothes officers have established independent PC on three suspects for assault.  They are continuing |
| | To watch the suspects to attempt arrests when safe to do so. |
| 2100 | RRT developing plan to make arrests. Sound Truck prepping announcements |
| 2130 | RRT arrests one of the suspects for Assault 3 at Bond/Abernathy |
| 2200 | RRT makes 2nd arrest of suspect for Assault 3.   RRT Alpha and Bravo make arrests in front of ICE.  No |
| | Resistance from crowd but verbal confrontation. |
| 2300 | Crowd energy is down following arrests and less than 50 people remaining.  No criminal activity towards ICE |
| | Facility and no additional skirmishes within crowd.   Demobilizing IMT resources and handing event to |
| | Central Precinct to monitor. |

| 8. Prepared by:  Name: | Position/Title: | Signature: _____ |
|---|---|---|
| ICS 214    Page **2** of **3** | Date/Time: | |

EXHIBIT C
Declaration of Franz Schoening
Page 2 of 3

# ACTIVITY LOG (ICS 214)

| 1. Incident Name:  September 28 | 2. Operational Period:  Date From 09/28/25          Date To:<br>Time From: 1400          Time To: 0200 |
|---|---|
|  |  |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

| 8. Prepared by:  Name: | Position/Title: | Signature: _____ |
|---|---|---|
| **ICS 214**   Page **3** of **3** | Date/Time: | |

EXHIBIT C
Declaration of Franz Schoening
Page 3 of 3