NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Plaintiff City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND, | Case No. 3:25-cv-01756-SI |
| PLAINTIFFS, | **DECLARATION OF CAROLINE TURCO** |
| v. | (In Support of Plaintiffs' Motion for Temporary Restraining Order) |
| DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| DEFENDANTS. | |

I, Caroline Turco, Senior Deputy City Attorney, declare as follows:

1.      I am one of the attorneys representing plaintiff City of Portland in the above-entitled matter and I make this declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

2.      Attached to this declaration as **Exhibit D** is a true and correct copy of a report by the Independent Monitor LLC entitled "The Handling of the 2020 Protests and Riots in Portland, Oregon:  An Independent Review."

Page  1  –  DECLARATION OF CAROLINE TURCO

3.     On page 14 of Exhibit D, the Independent Monitor opined that, after deployment of federal law enforcement officers to Portland, "[a]lmost overnight, the protests and riots, which had largely self-extinguished, reignited, and their focus shifted to federal buildings, including Portland's Mark O. Hatfield United States Courthouse."

4.     Similarly, on page 68 of Exhibit D, the Independent Monitor noted that the deployment of federal law enforcement officers to Portland was "an inflammatory federal response."

5.     On page 30 of Exhibit D, the Independent Monitor explained that PPB's response to the sustained protests "meant that some of PPB's other functions, such as timely responding to 911 calls, interviewing victims of crime, and conducting follow up investigation were forced to wait while all PPB resources were directed to the crisis unfolding on Portland's streets."

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 29, 2025

*/s/ Caroline Turco*
Caroline Turco

Page  2  –  DECLARATION OF CAROLINE TURCO

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing DECLARATION OF CAROLINE TURCO

on:

Susanne Luse
United States Attorney's Office
District of Oregon
1000 SW Third Avenue
Suite 600
Portland, OR 97204
susanne.luse@usdoj.gov

on September 29, 2025, by causing a full, true and correct copy thereof, to be sent by the

following methods:

☒      by **hand delivery.**

☒      by **email.**

I hereby further certify that I served the foregoing DECLARATION OF CAROLINE

TURCO  on:

christopher.edelman@usdoj.gov
ben.kurland@usdoj.gov
jean.lin@usdoj.gov
eric.hamilton@usdoj.gov

on September 29, 2025, by causing a full, true and correct copy thereof, to be sent by the

following method:

☒      by **email.**

/s/ Caroline Turco
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
*Counsel for Plaintiff City of Portland*

Page  1  –  CERTIFICATE OF SERVICE