DAN RAYFIELD
Attorney General
DEREK OLSON #225504
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: derek.olson@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al. , <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al. , <br><br> Defendants. | Case No. 3:25-cv-01756-SI <br><br> NOTICE OF APPEARANCE OF DEREK OLSON |

Page 1 -   NOTICE OF APPEARANCE OF DEREK OLSON
SK5/kt3/1000571344

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Oregon in this case.

DATED October 1, 2025.

                                          Respectfully submitted,

                                          DAN RAYFIELD
                                          Attorney General

                                          *s/ Derek Olson*
                                          DEREK OLSON #225504
                                          Assistant Attorney General
                                          100 SW Market Street
                                          Portland, OR 97201
                                          Tel: 9716731880
                                          Fax: 9716735000
                                          derek.olson@doj.oregon.gov

                                          *Counsel for State of Oregon*

Page 2 -   NOTICE OF APPEARANCE OF DEREK OLSON
SK5/kt3/1000571344

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000