ROBERT TAYLOR, OSB No. 044287
City Attorney
robert.taylor@portlandoregon.gov
NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>          PLAINTIFFS,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>          DEFENDANTS. | Case No. 3:25-cv-01756-SI<br><br>**NOTICE OF APPEARANCE OF ROBERT TAYLOR** |

Please take notice that the undersigned enters appearances as counsel for plaintiff City of Portland in this case.

DATED: October 1, 2025

                              Respectfully submitted,

                              /s/ Robert Taylor
                              ROBERT TAYLOR, OSB No. 044287
                              City Attorney
                              robert.taylor@portlandoregon.gov
                              *Counsel for Plaintiff City of Portland*

Page 1 – NOTICE OF APPEARANCE OF ROBERT TAYLOR