DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

FILED01 OCT '25 15:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-SI |
| Plaintiffs, | ATTACHMENTS TO THE DECLARATION OF BRIAN MARSHALL (ECF 9) |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Plaintiffs submit for filing Attachments 22-25 to the previously filed Declaration of Brian Marshall in Support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 9). As set

Page 1 -    ATTACHMENTS TO THE DECLARATION OF BRIAN MARSHALL (ECF 9)

forth in the above-mentioned declaration, the digital media has been provided as conventional media.

A photocopy of the flashdrive submitted to the Court on October 1, 2025 for filing is attached to this document.

                DAN RAYFIELD
                Attorney General
                BENJAMIN GUTMAN
                Solicitor General
                DUSTIN BUEHLER
                Special Counsel

                *s/ Brian Marshall*
                SCOTT KENNEDY #T25070201, D.C. Bar #1658085
                BRIAN SIMMONDS MARSHALL #196129
                THOMAS CASTELLI #226448
                IAN VAN LOH #225163
                RACHEL SOWRAY #095159
                Senior Assistant Attorneys General
                ALEXANDER C. JONES #213898
                DEREK OLSON #225504
                Assistant Attorneys General
                100 SW Market Street
                Portland, OR 97201
                971-673-1880
                Scott.Kennedy@doj.oregon.gov
                Brian.S.Marshall@doj.oregon.gov
                Thomas.Castelli@doj.oregon.gov
                Ian.VanLoh@doj.oregon.gov
                Rachel.Sowray@doj.oregon.gov
                Alex.Jones@doj.oregon.gov
                Derek.Olson@doj.oregon.gov

                *Counsel for the State of Oregon*

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

## CERTIFICATE OF SERVICE

I certify that on October  1 , 2025, I caused to be served the foregoing

ATTACHMENTS TO THE DECLARATION OF BRIAN MARSHALL (ECF 9) upon the

parties hereto by the method indicated below, and addressed to the following:

Christopher D. Edelman, Jean Lin, and  
Benjamin Kurland  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20005  
*By email only:*  
 Christopher.Edelman@usdoj.gov  
 Ben.Kurland@usdoj.gov  
 Jean.Lin@usdoj.gov  

\_\_\_ HAND DELIVERY  
\_\_\_ MAIL DELIVERY  
\_\_\_ OVERNIGHT MAIL  
\_\_\_ TELECOPY (FAX)  
 X  E-MAIL  
\_\_\_ E-SERVE  

*s/ Brian Marshall*  
BRIAN MARSHALL  
*Counsel for the State of Oregon*

Page 1 -   CERTIFICATE OF SERVICE



**ORIGINAL FLASHDRIVE FOR FILING UNDER SEAL**

Attachments 22-25 to Declaration of Brian Marshall in
Support of Motion for Temporary Restraining Order
State of Oregon, et al. v. Donald Trump,
in his official capacity as President of the United States, et al.
USDC D. Or. Case No. 3:25-cv-01756-SI