ROBERT TAYLOR, OSB No. 044287
City Attorney
robert.taylor@portlandoregon.gov
NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>PLAINTIFFS,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>                    DEFENDANTS. | Case No. 3:25-cv-01756-SI<br><br>**SUPPLEMENTAL DECLARATION OF CRAIG DOBSON**<br><br>(In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Craig Dobson, declare as follows:

    1.    I make this declaration based on my personal knowledge.

    2.    I am the Assistant Chief of Operations at the Portland Police Bureau (PPB), a unit of the City of Portland. The facts and events described below are personally known to me and if called to testify as to their accuracy, I would do so.

Page  1  –  SUPPLEMENTAL DECLARATION OF CRAG DOBSON

  3. I previously authored a declaration signed September 28, 2025 in this matter and I stated in paragraph 23 that PPB last instituted a CMIC on July 17, 2025. In further review, there was also a CMIC on August 20, 2025 from 4:00 p.m. to 7:30 p.m. This CMIC was set up when it was expected that Tom Homan would be visiting the area. On that date, there was little activity, and the CMIC was demobilized at 7:30 p.m.

  4. I make this supplemental declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

  DATED: October 1, 2025

            */s/ Craig Dobson*
            Craig Dobson

Page 2 – SUPPLEMENTAL DECLARATION OF CRAG DOBSON

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047