# EXHIBIT A

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE



*Executive Secretary*
U.S. Department of Homeland Security
Washington, DC 20528

September 26, 2025

| | |
|---|---|
| MEMORANDUM FOR: | COL Anthony Fuscellaro<br>Executive Secretary<br>U.S. Department of Defense |
| FROM: | Andrew J. Whitaker<br>Executive Secretary<br>U.S. Department of Homeland Security |
| SUBJECT: | **Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)** |

### Overview

The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Oregon. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

### DHS Overarching Goal

DHS seeks DoW support to ensure the continued protection of federal facilities in Oregon that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)**
Page 2

### Specific Topics for Request
DHS requests deployment element of approximately 200 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

### End of Mission
DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Oregon.

### Funding
DHS requests DoW provide support on a reimbursable basis.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE