Pilar C. French, OSB No. 962880
frenchp@ballardspahr.com
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Amicus Curiae Mark A. Graber

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No. 3:25-cv-01756-SI<br><br>**NOTICE OF APPEARANCE (PILAR C. FRENCH)** |

PLEASE TAKE NOTICE that Pilar C. French of Ballard Spahr LLP hereby enters her appearance as counsel of record for Amicus Curiae Mark A. Graber ("Graber") in this action. Graber does not waive any rights or defenses by filing this Notice of Appearance, including any defenses relating to sufficiency of service, jurisdiction, or any other defenses available under the Federal Rules of Civil Procedure. This notice of appearance is filed solely for purposes of LR 55-1. It is requested that an entry be made on the docket in this case that all notices, given or

required to be given, and all documents, pleadings, and orders, served or required to be served, in this case be given to and served upon the undersigned attorneys.

DATED: October 2, 2025

BALLARD SPAHR LLP

By: *s/ Pilar C. French*
Pilar C. French, OSB No. 962880
Telephone: 503.778.2100

Attorneys for Amicus Curiae Mark A. Graber