Pilar C. French, OSB No. 962880
frenchp@ballardspahr.com
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Donald K. Sherman, *Pro Hac Vice Forthcoming*
dsherman@citizensforethics.org
Nikhel S. Sus, *Pro Hac Vice Forthcoming*
nsus@citizensforethics.org
Alex M. Goldstein, *Pro Hac Vice Forthcoming*
agoldstein@citizensforethics.org
**CITIZENS FOR RESPONSIBILITY AND
    ETHICS IN WASHINGTON**
1331 F Street, NW, Suite 900
Washington, D.C. 20004
Telephone: 202.408.5565

Attorneys for Amicus Curiae Mark A. Graber

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>                              Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                              Defendants. | Case No. 3:25-cv-01756-SI<br><br>**UNOPPOSED MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* BY PROFESSOR MARK A. GRABER** |

PAGE 1 –  UNOPPOSED MOTION FOR LEAVE TO APPEAR AS
         AMICUS CURIAE BY PROFESSOR MARK A. GRABER

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1)(C), counsel for *Amicus Curiae* Mark A. Graber certifies that they have communicated via e-mail with counsel for both plaintiff and defendants regarding our request to file this motion. All counsel consented, and otherwise had no objection.

## LEGAL STANDARD

While there is no Federal Rule of Civil Procedure that applies to amicus appearance at the district court level, district courts enjoy broad discretion to admit amicus curiae in a case. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) (abrogated on other grounds by *Sandin v. O'Connor*, 515 U.S. 472 (1995)); *Greater Hells Canyon Council v. Stein*, No. 17-CV-843, 2018 WL 438924, at *1 (D. Or. Jan. 16, 2018). The "classic role" of amici is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *MillerWohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). District courts may grant leave to file an amicus brief where amici offer "unique perspective on the issues presented, which may assist the court in adjudicating the pending motion." *Linthicum v. Wagner*, No. 6:23-CV-01624-AA, 2023 WL 8602152, at *1 (D. Or. Dec. 12, 2023).

## MOTION AND STATEMENT OF INTEREST

**A.    Identity and Interest of Amicus Curiae.**

Mark A. Graber is the Regents Professor in the University System of Maryland, a Distinguished University Professor, University of Maryland, Baltimore, and a Professor of Law at the University of Maryland Francis King Carey School of Law. Professor Graber is the seventh person to hold the Regents Professorship, which is the highest honor in the University of Maryland System. Professor Graber has taught constitutional law for over 30 years, with a specialty in American Constitutional Development. He has researched and written about the historical understanding of "rebellion," "insurrection," and related concepts, both in the pre- and post-Civil War eras. He has published 15 books and anthologies, and over 100 articles, including in peer-reviewed history journals. His most recent book is Punish Treason, Reward Loyalty: The

Forgotten Goals of Constitutional Reform After the Civil War (University Press of Kansas, 2023).

Professor Graber has a strong interest in ensuring the Court has accurate historical information about the Militia Acts and the predicate conditions allowing a president to federalize state militias. The attached brief provides details, not relayed in the parties' briefing, about the origins of the Militia Acts; the historical understandings of what constituted an invasion, a rebellion, and an uprising that renders the president unable to execute the laws; and federal courts' authority to determine whether the conditions allowing federalization of a state militia exist.

B.  **Amicus Curiae Should Be Admitted in This Case.**

This Court should exercise discretion to grant Professor Graber's participation in this case by allowing the filing of the amicus brief, attached as **Exhibit A.** As a historian with expertise in the Founding era, 19th century civil disturbances, and issues related to "insurrection" and "rebellion" in the pre- and post-Civil War eras, Professor Graber has a strong interest in ensuring that the Court has a complete historical understanding of the issues at the heart of this case. Given the sparse legal precedent for invocation of the statute at issue in this case, a historical understanding of its origins and purpose is particularly relevant here. Professor Graber can explain why Congress passed the Militia Act of 1903, the predecessor to 10 U.S.C. § 12406, what was historically necessary to prove that the predicate conditions in that statute were met, and the courts' historical role in reviewing presidential invocations of emergency powers. Professor Graber will fill the classic role of amicus.

## CONCLUSION

For these reasons, counsel for *Amicus Curiae* Mark A. Graber respectfully requests that the Court grant them leave to file the amicus curiae brief attached as Exhibit A.

PAGE 3 – UNOPPOSED MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE BY PROFESSOR MARK A. GRABER

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

DATED: October 2, 2025

                                    BALLARD SPAHR LLP

                                    By: *s/ Pilar C. French*
                                        Pilar C. French, OSB No. 962880
                                        Telephone: 503.778.2100

                                  CITIZENS FOR RESPONSIBILITY AND
                                  ETHICS IN WASHINGTON
                                      Donald K. Sherman, *pro hac vice forthcoming*
                                      Nikhel S. Sus, *pro hac vice forthcoming*
                                      Alex M. Goldstein, *pro hac vice forthcoming*
                                      Telephone: 202.408.5565

                                Attorneys for Amicus Curiae Mark A. Graber

PAGE 4 – UNOPPOSED MOTION FOR LEAVE TO APPEAR AS
AMICUS CURIAE BY PROFESSOR MARK A. GRABER

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200