# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

STATE OF OREGON and the CITY OF PORTLAND

                     Plaintiff(s),

v.

DONALD  TRUMP, in his capacity as President of
the United States, et al.

                     Defendant(s).

Case No.:  3:25-cv-01756

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney  Donald K. Sherman  requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Amicus Curiae Mark A. Graber

In support of this application, I certify that:  1) I am an active member in good standing with the  District of Columbia  State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)**    **PERSONAL DATA:**

Name:  Sherman        Donald        K.

             *(Last Name)*       *(First Name)*      *(MI)*    *(Suffix)*

Agency/firm affiliation:  Citizens for Responsibility and Ethics in Washington

Mailing address:  1331 F Street, NW, Suite 900

City: Washington, D.C.      State: _____    Zip:  20004

Phone number: 202.408.5565      Fax number: _____

Business e-mail address:  dsherman@citizensforethics.org

**(2)**    **BAR ADMISSION INFORMATION**:

**(a)**    State bar admission(s), date(s) of admission, and bar number(s):
New York, Oct. 22, 2008, 463742
District of Columbia, Jan., 27, 2025, 90031810

**(b)**    Other federal court admission(s) and date(s) of admission:
U.S. Supreme Court Jan. 16, 2024; U.S. Court of Appeals for the D.C.
Circuit, May 21, 2025

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS**:

x ☑    I am not now, nor have I ever been, subject to any disciplinary action by any
state or federal bar association or subject to judicial sanctions.

☐    I am now or have been subject to disciplinary action by a state or federal bar
association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE**:
Pursuant to LR 83-3, I have professional liability insurance, or financial
responsibility equivalent to liability insurance, that meets the insurance
requirements of the Oregon State Bar for attorneys practicing in this District,
and that will apply and remain in force for the duration of the case, including
any appeal proceedings.

**(5)**    **CM/ECF REGISTRATION**:
I acknowledge that I will become a registered user of the Court's case
management and electronic case filing system (CM/ECF) upon approval of this
application, and I consent to electronic service pursuant to Fed. R. Civ. P.
5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 10/02/2025

(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: ___French___  ___Pilar___  ___C.___
(Last Name)        (First Name)       (MI)        (Suffix)

OSB number: ___962880___

Agency/firm affiliation: ___Ballard Spahr LLP___

Mailing address: ___601 SW Second Avenue, Suite 2100___

City: ___Portland___  State: ___OR___  Zip: ___97204___

Phone number: ___503.778.2100___  Fax number: ___503.778.2200___

Business e-mail address: ___frenchp@ballardspahr.com___

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number ___3:25-cv-01756-SI___.

DATED: ___October 2, 2025___.

___(Signature of Local Counsel)___