DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-01756-SI <br><br> DECLARATION OF JARED MEES <br><br> (In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Jared Mees, declare as follows:

1. I am the Co-Founder of Tender Loving Empire. I have personal knowledge of the facts set forth herein. I make this declaration in support of the State of Oregon and City of Portland's Motion for Temporary Restraining Order.

2. Tender Loving Empire is a Portland-based company that celebrates art, music, and handmade goods by local creators. Through our four street-level shops (West End, NW23rd, Hawthorne, Bridgeport Village) and two Portland International Airport stores, we represent and support hundreds of local makers, artists, and musicians whose livelihoods depend on steady customer traffic during the fourth quarter and a thriving city.

3. I am deeply concerned about the announced deployment of National Guard troops to defend one block in Portland. The Portland Police Bureau has already stated that there is no need for outside military presence, and city and state leaders have echoed this.

4. The presence of troops can create a chilling effect for Portland residents and workers, making people feel unsafe in their own neighborhoods and deterring them from engaging in everyday community life. This in turn will discourage people from visiting downtown Portland, dissuade suburban visitors from making the trip into downtown, and reduce travel to and through the city. For Tender Loving Empire, this would directly impact both our neighborhood stores and our airport locations, which rely on Portland being seen as a welcoming place for travelers. The fourth quarter is the most important season of the year for us and many other businesses — decreased foot traffic during this period could be devastating. It would also directly affect the hundreds of local artists and makers we represent, many of whom operate on the financial margins and cannot absorb such losses. City and state tax revenue would suffer as a result.

5. Our small business community has worked hard to rebuild Portland after the difficulties we experienced during the pandemic—to remind the world that Portland is a creative, welcoming city worth visiting. Deploying troops here will once again place Portland in national

headlines projecting an image of turmoil and unrest, tarnishing the city's image and undermining confidence in Portland as a safe, vibrant destination. The long-term harm to our city's economy and civic trust would be immense.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon on October 2, 2025.

                                                 *s/ Jared Mees*
                                                 JARED MEES