DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-01756-SI <br><br> DECLARATION OF TAYLOR VALDES <br><br> (In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Taylor Valdes, declare as follows:

1. I am the owner The Venderia. I have personal knowledge of the facts set forth herein. I make this declaration in support of the State of Oregon and City of Portland's Motion for Temporary Restraining Order.

2. The Venderia is a bar-based, creative vending machine business. It operates 13 vending machines in the Portland metro area, from NW 21st to NE 148th & Marine Drive.

3. My business relies 100% on foot traffic. All of my sales occur from people going out, visiting bars, socializing, and feeling good.

4. Portland is doing well. Portland does not need National Guard troops on its streets. The deployment of the National Guard will frighten away my potential customers, keeping people at home and tourists from visiting. Deployment of troops falsely makes Portland feel like a dangerous place. My business cannot succeed when my potential customers don't go out and socialize.

5. If my business doesn't earn money, I will pay less city and state taxes.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon on October 2, 2025.

*s/ Taylor Valdes*
TAYLOR VALDES