DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-SI |
| Plaintiffs, | DECLARATION OF SARAH SHAOUL |
| v. | (In Support of Plaintiffs' Motion for Temporary Restraining Order) |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, Sarah Shaoul, declare as follows:

1. I am the Founder and CEO of Bricks Need Mortar. I have personal knowledge of the facts set forth herein. I make this declaration in support of the State of Oregon and City of Portland's Motion for Temporary Restraining Order.

Page 1 -   DECLARATION OF SARAH SHAOUL

2. Bricks Need Mortar is a coalition of small businesses in the Portland metro area. The organization advocates for the small business community and provides consulting and marketing support for its member businesses and coalition partners. Approximately 100 small businesses located in and around Portland are members. In addition, Bricks Needs Mortar maintains a directory of some 800 businesses in the region.

3. I know from my experience that many of Bricks Need Mortar's member businesses depend on foot traffic in Portland to drive sales. In fact, the majority of our members rely on in-person sales, making up over 85% of their total sales.

4. Foot traffic in downtown Portland has reached new post-pandemic highs this year. I am aware of news reports showing that the deployment of National Guard troops in Washington D.C. has disrupted local businesses, driving down foot traffic to retail stores. As a leader in the small business community, I am deeply concerned that deployment of National Guard in Portland will have a similar effect and drive down critical in-person sales Bricks Need Mortar's member business depend on.

5. Without strong in-person, retail sales, small businesses cannot thrive and grow. They also will have less profit and pay less state and local taxes.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon on October 2, 2025.

                                             *s/ Sarah Shaoul*
                                             SARAH SHAOUL