DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01756-SI<br><br>DECLARATION OF NATALIE PETERS-MARTIN<br><br>(In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Natalie Peters-Martin, declare as follows:

1. I am the Owner of Posh Baby, a locally owned baby boutique located at 916 NW 10th Avenue, Portland, Oregon 97209. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. I founded Posh Baby in 2003 and have operated the business continuously for 18 years. Our clientele includes expectant parents, families with infants and toddlers, and grandparents, customers for whom safety, trust, and access to a welcoming environment are essential.

3. This matter is deeply personal to me. My husband served in Afghanistan and with the Oregon National Guard, and my son currently serves in the United States Coast Guard. We have seen firsthand the sacrifices required of military families in service to our country. For that reason, I find it profoundly disturbing to see military force used against peaceful citizens and small businesses in Portland.

4. Portland's economy is fragile. After years of hardship, downtown foot traffic has only recently begun to recover, rising 5.6% in 2025 compared to 2024, with Saturdays up 6.6% year over year, but still at only about 70% of pre-pandemic 2019 levels. This fragile progress could be erased if customers once again feel unsafe in the city.

5. Washington, D.C. provides a clear warning. When troops were deployed there, retail foot traffic dropped 81%, restaurants lost 25–31% of seated diners, and independent bookstores reported revenue losses from 17% to 65%. Tourism and hotel occupancy also fell. These statistics demonstrate the devastating effects federal militarization has on small businesses.

6. Posh Baby depends heavily on in-person sales and foot traffic. Many of our customers choose to shop with us because they want to see, touch, and compare baby gear, furniture, and clothing before purchase. A militarized environment in Portland would deter

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

families, especially pregnant women and those with young children, from visiting the Pearl District, leading to steep revenue declines and potentially crippling my business.

7. The deployment of federal troops in a civilian city erodes trust, destabilizes communities, and chills the very public life that small businesses rely on to survive.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon on October 2, 2025.

*s/ Natalie Peters-Martin*
NATALIE PETERS-MARTIN