DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-01756-SI <br><br> SUPPLEMENTAL DECLARATION OF FRANZ SCHOENING <br><br> (In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Franz Schoening, declare under penalty of perjury as follows:

1. I make this declaration based on my personal knowledge. The below-discussed facts are true and accurate to the best of my understanding and, if called upon to testify regarding those facts, I would do so.

Page 1 -   SUPPLEMENTAL DECLARATION OF FRANZ SCHOENING

2. This declaration is supplemental to, and incorporates by reference, my earlier declaration this matter—the Declaration of Franz Schoening—filed on September 29, 2025.

3. In the normal course of my regular duties as Commander of the Specialized Resources Division of the Portland Police Bureau (PPB), I have access to reports, arrest records, activity logs and debrief summaries associated with the ongoing protests around the ICE facility located at 4813 S Macadam Avenue. In this role, I also have regular access to overtime requests submitted in association with the ICE facility protests.

4. Separate from my regular duties, I was Incident Commander for protests at the ICE facility on September 28 and 29, 2025. In this capacity I observed the protests from PPB's incident command post. In addition to observing the scene on public social media postings, I was frequently updated by PPB dialogue officers and other personnel present at the protests.

5. On September 28, 2025, I was activated as incident commander in anticipation of the public's response to the recently announced deployment of federalized troops to Portland, Oregon. I mobilized PPB's Rapid Response Team (RRT). Dialogue Liaison Officers (DLOs) were also present at the protests on the 28th. RRT service is ancillary to most RRT members' regular law-enforcement duties. The same is true of DLOs' duties. When RRT or DLOs are mobilized, PPB will often incur the expense of backfilling their regular duties. RRT members not scheduled to work on the days and times that RRT is mobilized are working overtime. The same is true of DLOs pulled in to work a protest on their days off.

6. The preliminary cost of PPB overtime associated with mobilizing the incident command, RRT, and other officers for ICE-facility protests on Sunday, September 28, 2025, is $57,963.15 for 637.13 hours. That figure may rise as participating officers submit overtime documentation. That figure also does not reflect extra time spent by exempt employees working the event on this date.

7. As incident commander on Monday, September 29, 2025, I again mobilized RRT in case of a large public protest at the ICE facility. DLOs were also mobilized for the protest.

8. Protests were small on the 29th, with no more than thirty protesters present at any time. After the crowd dwindled to approximately twenty individuals—around 9:20 p.m.—the incident command demobilized. Federal Protective Service was concurrently notified of PPB's demobilization.

9. Attached to this declaration as Exhibit E is a true and correct copy of my Public Order Post Event Debrief Summary from September 29, 2025, which summarizes the events of the night.

10. Attached to this declaration as Exhibit F is a true and correct copy of the Activity Log from September 29, 2025, which summarizes the events of the night.

11. The preliminary cost of PPB overtime associated with mobilizing the incident command, RRT, and other officers for ICE-facility protests on Monday, September 29, 2025, is $33,362.80 for 364.47 overtime hours. That figure may rise as participating officers submit overtime documentation. That figure also does not reflect extra time by exempt employees working the event on this date.

12. On Tuesday, September 30, 2025, no incident command was activated based on the lack of a planned protest and the limited size of the protest the prior evening. Instead, a PPB Lieutenant monitored the protests and two DLOs were on scene. A PPB member was also monitoring the open source, public social media livestreams of the event. If additional resources had been requested, PPB would have authorized them.

13. Attached to this declaration as Exhibit G is a true and correct copy of the Public Order Post Event Debrief Summary from September 30, 2025, which summarizes the events of the night.

14. The preliminary cost of overtime associated with monitoring the ICE-facility protest on Tuesday, September 30, 2025, is $6,860.80 for 78 overtime hours. That figure does not reflect extra time by exempt employees working the event on this date.

15. On Wednesday, October 1, 2025, no incident command was activated based on the lack of a planned protest and the limited size of the protest the prior evening. Instead, a PPB Lieutenant monitored the protests and three DLOs were assigned to the event. A PPB member was also monitoring open source, public social media livestreams of the event. The crowd at its maximum was approximately 25 people. If additional resources had been requested, PPB would have authorized them.

16. Attached to this declaration as Exhibit H is a true and correct copy of the Public Order Post Event Debrief Summary from October 1, 2025, which summarizes the events of the night.

17. Attached to this declaration as Exhibit I is a true and correct copy of the Activity Log from October 1, 2025, which summarizes the events of the night. The preliminary cost of overtime associated with monitoring the ICE-facility protest on Wednesday, October 1, 2025, is $1,890.00 for 22 overtime hours. That figure does not reflect extra time by exempt employees working the event on this date.

18. The above noted overtime costs for September 28 through 30, and October 1, are directly related to the federal troop deployment announced this past weekend. PPB activated additional resources for the protests to ensure public safety and order at the ICE facility. And the protests were initially larger than they had been. Even at their largest, the protests remained largely peaceful.

19. The PPB-observed violence at the ICE-facility protests since the troop-deployment announcement has been limited and directed at other protesters. Over the weekend, PPB arrested two protesters involved in an altercation with another protester. On Tuesday night, someone livestreaming from the protests reported they were assaulted by protesters; PPB is investigating the report.

20. The focus of the current small protests is the ICE facility in Portland's south waterfront. I am unaware of any protests, violence, or reports of the same at other federal properties in Portland.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

EXECUTED in Portland, Oregon on October 2, 2025.

*s/ Franz Schoening*
FRANZ SCHOENING

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000