# EXHIBIT E

## Public Order Post Event Debrief Summary

**Date and time:** 09/29/25

**Location of start of Event:** ICE Facility

**IC:** Franz Schoening

**Narrative of event:**

> Following the recent mobilization of federal resources and activation of federalized National Guard resources, there was a brief increase in protest activity at the ICE facility. We had planned events on 9/28, but there were no planned events tonight (9/29). We activated an Incident Management Team and operational resources in order to be prepared to intervene if recent events drew increased protest crowds and/or any criminal activity emerged.
>
> The IMT was activated at 1600 hours and operational resources began deploying to staging areas by 1700. Our dialogue officers went to the immediate area of the ICE facility and began interacting with a group of about 20-25 people who were on the sidewalk on the north side of Bancroft Street. This group was non-confrontational and they had a designated "liaison" who was willing to talk to officers. They stated there were no planned events tonight.
>
> We continued to monitor the group from roughly 1730 to 2130 during which time the group size ebbed and flowed between 20 and 40. There was very little energy throughout the evening. There were multiple instances where federal officers came out of the facility to ensure federal vehicles were able to come or go from the facility. During those instances the crowd would become animated, yell at the federal officers, and shine flashlights at them, but our dialogue officers did not observe any person or property crimes being committed. There was at least one instance where they observed a federal officer using some type of force on an individual who refused to move out of the driveway. Once the federal officers returned inside the facility the crowd would lose energy and begin to wander around the area again.
>
> Based on the small size of the crowd, the lack of person or property crimes being committed, and the lack of any sort of conflicts within the crowd, at 2130 hours we transitioned responsibility for monitoring the activity at ICE to Central Precinct Sergeant Madison Caeser and passed this information along to the FPS incident commander. We demobilized the IMT and released resources shortly after.

**Significant Decision Points:**

> N/A

**Significant Issues and Problems:**

> N/A

Forward this document to the incoming IC, CHO and CAO

**Use of Force:**

None

**Number of arrests and charges:**

None

**Lessons learned / recommendations:**

N/A

Forward this document to the incoming IC, CHO and CAO