# EXHIBIT F

# ACTIVITY LOG (ICS 214)

| 1. Incident Name: September 29 | 2. Operational Period: Date From 09/29/25   Date To: |
| --- | --- |
| | Time From: 1600   Time To: 0400 |

| 3. Name:<br>Franz Schoening | 4. ICS Position: CMIC | 5. Home Agency (and Unit): PPB |
| --- | --- | --- |

**6. Resources Assigned:**

| Name | ICS Position | Home Agency (and Unit) |
| --- | --- | --- |
| Schoening | INCIDENT COMMANDER | |
| Abrahamson | DEPUTY INCIDENT COMMANDER | |
| Konczal | OPERATIONS | |
| | DEPUTY OPERATIONS | |
| Dunbar | PLANNING | |
| Searle | LOGISTICS | |
| Hearst | INTEL | |
| | SITUATION STATUS | |
| Thompson | SCRIBE | |
| Hill | LIAISON | |
| | RESOURCES | |

**7. Activity Log:**

| Date/Time | Notable Activities |
| --- | --- |
| 1230 | Activation of IMT by CHO |
| 1230-1600 | Resource requests and IAP content prep and deconflicting ops with FPS |
| 1600 | Ops briefing |
| 1705 | DLOs report couple dozen folks at ICE. On sidewalk. Mostly friendly. No black bloc seen. |
| 1750 | DLOs moving closer to people on sidewalk to engage in conversations. |
| 1800 | Federal officers came out to facilitate vehicles entering the ICE facility. Short conflict between federal Officers and protest group but federal officers returned to facility once vehicles were inside. Crowd is calm Again. |
| 1819 | Major Crimes put out Dragnet Flyer with probable cause to arrest additional suspect from assault at last Night's protest. Information shared with field resources. |
| 1830 | Liaison from protest group talking with DLOs. Said no planned activities tonight beyond typical daily Protest activity. Group still at 25 and still non-confrontational. |
| 1835 | Federal officers came out and used pepper on protester in driveway who refused to move. Federal Vehicles came in and federal officers returned inside. |
| 1840 | Federal officers back outside to facilitate another vehicle entry. |
| 1845 | Federal officers back inside. |
| 1900 | DLOs report crowd has decreased to about 20. People drifting away due to inclement weather. |

| 8. Prepared by: Name: | Position/Title: | Signature: _____ |
| --- | --- | --- |
| ICS 214   Page **1** of **2** | Date/Time: | |

# ACTIVITY LOG (ICS 214)

| 1. Incident Name: September 29 | 2. Operational Period: Date From 09/29/25   Date To: |
| --- | --- |
| | Time From: 1600   Time To: 0400 |
| | |

| | |
| --- | --- |
| 1930 | Crowd is roughly 30 spread out over a couple blocks. Only about 10 in front of ICE.  Quiet. |
| | Most of the live streamers seem to have left. |
| 1938 | Based on current weather patterns, and lack of activity at ICE, Air Support resources released for night. |
| 2000 | Still low energy and small crowd. A couple of livestreamers have started broadcasting, but no conflicts |
| 2010 | Traffic is flowing unimpeded on Bancroft. Construction crew is working just east of Bancroft/Moody. |
| | Crowd is not interfering and no issues. |
| 2024 | Crowd roughly 20-30. Still no energy.  Most are on the south sidewalk of Bancroft around the ICE facility. |
| 2040 | Federal officers exited facility to facilitate a single vehicle leaving.  Verbal confrontation with protesters. |
| | Federal officers returned inside facility after vehicle left. |
| 2115 | Federal officers out again, getting vehicle into facility. Protest group yelled at federal officers and are |
| | Shining flashlights at them but no violence.  DLOs report that the crowd is only becoming animated |
| | When feds come out.  Once they go back inside, the energy dies off and they spread out again. |
| 2125 | Crowd is still roughly 20 and no energy.  RRT command has briefed Central Precinct and they have |
| | Agreed to take lead on monitoring any activity and responding as necessary.  FPS notified about hand off. |

| 8. Prepared by: Name: | Position/Title: | Signature: |
| --- | --- | --- |
| ICS 214    Page **2** of **2** | Date/Time: | |