# EXHIBIT G

# Public Order Post Event Debrief Summary

**Date and time: 09/30/2025**

**Location of start of Event: 4310 S Macadam Ave (ICE building)**

**IC: Lt. Kraner**

**Narrative of event:**

**Due to increased activity at the Portland ICE Facility, I was instructed by Commander Schoening to monitor the location and determine if police resources were needed, to include a full IMT activation. I was joined by Sgt. DiMatteo (DLO), Officer Goldring (DLO), Officer Badri (DLO) and Sgt. Friedman (CIU).**

**At 1645hrs, I contacted A/Lt. Madison Ceaser at Central and had him designate a MFF as a precaution.**

**At 1630hrs, a small briefing was held via MS Teams, where Sgt. Friedman shared that a small event was scheduled to occur nearby at Caruthers Park called "Every Child Matters." This event was scheduled to occur at 1800hrs. Intel indicated this would be a peaceful event.**

**At1700hrs, Sgt. DiMatteo reported there were approximately 35 people gathered in front of the facility along with several news crews. The mood was calm and vehicles were seen entering and leaving the facility without interference.**

**Between 1700hrs and 1900hrs, the scene at the facility remained stagnant. The crowd fluctuated between 20-50 people. The event at Caruthers Park drew approximately 40 people and was relatively peaceful. However, participants we uncooperative with DLO's.**

**At 1930hrs, the crowd began blocking the entrance to the facility whenever the main gate opened. Crowd size remained small, 20-30. During this time federal agents deployed pepper ball munitions into the crowd and arrested two people.**

**At 2011hrs, approximately 45 people from the "Every Child Matters" group marched south on SW Moody Ave to the ICE facility.**

**At 2045hrs, a YouTube live streamer was assaulted by a protester. She was hit in the face with a flag pole and suffered a laceration. Central Precinct responded off-site and took a report. The victim was encouraged to leave the area but continued to return to the scene, which agitated the crowd. She eventually left northbound on foot after speaking to DLO's. Case#25-269978**

**At 2100hrs, DLO's reported the crowd size had grown to 50 persons and several people within the crowd were verbally hostile.**

**At 2115hrs, DLO's reported the crowd had calmed down after the live streamer had left. Crowd size was estimated to be 50 total.**

**At 2200hrs, the scene remained relatively calm with DLO's reporting low energy from the crowd. Crowd size remained 40-50. Due to the small crowd size and relatively low energy, I briefed A/Lt. Madison Ceaser and turned the scene over to Central Precinct.**

As I finished this summary, reports came in of a protester throwing red paint in the driveway of the facility and yelling "shame." No additional reports came to me past 2200 hours.

**Significant Decision Points:**

N/A

**Significant Issues and Problems:**

No significant issues or Problems

**Use of Force:**

No use of force

**Number of arrests and charges:**

No arrests.

Police report taken of assault. Case #25-269978

**Lessons learned / recommendations:**

Use of open source live stream provided by CIU was an invaluable source of intel.

Forward this document to the incoming IC, CHO and CAO