# EXHIBIT H

# Public Order Post Event Debrief Summary

**Date and time: 10/01/2025**

**Location of start of Event: 4310 S Macadam Ave (ICE building)**

**IC: Lt. Kraner**

**Narrative of event:**

> **Due to increased activity at the Portland ICE Facility, I was instructed by Commander Schoening to monitor the location and determine if police resources were needed, to include a full IMT activation. I was joined by Sgt. DiMatteo (DLO), Sgt. Buck (DLO), Sgt. Ismail (DLO), Sgt. Friedman (CIU) and A/Lt Ceaser (CE).**
>
> **MFF's were designated at Central Precinct, North Precinct and East Precinct as a precaution.**
>
> **At 1630hrs, a small briefing was held via MS Teams, where Sgt. Friedman shared there was no specific intel for the evening. However, he did anticipate that some of the same people from last night would make an appearance tonight. Specifically, left and right wing live streamers. A flier of the suspect from the previous night was distributed to the team.**
>
> **At 1715hrs, I asked for a partner car from CE and NO to respond to the south waterfront and be there to support DLO's in case they were needed. Those cars were instructed to be nearby and available.**
>
> **At 1731hrs, Sgt. Buck reported there were approximately 5-10 people across the street from the facility along with a reporter with a large camera standing nearby. She reported the mood was calm.**
>
> **At 1745hrs, Sgt. Friedman reported OSINT posts about a Palestine / Gaza demonstration at Pioneer Courthouse Square at 2000hrs. Numbers were unknown. Sgt. Friedman did not expect this demonstration would impact ICE or draw large numbers due to the short notice. I passed this information onto Commander Schoening. Sgt. Friedman also passed this info on to Central Precinct.**
>
> **Between 1800hrs and 1900hrs, the scene remained calm and the crowd size fluctuated from 5-20 protesters and 1 reporter. Someone in the group was using a bullhorn to antagonize people inside the building.**
>
> **At 1930hrs, Sgt. Ismail reported the crowd had grown to approximately 25 protesters. 10-12 protesters were standing on the south side of the street near the ICE gates. Sgt. Ismail reported the energy of the crowd was a "3/10" when it had been a "1/10"most of the night.**
>
> **At 1932hrs, I sent Officer Roe and Officer Sell to Pioneer Courthouse Square. They reported no one was gathering and the square was full of normal bystanders.**
>
> **At 1940hrs, Sgt. Ismail reported three counter protesters appeared and were chanting "USA" which antagonized the crowd.**
>
> **At 1959hrs, dispatch advised a protester called in and wished to report an assault by a counter protester. Case #25-270968. Sgt. Ismail advised he and his team witnessed no assaults. Officer Roe and Officer Sell attempted to take the report. The victim said he didn't want police assistance and said he'd report the incident online.**

**At 2006hrs, Officer Roe reported there were now 4 people at Pioneer Courthouse Square flying Palestine flags.**

**Between 2006hrs and 2110hrs, things remained relatively stagnant. The only significant change was the crowd size at Pioneer Courthouse Square had grown to 20, but was peaceful.**

**At 2114hrs, FED's reported a shoving match had broken out between protesters. DLO's attempted to get eyes on but did not observe any sort of physical altercation.**

**At 2115 Officer Roe and Officer Sell reported the crowd size at Pioneer Courthouse Square was down to 4 and the event looked to be wrapping up.**

**At 2200hrs, the scene in front of the ICE building remained unchanged with DLO's reporting low energy and small crowd size. At this time, I made the decision to turn the scene over to Central Precinct for the evening.**

**Sgt. Friedman reported at 2200hrs that live streamer HunnyBadgerMom had appeared an was steaming at the ICE building. This streamer is an associate of our victim from the previous night. Sgt. Friedman said it appeared from her stream that the event was "surprisingly low energy" even with her there.**

**Based on that information, I did not see a reason for us to continue to monitor her given the low numbers on scene and the energy of the crowd.**

**Significant Decision Points:**

N/A

**Significant Issues and Problems:**

No significant issues or Problems

**Use of Force:**

No use of force

**Number of arrests and charges:**

No arrests.

Assault Call: Incident #25-270968

**Lessons learned / recommendations:**

Use of open source live stream provided by CIU was an invaluable source of intel.

Forward this document to the incoming IC, CHO and CAO