# EXHIBIT I

# ACTIVITY LOG (ICS 214)

| 1. Incident Name: October 1 | 2. Operational Period: Date From 10/01/2025   Date To:<br>Time From: 1600   Time To: 2200 |
|---|---|
| | |

| 3. Name:<br>Joshua Kraner | 4. ICS Position:<br>Ops Chief | 5. Home Agency (and Unit): PPB |
|---|---|---|

**6. Resources Assigned:**

| Name | ICS Position | Home Agency (and Unit) |
|---|---|---|
| | | |
| Kraner | OPERATIONS | |
| Sgt. DiMatteo | DLO | |
| Sgt. Buck | DLO | |
| Sgt. Ismail | DLO | |
| Ofc. Clark / Ofc. Walsh | Partner Car (NO) | |
| Ofc. Roe / Ofc. Sell | Partner Car (CE) | |
| | | |
| | | |
| | | |

**7. Activity Log:**

| Date/Time | Notable Activities |
|---|---|
| 1630 | Ops / DLO / CIU Briefing |
| 1700 | Dispatcher on SE Tac 1 |
| 1715 | I asked for a partner car from CE and NO to respond to the south waterfront. |
| 1731 | Sgt. Buck Reported 5-10 people outside the ICE Facility. Mood Calm. One reporter with a large camera. |
| 1745 | Sgt. Friedman reported OSINT posts about a demonstration at PCS at 8pm. Palestine / Gaza. Unk #s |
| 1800 | Sgt. Ismail reported 15 protesters outside the ICE Facility and 3-4 journalists. Mood was calm. Scene was peaceful and FEDS were able to move vehicles in and out without interference. |
| 1803 | Phone call from FED supervisor Erik Johnson. Nothing to report. No problems |
| 1830 | Sgt. Ismail reported the crowd size had dwindled to 5-6 actual protesters. No energy at all. Traffic moving freely. |
| 1900 | Sgt. Ismail reported 10-15 protesters with a bullhorn standing outside the facility. 1 reporter. |
| 1931 | Sgt. Ismail reported crowd size to be approx. 25 protesters. 10-12 were standing near the ICE gates on the south side of the street. Energy level was a "3/10" |
| 1932 | I sent Officer Roe and Officer Sell to Pioneer Courthouse Square. They reported there were no protesters in the square. |
| 1940 | Sgt. Ismail reported 3 counter protesters showed up on scene chanting "USA." |
| 1955 | ICE agents came out of the building and arrested one individual. |
| 1955 | Crowd size 25-30. Energy "3/10" |

| 8. Prepared by: Name: | Position/Title: | Signature: |
|---|---|---|
| ICS 214   Page **1** of **2** | Date/Time: | |

## ACTIVITY LOG (ICS 214)

| 1. Incident Name: October 1 | 2. Operational Period: Date From 10/01/2025   Date To:  Time From: 1600   Time To: 2200 |
|---|---|
| | |

| | |
|---|---|
| 1959 | Dispatch reporting a call came into Central of an assault at the ICE facility. DLO's reported no assaults were seen. Officer Roe and Officer Sell attempted to take the report but the victim didn't want police help. |
| 2006 | Officer Roe and Officer Sell reported a group of 4 had shown up at Pioneer Courthouse Square and were flying Palestine flags. |
| 2028 | Sgt. Ismail reported no change. |
| 2030 | Officer Roe and Officer Sell reported 15 protesters no wat Pioneer Courthouse Square. Still peaceful. |
| 2039 | I sent Officer Roe and Sell back to Central with instructions to check on PCS periodically. |
| 2101 | Sgt. Ismail reports crowd is very low energy. 20 protesters remain on site. |
| 2104 | FED supervisor Erik Johnson reports quite night despite two arrests. |
| 2114 | FEDs report a shoving match broke out in front of the building. DLO's try to get eyes on but don't observe any pushing. |
| 2115 | Officer Roe and Officer Sell report the crowd size at Pioneer Courthouse Square was now only 4 individuals. |
| 2143 | Sgt. DiMatteo reported no change. Low energy. 15-20 on scene. Sgt. DiMatteo also report many positive interactions. |
| 2200 | Scene was handed over to Central Precinct for the remainder of the evening. |

| 8. Prepared by: Name: | Position/Title: | Signature: _____ |
|---|---|---|
| ICS 214   Page **2** of **2** | Date/Time: | |