DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

Counsel for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-SI |
| Plaintiffs, | DECLARATION OF BRIGADIER GENERAL ALAN R. GRONEWOLD |
| v. | **PUBLIC REDACTED VERSION** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, Alan R. Gronewold, declare under penalty of perjury as follows:

1. I am the Adjutant General of Oregon. As Adjutant General, I am the Director of the Oregon Military Department and the Commander of the Oregon National Guard. I exercise my authority under the direction of the Governor of the State of Oregon.

2. On Sunday, September 28, 2025, Secretary Hegseth issued a memorandum to me ordering that "200 members of the Oregon National Guard will be called into Federal service effective immediately for a period of 60 days." As Adjutant General, I am responsible for carrying out that order and I am familiar with the operational details in which it is being carried out.

3. The 200 members of the Oregon National Guard that have been called into federal service are members of the 1186 Military Police Company and Company C, 3rd Battalion, 116th Cavalry Regiment. The 1186 Military Police Company is part of the Oregon National Guard Response Force (NGRF), the components of the National Guard who are trained to quickly respond to emergencies, including natural disasters. Sixty percent of Oregon's NGRF would be federalized under Secretary Hegseth's September 28 memorandum.

4. Nine National Guard members who have been activated also serve as sworn officers of local law enforcement agencies within the State of Oregon. One National Guard member who has been activated also serves as a sworn officer of the Oregon State Police.

5. [REDACTED]

6. While called into federal service, the 200 members of the National Guard will not be under my command. For that reason, they will not be available to carry out the orders of the

Governor, including orders issued under an emergency declaration to respond to threats to life and property within Oregon, such as natural disasters.

**I declare under penalty of perjury that the foregoing is true and correct.**
EXECUTED in Salem, Oregon on October 2, 2025.

BRIGADIER GENERAL
ALAN R. GRONEWOLD

Page 3 -   DECLARATION OF BRIGADIER GENERAL ALAN R. GRONEWOLD