## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

STATE OF OREGON, *et al.*

      Plaintiffs,

v.

TRUMP, *et al.*,

      Defendants.

No. 3:25-cv-1756-MHS

## <u>DECLARATION OF MAJOR GENERAL TIMOTHY L. RIEGER</u>

I, Major General Timothy L. Rieger, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

**Relevant Personal History**

1. This declaration is based on my personal knowledge as well as information made available to me during the performance of my official duties.

2. This declaration is submitted in support of Defendants' opposition to Plaintiffs Motion for Temporary Restraining Order (TRO).

3. I currently serve as the Acting Vice Chief of the National Guard Bureau. In this capacity, I assist the Chief of the National Guard Bureau in performing his duties as a member of the Joint Chiefs of Staff and principal advisor to the Secretary of War, Chairman of the Joint Chiefs of Staff, Secretary of the Army, and Secretary of the Air Force. I am also responsible for assisting the Chief of the National Guard Bureau to advise the Secretary of the Army, Secretary of the Air

Force, the Chief of Staff of the Army, and the Chief of Staff of the Air Force on matters relating to the Federalized forces of the National Guard and its subcomponents, the Army National Guard of the United States, and the Air National Guard of the United States.

4.   In addition, I support the Chief of the National Guard Bureau in his assistance to the Secretary of War in facilitating and coordinating the use of National Guard personnel and resources. It is the mission of our agency, and thus part of my job, to coordinate with other Federal agencies, the Combatant Commands, and the Adjutants Generals of the 54 National Guards (the fifty States, three territories, and District of Columbia, hereinafter, "the States") pursuant to 10 U.S.C. § 10503.

5.   It is common practice for the Vice Chief of the National Guard Bureau to communicate directly with the Adjutant General of a State to coordinate National Guard activity, including where coordination with the Governor is necessary. As Acting Vice Chief, I often engage at this level with the State Adjutants General, who are representatives of the Governor in relation to National Guard activities. My office, including the Chief of Operations (J3), pursuant to DoD policy, coordinates State support of federal missions by engaging officials at the State's Joint Forces Headquarters, which is composed of the State's Adjutant General and other National Guard leadership, who in turn advise their Governor. *See* DoD Directive 5105.83. Based on my experience, communication directly between the Vice Chief of the National Guard Bureau and a State Adjutant General is standard and common practice when communicating important Department of War policies and direction, especially during emergencies.

6.   I previously served as Principal Deputy General Counsel for the National Guard Bureau, from April 2022 to October 2024. During that time, I gained extensive experience advising on the legal authorities under which the National Guards are mobilized and federalized—including,

for example, in support of the Republican and Democratic National Conventions, the United Nations General Assembly, the Southern Border missions, and responses to several natural disasters. Prior to that, I served as the Assistant Adjutant General, California National Guard from 2018 to 2022.

**National Guard Background**

7.   The National Guard Bureau is a federal agency under the Department of War that is the "channel of communications on all matters pertaining to the National Guard, the Army National Guard of the United States, and the Air National Guard of the United States between the Department of the Army and Department of the Air Force" and the States in accordance with 10 U.S.C. § 10501(b) and DoD Directive 5105.77.

8.   The National Guard consists of "two overlapping, but legally distinct, organizations. Congress, under its constitutional authority to 'raise and support armies' has created the National Guard of the United States, a federal organization comprised of state national guard units and their members." *Perpich v. Dep't of Def.*, 496 U.S. 334, 338 (1990) (quoting *Perpich v. U.S. Dep't,*, 666 F. Supp. 1319, 1320 (D. Minn. 1987)). It is composed of both the State National Guard, under the command of the States, and the National Guard of the United States, a federal entity enmeshed in the federal chain of command.

9.   The National Guard wears two hats: "Since 1933 all persons who have enlisted in a State National Guard unit have simultaneously enlisted in the National Guard of the United States. In the latter capacity they became a part of the Enlisted Reserve Corps of the Army, but unless and until ordered to active duty in the Army, they retain their status as members of a separate State Guard unit." *Perpich*, 496 U.S. at 345. While ordered into federal service, "members of the National Guard … lose their status as members of the state militia, "*id*. at 347, and become

federal soldiers with the President as the Commander in Chief of those forces. *See* U.S. Const. art. II § 2, cl.

