# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# (Portland Division)

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND, <br><br> *Plaintiffs* <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendants* | Case No. 3:25-cv-01756 <br><br> Declaration of Field Office Director Cammilla Wamsley |

## DECLARATION OF CAMMILLA WAMSLEY

I, Cammilla Wamsley, hereby declare as follows:

1. I am employed by the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Field Office Director (FOD) of ERO's Seattle Field Office, which includes the ERO Portland sub-office. I have held this position since July 27, 2025.

2. As the FOD for ERO Seattle, I direct and oversee ICE's enforcement of federal immigration laws in the states of Oregon, Washington, and Alaska.

3. The Seattle Field Office has approximately 115 officers covering three states across three time zones. In Oregon, ERO has three offices, including the Portland sub-office, with approximately 30 officers who are responsible for enforcing federal immigration law in a

population of over four million people. Due to Oregon's sanctuary laws and policies, the Seattle Field Office does not receive any cooperation from state and local law enforcement agencies in Oregon enforcing federal immigration laws. *See, e.g.*, O.R.S. § 181A.820-829 and Portland Police Bureau Policy # PPB-0810.10, Bureau Contact with Members of Immigrant Communities and Individuals with Diplomatic Immunity.[1]

4. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (TRO) and sets out the current conditions on the ground in the Portland Area of Responsibility (AOR) with respect to immigration enforcement operations and the security of ICE personnel and property. I have reviewed Plaintiffs' application for a TRO and supporting exhibits.

5. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

**Background**

6. ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001, terrorist attacks, by combining components of the former Immigration and Naturalization Service and the former U.S. Customs Service, among other agencies, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and

---

1. Available at: https://www.portland.gov/policies/police-directives/arrest-detentions-court-0800/081010-bureau-contact-members-immigrant (last visited on Sept. 30, 2025).

combating transnational criminal threats. ICE consists of three core operational directorates: (1) ERO, which includes 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which includes 25 field locations led by Chief Counsel.

7. ERO deportation officers are immigration officers under 8 U.S.C. § 1357 and have been delegated limited customs officer authority under 19 U.S.C. § 1589a. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, which is a federal misdemeanor, 8 U.S.C. § 1325, and those who illegally reenter after having been removed, which is a federal felony, 8 U.S.C. § 1326—or otherwise undermine the integrity of our immigration laws and our border control efforts.

8. The majority of ERO's immigration enforcement operations take place in the interior of the country. ERO manages all logistical aspects of the removal process by identifying, apprehending, and, when appropriate, detaining removable aliens during the course of immigration proceedings and pending physical removal from the United States. This includes locating and taking into custody fugitive aliens and at large criminal aliens, as well as identifying aliens in federal, state, and local prisons and jails and working with those authorities to transfer them to ICE custody without releasing them into the community. When aliens are ordered removed, ERO is responsible for safely repatriating them, or otherwise overseeing their departure from the United States.

**Current Protests in Portland and Impact on ICE Operations**

9. ERO Portland Office is located at 4310 South Macadam Avenue in downtown Portland, Oregon. Violent opportunists and protesters have targeted this site and the employees who work there since early June 2025.

10. Protesters at the ERO Portland Office have assaulted federal law enforcement officers with rocks, bricks, pepper spray and incendiary devices; some attacks have been serious enough for FPS to refer for prosecution on ICE's behalf. In just one example, on July 4, 2025, ICE officers observed several individuals defacing ICE property with graffiti. As an officer pursued one individual, that individual ran towards the officer and kicked him in the leg, causing the officer to trip. Another individual threw an incendiary device towards the officers, which then detonated near the officers. The U.S. Attorney's Office for the District of Oregon deemed these actions severe enough to seek the prosecution of four involved individuals. *See e.g.*, U.S. Attorney's Office District of Oregon Press Release, "Four Defendants Charged with Assaulting Federal Law Enforcement Officers, Other Offenses During Protests Near Local ICE Office (July 8, 2025)[2] (reporting that the U.S. Attorney's Office charged 22 defendants between June 13, 2025, and July 8, 2025, with offenses committed at the Portland ERO building including assaulting federal officers, arson, possession of a destructive device, and depredation of government property). Indeed, some of these could have resulted in serious, and perhaps permanent damage to officers. For example, in June 2025, a man geared with a gas mask and vest was arrested for pointing a powerful laser at federal officers outside an ICE facility in

