ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
Supervising Deputy Attorney General
JANE REILLEY
BARBARA HORNE-PETERSDORF (CA SBN: 327738)
Deputy Attorneys General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail: Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for State of California and Gavin Newsom,
in his Official Capacity as Governor of the State
of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **STATE OF OREGON, *et al.*,** | | Case No. **3:25-cv-01756-SI** |
| | Plaintiffs, | |
| | | |
| **v.** | | **UNOPPOSED MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| **DONALD J. TRUMP, *et al.*,** | | |
| | Defendants. | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

Pursuant to Local Rule 7-1, counsel for the State of California and Governor Newsom certify that they conferred in good faith with counsel for all parties and no party opposes this Motion.

## UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

The State of California and Governor Newsom seek leave to file the attached *Amici Curiae* Brief in support of Plaintiffs' Motion for Temporary Restraining Order (ECF No. 6). The State of California and Governor Newsom respectfully request that the Court grant this Motion and consider the accompanying *Amici Curiae* Brief in advance of the hearing on Plaintiff's Motion for Temporary Restraining Order scheduled for Friday, October 3, 2025, at 10:00 a.m. This Motion is based on the accompanying memorandum of points and authorities.

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

### I. INTRODUCTION

The input of California and Governor Newsom through an *Amici Curiae* Brief will benefit the Court because it will demonstrate, through lived experience, how federalizing and deploying National Guard troops over a Governor's objection irreparably harms a State. Additionally, California and Governor Newsom will explain how Defendants view the June 7, 2025 Presidential Memorandum ("June 7 Memorandum")—which forms the basis for both Oregon's and California's deployments—as a blank check to federalize troops wherever and whenever they want, irrespective of whether the predicates set forth in 10 U.S.C. section 12406 exist on the ground.

## II.    LEGAL STANDARD

The "classic role" of amici curiae is in "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl C. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). Amicus briefs are "frequently welcome . . . concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *N.G.V. Gaming Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp.2d 1061, 1067 (N.D. Cal. 2005) (internal quotation marks and citation omitted). "While there is no rule addressing the filing of an amicus brief in a district court, 'the Ninth Circuit has held that a district court has broad discretion in the appointment of amicus curiae.'" *Linthicum v. Wagner*, 2023 WL 8602152, at *1 (D. Or. Dec. 12, 2023) (quoting *Mississippi Prods., Inc. v. Cincinnati Ins. Co.*, 2021 WL 5305864, at *1 (D. Or. Nov. 15, 2021)); *see also In re Intel Corp. CPU Mktg.*, 2022 WL 22895021, at *2 (D. Or. Mar. 29, 2022) (granting leave to participate as amicus curiae where proposed amici "may have helpful information to provide the Court").

## III.    CALIFORNIA AND GOVERNOR NEWSOM'S INTERESTS AND UNIQUE PERSPECTIVES AS *AMICI CURIAE*

As the first State to be subjected to the President's federalization and deployment of National Guard troops without the consent of its Governor, California has a unique perspective of the harm caused by the influx of National Guard troops into its communities. The deployment in California continues today, and so does the harm that California has endured to its sovereign interests and police powers, the physical and economic well-being of its residents, and the morale of its National Guard troops and their families. Because the deployments in both

3

California and Oregon were justified under the same June 7 Memorandum, the deployments share similarities, including in how they harm the States. Therefore, California's experience will illustrate how the deployment of federalized troops in Oregon will harm the State should its Motion for Temporary Restraining Order not be granted.

California and Governor Newsom also have significant interests in ending the harm caused by the President's unlawful deployment and presence of troops to its sovereign interests and police powers, the physical and economic well-being of its residents, and the morale of its National Guard troops and their families. In addition, California and Governor Newsom have a strong interest in restraining Defendants' reliance on the June 7 Memorandum to federalize National Guard troops in Oregon, or wherever they choose, without regard to whether the situation on the ground satisfies the predicates set forth in 10 U.S.C. § 12406. If Defendants are allowed to continue to invoke the June 7 Memorandum to deploy troops at the President's whim, it will embolden them to deploy troops anywhere in the country, for virtually any reason. California and Governor Newsom respectfully submit that their proposed *Amici Curiae* Brief will assist the Court in its consideration of Plaintiffs' Motion for Temporary Restraining Order.

## IV. CONCLUSION

For these reasons, the State of California and Governor Newsom respectfully request that the Court grant it leave to file the *Amici Curiae* Brief that accompanies this Motion.

4

MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE *AMICI CURIAE* BRIEF ISO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
(Case No. 3:25-cv-01756-SI)

Date: October 2, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
Supervising Deputy Attorney General
JANE REILLEY
Deputy Attorney General

*/s/ Barbara Horne-Petersdorf*
BARBARA HORNE-PETERSDORF
Deputy Attorney General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail: Barbara.HornePetersdorf@doj.ca.gov

# CERTIFICATE OF SERVICE

Case Name: **_State of Oregon, et al v. Trump et al._**     Case No.   **3:25-cv-01756-SI**

I hereby certify that on <u>October 2, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **UNOPPOSED MOTION BY THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

2. **BRIEF FOR THE STATE OF CALIFORNIA AND GOVERNOR NEWSOM AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 2, 2025,</u> at San Francisco, California.

| | |
|---|---|
| M. Mendiola | _M. Mendiola_ |
| Declarant | Signature |

SA2025302238