DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-01756-IM <br><br> DECLARATION OF NATHAN VASQUEZ <br><br> (In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Nathan Vasquez, declare under penalty of perjury as follows:

 1. I am the elected District Attorney for Multnomah County, Oregon. The facts and events described below are personally known to me and if called to testify as to their accuracy, I

would do so. I submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

## I. DECLARANT BACKGROUND

2. I joined the Multnomah County District Attorney's office as an intern in 2000 and was hired as a Deputy District Attorney in 2001. I was promoted to Senior Deputy in 2018 and shortly thereafter took on supervision of what was then called the Neighborhood Prosecution Unit. I transformed the Neighborhood Unit into the Strategic Prosecution Unit. This unit aggressively prosecutes high-volume offenders through the use of data and focused intervention techniques. Throughout my career I have prosecuted criminal cases at all levels from the lowest traffic offenses up to and including Aggravated Murder and almost everything in between. In May 2024 the people of Multnomah County elected me to be their District Attorney, and I took office January 6, 2025. In sum, I have been a professional prosecutor for 25 years in this community and have a deep knowledge of and respect for its local law enforcement, its capabilities and capacity. In that time I have developed a similar knowledge of and respect for the diversity of opinion, belief, and capabilities among our local community organizations.

3. I have substantial personal experience prosecuting mass demonstration and political violence. Throughout my career I have worked on mass demonstration cases and became deeply involved in 2016. I have seen times of intense riots and times of intense peace during that period.

   a. I was present to personally advise police incident command for over 100 days as law enforcement engaged with demonstrators, protestors, and rioters over the summer of 2020.

   b. The unit I supervised continued to coordinate this office's response to mass demonstration cases between the conclusion of the 2020 riots and my election as district attorney.

   c. I personally led the prosecution of leaders of multiple street riots.

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

4. I strongly condemn political violence and have witnessed first-hand the long-term damage that sustained riotous activity can have on this community. I believe that the Portland Police Bureau, in close partnership with my office, have been extraordinarily successful in preventing a recurrence of the riots we experienced in 2020.

5. In January 2025 I took office and changed the direction of how we engage and handle prosecution of crimes of political violence. Specifically, I rescinded the protest policy of the previous administration, which prohibited the prosecution of many politically related crimes. I have made numerous public statements that this office will prosecute anyone, regardless of ideology, who engages in public criminal activity.

## II. PROSECUTORIAL SUPPORT FOR PORTLAND POLICE

6. My office's Strategic Prosecution Unit (SPU) works closely with the Portland Police Bureau's Crowd Management Incident Commander (CMIC). When a demonstration that necessitates a law enforcement response is anticipated, at least one DDA is assigned to be available to CMIC to be immediately responsive to law enforcement inquires as well as to affirmatively advise and assist with the operation. All CMICs as well as supervisory police working under them have contact information for SPU DDAs, who are on call 24-hours a day to address questions and needs, emergent or otherwise.

7. A supervisory-level DDA also participates in pre-incident planning and coordination with relevant PPB supervisors and command staff. Our primary goal is to prevent violent gatherings from occurring in the first place and, if they do, advise police on how to engage in a manner that allows us to follow through with prosecution of anyone engaging in criminal conduct.

8. Even in the absence of a specifically anticipated event, an SPU DDA meets with PPB at least weekly to assess public safety needs around possible unrest or demonstrations.

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

9.  My office has plans and practices in place to immediately dedicate as many as eight attorneys to review and prosecute criminal conduct related to mass demonstrations if the need arises.

### III. SPECIFIC PROSECUTIONS RELATING TO S MACADAM ICE FACILITY

10. I have been clear and consistent as elected District Attorney that anyone engaging in criminal conduct at a mass demonstration will be prosecuted provided police can gather and present evidence sufficient to support criminal charges, without regard to where the incident occurred, the political affiliation of the suspect, or the subject matter animating the demonstration.

11. I made public statements this year that anyone, regardless of political affiliation, who attempts to hijack peaceful demonstrations with criminal acts will be prosecuted to the fullest extent of the law.

12. Specific to the S. Macadam ICE facility, since the beginning of June, 2025, our data dashboard shows that police have sent 25 cases connected to mass demonstration events near that facility to my office for review. DDAs in my office have filed criminal charges in 21 (84%) of those cases. We will continue to file charges in any cases submitted to us by police where a crime can be proven.

13. I have closely monitored the situation at the S Macadam ICE facility this year and have not seen any activity that, in my professional opinion, is even close to beyond the capabilities of the Portland Police Bureau to manage.

### IV. THE OVERAL PUBLIC SAFETY SITUATION

14. The total number of mass demonstration cases is a fraction of what this office saw in 2020 and less on an annualized basis than we saw last year. Demonstrations are not out of control in Portland. Portland is not a "war zone."

15. My office maintains a publicly available data dashboard on our website where anyone can view and track mass demonstration cases in the City of Portland over time:

https://www.mcda.us/index.php/mass-demonstration-cases. Attached as Exhibit A are quarterly visual maps of mass demonstration cases referred to my office from the City of Portland from 2020 to present. As can readily be seen, such cases are down substantially from the 2020 peaks, and down slightly year-over-year for 2025 (2024 to September, n=48; 2025 to September, n=41).

16. Crime statistics as a whole for the City likewise are on the decline, indicating an improved public safety outlook from even a year ago. Portland Police statistics show that our homicide rate is down a staggering 50%; motor vehicle theft is down 31%, robberies and burglaries are down 9% and 11% respectively.

17. There is still much progress to be made, but the public safety problems that directly impact most residents of this community are related to drug dealing, car theft, and substance abuse disorder-driven crime. These are problems that face comparably sized cities across the country and problems that we continue to work every day to address. None of these local law enforcement problems would be mitigated by the deployment of additional federal personnel to the streets of Portland.

18. I believe based on my personal experience on the ground in the 2020 unrest that the deployment of federal personnel not trained in local policing to the streets of Portland risks creating, not mitigating, the very conditions it is alleged to target.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in the United States on October 2, 2025.

    *s/ Nathan Vasquez*
Nathan Vasquez
District Attorney
Multnomah County, Oregon