# EXHIBIT A

# Multnomah County District Attorney Referred Mass Demonstration Cases
# CY 2020 (n=997)



Source: https://www.mcda.us/index.php/mass-demonstration-cases

# Multnomah County District Attorney Referred Mass Demonstration Cases

# CY 2021 (n=77)



Source: https://www.mcda.us/index.php/mass-demonstration-cases

# Multnomah County District Attorney Referred Mass Demonstration Cases CY 2022 (n=4)



| 2022 Q1 (Jan. – Mar.) NONE | 2022 Q2 (Apr. – Jun.) |
|---|---|
| 2022 Q3 (Jul. – Sept.) | 2022 Q4 (Oct. – Dec.) NONE |

Source: https://www.mcda.us/index.php/mass-demonstration-cases

# Multnomah County District Attorney Referred Mass Demonstration Cases CY 2023 (n=1)

| | |
|---|---|
| NONE | NONE |
| 2023 Q1 (Jan. – Mar.) | 2023 Q2 (Apr. – Jun.) |
| NONE | NONE |
| 2023 Q3 (Jul. – Sept.) | 2023 Q4 (Oct. – Dec.) |

Source: https://www.mcda.us/index.php/mass-demonstration-cases

# Multnomah County District Attorney Referred Mass Demonstration Cases CY 2024 (n=48)



| 2024 Q1 (Jan. – Mar.): NONE | 2024 Q2 (Apr. – Jun.) |
| 2024 Q3 (Jul. – Sept.) | 2024 Q4 (Oct. – Dec.): NONE |

Source: https://www.mcda.us/index.php/mass-demonstration-cases

# Multnomah County District Attorney Referred Mass Demonstration Cases
## CY 2025 (n=41) [year-through-September]



2025 Q1 (Jan. – Mar.)

2025 Q2 (Apr. – Jun.)

**MAPPING NOT AVAILABLE YET**

2025 Q3 (Jul. – Sept.)

2025 Q4 (Oct. – Dec.)

Source: https://www.mcda.us/index.php/mass-demonstration-cases