DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | Case No.  3:25-cv-01756-IM |
| Plaintiffs, | DECLARATION OF ALEXANDER C. JONES |
| v. | (In Support of Plaintiffs' Motion for Temporary Restraining Order) |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, Alexander C. Jones, declare under penalty of perjury as follows:

1.     I am employed as an Assistant Attorney General with the Oregon Department of

Justice. I represent the State of Oregon in this case.

Page 1 -   DECLARATION OF ALEXANDER C. JONES

2.      Attachment 1 to this declaration is a true and correct copy of a transcript of President Donald Trump's address to military leadership in Quantico, Virginia on September 30, 2025, published by Roll Call, available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-department-of-defense-leaders-quantico-september-30-2025/.

3.      Attachment 2 to this declaration is a true and correct copy of the transcript of Secretary of War Pete Hegseth's address to General and Flag Officers at Quantico, Virginia on September 30, 2025, available at

https://www.war.gov/News/Transcripts/Transcript/Article/4318689/secretary-of-war-pete-hegseth-addresses-general-and-flag-officers-at-quantico-v/.

4.      Attachment 3 to this declaration is a true and correct copy of a September 30, 2025 news article authored by Brett Samuels and published by The Hill, entitled *Trump suggests using 'dangerous' US cities as 'training grounds' for military*, available at

https://thehill.com/homenews/administration/5528730-trump-military-training-cities-crime-crackdown/.

5.      Attachment 4 to this declaration is a true and correct copy of a September 30, 2025 White House article, entitled *President Trump Deploys Federal Resources to Crush Violent Radical Left Terrorism in Portland*, available at

https://www.whitehouse.gov/articles/2025/09/president-trump-deploys-federal-resources-to-crush-violent-radical-left-terrorism-in-portland/.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on Portland, Oregon on October __2nd__, 2025.

_____*s/ Alexander C. Jones*_____
ALEXANDER C. JONES

Page 2 -    DECLARATION OF ALEXANDER C. JONES