# ATTACHMENT 3

 

**TRENDING:**  **LIVE UPDATES: SHUTDOWN LAYOFFS**  **GOVERNMENT SHUTDOWN**  **SUPER BOWL ICE**

ADMINISTRATION

# Trump suggests using 'dangerous' US cities as 'training grounds' for military

BY BRETT SAMUELS - 09/30/25 10:41 AM ET











President Trump told a gathering of military leaders Tuesday they should use American cities as "training grounds" and described a federal crackdown on crime in major cities as necessary due to "a war from within."

Trump addressed dozens of top generals and admirals in Quantico, Va., where he said defending the homeland was the military's "most important priority." He signaled the leaders in the room could be tasked with aiding in federal interventions in Democratic-led cities such as Chicago and New York City.

"They're very unsafe places, and we're going to straighten them out one by one," Trump said. "And this is going to be a major part for some of the people in this room. That's a war, too. It's a war from within."

"I told [Defense Secretary Pete Hegseth], we should use some of these dangerous cities as training grounds for our military — National Guard, but our military, because we're going into Chicago very soon," Trump added. "That's a big city with an incompetent governor."

The White House has already directed the deployment of National Guard troops across Washington, D.C., and Memphis, Tenn., as part of an effort to quell crime in those cities. This week, announced he would send troops to Portland, Ore.

# THE HILL

Trump has for weeks threatened to deploy the National Guard to other cities such as Chicago, New York and New Orleans, despite state and local officials pushing back and saying such a move would inflame tensions.

Democratic leaders have likened Trump's use of the military in American cities to an authoritarian tactic.

## Sign up for the Morning Report
The latest in politics and policy. Direct to your inbox.

Email address     SUBSCRIBE

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

"America is under invasion from within. We're under invasion from within," Trump said Tuesday. "No different than a foreign enemy, but more difficult in many ways because they don't wear uniforms."

TAGS   DONALD TRUMP   PETE HEGSETH

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

FOLLOW ON Google News

## SPONSORED CONTENT

Privacy Policy

**This is the Best Way to Get Rid of Your Tax-Debt Before The October Deadline**

Forbes | Sponsored                                                                 Learn More

**Finally, an affordable energy-efficient siding that lasts a lifetime**

Don't Overpay For Siding | Sponsored

# THE HILL

**Olygee** | Sponsored    Learn More

### Ashburn: Here's The Average Price of a 6-Hour Gutter Upgrade
**Homebuddy.com** | Sponsored    Read More

### You Can See People Wearing This 250th Anniversary Hat Everywhere
**Vianys** | Sponsored    Read More

### Ask A Pro: "I'm 70 with $1.4M in IRAs. Should I convert $120K/Year to a Roth?"
**SmartAsset** | Sponsored

### Sharpen your chainsaw in 10 seconds without removing the chain.
**Sherum** | Sponsored    Learn More

### Every American Should Be Using This Retirement Loophole In 2025
**GOLD Co** | Sponsored

### Something Eerily Similar To 1941 About To Happen
**Paradigm Press** | Sponsored    Learn More

### Apple's Next Trillion-Dollar Bet?
**The Motley Fool** | Sponsored

### It's the Perfect Retirement Symbol
**FANYIL** | Sponsored    Shop Now

### Cottage Cheese Is Sparking Outrage In The Health Community (Here's Why)
**Gundry MD** | Sponsored    Learn More

### China Cuts Rare Earth Supply. U.S. Looks Underground
**Tomorrow Investor** | Sponsored    Learn More

# THE HILL

### This is the Best Way to Get Rid of Your Tax-Debt Once and For All
**Forbes** | Sponsored

Learn More

### Hard Boiled Eggs: The Risk Hiding in Plain Sight For Anyone Over 60
**Gundry MD** | Sponsored

### Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick
**Sleep Digest Publication** | Sponsored

## More Administration News




### GOP senator: Vought has been 'dreaming' of shutdown situation 'since puberty'

**SENATE** / 10 MINUTES AGO

# THE HILL



**ADMINISTRATION** / 25 MINUTES AGO



### Karen Bass: Trump 'creating warfare within cities'

**STATE WATCH** / 26 MINUTES AGO



### Beshear: Trump treating federal workers, families like 'prop' in shutdown

**STATE WATCH** / 30 MINUTES AGO

See All

## Video/Hill.TV



### Rising: October 1, 2025

**RISING** / 22 HOURS AGO

# THE HILL



**Rising: September 30, 2025**

RISING  /  2 DAYS AGO

---



**Rising: September 29, 2025**

# THE HILL

See all Hill.TV

See all Video

### Top Stories



**Lawmakers expect shutdown to drag on for at least a week**

**SENATE** / 5 HOURS AGO

See All

### Most Popular

**1**   **Senate defeats House-passed bill to reopen government, despite Democratic cracks**

**THE HILL**

shutdown, says

3    **Republicans refuse to swear in newly elected Democrat, delaying success of ...**

4    **More Americans blame Trump, Republicans for shutdown than Democrats: Survey**

5    **Trump hits lowest approval rating so far in Marquette Law School poll**

The Hill Podcasts – Morning Report





**DON'T MISS A BRIEF.
SIGN UP FOR OUR DAILY EMAIL.**

Your Email

Send





## Resources

SITEMAP

THE HILL APPS

PEOPLE

RSS

PRINT EDITION

## Other Areas

GALLERIES

THE HILL JOBS

NATIONAL JOBS

## Contributors

SUBMIT OPINION CONTENT

## About Us

WORK FOR THE HILL

Follow Us On 

Get the App



# THE HILL

PRIVACY POLICY | 09/30/2025

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

YOUR PRIVACY CHOICES 

THE HILL 400 N CAPITOL STREET NW, SUITE 650 WASHINGTON DC 20002

© 1998 - 2025 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.