# ATTACHMENT 4

Democrats Have Shut Down the Government    11h 19m 29s

*The* WHITE HOUSE

ARTICLES

President Trump Deploys Federal Resources to Crush Violent Radical Left Terrorism in Portland

The White House

September 30, 2025

The Radical Left's reign of terror in Portland ends now, with President Donald J. Trump mobilizing federal resources to stop Antifa-led hellfire in its tracks. While Democrat politicians deny reality, it's obvious what's happening in Portland isn't protest; it's premeditated anarchy that has scarred the city for years — leaving officers battered, citizens terrorized, and property defaced.

**Since early June, Antifa militants have laid siege to the ICE field office in south Portland.** These lunatics have violently breached the facility by using a stop sign as a battering ram, hurled explosives and other projectiles, burned an American flag, repeatedly assaulted, attacked, and injured officers with pepper spray, rocks, bricks, and trash, doxed officers, berated neighbors, and even rolled out a guillotine.

As part of the ongoing siege, dozens have been arrested and charged with disgraceful crimes such as arson, assaulting federal officers, and resisting arrest for their part in the mayhem.

**It's just the latest chapter of violence in Portland at the hands of Antifa and the Radical Left:**

- In May 2024, an "Antifa anarchist movement" took credit for burning more than a dozen Portland Police Bureau training vehicles.

- In May 2022, Antifa members deployed smoke grenades, paint-filled balloons, and fireworks to break up a campaign event for a Republican political candidate.

- In August 2021, Antifa terrorists violently attacked right-wing demonstrators with explosives and chemical spray.

- In January 2021, more than 100 Antifa demonstrators attacked Portland police and vandalized property, with some armed with knives and long poles.

- In October 2020, Antifa terrorists sparked a riot at an "Indigenous Peoples Day of Rage" event, toppling statues of Abraham Lincoln and Teddy Roosevelt and vandalizing multiple buildings.

- In August 2020, a self-described Antifa militant shot and killed a Patriot Prayer supporter during a riot in Portland.

- In 2020, Portland Antifa terrorists led 100 days of carnage and violence in Portland — in which they rioted, looted, burned buildings, bludgeoned federal officers, deployed power tools and commercial-grade fireworks as weapons, and attempted to destroy a local courthouse.

- In November 2019, an Antifa terrorist was sentenced to six years in prison after "using a weapon against a conservative demonstrator who suffered blows to the head that the victim claims left him with a concussion and cuts that required 25 staples to close."

- In June 2019, Portland Antifa terrorists were arrested after assaulting rightwing demonstrators and police with quick drying cement and bear spray.

- In August 2018, a Bernie Sanders voter was beaten by Antifa militants "for carrying an American flag."

- In 2017, Antifa terrorists attacked and injured law enforcement and attendees of a pro-Trump free speech rally.

- In 2017, Antifa threatened organizers of the annual Avenue of Roses Parade for including a Republican-themed float — prompting organizers to cancel the event altogether.

- In 2016, Antifa-led rioting caused more than $1 million in damage in Portland after President Trump's election.



NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS



Subscribe to The White House newsletter

| Your email | SIGN UP |

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

