BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-8659
christopher.edelman@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br>        *Defendants*. | Case No. 3:25-cv-01756-SI<br><br>**NOTICE OF APPEARANCE OF ERIC J. HAMILTON** |

Please take notice that the undersigned attorney, Eric J. Hamilton of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: October 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
(CA Bar No. 220932)
Branch Director
Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

/s/ *Eric J. Hamilton*
ERIC J. HAMILTON
(NE Bar No. 25886)
Deputy Assistant Attorney General
Federal Programs Branch
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 353-2793
Email: eric.hamilton@usdoj.gov

*Counsel for Defendants*