DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-01756-SI <br><br> DECLARATION OF RYAN PARKER <br><br> (In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Ryan Parker, declare as follows:

    1.    I make this declaration based on my personal knowledge.

    2.    I am a Coordinator I for the Bureau of Emergency Communications ("BOEC").

As a regular part of my duties, I have access to BOEC's Computer Aided Dispatch ("CAD")

Logs. Below are all CAD Logs created by BOEC to document calls and updates received from

federal personnel and responders pertaining to 4310 S Macadam Avenue from June 1, 2025 through September 30th, 2025.

      3.     Attached to this declaration as **Exhibit 1** is a true and correct copy of BOEC's CAD 25-153802 dated June 10, 2025.

      4.     Attached to this declaration as **Exhibit 2** is a true and correct copy of BOEC's CAD 25-154667 dated June 10 into June 11, 2025.

      5.     Attached to this declaration as **Exhibit 3** is a true and correct copy of BOEC's CAD 25-156493 dated June 12, 2025.

      6.     Attached to this declaration as **Exhibit 4** is a true and correct copy of BOEC's CAD 25-65617 dated June 13, 2025.

      7.     Attached to this declaration as **Exhibit 5** is a true and correct copy of BOEC's CAD 25-67535 dated June 18, 2025.

      8.     Attached to this declaration as **Exhibit 6** is a true and correct copy of BOEC's CAD 25-70259 dated June 24, 2025.

      9.     Attached to this declaration as **Exhibit 7** is a true and correct copy of BOEC's CAD 25-74374 dated July 5, 2025.

      10.    Attached to this declaration as **Exhibit 8** is a true and correct copy of BOEC's CAD 25-76011 dated July 9, 2025.

      11.    Attached to this declaration as **Exhibit 9** is a true and correct copy of BOEC's CAD 25-76942 dated July 11, 2025, recording events between 7:36 and 8:50 am.

      12.    Attached to this declaration as **Exhibit 10** is a true and correct copy of BOEC's CAD 25-184402 dated July 11, 2025, recording events between 10:47 am and 12:23 pm.

      13.    Attached to this declaration as **Exhibit 11** is a true and correct copy of BOEC's CAD 25-77787 dated July 13, 2025.

      14.    Attached to this declaration as **Exhibit 12** is a true and correct copy of BOEC's CAD 25-83329 dated July 25, 2025.

15. Attached to this declaration as **Exhibit 13** is a true and correct copy of BOEC's CAD 25-84579 dated July 28, 2025.

16. Attached to this declaration as **Exhibit 14** is a true and correct copy of BOEC's CAD 25-87475 dated August 4, 2025.

17. Attached to this declaration as **Exhibit 15** is a true and correct copy of BOEC's CAD 25-89714 dated August 10, 2025.

18. Attached to this declaration as **Exhibit 16** is a true and correct copy of BOEC's CAD 25-92679 dated August 16, 2025.

19. Attached to this declaration as **Exhibit 17** is a true and correct copy of BOEC's CAD 25-95279 dated August 23, 2025, recording events between 11:06 am and 11:11 am.

20. Attached to this declaration as **Exhibit 18** is a true and correct copy of BOEC's CAD 25-229671 dated August 23, 2025, recording events between 11:11 am to 12:56 pm.

21. Attached to this declaration as **Exhibit 19** is a true and correct copy of BOEC's CAD 25-230211 dated August 23, 2025, recording events between 9:47 pm to 10:01 pm.

22. Attached to this declaration as **Exhibit 20** is a true and correct copy of BOEC's CAD 25-223510 dated August 26, 2025.

23. Attached to this declaration as **Exhibit 21** is a true and correct copy of BOEC's CAD 25-97296 dated August 27, 2025.

24. Attached to this declaration as **Exhibit 22** is a true and correct copy of BOEC's CAD 25-97379 dated August 27 into August 28, 2025.

25. Attached to this declaration as **Exhibit 23** is a true and correct copy of BOEC's CAD 25-236944 dated August 30, 2025.

26. Attached to this declaration as **Exhibit 24** is a true and correct copy of BOEC's CAD 25-247561 dated September 9, 2025.

27. Attached to this declaration as **Exhibit 25** is a true and correct copy of BOEC's CAD 25-258970 dated September 19, 2025.

28.     Attached to this declaration as **Exhibit 26** is a true and correct copy of BOEC's CAD 25-259969 dated September 20, 2025.

29.     Attached to this declaration as **Exhibit 27** is a true and correct copy of BOEC's CAD 25-266234 dated September 27, 2025.

30.     Attached to this declaration as **Exhibit 28** is a true and correct copy of BOEC's CAD 25-267118 dated September 28, 2025.

31.     I make this supplemental declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

EXECUTED in Portland, Oregon on October 2, 2025

_s/Ryan Parker_
RYAN PARKER