# EXHIBIT 1

```
Page 1                          BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-153802 Status: CLEARED Priority: 4 Received by: TYPED

      Initial: ASSIST: ASSIST - CITIZEN OR AGENCY
   Final type: ASSIST: ASSIST - CITIZEN OR AGENCY
        Study: BN NO BODY WORN FOOTAGE

         TIME:       Recd: Tue, Jun-10-2025 06:14:40 By: 30188-HUNT, KIMB DP4
                   Queued: Tue, Jun-10-2025 06:15:46 Queue:R
                     Disp: Tue, Jun-10-2025 08:18:11
                  Enroute: Tue, Jun-10-2025 08:18:11
                       OS: Tue, Jun-10-2025 08:19:52
                  Cleared: Tue, Jun-10-2025 08:21:11 By: 43481-CHAPMAN, M 3807

              BROADCAST:  6:16 Tue Jun 10 2025

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU   District: CE     Zone: 872    Grid   66005


Initial Remarks: FED PD ASKING FOR PPB .. 13 PROTESTORS OS STARTING
                 TO HARASS EMPS ENTERING BLDG , NO KNOWN WEAPS

Channel    :

Contact    :
Caller     :   Name: , FED PD DISP
             Address:
                Home:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: F - REPORT WRITTEN (NO ARREST)

Reporting officers: 43481-CHAPMAN, MICHAEL A (PPB ALL)


Clear remarks: NO PHJYSICAL RESPONSE

PP Mental Health YN: N


Additional Remarks:

DP4    30188         HUNT, KIMBERLY D on  6:15 Tue Jun 10 2025

   SEC OS ARMED

DP4    30188         HUNT, KIMBERLY D on  6:16 Tue Jun 10 2025

   PI PREV REL AREACKS BECAUSE OF PROTEST

DP11   62859         FURNESS, SARAH on  6:16 Tue Jun 10 2025

   PI PREV AREACKS
```

Page 2                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-153802 Status: CLEARED Priority: 4 Received by: TYPED


DP3    55927          CHANTHAVONG, CESILIA on   7:07 Tue Jun 10 2025

  (M): FED DISPATCH CB,A PROTESTOR JUST THREW SOMETHING AT A VEH AND
       GATE,UNK MALE/FEM/RACE SUBJECT,WHT/PURP NECKLACE,BLK
       MASK,TANK TOP,BLK SHORTS,BLK/WHT NIKE SHOES

DP11   63964          RAJI, SABRINA on   7:08 Tue Jun 10 2025

   BROADCAST

3807   43481 on  8:20 Tue Jun 10 2025

   CAPT. JONES IN DISCUSSIONS WITH STAKE HOLDERS TO ADDRESS THIS
   SITUATION.


Unit   Officer(s) Times
3807-PS  43481 CHAPMAN, M                     Dispatch: Jun-10-2025 08:18:11
                                               Enroute: Jun-10-2025 08:18:11
                                                    OS: Jun-10-2025 08:19:52
                                               Cleared: Jun-10-2025 08:21:11

3807   43481           08:21:11 06/10/2025    AV:3807 PS
3807   43481           08:21:11 06/10/2025    AV:3807 PS CLEARED CASE
       42153802 FOUNDED-Y REPORT-N CLEARED BY-F FINAL-ASSIST BOLO- STUDY FLAG-BN
       REM-NO PHJYSICAL RESPONSE
3807   43481           08:20:52 06/10/2025    Custom Fields:PP MENTAL HEALTH
       YN: CHANGED TO: N
3807   43481           08:19:52 06/10/2025    OS:3807 PS
3807   43481           08:18:11 06/10/2025    ER:3807 PS
       SELF-DISPATCHED:4310 S MACADAM AVE/FED PD ASKING FOR PPB .. 13 PROTESTORS
       OS STARTING TO HARASS EMPS ENTERING BLDG , NO KNOWN WEAPS
DP4    30188          06:16:02 06/10/2025    History viewed:PP25-153748
       FROM PP25-153802

                        END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____