# EXHIBIT 2

```
Page 1                          BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

       Initial: COVER3: ASSISTANCE - AGENCY COVER CODE 3 *H
    Final type: COVER3: ASSISTANCE - AGENCY COVER CODE 3 *H

          TIME:      Recd: Tue, Jun-10-2025 22:52:15 By: 61948-AMMERMAN, CT1
                   Queued: Tue, Jun-10-2025 22:53:24 Queue:R
                     Disp: Tue, Jun-10-2025 23:12:08
              Sup.Notified: Tue, Jun-10-2025 22:53:24
                  Enroute: Tue, Jun-10-2025 23:12:08
                       OS: Tue, Jun-10-2025 23:20:46
                  Cleared: Wed, Jun-11-2025 05:36:23 By: 66125-RUBENSTEIN DP12

             BROADCAST: 22:53 Tue Jun 10 2025

       Place: ICE PORTLAND
     Address: 4310 S MACADAM AVE
   Community: Portland County: MU   District: CE     Zone: 872    Grid   66005


Initial Remarks: 60 PROTESTERS BARRICADING FED POL UNITS I/S, REQ
                 COVER CODE 3

Channel     :

Contact     :
Caller      :   Name: , FEDERAL POL DP
              Address: OPERATOR 276
                State: Oregon
                 Bus:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: Z - NO CLEARANCE CODE GIVEN (DISPATCH ON

Reporting officers: 44630-WORTHINGTON, JASON A



Additional Remarks:

DP9     52504           TIDWELL, DEVIN on 22:53 Tue Jun 10 2025

   BROADCAST

CT1     61948           AMMERMAN, ANGEL E on 22:54 Tue Jun 10 2025

   (M): 4 FED POL UNITS I/S,ALL ENTRANCES AND EXITS BEING BARRICADED
        BY PROTESTERS

DP11    65578           HIMELFARB, PEYTON on 22:54 Tue Jun 10 2025

   PER 3828 LT ARE TALKING ABOUT THIS NOW,SAFE AND SEPP AS OF NOW
```

```
Page 2                                BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


CT8      64841          RODRIGUEZ, ERNESTO on 22:56 Tue Jun 10 2025

  (M): PER CB FROM LOC SUBJS ARE NOT ATTEMPTING TO BREACH THE
       BUILDING DOORS ARE BARRED UNITS UNABLE TO HOLD BACK THE
       PROTESTERS

CT8      64841          RODRIGUEZ, ERNESTO on 22:57 Tue Jun 10 2025

  (M): SUBJS ARE NOW***** ATTEMPTING TO BREACH

DP9      61948          AMMERMAN, ANGEL E on 23:00 Tue Jun 10 2025

  3925 COPIES,WORKING ON IT

CT4      55927          CHANTHAVONG, CESILIA on 23:01 Tue Jun 10 2025

  PSRBY RPTG PPL TRYING TO GET INTO THE BLDG HERE. ADV WE ARE AWARE.
  480 401 7792

CT3      57777          HEMBREE, DANIEL S on 23:06 Tue Jun 10 2025

  (M): COMP WITH APT FACING THIS BLDG SAYS WINDOWS BEING BROKEN AND
       POSSIBLY HAVE GAINED ENTRY INTO BLDG......ERIN 214-431-8296

DP11     49176          MADRIGAL, ERIKA D on 23:06 Tue Jun 10 2025

  GETTING TEAM TOGETHER TO GET EYES ON

DP11     49176          MADRIGAL, ERIKA D on 23:08 Tue Jun 10 2025

  SOME OF PROTESTERS TRYING TO USE CROWBARS TO GET IN THE
  DOORS,WORKING ON EVAC'ING THEMSELVES,UNITS ON THE WAY TO GET EYES
  ON,WTNG FOR MFF

DP19     56021          FISCHER, MICKIE on 23:09 Tue Jun 10 2025

  OPEN LINE MAPPING HERE,"YOU'LL NEVER GET RID OF US" 971-481-9950

CT5      52504          TIDWELL, DEVIN on 23:11 Tue Jun 10 2025

  NBI CALLER REPORTLING LOUD BOOM FROM NBI ICE BLDG.. 650 S
  LOWELL,LISA C/954 459 1175

DP11     64840          LUKEN, NICOLETTE on 23:15 Tue Jun 10 2025

  THEY ARE ALL OUT OF BLDNG THEY ARE IN THE BEARCAT,MOVED CROWD A
  LIL BACK,STILL SURROUNDED ON THE ST

DP11     64840          LUKEN, NICOLETTE on 23:15 Tue Jun 10 2025

  PER 9808
```

```
Page 3                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE      Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


DP10    49176           MADRIGAL, ERIKA D on 23:16 Tue Jun 10 2025

   SAW A GROUP OFF MOODY,DRESSED IN ALL BLK

DP11    64840           LUKEN, NICOLETTE on 23:16 Tue Jun 10 2025

   ABOUT 40 PPL BEING ANTAG

SV1     59084           HANSEN, MADALYN "MADDY" J on 23:18 Tue Jun 10 2025

   MAJOR PAGE SENT

DP11    64840           LUKEN, NICOLETTE on 23:19 Tue Jun 10 2025

   CE MOBILE READY TO BE DEPLYED FROM CE

CT7     64837           JUSTICE, JOSEPH on 23:20 Tue Jun 10 2025

   CALLER ON NONEMER REPT'G HEARING EXPLOSIONS GOING OFF AND SUBJS IN
   ALL BLACK SCATTERING NEAR ICE BLDG

DP11    64840           LUKEN, NICOLETTE on 23:20 Tue Jun 10 2025

   3828 S/S AT TESLA NOT SEEING CROWDS ON THE S SIDE OR THE E SIDE

CT7     64837           JUSTICE, JOSEPH on 23:21 Tue Jun 10 2025

   MY CALLER SAID A FEW BLOCKS FROM ICE BLDG NEAR WATERFRONT

CT3     57777           HEMBREE, DANIEL S on 23:21 Tue Jun 10 2025

   ANON CALLER SAYS 3 PPL IN BLK RAN OFF E/B WHEN SIRENS
   APPROACHED..NO CRIME OBSERVED BUT THEY'RE HIDING IN BUSHES NEAR
   WILLAMETTE TOWER IF ANY INTEREST ARISES.....ALL IN BLK .......ANON
   AREA RESD.....303-817-8050

DP11    64840           LUKEN, NICOLETTE on 23:22 Tue Jun 10 2025

   LOOKS LIKE CROWD GETTING BIGGER 1903

DP11    64840           LUKEN, NICOLETTE on 23:23 Tue Jun 10 2025

   SGT MILLER CAN YOU ROLL CLOSER WITH THE MFF

DP11    64840           LUKEN, NICOLETTE on 23:24 Tue Jun 10 2025

   9808 UPDATE FROM FPS... NO CURR LIFE SAFETY ISSUE,PARTIAL CONTROL
   OF FRONT OF BLNDG,PLAN FOR NOWIS TO HOLD BACK AND REQ WE GET THE
   CROWD BACK

DP11    64840           LUKEN, NICOLETTE on 23:24 Tue Jun 10 2025
```

```
Page 4                                BOEC
FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025
CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


   9808 WE WILL C MONITOR FROM N AND S UNTIL WE GET MORE RESOURCES

DP11     64840           LUKEN, NICOLETTE on 23:24 Tue Jun 10 2025

   3811 MFF TO STAGE A COUPLE OF BLOCKS AWAY

DP11     64840           LUKEN, NICOLETTE on 23:25 Tue Jun 10 2025

   3828 BANCROFT AND MACADAM WAS CLR TO CAV IS THATS THE PLAN.. AT
   THE TESLA.. PPL IN MASKS COMING OUR WAY BUT DONT SEEM TO BE DOING
   ANYTHING ILLEGAL

DP11     64840           LUKEN, NICOLETTE on 23:25 Tue Jun 10 2025

   9808 FPS DOES NOT PLAN TO EVAC,HOLD POSITION AND SECURE THE BLDNG

DP11     64840           LUKEN, NICOLETTE on 23:26 Tue Jun 10 2025

   FPS//ADV AND CONFIRM WE PLAN TO SECURE BLDNG

DP11     64840           LUKEN, NICOLETTE on 23:27 Tue Jun 10 2025

   3811 STAGE AT CURR/MOODY

DP11     64840           LUKEN, NICOLETTE on 23:29 Tue Jun 10 2025

   3911 TO 3908 ER FROM EA

DP11     64840           LUKEN, NICOLETTE on 23:29 Tue Jun 10 2025

   ACCESS VIA NAITO... CURRY/MOODY

DP11     64840           LUKEN, NICOLETTE on 23:29 Tue Jun 10 2025

   JUST TO S OF CURRY THERES A GIANT OPEN LOT U CAN PULL INTO

DP11     64840           LUKEN, NICOLETTE on 23:31 Tue Jun 10 2025

   9808 CONT TO HOLD OUT POS AND OBSERVE WE ARE IN CONT WITH FPS.. WE
   ARE GOING TO GET PC

DP11     64840           LUKEN, NICOLETTE on 23:31 Tue Jun 10 2025

   3627 HEADING TO CE WITH NORTH CREW

DP11     64840           LUKEN, NICOLETTE on 23:34 Tue Jun 10 2025

   EYES ON THE TROLLEY AREA RN.. CAN SWING UP TO MACADAM AND BANCROFT
   TO SEE WHOLE SIZE IF YOU WOULD LIKE

DP11     64840           LUKEN, NICOLETTE on 23:34 Tue Jun 10 2025
```

```
Page 5                            BOEC
FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE       Wed, Oct-01-2025
CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


   FPS CROWD SIZE IS POSS SCATTERD

DP11    64840         LUKEN, NICOLETTE on 23:35 Tue Jun 10 2025

   POSS 50 SCATTERED**

DP11    64840         LUKEN, NICOLETTE on 23:37 Tue Jun 10 2025

   3911 HAS EA MFF..... 3627 HAS NORTH MFF***************

DP11    64840         LUKEN, NICOLETTE on 23:49 Tue Jun 10 2025

   FPS NO REAL CHANGE IN CROWD SIZE,CARYING ENERGY.. GETTING AMPED UP
   AGAIN

DP11    64840         LUKEN, NICOLETTE on 23:50 Tue Jun 10 2025

   *VARYING ENERGY*

DP11    64840         LUKEN, NICOLETTE on 23:53 Tue Jun 10 2025

   9806 SPOKLE TP FPS IS ON FOOT,CROWD HAS CALMED DOWN,WANTS TO TRUCK
   INSIDE BLDNG.. MENTIONED CROWD IS WAITING TO SEE WHAT HAPPENS

DP11    64840         LUKEN, NICOLETTE on 23:53 Tue Jun 10 2025

   *SPOKE TO FPS*

DP11    64840         LUKEN, NICOLETTE on 23:55 Tue Jun 10 2025

   PINA FOR CURRY/MOODY

DP11    49176         MADRIGAL, ERIKA D on  0:08 Wed Jun 11 2025

   9808 SENDING ONE MFF NEAR THE BLDG WHILE WE ARE SHOWING LIGHTS AND
   SIRENS,WHILE DOING TGHAT,FPS TAKING VEH ADN PERSONNEL I/S,WHEN
   I/S,FPS WILL BE LOOKING AT VIDEO TO ESTABLISH PC,WILL PUT OUT PC
   AND MAKE SELECTIVE ARRESTS

DP11    49176         MADRIGAL, ERIKA D on  0:10 Wed Jun 11 2025

   3627 NORTH MOVING UP WITH PLAN

DP11    49176         MADRIGAL, ERIKA D on  0:12 Wed Jun 11 2025

   3627 FPS TRYING TO MOVE CAR,CAN'T REALLY TELL,HAVE SOME ATTENTION
   DRAWN TO US

DP11    49176         MADRIGAL, ERIKA D on  0:12 Wed Jun 11 2025

   3627 FPS MIGHT BE BRING IT IN
```

