# EXHIBIT 3

```
Page 1                          BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Thu, Oct-02-2025

CALL: PP25-156493 Status: CLEARED Priority: 4 Received by: TYPED

 Related    to PP25-156358

     Initial: ASSIST: ASSIST - CITIZEN OR AGENCY
  Final type: ASSIST: ASSIST - CITIZEN OR AGENCY
       Study: MN MEDIA NOTIFY

        TIME:     Recd: Thu, Jun-12-2025 18:44:13 By: 57795-BAWCOM, JA DP3
                Queued: Thu, Jun-12-2025 18:46:01 Queue:R
                  Disp:
               Cleared: Thu, Jun-12-2025 18:49:43 By: 57795-BAWCOM, JA DP3

       Place: ICE PORTLAND
     Address: 4310 S MACADAM AVE
   Community: Portland County: MU   District: CE     Zone: 872    Grid  66005


Initial Remarks: FED PD DISPATCH CALLING IN REP'G UP TO 150
                 PROTESTORS IFO LOC HAVE BLOCKED OFF BANCROFT AND
                 MACADAM, REQ'G HELP, NO WEPS SEEN IN CROWD

Channel     :

Contact     :
Caller      :   Name: FEDERAL POLICE DISPATCH
              Address:
                State: Oregon
                 Home: W (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: N Cleared by: X - CANCELED (DISPATCH ONLY)

Reporting officers:


Clear remarks: DUP,LINKED TO MAIN PROTEST CALL

PP Mental Health YN: N


Additional Remarks:

DP3    57795         BAWCOM, JASPER on 18:46 Thu Jun 12 2025

   CROWD IS AGITATED

DP17   56021         FISCHER, MICKIE on 18:46 Thu Jun 12 2025

   ANOTHER CALLER W/SAME INFO WATCHIHNG FROM APT JOSEPH RUEHR
   5038106033

DP17   56021         FISCHER, MICKIE on 18:47 Thu Jun 12 2025
```

```
Page 2                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE       Thu, Oct-02-2025

CALL: PP25-156493 Status: CLEARED Priority: 4 Received by: TYPED

   SAYS AT LEAST 100 PEOPLE SCREAMING

DP3     57795          BAWCOM, JASPER on 18:47 Thu Jun 12 2025

   CROWD IS KICKING DOOR TO GATE,COMP DOESN'T KNOW IF THERE' S MORE
   THAN 1 GATE

DP11    65573          CISNEROS, ANGELINA on 18:52 Thu Jun 12 2025

   3808 COPIED

CT14    64515          BAILEY, MATTHEW D on 21:41 Thu Jun 12 2025

   (M): (3617) SUM1 CALLING FRM S MACADAM/S BANCROFT ABOUT 2 MC'S
        BLK'G BOTH VEH AND PEDESTRIAN TRAFFIC,541-571-1870

DP15    57777          HEMBREE, DANIEL S on  0:49 Fri Jun 13 2025

   (M): (3666 FAT1) SUPPLEMENTAL: PP25-156729: 928 NEEDS CASE # FOR
        CUSTODY LOCATION: 1111 SW 2ND AVE, PORT CALLER:928


CNT17   57310          04:00:16 06/13/2025     Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
DP3     57795          18:49:43 06/12/2025     Founded:Y TO:N
DP3     57795          18:49:43 06/12/2025     Cleared by:CHANGED TO:X
DP3     57795          18:49:43 06/12/2025     Call was CLEARED
DP3     57795          18:49:43 06/12/2025     Clear remarks:CHANGED
     TO:DUP,LINKED TO MAIN PROTEST CALL
DP3     57795          18:49:20 06/12/2025     Related Call:ADDED TO
     PRIME:PP25-156358
DP3     57795          18:47:12 06/12/2025     Comp.phone:CHANGED TO:W 877
     437-7411
DP3     57795          18:46:29 06/12/2025     CALL FORWARDED:(DP12,FYI)

                         END OF CALL HARDCOPY



Officer Signature   : _____

Supervisor Approval: _____
```