# EXHIBIT 4

```
Page 1                               BOEC                    Oct-02-2025 10:46:53
PARKER, RYAN H              JURISDICTION - PORTLAND FIRE
```

CALL #: RP25-65617 Status: CLEARED Priority: 5

```
        TYPE: 53A7   - SVC CALL - UNK PROBLEM/INVESTIGATION
    ORIGINAL: F      - PROQA FIRE
```

```
 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:              Officer in charge:
```

Received by: TYPED               Call Taker: 64255 BURLAKA, ANNA (ANYA)

```
      TIMES:       Received: Fri, Jun-13-2025 03:27:03
                     Queued: Fri, Jun-13-2025 03:30:53 Queue:R
              First Dispatch: Fri, Jun-13-2025 03:32:30
              First  Enroute: Fri, Jun-13-2025 03:35:36
              First At Scene: Fri, Jun-13-2025 03:44:24
                     Cleared: Fri, Jun-13-2025 04:16:03
```

```
     Address: 4310 S MACADAM AVE
Municipality: Portland
       Place: ICE PORTLAND
              S BANCROFT ST & S HOOD AVE & MACADAM AVE
    District: FP Zone: 0466 Grid 5594C
EMS District: MD Zone: 5594C Grid 626-F3
   Telephone:  ()
```

LOTS OF DEBRIE IFO GATE, HAVE GOTTEN MOST OF THE DEBIRE CLEARED, THE
DEBRIE DAMAGED THE GATE, UNITS INSIDE GATED AREA UNABLE TO LEAVE, COMP
REQ PORTLAND FIRE TO SEE IF THEY CAN GET THE GATE OPEN, HAVE SOMEONE ON
SITE WAITING W/ KEY TO GATE

```
CALLER:   Surname: NOT ENTERED                        G1:
          Address: FEDERAL POLICE DISPATCH
             Home: (877) 437-7411   Business: ()
```

 Cleared by: No Clearance Code Gi

```
Additional Remarks:
CT11   64255 on 03:40 Fri Jun 13 2025
```

COMP CB,INDIVS OS SAY THERE IS A KEYHOLE ON THE GATE THAT SAYS FIRE
DEP,WONDERING IF FIRE HAS SOME SEP KEY FOR THE GATE

Hazard Information

```
 Category: DISPATCH OPERATIONS ALERT
 Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
           CAD. All fire calls for service will be routed to C103 for further
           triage.
```

```
Page 2                              BOEC                    Oct-02-2025 10:46:53
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE
```

CALL #: RP25-65617 Status: CLEARED Priority: 5

If facility is placed within an exclusion zone by an Incident
Command Post (ICP), all fire & medical calls *regardless of type*
must be routed through the IC or Fire Operations Chief on OPS9
prior to any dispatch of PF&R by BOEC.

(info last updated 7/17/25 by P4352)

Premises Information

```
                    Plan#:
          Number of floors:
     Number of apartments:
                      Age:
```

Dispatch Information

| Unit | | Date | Hour | Call Taker |
|---|---|---|---|---|
| CB--CALL BACK | Dispatched: | Jun-13-2025 | 03:32:21 | ROECKEL, RUSSELL |

Remark:
Cancel remark:

Remarks: ALLSV,EXCLUSION ZONE

| T4 | (Truck) Current station: 4 | | | |
|---|---|---|---|---|
| | Dispatched: | Jun-13-2025 | 03:32:30 | ROECKEL, RUSSELL |
| | Enroute: | Jun-13-2025 | 03:35:36 | |
| | At Scene: | Jun-13-2025 | 03:44:24 | |
| | Returning: | Jun-13-2025 | 04:16:03 | |

