# EXHIBIT 5

```
Page 1                          BOEC                    Oct-02-2025 10:51:40
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

     CALL #: RP25-67535 Status: CLEARED Priority: 6

        TYPE: 16A1    - EYE INJURY - MODERATE
    ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                Officer in charge:

Received by: TYPED              Call Taker: 55084 LEONARD, JACOB C

       TIMES:        Received: Wed, Jun-18-2025 01:38:06
                       Queued: Wed, Jun-18-2025 01:40:04 Queue:R
               First Dispatch: Wed, Jun-18-2025 01:49:07
               First  Enroute: Wed, Jun-18-2025 01:49:12
               First At Scene: Wed, Jun-18-2025 01:56:31
                      Cleared: Wed, Jun-18-2025 02:12:18

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

GO TO VEHICLE ENTRANCE GATE...FPS HAD TO PEPPER BALL A CUST...HAS
SCRATCHY THROAT, HAD BLOOY NOSE EARLIER, HVY COUGH...5-6 PROTESTORS OUT
FRONT, FPS HAS UNITS SO AREA IS SECURE...FEDERAL POL REQ MED


CALLER:   Surname: FEDERAL POL DISP                         G1:
          Address: NOT AT LOC
             Home: ()    Business:  (877) 437-7411

 Cleared by: Cancelled

 Clear remarks: NO PT

Additional Remarks:
DP17    55084 on 01:42 Wed Jun 18 2025

PI DIR HAZ - .IF FACILITY IS PLACED WITHIN AN EXCLUSION ZONE BY AN
INCIDENT COMMAND POST (ICP), ALL FIRE & MEDICAL CALLS *REGARDLESS OF
TYPE* MUST BE ROUTED THROUGH THE IC OR FIRE OPERATIONS CHIEF ON OPS9
PRIOR TO ANY DISPATCH OF PF&R BY BOEC.
UNDER NORMAL CONDITIONS WHEN THE FACILITY IS NOT IN AN EXCLUSION ZONE,
BOEC WIL

AMR8    130711 on 01:43 Wed Jun 18 2025

CA INITIATED
```

```
Page 2                              BOEC                      Oct-02-2025 10:51:40
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE
```

CALL #: RP25-67535 Status: CLEARED Priority: 6

DP17    55084 on 01:43 Wed Jun 18 2025

CUST ALREADY SEEN BY THE FEDERAL POLICE MEDIC BUT THAT MEDIC IS REQ
AMB, TO RE-CLARIFY, PT IS I/S IN THEIR CUST, BUT FEDERAL POLICE ARE O/S
AT THE VEH GATE..

AMR8    130711 on 01:47 Wed Jun 18 2025

FEDERAL DISPATCH STATES PT AWAKE AND ALERT. PT WAS EXPOSED TO PEPPER
BALLS IN A CROUD A COUPLE OF HOURS AGO. SCRATCHY THROAT AND HARD COUGH
BUT NO DIFFICULTY BREATHING OR SWELLING IN THE AIRWAY. SENDING BLS UNIT
NOW.


                              Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                              Premises Information

                   Plan#:
        Number of floors:
    Number of apartments:
                     Age:


                              Dispatch Information
Unit                          Date           Hour         Call Taker

