# EXHIBIT 6

```
Page 1                              BOEC                       Oct-02-2025 10:57:06
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-70259 Status: CLEARED Priority: 2

 Related to RP25-70260

         TYPE: 31D4    - SEMI CONX PERSON - NOT ALERT
     ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level:
    Channel:
Temperature:                 Officer in charge:

Received by: TYPED             Call Taker: 52504 TIDWELL, DEVIN

       TIMES:        Received: Tue, Jun-24-2025 23:28:56
                       Queued: Tue, Jun-24-2025 23:30:16 Queue:R
                      Cleared: Tue, Jun-24-2025 23:31:38

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

2ND DETAINEE NEEDS MED AS WELL.. "SHOULD BE OKAY" TO GO STRAIGHT IN..
MALE HAD BEEN UNCONS, CONS, NOW, UNK BR.. REQ CALL WHEN APPROACHING SO
UNITS ON SCENE CAN LET MED IN


CALLER:    Surname: FPS DISPATCH                              G1:
           Address:
               Home:  ()    Business:  (877) 437-7411

 Cleared by: Cancelled

 Clear remarks: DUP

Additional Remarks:
DP5    52504 on 23:31 Tue Jun 24 2025

THIS PT IS INTHE DETENTION CENTER,THEY DON'T KNOW AGE/GENDER,THEY DON'T
KNOW WHAT CAUSED UNCONS SO UNK IF FLASHBANG PT OR NOT

DP3    55927 on 23:31 Tue Jun 24 2025

(OPS) FEM SAYS AGENTS ARE ATTACKING PPL,AND SOMEONE IS UNCONSC AND THEY
DRUG THEM INSIDE. //971 666 9270

DP13   55494 on 23:32 Tue Jun 24 2025

(OPS) BEST TYPE CODE FOR EMS2 IS PROBABLY 32U AT THIS POINT
```

```
Page 2                          BOEC                    Oct-02-2025 10:57:06
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-70259 Status: CLEARED Priority: 2

DP13    55494 on 23:33 Tue Jun 24 2025

(OPS) OPS / DLO CONFIRMS BEST ACCESS MACADAM OR MOODY --- WHATEVER IS
THE QUICKET

DP13    55494 on 23:33 Tue Jun 24 2025

(OPS) QUICKEST*



                            Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                            Premises Information

                  Plan#:
       Number of floors:
   Number of apartments:
                    Age:


Text:

   ----------2025-06-24 23:30:25----------
   AGE UNKNOWN, MALE, CONSCIOUS, BREATHING.

   ----------2025-06-24 23:30:37----------
   DISPATCH CODE: 31D04
   CAD RESPONSE: PRIORITY 2
   DISPATCH LEVEL: 31D04
   CAD CODE: 31D4
   UNK BREATHING COMPLETELY NL.
   UNK RESPONDING NLLY.
   UNK IF CHANGING COLOR.

   ----------2025-06-24 23:32:02----------
   PROQA LOG
```

     CALL #: RP25-70259 Status: CLEARED Priority: 2

```
DP6     64835                              Related Call:RP25-70260: CALL
TYPE:EMS2 TO:32U
DP5     52504                              Comp.Name:CHANGED TO:FPS DISPATCH
DP5     52504                              Comp.phone:CHANGED TO:    877
437-7411
DP7     53048                              Call was CLEARED
DP7     53048                              Clear remarks:CHANGED TO:DUP
DP7     53048                              Cleared by:CHANGED TO:X
DP7     53048                              Related Call:ADDED TO
PRIME:RP25-70260
DP5     52504           23:30:38 06/24/2025   MEDICAL PROQA Dispatch Level is
PRIORITY 2
DP5     52504                              Final Call type:M TO:31D4
DP5     52504                              Priority:8 TO:2
DP5     52504                              Call type:M TO:31D4
```

              END OF CALL HARDCOPY