# EXHIBIT 7

```
Page 1                            BOEC                    Oct-02-2025 10:30:06
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

      CALL #: RP25-74374 Status: CLEARED Priority: 6

         TYPE: AMR6    - AMR REQUEST FOR C1 ALS AMBULANCE
     ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                  Officer in charge:

Received by: TYPED              Call Taker: 64841 RODRIGUEZ, ERNESTO

       TIMES:         Received: Sat, Jul-05-2025 00:52:02
                        Queued: Sat, Jul-05-2025 00:53:28 Queue:R
               First Dispatch: Sat, Jul-05-2025 01:04:29
               First  Enroute: Sat, Jul-05-2025 01:04:34
               First At Scene: Sat, Jul-05-2025 01:09:25
                       Cleared: Sat, Jul-05-2025 01:55:04

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

FEDERAL POLICE CALLING IN FOR SUBJ IN CUSTODY I/S THE BUILDING, BM,
30-35 HAS WOUND IN LEFT CHEEK PAINFUL AND LEAKING FLUID - PI ICE
BUILDING


CALLER:   Surname: NOT ENTERED                         G1: OPERATOR 239
          Address: OPERATOR FOR FED
             Home: (877) 437-7411   Business:  ()

 Cleared by: EMS


Additional Remarks:
DP7     63959 on 00:54 Sat Jul 05 2025

PI ICE

AMR8    201887 on 01:01 Sat Jul 05 2025

CB - CALLER STATES MALE SUBJECT IS REQUESTING AN AMB FOR A WOUND ON HIS
CHEEK THAT IS PAINFUL AND LEAKING FLUID. THIS IS AN INJURY THAT
HAPPENED FROM POLICE WHEN HIS FACE WAS PUSHED INTO THE GROUND DURING
HIS ARREST AND HE IS REQUESTING TO GO TO THE ED. HE IS IN CUSTODY AND
THERE ARE DEMONSTRATORS OUTSIDE WHAT SOUNDS LIKE THE ICE BUILDING.

AMR8    201887 on 01:05 Sat Jul 05 2025
```

```
Page 2                           BOEC                      Oct-02-2025 10:30:06
PARKER, RYAN H        JURISDICTION - PORTLAND FIRE

     CALL #: RP25-74374 Status: CLEARED Priority: 6

OFFICER SAID THE PT DID "RESIST" AND IT SOUNDS LIKE THERE WAS A
POTENTIAL STRUGGLE THAT HAPPENED. MOST INFO IS COMING 2ND HAND BUT PT
IS STILL IN CUSTODY.



                           Hazard Information

    Category: DISPATCH OPERATIONS ALERT
    Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
              CAD. All fire calls for service will be routed to C103 for further
              triage.
              If facility is placed within an exclusion zone by an Incident
              Command Post (ICP), all fire & medical calls *regardless of type*
              must be routed through the IC or Fire Operations Chief on OPS9
              prior to any dispatch of PF&R by BOEC.


              (info last updated 7/17/25 by P4352)



                           Premises Information

                   Plan#:
          Number of floors:
       Number of apartments:
                     Age:


                           Dispatch Information
  Unit                          Date         Hour         Call Taker

  M347       (AMR Ambulance) Current station: POST 715
                       Dispatched: Jul-05-2025 01:04:29    MOSS, KASOMA
                         Enroute: Jul-05-2025 01:04:34
                        At Scene: Jul-05-2025 01:09:25
                       Returning: Jul-05-2025 01:55:03
                       Transport: Jul-05-2025 01:24:55
              Transport Complete: Jul-05-2025 01:34:39
                         Remarks: 4310 S MACADAM AVE
```

```
Page 3                            BOEC                       Oct-02-2025 10:30:06
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-74374 Status: CLEARED Priority: 6

Text:

  ----------2025-07-05 00:53:44----------
  33-YEAR-OLD, MALE, CONSCIOUS, BREATHING.
  PROBLEM: FEDERAL POLICE CALLING IN FOR SUBJ IN CUSTODY I/S THE BUILDING, BM,
   30-35 HAS WOUND IN LEFT CHEEK PAINFUL AND LEAKING FLUID - PI ICE BUILDING

  ----------2025-07-05 00:54:29----------
  DISPATCH CODE: 26A01
  CAD RESPONSE: PRIORITY 6 - LAQ
  DISPATCH LEVEL: 26A01
  CAD CODE: 26A1
  NO PRIORITY SX (ALPHA 2-12 NOT ID'D).
  INFECTED WOUND - PRIMARY PROB.