10. There are numerous authorities upon which National Guard Service members can mobilize. When under State command and control, National Guardsmen can mobilize in a purely State Active-Duty status or in a federally funded status under the command and control of the Governor pursuant to Title 32 of U.S. Code. When under Federal command and control, National Guardsmen will always be in a duty status under Title 10 of the U.S. Code.

11. It is my understanding that Title 10, section 12406 is a statue that authorizes the President of the United States to mobilize the militia for the enumerated purposes in the statute.

**Background**

12. On September 26, 2025, the Executive Secretary of the Department of Homeland Security sent the Department of War a request for assistance to protect federal facilities and personnel in Oregon. A copy is attached as Exhibit A. On September 27, 2025, noting the deterioration of conditions in Portland, President Donald J. Trump announced that he would authorize the mobilization of the National Guard to protect U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government personnel and federal property in Oregon. On September 27th, President Trump posted on Truth social that he was directing Secretary of War "to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists."  On October 1st, President Trump further explained on Truth Social that his September 27th decision was based on increasing violence and lawlessness in Portland as well as an inability of federal law enforcement to enforce the laws. In light of this, the Department of War took all necessary steps to communicate and facilitate the Oregon Governor's mobilization of the Oregon National Guard

(ORNG) using federal funds to assist with curbing violence towards federal personnel and property, but the Governor ultimately declined.

13. The structure of the ORNG includes a Joint Forces Headquarters with the Adjutant General who represents the Governor in dealings with the National Guard Bureau on issues like federal mobilizations. The Governor is the Commander-in-Chief in State Active Duty or Title 32. The Adjutant General is the Commander of the ORNG and serves as the Chief of Staff to the Governor, and under the direction of the Governor, is charged with the supervision of all matters pertaining to the administration, discipline, mobilization, organization, and training of the ORNG and shall be the channel of official military correspondence with the Governor. Or. Rev. Stat. §§ 396.125, 396.145(2); 396.150(1); 396.160(1), (2), (6), (9), (12), (14).

**Deployment to Portland, Oregon**

14. On Friday, September 26, 2025, DHS Executive Secretary Andrew J. Whitaker transmitted a memorandum to Department of War Executive Secretary Colonel Anthony Fuscellaro with the following subject line: *Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)*, (Exh.A). The memorandum requested "immediate and sustained assistance from the Department of War in order to safeguard federal personnel, facilities, and operations in the State of Oregon," "including those directly supporting U.S. Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS)," which "have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement action." Specifically, DHS requested on a reimbursable basis the deployment of "approximately 200 Department of War personnel, trained and equipped for mission security in complex urban environments" to "integrate with federal law enforcement operations, serving in direct support of federal facility

protection, access control, and crowd control measures."

15. At 8:31pm on Friday, September 26, I was notified of DHS's request for assistance and learned that the Secretary of War had authorized additional federal funding for mobilization of a portion of the ORNG under Title 32 status.

16. At 1:56pm on Saturday, September 27, I spoke with the Adjutant General, Brigadier General Alan Gronewold of the ORNG by phone. I advised him that DHS had sent the request for assistance and that the Secretary of War had authorized federal funding to mobilize 200 ORNG members under Title 32, U.S. Code. I explained that while the Department of War would be funding the mission, those National Guard members would remain under the Oregon Governor's command and control with federal funding, if this request was fulfilled in this status.

17. At 2:27pm on Saturday, September 27, I transmitted to the Adjutant General, via email, the memorandum titled, *Request for Oregon National Guard Federal Protection Mission*, addressed to him and signed by me, (a copy of which is attached as Exhibit B) along with a copy of DHS's request for assistance (Exh. A). The memorandum, informed the Adjutant General that the Secretary of War had "authorized additional federal funding for up to 200 members of the ORNG under Title 32 United States Code, Section 502(f), to perform the requested mission in a non-federalized status under the Governor's command and control through the Adjutant General." The memorandum further informed that given the immediate nature of DHS's request, if the ORNG members were not mobilized within 12 hours, the Secretary of War may direct the mobilization under Title 10, U.S. Code to perform the mission in a federalized status.