---

[2] Available at: https://www.justice.gov/usao-or/pr/four-defendants-charged-assaulting-federal-law-enforcement-officers-other-offenses#:~:text=Since%20June%2013%2C%202025%2C%20the,and%20depredation%20of%20government%20property (last visited Oct. 1, 2025).

Portland. *See* KGW8 News Report, "Man arrested outside Portland ICE facility, accused of pointing laser at federal officers" (June 19, 2025) (anti-ICE protester arrested outside the ERO Portland Office after attempting to shine a laser pointer in the eyes of officers in June 2025).[3]

11. Protesters have repeatedly tried to burn down the Portland ERO Office, risking the safety of the public at large and lives of both ICE personnel and any detainees who might have been held in the facility, in addition to property damage. For example, on June 11, 2025, federal officers observed a man ignite a flare and set fire to a range of materials that protesters compiled to barricade against a vehicle gate. Other individuals then added items to the pile of materials, growing the flames further. The Federal Bureau of Investigations, Federal Protection Service (FPS), and the Bureau of Alcohol, Tobacco, Firearms, and Explosives investigated this incident, and the U.S. Attorney's Office for the District of Oregon is prosecuting these acts of violent destruction. *See* U.S. Attorney's Office, District of Oregon Press Release, "Four Defendants Charged with Various Offenses Including Arson, Assaulting a Federal Officer, and Depredation of Federal Property During Protests Near Local ICE Office;"[4] Portland Police Bureau Press Release, "Protestors Place Flammable Material, Lit Flare Against ICE Building, Officers Arrest 3."[5] On June 24, 2025, protesters attempted to set a U.S. flag on fire in the driveway of the ERO Portland building, and later a protester attempted to light an incendiary device next to the building's guard shack. When FPS officers engaged with the protester, she

---

[3] Available at: https://www.kgw.com/article/news/local/protests/portland-ice-facility-protest-arrests/283-ee652223-8d7a-40f6-a2ec-0cc373caaad2 (last visited Oct. 1, 2025).
[4] Available at: https://www.justice.gov/usao-or/pr/four-defendants-charged-various-offenses-including-arson-assaulting-federal-officer-and (last visited on Oct. 1, 2025).
[5] Available at: https://www.portland.gov/police/news/2025/6/12/protesters-place-flammable-material-lit-flare-against-ice-building-officers (last visited on Oct. 1, 2025).

threatened them with knives. *See* U.S. Attorney's Office, District of Oregon Press Release, "Three Defendants Charged with Assaulting Federal Law Enforcement Officers, Other Offenses During Protests Near Local ICE Office."[6]

12. Protesters have also damaged property, including but not limited to, breaking the windows of the office building and damaging the external security cameras with spray paint and other tools. In one instance, protesters used physical force to push the stainless-steel grid out of alignment from the building's vehicle entrance/exit gates (see photograph below). The damaged gates compromised security because the gates required manual locking with a chain and padlock each time a vehicle entry or exit was necessary. On June 29, 2025, a card reader that permits foot and vehicle entry to the building was rendered inoperable. *See* U.S. Attorney's Office, District of Oregon, Press Release, "Four Defendants Charged with Various Offenses Including Arson, Assaulting a Federal Officer, and Depredation of Federal Property During Protests Near Local ICE Office."[7] Ultimately, three card readers were broken in June 2025. Replacement of such technology is expensive, and ERO is waiting for a secure box to house the card reader to be manufactured. It is expected to arrive in mid-October. In the meantime, entering and leaving the building are both more difficult, and the building and personnel are less safe. With the card readers broken, personnel must call someone in the building ahead of time to let them in and then wait. During this time, protesters take their photos, potentially to use to publicly dox officers and their family members. Doxing of ICE employees occurs when the employee's personally identifiable information is gathered and publicly released