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

DP11    49176          MADRIGAL, ERIKA D on  0:15 Wed Jun 11 2025

  3828 3 CARS WITH CAGES

DP11    49176          MADRIGAL, ERIKA D on  0:16 Wed Jun 11 2025

  3627 LOOKS LIKE THEY HAVE THEIR TRUCK IN BUT THEY'RE NOT SHUTTING
  THE GATE

DP11    49176          MADRIGAL, ERIKA D on  0:16 Wed Jun 11 2025

  9808 WILL CONNECT W/THEM

DP11    49176          MADRIGAL, ERIKA D on  0:17 Wed Jun 11 2025

  9808 THEY SHOULD BE HEADED I/S AND THEN WILL CLOSE THE GATE,THEN
  REVIEW FOOTAGE TO ESTABLISH PC

DP11    49176          MADRIGAL, ERIKA D on  0:18 Wed Jun 11 2025

  9808 3627 TO HOLD THAT SPOT

DP11    49176          MADRIGAL, ERIKA D on  0:18 Wed Jun 11 2025

  3627 TRYING TO CLR DRIVEWAY OUT B4 THEY SHUT THE GATE

DP11    49176          MADRIGAL, ERIKA D on  0:21 Wed Jun 11 2025

  3627 STARTING TO CLOSE THEIR GATE NOW

DP11    49176          MADRIGAL, ERIKA D on  0:21 Wed Jun 11 2025

  3627 CROWD SIZE ALL BUNCHED UP,THEY SPLIT UP A LITTLE BIT,ABT 30

DP11    49176          MADRIGAL, ERIKA D on  0:21 Wed Jun 11 2025

  3627 GATE IS CLOSED,HEADED BK TO STAGING

DP11    49176          MADRIGAL, ERIKA D on  0:31 Wed Jun 11 2025

  3828 SECURTY FROM 4380 S MACADAM SAYS THERE ARE 30 PPL ALONG THE
  TRAIL ALONG THE RIVER HEADING TOWARDS THE ICE BLDG,DOING NOTHING
  EXCEPT YELLING AT HIM