Remarks: LOTS OF DEBRIE IFO GATE, HAVE GOTTEN MOST OF
THE D

Text:

```
----------2025-06-13 03:31:00----------
CHIEF COMPLAINT: SERVICE CALL
PROBLEM: LOTS OF DEBRIE IFO GATE, HAVE GOTTEN MOST OF THE DEBIRE CLEARED, TH
E DEBRIE DAMAGED THE GATE, UNITS INSIDE GATED AREA UNABLE TO LEAVE, COMP REQ
PORTLA

----------2025-06-13 03:31:34----------
DISPATCH CODE: 53A07 UNKNOWN/OTHER SITUATION (INVESTIGATION)
CAD RESPONSE: 53A7
DISPATCH LEVEL: 53A07
CAD CODE: 53A7
NOT AT LOC (4TH PTY).
OTHER SERVICE CALL: IN CALL
NO ONE SICK/INJ.

----------2025-06-13 03:32:14----------
```

```
Page 3                              BOEC                    Oct-02-2025 10:46:53
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

   CALL #: RP25-65617 Status: CLEARED Priority: 5


PROQA LOG


For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.



Type(s)/Capabilities: R / T / E / S
App        Status Time    X        Y        AVL Time
--------  ------ ------- -------  -------  ------ ---------------
T4 IQ      3m 28s 7642606  679480 (Stn Coord)
E4 IQ      3m 28s 7642606  679480 (Stn Coord)
E23 IQ     3m 42s 7650259  676246 (Stn Coord)
E10 IQ     4m 03s 7642139  662619 (Stn Coord)
T1 IQ      4m 49s 7645824  683788 (Stn Coord)
E1 IQ      4m 49s 7645824  683788 (Stn Coord)
S1 IQ      4m 49s 7645824  683788 (Stn Coord)

E5 IQ      5m 04s 7639525  668826 (Stn Coord)
E21 IQ     5m 33s 7646342  680686 (Stn Coord)
E15 IQ     6m 35s 7638480  679333 (Stn Coord)
Recommended Units
-----------------

App        Method     Status Station  Station Precedence Jur GPS
--------  ---------  ------ --------  ------------------ --- ----
T4         AVRR       IQ     4        1-1                RP  O

Balanced Units
-----------------
There were no balanced units

Requirements
-----------------

1 Unit Type R
 [OTHERWISE] 1 Unit Type T [OR] Unit Type E [OR] Unit Type S

Call Details (RP25-65617)        Recommendation Flags
-----------------------------    ---------------------------
Call Type         : 53A7         Used Distance          : None
Call Status       : Q            Used AVRR              : True (X)
Alarm Level       : 1            Used Station Order     : None
Can Alarm Balance: True (X)      AVRR Successful        : False
Fire Response No : 0466 (X)      Send Pager             : True (X)
EMS Response No  : 5594C         Additional Request     : None
Fire Grid        : 5594C         Query                  : None
EMS Grid         : 626-F3        Related Units          : True (X)
Modifier         : 5J            Completed by Bal. Units : None

Unit Details
-----------------------------
```

```
Page 4                              BOEC                    Oct-02-2025 10:46:53
PARKER, RYAN H            JURISDICTION - PORTLAND FIRE

   CALL #: RP25-65617 Status: CLEARED Priority: 5

   No. Already Dispatched: 0
   No. Dispatchable Units: 283
   No. Relevant Units    : 76


   Apparatus Penalties
   -------------------
   App      Status Time     X        Y       Penalty  Total Time     Reason
   -------- ------ -------  -------  -------  -------  ------------   ------
   LO214    IQ     8m 53s   7645813  646968   2m 30s   11m 23s        STATION
   CC302    IQ     9m 19s   7655650  656101   2m 30s   11m 49s        STATION
   LO212    IQ     11m 57s  7641755  641960   2m 30s   14m 27s        STATION
   CCT304   IQ     12m 42s  7664395  648117   2m 30s   15m 12s        STATION

   CC303    IQ     13m 00s  7654338  644909   2m 30s   15m 30s        STATION
   LO210    IQ     13m 05s  7630768  649265   3m 00s   16m 05s        APPARATUS
   TV65     IQ     13m 43s  7616877  674963   2m 30s   16m 18s        STATION
   TVT51    IQ     14m 00s  7619900  649995   2m 30s   16m 30s        STATION
   TV60     IQ     14m 22s  7621769  687127   2m 30s   16m 52s        STATION
   CC301    IQ     14m 47s  7667705  653681   2m 30s   17m 17s        STATION




T4                                        Call was CLEARED
T4       4              04:16:03 06/13/2025     :T4 CLEARED CALL RP65617
FOUNDED:A CLEARED BY:Z FINAL:53A7 STUDY FLAG: REM:
T4                                        Cleared by:CHANGED TO:Z
T4       4              04:16:03 06/13/2025     AV:T4
T4       4              03:44:43 06/13/2025     OS:T4
T4       4              03:44:24 06/13/2025     OS:T4
T4       4              03:35:36 06/13/2025     ER:T4
DP7      63966          03:32:30 06/13/2025     DP:T4 AUTO PAGED (PF&R PAGERS -
TRUCK 04)
DP7      63966          03:32:30 06/13/2025     Station alert sent to 4(T4)
DP7      63966          03:32:30 06/13/2025     DP:T4 4310 S MACADAM AVE
DP7      63966                                  Radio Channel
DP7      63966                                  ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-5J (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
4-T4(T) (AVL)
DP7      63966                                  Call re-directed:O1
DP7      63966          03:32:21 06/13/2025     (CB) -CALL BACK ALLSV,EXCLUSION
ZONE
CT11     64255                                  Comp.phone:CHANGED TO: 877 437-7411
DP7      63966          03:31:35 06/13/2025     CALL FORWARDED:(ALLSV,EXCLUSION
ZONE STILL A THING OR IS THAT DONE W/NOW COMPLETELY?)
CT11     64255                                  Call type:F TO:53A7
CT11     64255          03:31:34 06/13/2025     FIRE PROQA Dispatch Level is 53A7
CT11     64255                                  Priority:8 TO:5
CT11     64255                                  Final Call type:F TO:53A7
```

BOEC                     Oct-02-2025 10:46:53
PARKER, RYAN H              JURISDICTION - PORTLAND FIRE

    CALL #: RP25-65617 Status: CLEARED Priority: 5

                    JURISDICTION - PORTLAND FIRE