B411      (BLS AMR Ambulance) Current station: POST 715 BLS
                    Dispatched: Jun-18-2025 01:49:07      STEPHENS, KYLE C
                      Enroute: Jun-18-2025 01:49:12
                     At Scene: Jun-18-2025 01:56:31
                    Returning: Jun-18-2025 02:12:17
                      Remarks: GO TO VEHICLE ENTRANCE GATE...FPS HAD TO
                               PEPPER BA

```
   CALL #: RP25-67535 Status: CLEARED Priority: 6

Text:

  ----------2025-06-18 01:40:23----------
  18-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.
  PROBLEM: GO TO VEHICLE ENTRANCE GATE...FPS HAD TO PEPPER BALL A CUST...HAS S
  CRATCHY THROAT, HAD BLOOY NOSE EARLIER, HVY COUGH...5-6 PROTESTORS OUT FRONT
  , FPS H

  ----------2025-06-18 01:41:40----------
  DISPATCH CODE: 16A01
  CAD RESPONSE: PRIORITY 6 - LAQ
  DISPATCH LEVEL: 16A01
  CAD CODE: 16A1
  CHEMICAL.
  RESPONDING NLLY.
  EYEBALL NOT CUT/OUT OF SOCKET/LEAKING FLUID.

  ----------2025-06-18 01:41:45----------
  PROQA LOG


  4310 S MACADAM AVE PORT
  C102
  .If facility is placed within an exclusion zone by an Incident Command Post
  (ICP), all fire & medical calls *regardless of type* must be routed through
  the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
  BOEC.
  Under normal conditions when the facility is not in an exclusion zone, BOEC
  will dispatch only medical calls per CAD. All fire calls for service will be
  routed to C103 for further triage.

  (info last updated 6/13/25 by P4352)
  Updated on: Jun-13-2025

  For each type or capability, the 10 closest available apparatus at the time
  of the AVL recommendation are listed below.



   Type(s)/Capabilities: B / M / LZ
   App       Status Time    X        Y        AVL Time
   --------  ------ ------- -------  -------  ---------------
   B411 AV    -86m 25 7642233  679322 01:49:00
   B413 AV    -80m 26 7646138  690274 01:49:04
   B409 AV    -75m 17 7667795  682861 01:49:03
   B408 AV    -72m 44 7675055  688143 01:49:02
   B406 AV    -64m 26 7701443  679601 01:49:02
   B407 AV    -63m 09 7710050  673545 01:49:03
   M336 AV     5m 35s  7638397  663393 > 59m Stale GPS

  M339 AV     7m 07s  7657904  674591 01:49:00
   M338 AV    8m 45s  7663774  672007 01:49:04
```

```
Page 4                            BOEC                    Oct-02-2025 10:51:40
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

   CALL #: RP25-67535 Status: CLEARED Priority: 6

  M334 AV     10m 22s 7667926  669275 01:49:04
  Recommended Units
  -----------------
  App       Method    Status Station  Station Precedence Jur GPS
  --------  --------- ------ -------- ------------------ --- ----
  B411      AVRR      AV     715B     1-5                MD  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

 [IF] 1 Unit Type B
  [OTHERWISE] 1 Unit Type M [OR] Unit Type LZ

  Call Details (RP25-67535)       Recommendation Flags
  -------------------------       --------------------
  Call Type         : 16A1        Used Distance           : None
  Call Status       : Q           Used AVRR               : True (X)
  Alarm Level       : 1           Used Station Order      : None
  Can Alarm Balance : True (X)    AVRR Successful         : False
  Fire Response No  : 0466 (X)    Send Pager              : True (X)
  EMS Response No   : 5594C       Additional Request      : None
  Fire Grid         : 5594C       Query                   : None
  EMS Grid          : 626-F3      Related Units           : True (X)
  Modifier          : AX          Completed by Bal. Units : None

  Unit Details
  ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 303
  No. Relevant Units    : 68


  Apparatus Penalties
  -------------------
  App       Status Time    X        Y       Penalty   Total Time   Reason
  --------  ------ ------- -------- ------- --------- ------------ ------
   B411     AV     3m 35s  7642233  679322  -90m 00s  -86m 25s     APPARATUS
   B413     AV     9m 34s  7646138  690274  -90m 00s  -80m 26s     APPARATUS
   B409     AV     14m 43s 7667795  682861  -90m 00s  -75m 17s     APPARATUS
   B408     AV     17m 16s 7675055  688143  -90m 00s  -72m 44s     APPARATUS

  B406     AV      25m 34s 7701443  679601  -90m 00s  -64m 26s     APPARATUS
   B407     AV     26m 51s 7710050  673545  -90m 00s  -63m 09s     APPARATUS
   LZ1      IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
   LZ2      IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
   LZ3      IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
   LZ4      IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
```

    CALL #: RP25-67535 Status: CLEARED Priority: 6

```
B411                                         Call was CLEARED
B411                                         Cleared by:CHANGED TO:X
B411                                         Clear remarks:CHANGED TO:NO PT
B411    715B          02:12:18 06/18/2025      :B411 CLEARED CALL RP67535
FOUNDED:A CLEARED BY:X FINAL:16A1 STUDY FLAG: REM:NO PT
B411    715B          02:12:17 06/18/2025    AV:B411
SYSTEM  SYSTEM        01:56:31 06/18/2025    OS:B411
SYSTEM  SYSTEM        01:56:31 06/18/2025    OG:B411
SYSTEM  SYSTEM        01:56:31 06/18/2025    OS:B411 Sent to MDT: B411,Status
changed to OS by SYSTEM
B411    715B          01:49:12 06/18/2025    ER:B411
DP7     58281         01:49:07 06/18/2025    DP:B411 4310 S MACADAM AVE
DP7     58281                                Radio Channel
DP7     58281                                Call re-directed:O1
DP7     58281                                ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AX (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715B-B411(B) (AVL)
AMR1A   033631                               Queue type:B TO:R
DP6     60975                                Hazard viewed:39420
DP17    55084                                Hazard viewed:39420
DP17    55084                                Hazard viewed:39420
DP17    55084                                Hazard viewed:39420
DP17    55084                                Hazard viewed:39420
DP17    55084         01:41:41 06/18/2025    MEDICAL PROQA Dispatch Level is
PRIORITY 6 - LAQ
DP17    55084                                Queue type:R TO:B
DP17    55084                                Final Call type:M TO:16A1
DP17    55084                                Priority:8 TO:6
DP17    55084                                Call type:M TO:16A1
```

                    END OF CALL HARDCOPY