  RESPONDING NLLY.
  BREATHING NLLY.
  NOT BLEEDING (OR VOMIT) BLOOD.

  HAS OTHER PAIN: CHEEK PAIN

  ----------2025-07-05 00:54:36----------
  PROQA LOG


  For each type or capability, the 10 closest available apparatus at the time
  of the AVL recommendation are listed below.


   Type(s)/Capabilities: M / B / LZ
   App      Status Time     X       Y      AVL Time
   -------- ------ -------  ------- ------ ---------------
   B406 AV   -87m 20 7642399  678010 01:04:26
   B409 AV   -80m 26 7646142  690307 01:04:25
   B407 AV   -75m 17 7667805  683017 01:04:23
   B413 AV   -72m 59 7675007  688120 01:04:22
   B412 AV   -64m 26 7701446  679625 01:04:22
   M347 AV    3m 21s  7641271  677021 01:04:22
   M362 AV    5m 35s  7638400  663420 01:04:22

  M1345 AV    7m 20s  7658398  674505 01:04:22
   M344 AV   10m 18s 7636635  689751 01:04:25
   M346 AV   15m 04s 7656601  698356 01:04:23
   Recommended Units
   -----------------
   App      Method    Status Station  Station Precedence Jur GPS
   -------- --------- ------ -------- ------------------ --- ----
   M347     AVRR      AV     715      1-4                MD  O

   Balanced Units
   -----------------
   There were no balanced units
```

```
Page 4                            BOEC                     Oct-02-2025 10:30:06
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-74374 Status: CLEARED Priority: 6


 Requirements
 ----------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-74374)        Recommendation Flags
  ---------------------------      -----------------------------
  Call Type          : AMR6        Used Distance              : None
  Call Status        : Q           Used AVRR                  : True (X)
  Alarm Level        : 1           Used Station Order         : None
  Can Alarm Balance: True (X)      AVRR Successful            : True (X)
  Fire Response No : 0466 (X)      Send Pager                 : True (X)
  EMS Response No  : 5594C         Additional Request         : None
  Fire Grid          : 5594C       Query                      : None
  EMS Grid           : 626-F3      Related Units              : True (X)
  Modifier           : AO          Completed by Bal. Units : None

 Unit Details
 -----------------------------
 No. Already Dispatched: 0
 No. Dispatchable Units: 296
 No. Relevant Units    : 63


 Apparatus Penalties
 -------------------
 App        Status Time     X        Y       Penalty   Total Time   Reason
 ---------  ------ -------- -------- ------- --------- ------------ ------
  B406       AV     2m 40s  7642399  678010  -90m 00s  -87m 20s     APPARATUS
  B409       AV     9m 34s  7646142  690307  -90m 00s  -80m 26s     APPARATUS
  B407       AV    14m 43s  7667805  683017  -90m 00s  -75m 17s     APPARATUS
  B413       AV    17m 01s  7675007  688120  -90m 00s  -72m 59s     APPARATUS

  B412       AV    25m 34s  7701446  679625  -90m 00s  -64m 26s     APPARATUS
  LZ1        IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
  LZ2        IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
  LZ3        IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
  LZ4        IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS
  LZ5        IQ     6m 46s  7647549  684016  164m 59s  171m 45s     APPARATUS




AMR1B   26048851                           Call was CLEARED
AMR1B   26048851                           Cleared by:CHANGED TO:E
AMR1B   26048851     01:55:03 07/05/2025   AV:M347
M347    715          01:34:39 07/05/2025   TC:M347 TRANSPORT COMPLETED: UH
M347    715          01:24:55 07/05/2025   TR:M347 UH
M347    715          01:09:25 07/05/2025   OS:M347
```

```
    CALL #: RP25-74374 Status: CLEARED Priority: 6

AMR8    201887                              Remarks
M347    715             01:04:34 07/05/2025 ER:M347
DP7     63961                                Radio Channel
DP7     63961           01:04:29 07/05/2025 DP:M347 4310 S MACADAM AVE
DP7     63961                                Call re-directed:O1
DP7     63961                                ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M347(M) (AVL)
AMR1B   26048851                             Call type:26A1 TO:AMR6
AMR1B   26048851                             Queue type:B TO:R
CT8     64841           00:54:30 07/05/2025 MEDICAL PROQA Dispatch Level is
PRIORITY 6 - LAQ
CT8     64841                                Priority:8 TO:6
CT8     64841                                Final Call type:M TO:26A1
CT8     64841                                Queue type:R TO:B
CT8     64841                                Call type:M TO:26A1

                    END OF CALL HARDCOPY
```