18. At 2:54pm on Saturday, September 27, in a reply to my 2:27pm email, the Adjutant General acknowledged receipt of my memorandum (Exh B).

19. At 6:44pm on Saturday, September 27, I spoke with the Adjutant General by phone

again. During this call, he informed me that Governor Kotek was speaking with Secretary Noem and President Trump regarding the Department of War request for assistance for the ORNG in Title 32 status.

20. At 10:05pm on Saturday, September 27, I received another email from the Adjutant General. He informed me that during a conversation earlier in the day, Governor Kotek had expressed to the President that the ORNG mobilization was not necessary at this time and that she rejected the offer of federal funding for Title 32 mobilization under her command and control.

21. On Sunday, September 28, pursuant to the urgent request for assistance from DHS, the Secretary of War issued a mobilization memorandum directing that "200 members of the ORNG will be called into (Title 10) Federal service effective immediately for a period of 60 days." A copy of the mobilization memorandum is attached as Exhibit C. The mobilization memorandum relied on, and included as an attachment, the President's June 7 Memorandum authorizing the mobilization of the National Guard to protect DHS and other U.S. Government personnel and federal property. A copy of the June 7 Presidential memorandum is attached at Exhibit D.

22. To date, the approximately 200 ORNG Guardsmen federalized pursuant to Title 10 on September 28th are being mobilized. No ORNG Guardsmen have begun performing their protective mission at this time.

**Oregon National Guard When in Title 10 Status**

23. The 200 members of the ORNG federalized pursuant to Title 10 on September 28 are under the command of U.S. Northern Command (USNORTHCOM), which is one of the Department of War's eleven unified combatant commands. USNORTHCOM's missions include providing command and control of homeland defense efforts and coordinating defense support of

civil authorities. U.S. Army North (ARNORTH) supports USNORTHCOM in its missions. When federalized, members of a state national guard serve pursuant to Title 10 of the United States Code and come under the command of the President and the Secretary of War. In this case, the Secretary of War authorized USNORTHCOM and ARNORTH to assume command and control of the response to DHS's request for assistance, and USNORTHCOM has retained control over the activated portions of the ORNG since September 28.

24. This is not the first instance of the National Guard being utilized for the purpose of protecting federal personnel and property in Title 10 status. In June of 2025, the California National Guard was deployed for a similar purpose pursuant to the aforementioned June 7, 2025 memorandum (Exh. D). In my experience at the National Guard Bureau, as Acting Vice Chief and Principal Deputy General Counsel, I have become familiar with the procedures and policies of national guard mobilizations to respond to crises. I have also learned that it is imperative that the National Guard be prepared to deploy quickly and efficiently in such times to prevent the loss of life and destruction of property. In my experience, I have found that a delayed or insufficient response can worsen situations and hamper a proper and sufficient response. Therefore, in response to the mobilization orders requiring immediate action, and in close coordination with the Oregon Adjutant General, the ORNG has begun a swift and appropriate response to DHS's request for assistance. The parameters of the mission are delineated in DHS's request (Exh. A) and the Secretary of War's memorandum (Exh. C). I understand that the scope of this mission is to provide protective services in response to a request from DHS. The National Guard personnel activated would be limited in their functions to protecting federal property, personnel, and functions.

25. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 02 day of October of 2025.