---

[6] Available at: https://www.justice.gov/usao-or/pr/three-defendants-charged-assaulting-federal-law-enforcement-officers-other-offenses (last visited on Oct. 1, 2025).
[7] Available at: https://www.justice.gov/usao-or/pr/four-defendants-charged-various-offenses-including-arson-assaulting-federal-officer-and (last visited Oct. 1, 2025.).

for malicious purposes, such as public humiliation, stalking, identity theft, or targeting for harassment or physical violence. As a result, many personnel wear masks. These masks do not prevent protesters from following officers when they depart the facility, however. I am aware of multiple instances where ICE employees have had their identity and other personal information disseminated online for the sole purpose of doxing, harassing, and intimidating ICE employees and their families, including posting their home address. Specifically, on August 28, 2025, three individuals followed an ICE agent home while livestreaming their predatory pursuit of the agent, providing directions to the agent's home, and encouraging viewers to share the livestream and visit the agent at his home address. The U.S. Attorney's Office for the Central District of California has indicted all three individuals. *See* U.S. Attorney's Office, Central District of California Press Release "Federal Grand Jury Charges Three Women with Following ICE Agent Home from Work and Livestreaming His Home Address on Instagram" (Sept. 26, 2025) (where the Southern California defendants publicly disclosed on Instagram the victim's home address and told viewers, "Come on down.").[8]

---

[8] Available at: https://www.justice.gov/usao-cdca/pr/federal-grand-jury-charges-three-women-following-ice-agent-home-work-and-livestreaming (last visited on Oct. 1, 2025).



13. As a result of the destruction caused by protesters, the ERO Portland Office was required to close for three weeks, from June 13, 2025, until July 7, 2025, forcing most Portland ICE officers to work out of an alternative temporary space. This significantly impeded operations. For example, non-detained aliens who had appointments at the ERO Portland facility had to be rescheduled for alternative locations and/or times, and when the facilities' windows were broken by vandals and/or violent protesters, ERO Portland officers had to process arrested illegal aliens at facilities in Washington State. While the facility is again currently operational, the windows on the building must remain boarded to prevent further damage to property or attempts at incursion and to provide security to those federal employees working inside.

14. The local HSI office advised they received a tip that someone planned to detonate an incendiary explosive device at the building on September 19, 2025. Although this attack did not take place, preparing for the possibility necessitated an increase in security inspections and otherwise diverted important agency resources.

15. HSI detailed three Special Response Team (SRT) certified Special Agents to ERO's SRT efforts in Portland in September 2025, and intends to continue to support as directed. HSI SRT Special Agents are trained, among other things, to engage with the public, serve high-risk warrants under hazardous conditions, arrest dangerous criminals, and assist other law enforcement agencies during critical incidents. Detailing HSI SRT Special Agents to Portland for these purposes diminishes HSI's operational capabilities nationwide due to personnel limitations.

16. Protesters at the ERO Portland Office building have spray painted direct threats against ICE officers on the building, as shown in the photograph below. On September 1, 2025, protesters even assembled a guillotine outside, presumably to intimidate personnel, while two protesters wielded riot shields. *See* Fox News Channel "Anti-ICE Portland rioters with guillotine clash with police in war-like scenes) (Sept. 2, 2025).[9]

---

[9] Available at: https://www.foxnews.com/us/anti-ice-portland-rioters-guillotine-clash-police-burn-flag-war-like-scenes (last visited Oct. 1, 2025).