DP11    49176          MADRIGAL, ERIKA D on  0:31 Wed Jun 11 2025

  9808 STILL WORKING THRU PROBABLE CAUSE

DP11    49176          MADRIGAL, ERIKA D on  0:39 Wed Jun 11 2025

  3821 SENDING CENTRAL SQUAD OUT NOW TO YOU

```
Page 7                            BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


DP11    49176         MADRIGAL, ERIKA D on  0:39 Wed Jun 11 2025

  9808 SENDING REST OF CE SQUAD TO THE SOUTH TO SUPPORT SGT
  WORTHINGTON,EAST AND NORTH SATURATING AREA LOOKING FOR PROB CAUSE
  FOLKS WE'VE BEEN SENDING OUT TO MAKE SELECTIVE ARRESTS

DP11    49176         MADRIGAL, ERIKA D on  0:41 Wed Jun 11 2025

  3811 ARRIVED

DP11    49176         MADRIGAL, ERIKA D on  0:41 Wed Jun 11 2025

  9808 EAST AND NORTH TO MOVE FORWARD

DP11    49176         MADRIGAL, ERIKA D on  0:42 Wed Jun 11 2025

  9808 STAY DARK,JUST HEADLIGHTS

DP11    49176         MADRIGAL, ERIKA D on  0:49 Wed Jun 11 2025

  3627 THEY ALL CROSSED ST FROM FED BLDG WHEN WE GOT HERE,RIGHT NOW
  I'M GUESSING 30-40

DP11    57235         BOHM, LAYLA G on  0:57 Wed Jun 11 2025

  3828 W/TEAM OF OFFICERS,WILL DRIVE UP TO FRONT,GET PICS OF ALL THE
  DMG,THEN GET IN CARS AND GET OUT OF THERE

DP11    57235         BOHM, LAYLA G on  0:57 Wed Jun 11 2025

  3627 THEY'VE ALL GONE BACK TO DOING WHAT THEY WERE BEFORE,HANGING
  AROUND THEIR CAMPSITE

DP11    57235         BOHM, LAYLA G on  0:57 Wed Jun 11 2025

  3828 THIS WAS AT THE REQUEST OF LT TACKETT

DP11    57235         BOHM, LAYLA G on  0:58 Wed Jun 11 2025

  3828 ETA LESS THAN A MIN FOR THE PHOTOS

DP11    57235         BOHM, LAYLA G on  1:02 Wed Jun 11 2025

  3828 ALL CLEAR,ENCOUNTERED VERY LITTLE RESISTANCE OTHER THAN
  VERBAL YELLING

DP11    57235         BOHM, LAYLA G on  1:03 Wed Jun 11 2025

  9808 UNITS FALL BACK TO STAGING AREA

DP11    57235         BOHM, LAYLA G on  1:04 Wed Jun 11 2025
```

```
Page 8                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


  9808 CAN HOLD ON THE SOUTH,BUT BE OUT OF SIGHT,FALL BACK A LITTLE
  MORE. 3821 COPIES

DP11    57235          BOHM, LAYLA G on  1:48 Wed Jun 11 2025

  9808 EAST AND NORTH RELEASED TO THEIR PRECINCTS,NIGHTS WILL
  CONTINUE MONITORING AS WE HAVE THE LAST CUPL NITES

DP11    57235          BOHM, LAYLA G on  1:50 Wed Jun 11 2025

  9806 CENTRAL C SHIFT CAN SECURE

DP11    57235          BOHM, LAYLA G on  1:53 Wed Jun 11 2025

  3828 MFF AT SOUTH SIDE CAN HEAD BACK TO PRECINCT AND SEPARATE TO
  THEIR CARS

DP11    57235          BOHM, LAYLA G on  1:53 Wed Jun 11 2025

  3828 NEED SINGLE PERSON CAR TO SIT ON A CUSTODY AT A HOSPITAL?
  CALL ME


Unit   Officer(s) Times
PU--PICKUP REQUEST                      Dispatch: Jun-10-2025 22:58:40
3828-PS  44630 WORTHINGTO               Dispatch: Jun-10-2025 23:12:08
                                        Enroute: Jun-10-2025 23:12:08
                                             OS: Jun-10-2025 23:20:46
                                        Cleared: Jun-11-2025 02:25:31
3808-PS  44439 KENNEY, ZA               Dispatch: Jun-10-2025 23:16:29
                                        Enroute: Jun-10-2025 23:16:29
                                        Cleared: Jun-11-2025 04:07:33
828-PT   57800 SUCIU, ELE 57809 GALEGO, B  Dispatch: Jun-10-2025 23:21:43
                                        Enroute: Jun-10-2025 23:21:43
                                             OS: Jun-10-2025 23:21:43
                                        Cleared: Jun-11-2025 02:44:47
1903-TF  42554 BURN, GREG               Dispatch: Jun-10-2025 23:22:41
                                        Enroute: Jun-10-2025 23:22:41
                                             OS: Jun-10-2025 23:22:41
                                        Cleared: Jun-11-2025 02:40:37
9808-CM  44164 TACKETT, T               Dispatch: Jun-10-2025 23:23:49
                                        Enroute: Jun-10-2025 23:53:32
                                             OS: Jun-10-2025 23:56:29
                                        Cleared: Jun-11-2025 04:21:02
3811-PS  52693 MILLER, NI               Dispatch: Jun-10-2025 23:23:54
                                        Enroute: Jun-10-2025 23:23:54
                                             OS: Jun-10-2025 23:27:15
                                        Cleared: Jun-11-2025 02:00:57
857-PT   50652 ARNOLD, DA 54334 GILBERTSO  Dispatch: Jun-10-2025 23:27:44
                                        Enroute: Jun-10-2025 23:27:44
                                             OS: Jun-11-2025 02:00:58
```

```
Page 9                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

                                              Cleared: Jun-11-2025 02:06:20
3911-PS   45920 NUTTING, B                   Dispatch: Jun-10-2025 23:29:36
                                              Enroute: Jun-10-2025 23:29:36
                                                   OS: Jun-10-2025 23:51:55
                                              Cleared: Jun-11-2025 01:55:15
3627-PS   52338 WESTERLUND                   Dispatch: Jun-10-2025 23:31:37
                                              Enroute: Jun-11-2025 00:21:55
                                                   OS: Jun-11-2025 00:43:32
                                              Cleared: Jun-11-2025 05:36:08
648-PT    60098 MORELAND, 60144 FULLER, K    Dispatch: Jun-10-2025 23:34:33
                                              Enroute: Jun-10-2025 23:34:33
                                                   OS: Jun-10-2025 23:35:27
                                              Cleared: Jun-11-2025 02:25:50
3821-PS   52678 LLOYD, BRY                   Dispatch: Jun-10-2025 23:36:01