RIEGER.TIMOTHY.LE E.1169002670

Digitally signed by RIEGER.TIMOTHY.LEE.1169002670
Date: 2025.10.02 11:20:47 -04'00'

Major General Timothy L. Rieger, USA
Acting Vice Chief, National Guard Bureau

EXHIBIT A



Executive Secretary
U.S. Department of Homeland Security
Washington, DC 20528

September 26, 2025

MEMORANDUM FOR:     COL Anthony Fuscellaro
                         Executive Secretary
                         U.S. Department of Defense

FROM:                  Andrew J. Whitaker
                         Executive Secretary
                         U.S. Department of Homeland Security

SUBJECT:            **Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)**

---

## Overview

The Department of Homeland Security (DHS) requests immediate and sustained assistance from the Department of War (DoW) in order to safeguard federal personnel, facilities, and operations in the State of Oregon. Federal facilities, including those directly supporting Immigration and Customs Enforcement (ICE) and the Federal Protective Service (FPS), have come under coordinated assault by violent groups intent on obstructing lawful federal enforcement actions. These groups are actively aligned with designated domestic terrorist organizations and have sought to impede the deportation and removal of criminal noncitizens through violent protest, intimidation, and sabotage of federal operations.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent of past Executive Orders: (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

## DHS Overarching Goal

DHS seeks DoW support to ensure the continued protection of federal facilities in Oregon that are experiencing sustained unrest, thereby reinforcing the safety of federal personnel, safeguarding public property, and enabling uninterrupted execution of federal law enforcement missions.

**Subject: Request for Assistance from the Department of War for Federal Facility Protection Support to the Department of Homeland Security (State of Oregon)**
Page 2

## Specific Topics for Request

DHS requests deployment element of approximately 200 DoW personnel, trained and equipped for mission security in complex urban environments. These personnel would integrate with federal law enforcement operations, serving in direct support of federal facility protection, access control, and crowd control measures.

## End of Mission

DHS requests that DoW-authorized support capabilities remain in place through the cessation of unrest and unlawful protests in Oregon.

## Funding

DHS requests DoW provide support on a reimbursable basis.

EXHIBIT B



**NATIONAL GUARD BUREAU**
**111 SOUTH GEORGE MASON DRIVE**
**ARLINGTON VA  22204-1373**

MEMORANDUM FOR: THE ADJUTANT GENERAL, OREGON NATIONAL GUARD

SUBJECT: Request for Oregon National Guard Federal Protection Mission

1.  I am writing to inform you that the Department of War has received a request from the Department of Homeland Security (DHS) for immediate assistance to protect federal personnel, functions, and property in Oregon. In response, the Secretary of War has authorized additional federal funding for up to 200 members of the Oregon National Guard (ORNG) under Title 32 United States Code, Section 502(f), to perform this mission in a non-federalized status under your command and control.

2.  I have enclosed DHS's request for protective measures while executing operations in Oregon. Due to the circumstances and immediate nature of this request, if ORNG forces are not mobilized in the next 12 hours, the Secretary of War may direct the mobilization of as many members of the ORNG as he may deem necessary under Title 10 United States Code.

3.  The Department of War greatly appreciates your collaboration on this emergent situation. If your Governor agrees to a Title 32 mobilization of the ORNG, we will work with DHS to coordinate mission details with you.  To be clear, we believe time is of the essence and failure to mobilize sufficient forces quickly to address the situation may risk lives and property damage.  I respectfully request that you inform me immediately if your Governor is unable or unwilling to mobilize the ORNG under Title 32 to perform the necessary protective functions.

RIEGER.TIMOTHY.
LEE.1169002670

Digitally signed by
RIEGER.TIMOTHY.LEE.1169002670
Date: 2025.09.27 14:21:14 -04'00'

Encl as.                                         Timothy L. Rieger
                                                       Major General, USA
                                                       Acting Vice Chief, National Guard Bureau

EXHIBIT C



SEP 2 8 2025

MEMORANDUM FOR THE ADJUTANT GENERAL, OREGON NATIONAL GUARD
THROUGH: THE GOVERNOR OF OREGON

SUBJECT: Calling Members of the Oregon National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum to effectuate the calling forth of these Service members.

This memorandum further implements the President's direction. 200 members of the Oregon National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with you, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment(s):
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
            THE ATTORNEY GENERAL
            THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.



EXHIBIT D

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
            THE ATTORNEY GENERAL
            THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.