17. Protesters at the Portland ERO Office building have also repeatedly attempted to impede law enforcement operations by blockading the vehicle entrance. On June 8, 2025, it was reported that protesters placed wood, rocks, and a traffic barrier, and again, on June 11, 2025, protesters set aflame stacked materials alongside the building and placed a pole against the main lobby entrance. Obstructions such as these, if continued, could have a serious effect on ICE's ability to carry out legitimate law enforcement activities and, in addition, are safety hazards if there was an immediate emergency to exit the building. *See, e.g.*, The Oregonian/Oregon Live "Portland police clear blockade of ICE office; chief says it was for safety not immigration enforcement" (June 10, 2025) (protesters barricaded vehicle entrance);[10] Portland Police Bureau News Release, "Protestors Place Flammable Material, Lit Flare Against ICE Building, Officer Arrest 3" (June 12, 2025) (protesters attempted to start a fire at the ERO Portland Office building after placing a pole against the door the facility).[11] It is my understanding the protesters have also poured a substance believed to be motor oil in the vehicle entrance. Motor oil is highly flammable and could be used to burn down the building or cause injury to the personnel using the vehicle entrance.

18. Protesters have attempted to identify both private and government vehicles used by ICE employees in Portland. In September 2025, ICE officers reported vehicles following them after leaving the Portland ERO Office. On September 9, 2025, multiple individuals were observed on four occasions shining high powered flashlights at vehicles departing the building in an apparent attempt to blind the drivers. In the second week of September

---

[10] Available at: https://www.oregonlive.com/crime/2025/06/portland-police-clear-blockade-of-ice-office-chief-says-it-was-for-safety-not-immigration-enforcement.html (last visited on Oct. 1, 2025).
[11] Available at: https://www.portland.gov/police/news/2025/6/12/protesters-place-flammable-material-lit-flare-against-ice-building-officers (last visited on Oct. 1, 2025).

Declaration of Field Office Director Cammilla Wamsley
11

2025, ICE personnel received multiple reports of drivers leaving the Portland building being temporarily blinded or disoriented after individuals shone high-powered lights at their vehicles. On September 12, 2025, protesters posted a photograph of an unmarked government vehicle used by ICE officers taken at the vehicle entrance of the ERO Portland Office to social media with a post that identified the vehicle by make, model and license plate number. The post alarmingly provided the address of the vehicle's location *after* it left the building and was parked at a separate location. It is further my understanding that, over the past several months, ICE officers in the Seattle AOR, particularly those employed in the Portland ERO Office, have been under surveillance and subjected to written, verbal, and physical threats due to their employment with ICE. Several Portland ICE officers have had their names, photographs and even home addresses posted publicly in multiple locations throughout their residential neighborhoods and the Portland metro area, along with threatening messages. Multiple Portland ICE officers have had unknown individuals appear at their residences in vehicles and on foot, peering into their private homes and recording the officers entering and leaving. A sample of one recent flyer containing violent threats and a Portland ICE officer's personal information, including residential address (redacted for safety reasons), can be seen below. ICE has seen a dramatic increase in assault against ICE personnel as these doxxing websites have revealed their identity and their families' identity to the public, exposing personnel and their families to known and suspected violent individuals. *See* DHS Press Release "Anarchists and Rioters in Portland Illegally Dox ICE Officers and Federal Law Enforcement" (July 11, 2025).[12]

---

[12] Available at: https://www.dhs.gov/news/2025/07/11/anarchists-and-rioters-portland-illegally-dox-ice-officers-and-federal-law (last visited Oct. 1, 2025).



19. In addition, multiple social media users have threatened to murder Portland ICE officers, as depicted in the screenshot below (flyers depicting officers' images and personal addresses have been removed for officer safety) (captured on Sept. 9, 2025).