                                              Enroute: Jun-10-2025 23:36:01
                                                   OS: Jun-10-2025 23:54:22
                                              Cleared: Jun-11-2025 04:36:40
727-PT    45180 SORENSON, 49650 HOLSTI, I    Dispatch: Jun-10-2025 23:44:35
                                              Enroute: Jun-10-2025 23:44:35
                                                   OS: Jun-10-2025 23:44:47
                                              Cleared: Jun-11-2025 02:11:09
9806-CM   52120 BUCK, JOAN                   Dispatch: Jun-10-2025 23:47:26
                                              Enroute: Jun-10-2025 23:47:26
                                              Cleared: Jun-11-2025 03:08:41
9803-CM   40930 MAXEY, BRE                   Dispatch: Jun-10-2025 23:58:46
                                              Enroute: Jun-10-2025 23:58:46
                                                   OS: Jun-11-2025 00:15:23
                                              Cleared: Jun-11-2025 01:55:21
658-PT    65213 NG-PETERSE 55152 BRAUN, PE   Dispatch: Jun-11-2025 00:10:48
                                              Enroute: Jun-11-2025 00:10:48
                                                   OS: Jun-11-2025 00:10:48
                                              Cleared: Jun-11-2025 02:01:43
714-PT    62959 PLANTILLAS 62958 EL MOHAME   Dispatch: Jun-11-2025 00:23:40
                                              Enroute: Jun-11-2025 00:23:40
                                                   OS: Jun-11-2025 00:23:41
                                              Cleared: Jun-11-2025 01:59:23
817-PT    57331 ROE, ZACHA 63656 RICKS, AD   Dispatch: Jun-11-2025 00:32:07
                                              Enroute: Jun-11-2025 00:32:07
                                                   OS: Jun-11-2025 00:32:10
                                              Cleared: Jun-11-2025 02:32:06
828-PT    57800 SUCIU, ELE 57809 GALEGO, B   Dispatch: Jun-11-2025 02:45:28
                                              Enroute: Jun-11-2025 02:45:28
                                                   OS: Jun-11-2025 02:45:35
                                              Cleared: Jun-11-2025 02:47:44
828-PT    57800 SUCIU, ELE 57809 GALEGO, B   Dispatch: Jun-11-2025 02:57:00
                                              Enroute: Jun-11-2025 02:57:00
                                                   OS: Jun-11-2025 02:57:02
                                              Cleared: Jun-11-2025 03:02:08
828-PT    57800 SUCIU, ELE 57809 GALEGO, B   Dispatch: Jun-11-2025 03:12:20
                                              Enroute: Jun-11-2025 03:12:20
                                                   OS: Jun-11-2025 03:12:21
                                              Cleared: Jun-11-2025 03:34:36
```

```
Page 10                           BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED


DP12    66125         05:36:23 06/11/2025     Reporting Officer:CHANGED
        TO:PP44630
DP12    66125         05:36:23 06/11/2025     Cleared by:CHANGED TO:Z
DP12    66125         05:36:23 06/11/2025     Call was CLEARED
DP12    52338         05:36:08 06/11/2025     AV:3627 PS
DP12    52338         05:36:08 06/11/2025     AV 96:3627 PS CONTROL FOR UNIT
        CLEARED
DP11    52678         04:36:40 06/11/2025     AV:3821 PS
DP11    52678         04:36:40 06/11/2025     AV 96:3821 PS CONTROL FOR UNIT
        CLEARED
DP11    44164         04:21:02 06/11/2025     AV:9808 CM
DP11    44164         04:21:02 06/11/2025     AV 96:9808 CM CONTROL FOR UNIT
        CLEARED
DP11    44439         04:07:33 06/11/2025     AV:3808 PS
DP11    44439         04:07:33 06/11/2025     AV 96:3808 PS CONTROL FOR UNIT
        CLEARED
828     57809         03:34:36 06/11/2025     AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57800         03:34:36 06/11/2025     AV:828 PT
828     57800         03:34:36 06/11/2025     AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57809         03:34:36 06/11/2025     AV:828 PT
828     57809         03:30:51 06/11/2025     OS:828 PT RMS Q LOC-LOC:1481
        NW 13TH AVE   TYPE:H  MUN:PORT  APT:333  SVTP:P  CAD:Y  REC:Y
828     57800         03:30:51 06/11/2025     OS:828 PT RMS Q LOC-LOC:1481
        NW 13TH AVE   TYPE:H  MUN:PORT  APT:333  SVTP:P  CAD:Y  REC:Y
828     57809         03:12:21 06/11/2025     OS:828 PT
828     57800         03:12:21 06/11/2025     OS:828 PT
828     57809         03:12:20 06/11/2025     ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     57800         03:12:20 06/11/2025     ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     57800         03:12:20 06/11/2025     ER:828 PT ASSIST:3821
        /CURR/MOODY
828     57809         03:12:20 06/11/2025     ER:828 PT ASSIST:3821
        /CURR/MOODY
9806    52120         03:08:41 06/11/2025     AV 96:9806 CM CONTROL FOR UNIT
        CLEARED
9806    52120         03:08:41 06/11/2025     AV:9806 CM
828     57800         03:02:08 06/11/2025     AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57809         03:02:08 06/11/2025     AV:828 PT
828     57809         03:02:08 06/11/2025     AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57800         03:02:08 06/11/2025     AV:828 PT
DP11    57809         02:59:03 06/11/2025     OS 95:828 PT TIMER OFF - 828
DP11    57800         02:59:03 06/11/2025     OS 95:828 PT TIMER OFF - 828
828     57809         02:57:02 06/11/2025     OS:828 PT
828     57800         02:57:02 06/11/2025     OS:828 PT
828     57800         02:57:00 06/11/2025     ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
```