20. In response to these threats and violence by criminal agitators in Portland, ICE has diverted its personnel and resources to assist the Federal Protection Service (FPS) in the protection of the ERO Portland building, the people who work there, aliens, and the public. As discussed above, this includes deploying ICE officers and agents from around the country, including SRT personnel, to assist FPS in Portland beginning on or about

June 9, 2025. This diversion of personnel and resources to assist FPS erodes ICE's ability to enforce federal immigration laws in the State of Oregon and across the country.

21. National Guardsmen are especially needed now in Portland given the recent deadly acts of violence targeting ICE, its employees, and its detainees around the country in recent weeks. Notably, on September 24, 2025, in Dallas, Texas, a sniper fired shots indiscriminately at an ICE van and building wounding and killing detainees in custody. Shell casings found near the body of the shooter contained anti-ICE messages.



See DHS Press Release: "DHS Issues Statement on Targeted Attack on Dallas ICE Facility."[13]

22. Days later, crowds of protesters outside an ICE facility in Chicago chanted, "Arrest ICE, shoot ICE." One protester was found with firearm after arrest. See DHS Press Release:

---

[13] Available at: https://www.dhs.gov/news/2025/09/24/dhs-issues-statement-targeted-attack-dallas-ice-facility (last visited on Oct. 1, 2025).

"Days After the Dallas Terrorist Attack on ICE, Rioters Gather Outside an ICE Broadview, IL Facility and Chant "Arrest ICE, Shoot ICE," (noting that there has been a 1000% increase in assaults against ICE officers).[14]

23. As threats and violence against ICE becomes the norm – even in portions of the country that are typically more friendly to ICE – it increases the likelihood that other rogue actors will endanger the lives of ICE personnel and detainees. Cities like Portland, where intimidation and violence are already daily tools, are ripe for violence.

24. Deployment of National Guardsmen to assist FPS will help protect ICE personnel and ICE facility and allow ICE and its employees to enforce federal immigration laws in the State of Oregon.

**Insufficient Response of Portland Officials**

25. Portland authorities have expressed concern about offering any assistant to ICE that could be viewed as supporting ICE's immigration law enforcement efforts. Indeed, in June 2025, PPB Police Chief Bob Day spoke publicly about avoiding any actions that might show 'perceived or actual support' for immigration agents after Portland officers cleared a blockade of the ICE driveway to let an empty transport van pass.

26. Instead of helping ICE and FPS protect the ERO Portland building, and personnel from arsonists, vandals, and stalkers, the City of Portland issued a Notice of Zoning Violation on September 18, 2025, to the building for boarding up the windows without a Design Review Approval. The notice requires removal of all the wood coverings on the windows and doors within 30 days. Should these wood coverings be removed, violent protesters

---

[14] Available at: https://www.dhs.gov/news/2025/09/26/days-after-dallas-terrorist-attack-ice-rioters-gather-outside-ice-broadview-il (last visited on Oct. 1, 2025).

will be able to damage the windows again, forcing another closure of the building to the public.

**National Guard Assistance Will Allow ICE To Enforce Federal Laws in Portland**

27. It is my understanding that, at this time, approximately 200 National Guardsmen will be deployed to the Portland area providing protection of federal personnel, property, and functions.

28. I expect the National Guard will protect federal immigration officials from interference in their lawful enforcement efforts and their presence at federal facilities in the Portland area.

29. The presence of the National Guard will enable ICE to continue to carry out its congressionally mandated duties in the Portland area. It is the additional manpower and resources provided by these guards – indeed, their mere presence – that will provide safety to local federal facilities and ensure the safety of those enforcing federal laws in Portland.

**Impact of Plaintiffs' Requested Relief**

30. If the Court grants Plaintiffs' temporary restraining order, ICE employees, detainees, the federal facilities, and the general public in the vicinity of the federal buildings will continue to be at serious risk of harm and ICE will have to continue to divert its limited personnel and resources to support FPS instead of enforcing federal laws in the State of Oregon.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 2, 2025



Cammilla Wamsley
Field Office Director
Seattle Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security