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

```
828     57809       02:57:00 06/11/2025    ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     57809       02:57:00 06/11/2025    ER:828 PT ASSIST:9806    /4310
        S MACADAM AVE
828     57800       02:57:00 06/11/2025    ER:828 PT ASSIST:9806    /4310
        S MACADAM AVE
828     57809       02:47:44 06/11/2025    AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57800       02:47:44 06/11/2025    AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57800       02:47:44 06/11/2025    AV:828 PT
828     57809       02:47:44 06/11/2025    AV:828 PT
828     57809       02:45:35 06/11/2025    OS:828 PT
828     57800       02:45:35 06/11/2025    OS:828 PT
828     57809       02:45:28 06/11/2025    ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     57800       02:45:28 06/11/2025    ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     57800       02:45:28 06/11/2025    ER:828 PT ASSIST:9806    /4310
        S MACADAM AVE
828     57809       02:45:28 06/11/2025    ER:828 PT ASSIST:9806    /4310
        S MACADAM AVE
828     57800       02:44:47 06/11/2025    AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57809       02:44:47 06/11/2025    AV:828 PT
828     57809       02:44:47 06/11/2025    AV 96:828 PT CONTROL FOR UNIT
        CLEARED
828     57800       02:44:47 06/11/2025    AV:828 PT
DP15    42554       02:40:37 06/11/2025    AV:1903 TF
DP15    42554       02:40:37 06/11/2025    AV 96:1903 TF CONTROL FOR UNIT
        CLEARED
817     63656       02:32:06 06/11/2025    AV 96:817 PT CONTROL FOR UNIT
        CLEARED
817     57331       02:32:06 06/11/2025    AV 96:817 PT CONTROL FOR UNIT
        CLEARED
817     57331       02:32:06 06/11/2025    AV:817 PT
817     63656       02:32:06 06/11/2025    AV:817 PT
828     57809       02:30:07 06/11/2025    OS:828 PT VEH:230115 ID:14410
        MDT SIGNON   PHONE :C(503)956-9498 PHONE2 :C(503)964-1945
828     57800       02:30:07 06/11/2025    OS:828 PT VEH:230115 ID:14410
        MDT SIGNON   PHONE :C(503)956-9498 PHONE2 :C(503)964-1945
648     60098       02:25:50 06/11/2025    AV 96:648 PT CONTROL FOR UNIT
        CLEARED
648     60144       02:25:50 06/11/2025    AV:648 PT
648     60144       02:25:50 06/11/2025    AV 96:648 PT CONTROL FOR UNIT
        CLEARED
648     60098       02:25:50 06/11/2025    AV:648 PT
DP11    44630       02:25:31 06/11/2025    AV:3828 PS PREEMPT
DP11    44630       02:25:31 06/11/2025    AV 96:3828 PS CONTROL FOR UNIT
        CLEARED
648     60098       02:23:37 06/11/2025    OS:648 PT CAPABILITIES: LLSG
648     60144       02:23:37 06/11/2025    OS:648 PT VEH:170086 ID:14561
```

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

```
        MDT SIGNON   PHONE :C(971)413-1427 PHONE2 :C(503)351-1119
648     60144        02:23:37 06/11/2025     OS:648 PT CAPABILITIES: LLSG
648     60098        02:23:37 06/11/2025     OS:648 PT VEH:170086 ID:14561
        MDT SIGNON   PHONE :C(971)413-1427 PHONE2 :C(503)351-1119
727     45180        02:11:09 06/11/2025     AV 96:727 PT CONTROL FOR UNIT
        CLEARED
727     45180        02:11:09 06/11/2025     AV:727 PT
857     54334        02:06:20 06/11/2025     AV 96:857 PT CONTROL FOR UNIT
        CLEARED
857     50652        02:06:20 06/11/2025     AV:857 PT
857     50652        02:06:20 06/11/2025     AV 96:857 PT CONTROL FOR UNIT
        CLEARED
857     54334        02:06:20 06/11/2025     AV:857 PT
DP11    54334        02:03:08 06/11/2025     OS 95:857 PT TIMER OFF - 857
DP11    50652        02:03:08 06/11/2025     OS 95:857 PT TIMER OFF - 857
658     55152        02:01:43 06/11/2025     AV 96:658 PT CONTROL FOR UNIT
        CLEARED
658     65213        02:01:43 06/11/2025     AV 96:658 PT CONTROL FOR UNIT
        CLEARED
658     65213        02:01:43 06/11/2025     AV:658 PT
658     55152        02:01:43 06/11/2025     AV:658 PT
857     54334        02:00:58 06/11/2025     OS:857 PT
857     50652        02:00:58 06/11/2025     OS:857 PT
3811    52693        02:00:57 06/11/2025     AV 96:3811 PS CONTROL FOR UNIT
        CLEARED
3811    52693        02:00:57 06/11/2025     AV:3811 PS
857     54334        02:00:46 06/11/2025     ER:857 PT VEH:230119 ID:12236
        MDT SIGNON   PHONE :C(503)519-6955 PHONE2 :C(971)337-5352
857     50652        02:00:46 06/11/2025     ER:857 PT VEH:230119 ID:12236
        MDT SIGNON   PHONE :C(503)519-6955 PHONE2 :C(971)337-5352
DP15    49650        02:00:22 06/11/2025     NA:727 PT
714     62958        01:59:23 06/11/2025     AV 96:714 PT CONTROL FOR UNIT
        CLEARED
714     62959        01:59:23 06/11/2025     AV:714 PT
714     62959        01:59:23 06/11/2025     AV 96:714 PT CONTROL FOR UNIT
        CLEARED
714     62958        01:59:23 06/11/2025     AV:714 PT
9803    40930        01:55:21 06/11/2025     AV 96:9803 CM CONTROL FOR UNIT
        CLEARED
9803    40930        01:55:21 06/11/2025     AV:9803 CM
3911    45920        01:55:15 06/11/2025     AV 96:3911 PS CONTROL FOR UNIT
        CLEARED
3911    45920        01:55:15 06/11/2025     AV:3911 PS
DP11    63656        00:47:18 06/11/2025     OS 95:817 PT TIMER OFF
DP11    62959        00:47:18 06/11/2025     OS 95:714 PT TIMER OFF
DP11    57331        00:47:18 06/11/2025     OS 95:817 PT TIMER OFF
DP11    52338        00:47:18 06/11/2025     OS 95:3627 PS TIMER OFF
DP11    62958        00:47:18 06/11/2025     OS 95:714 PT TIMER OFF
3627    52338        00:43:32 06/11/2025     OS:3627 PS
817     63656        00:32:10 06/11/2025     OS:817 PT
817     57331        00:32:10 06/11/2025     OS:817 PT
817     57331        00:32:07 06/11/2025     ER 96:817 PT CONTROL FOR UNIT
```

FOR: PARKER, RYAN H       JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

```
        CHANGED 872
817     63656           00:32:07 06/11/2025     ER:817 PT ASSIST:828      /4310
     S MACADAM AVE
817     63656           00:32:07 06/11/2025     ER 96:817 PT CONTROL FOR UNIT
        CHANGED 872
817     57331           00:32:07 06/11/2025     ER:817 PT ASSIST:828      /4310
     S MACADAM AVE
714     62958           00:23:41 06/11/2025     OS:714 PT
714     62959           00:23:41 06/11/2025     OS:714 PT
714     62959           00:23:40 06/11/2025     ER 96:714 PT CONTROL FOR UNIT
        CHANGED 872
714     62958           00:23:40 06/11/2025     ER 96:714 PT CONTROL FOR UNIT
        CHANGED 872
714     62958           00:23:40 06/11/2025     ER:714 PT ASSIST:3627
     /MOODY/CURRY
714     62959           00:23:40 06/11/2025     ER:714 PT ASSIST:3627
     /MOODY/CURRY
DP11    49176           00:22:01 06/11/2025     Call re-directed:CE
DP11    55152           00:22:00 06/11/2025     OS 95:658 PT TIMER OFF
DP11    40930           00:22:00 06/11/2025     OS 95:9803 CM TIMER OFF
DP11    65213           00:22:00 06/11/2025     OS 95:658 PT TIMER OFF
DP11    52338           00:22:00 06/11/2025     ER 95:3627 PS TIMER OFF
DP11    52338           00:21:56 06/11/2025     ER:3627 PS Sent to MDT:
     3627,Status changed to ER by DP11
DP11    52338           00:21:55 06/11/2025     ER:3627 PS MOODY/CURRY
9803    40930           00:15:23 06/11/2025     OS:9803 CM
DP11    52338           00:11:01 06/11/2025     OS:3627 PS 4310 S MACADAM AVE
DP11    55152           00:10:48 06/11/2025     OS:658 PT 4310 S MACADAM AVE
DP11    55152           00:10:48 06/11/2025     OS 96:658 PT CONTROL FOR UNIT
        CHANGED CE
DP11    65213           00:10:48 06/11/2025     OS:658 PT 4310 S MACADAM AVE
DP11    65213           00:10:48 06/11/2025     OS 96:658 PT CONTROL FOR UNIT
        CHANGED CE
DP11    44164           23:59:03 06/10/2025     OS 95:9808 CM TIMER OFF
DP11    52678           23:59:03 06/10/2025     OS 95:3821 PS TIMER OFF
DP11    45920           23:59:03 06/10/2025     OS 95:3911 PS TIMER OFF
DP11    40930           23:59:03 06/10/2025     ER 95:9803 CM TIMER OFF
DP11    64840           23:58:55 06/10/2025     Call re-directed:CE
9803    40930           23:58:46 06/10/2025     ER:9803 CM ASSIST:9806
     /4310 S MACADAM AVE
9808    44164           23:56:31 06/10/2025     OS:9808 CM
9808    44164           23:56:30 06/10/2025     OS:9808 CM
9808    44164           23:56:29 06/10/2025     OS:9808 CM
DP11    52678           23:54:22 06/10/2025     OS:3821 PS
DP11    64840           23:53:44 06/10/2025     Call re-directed:CE
DP11    44164           23:53:32 06/10/2025     ER:9808 CM CURRY/MOODY
DP11    44164           23:53:32 06/10/2025     ER:9808 CM Sent to MDT:
     9808,Status changed to ER by DP11
DP11    45920           23:51:55 06/10/2025     OS:3911 PS Sent to MDT:
     3911,Status changed to OS by DP11
DP11    45920           23:51:55 06/10/2025     OS:3911 PS
DP11    45180           23:48:35 06/10/2025     OS 95:727 PT TIMER OFF
```

Page 14                              BOEC

FOR: PARKER, RYAN H    JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

```
DP11   45920        23:48:35 06/10/2025    ER 95:3911 PS TIMER OFF
DP11   52120        23:48:35 06/10/2025    ER 95:9806 CM TIMER OFF
DP11   49650        23:48:35 06/10/2025    OS 95:727 PT TIMER OFF
DP11   52338        23:48:35 06/10/2025    OS 95:3627 PS TIMER OFF
DP11   52120        23:47:26 06/10/2025    ER:9806 CM 4310 S MACADAM AVE
DP11   45920        23:45:35 06/10/2025    ER:3911 PS CURRY/MOODY [EAST
       MFF..............
727    45180        23:44:47 06/10/2025    OS:727 PT
727    49650        23:44:47 06/10/2025    OS:727 PT
DP11   52338        23:44:43 06/10/2025    OS:3627 PS CURRY/MOODY[NORTH
       MFF..........
727    49650        23:44:35 06/10/2025    ER:727 PT ASSIST:828     /4310
       S MACADAM AVE
727    49650        23:44:35 06/10/2025    ER 96:727 PT CONTROL FOR UNIT
       CHANGED 872
727    45180        23:44:35 06/10/2025    ER 96:727 PT CONTROL FOR UNIT
       CHANGED 872
727    45180        23:44:35 06/10/2025    ER:727 PT ASSIST:828     /4310
       S MACADAM AVE
DP11   52338        23:44:31 06/10/2025    OS:3627 PS CURRY/MOODY
DP11   52338        23:44:31 06/10/2025    OS:3627 PS Sent to MDT:
       3627,Status changed to OS by DP11
DP15   52678        23:43:19 06/10/2025    ER:3821 PS
DP15   52678        23:43:19 06/10/2025    ER 96:3821 PS FOR VEH:230009
       ID: 12819   PHONE:   (503)320-4684
DP15   52678        23:43:19 06/10/2025    ER 91:3821 PS OFF
DP11   64840        23:38:13 06/10/2025    Call re-directed:CE
DP11   50652        23:38:08 06/10/2025    ER 95:857 PT TIMER OFF
DP11   57809        23:38:08 06/10/2025    OS 95:828 PT TIMER OFF
DP11   57800        23:38:08 06/10/2025    OS 95:828 PT TIMER OFF
DP11   44164        23:38:08 06/10/2025    OS 95:9808 CM TIMER OFF
DP11   52338        23:38:08 06/10/2025    ER 95:3627 PS TIMER OFF
DP11   45920        23:38:08 06/10/2025    ER 95:3911 PS TIMER OFF
DP11   52693        23:38:08 06/10/2025    OS 95:3811 PS TIMER OFF
DP11   42554        23:38:08 06/10/2025    OS 95:1903 TF TIMER OFF
DP11   44439        23:38:08 06/10/2025    ER 95:3808 PS TIMER OFF
DP11   44630        23:38:08 06/10/2025    OS 95:3828 PS TIMER OFF
DP11   60098        23:38:08 06/10/2025    OS 95:648 PT TIMER OFF
DP11                23:38:08 06/10/2025    ER 95:3821 PS TIMER OFF
DP11   54334        23:38:08 06/10/2025    ER 95:857 PT TIMER OFF
DP11                23:36:23 06/10/2025    ER:3821 PS CURR/MOODY
DP11                23:36:01 06/10/2025    ER:3821 PS 4310 S MACADAM AVE
648    60098        23:35:27 06/10/2025    OS:648 PT
648    60098        23:34:33 06/10/2025    ER 96:648 PT CONTROL FOR UNIT
       CHANGED 872
648    60098        23:34:33 06/10/2025    ER:648 PT ASSIST:3828    /4310
       S MACADAM AVE
DP11   52338        23:32:09 06/10/2025    ER:3627 PS CURRY/MOODY
DP11   52338        23:31:37 06/10/2025    ER 96:3627 PS CONTROL FOR UNIT
       CHANGED CE
DP11   52338        23:31:37 06/10/2025    ER:3627 PS 4310 S MACADAM AVE
DP11   45920        23:29:41 06/10/2025    ER:3911 PS CURRY/MOODY
```

```
Page 15                              BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE       Wed, Oct-01-2025

CALL: PP25-154667 Status: CLEARED Priority: 1 Received by: TYPED

DP11   45920        23:29:36 06/10/2025     ER:3911 PS 4310 S MACADAM AVE
DP11   45920        23:29:36 06/10/2025     ER 96:3911 PS CONTROL FOR UNIT
       CHANGED CE
DP11   44164        23:28:07 06/10/2025     OS 94:9808 CM TIMER (RE)SET 10
DP11   50652        23:28:07 06/10/2025     ER 94:857 PT TIMER (RE)SET 10
DP11   52693        23:28:07 06/10/2025     OS 94:3811 PS TIMER (RE)SET 10
DP11   42554        23:28:07 06/10/2025     OS 94:1903 TF TIMER (RE)SET 10
DP11   44439        23:28:07 06/10/2025     ER 94:3808 PS TIMER (RE)SET 10
DP11   44630        23:28:07 06/10/2025     OS 94:3828 PS TIMER (RE)SET 10
DP11   57809        23:28:07 06/10/2025     OS 94:828 PT TIMER (RE)SET 10
DP11   57800        23:28:07 06/10/2025     OS 94:828 PT TIMER (RE)SET 10
DP11   54334        23:28:07 06/10/2025     ER 94:857 PT TIMER (RE)SET 10
DP15   50652        23:27:44 06/10/2025     ER:857 PT 4310 S MACADAM AVE
DP15   54334        23:27:44 06/10/2025     ER:857 PT 4310 S MACADAM AVE
DP15   54334        23:27:44 06/10/2025     ER 96:857 PT CONTROL FOR UNIT
       CHANGED SD
DP15   50652        23:27:44 06/10/2025     ER 96:857 PT CONTROL FOR UNIT
       CHANGED SD
DP11   52693        23:27:15 06/10/2025     OS:3811 PS CURRY/MOODY
DP11   52693        23:27:15 06/10/2025     OS:3811 PS Sent to MDT:
       3811,Status changed to OS by DP11
DP11   52693        23:26:30 06/10/2025     ER:3811 PS CURRY/MOODY
DP11   42554        23:26:04 06/10/2025     OS:1903 TF OBSERVING FRM FWY
       ABOVE
DP10   52693        23:23:54 06/10/2025     ER:3811 PS 4310 S MACADAM AVE
DP11   44164        23:23:49 06/10/2025     OS:9808 CM 4310 S MACADAM AVE
DP11   42554        23:22:41 06/10/2025     OS:1903 TF 4310 S MACADAM AVE
DP11   42554        23:22:41 06/10/2025     OS 96:1903 TF CONTROL FOR UNIT
       CHANGED CE
DP11   57809        23:21:43 06/10/2025     OS:828 PT 4310 S MACADAM AVE
DP11   57800        23:21:43 06/10/2025     OS:828 PT 4310 S MACADAM AVE
DP11   44630        23:20:46 06/10/2025     OS:3828 PS Sent to MDT:
       3828,Status changed to OS by DP11
DP11   44630        23:20:46 06/10/2025     OS:3828 PS
DP11   64840        23:18:23 06/10/2025     Call re-directed:CE
DP11   44439        23:16:29 06/10/2025     ER:3808 PS 4310 S MACADAM AVE
DP11   44630        23:12:08 06/10/2025     ER:3828 PS 4310 S MACADAM AVE
DP11                22:58:40 06/10/2025     (PU) -PICKUP REQUEST:
       PU,PDSP,PER 9808 CAN YOU HAVE EA AND NO SEND FIELD FORCE DOWN TO CE PREC
       FOR NOW
CT1    61948        22:54:28 06/10/2025     Comp.adress:    OR TO: OPERATOR
       276  OR
CT1    61948        22:54:28 06/10/2025     Comp.phone:CHANGED TO:   877
       437-7411

                         END OF CALL HARDCOPY



Officer Signature  : _____

Supervisor Approval: _____
```