# EXHIBIT 8

```
Page 1                            BOEC                    Oct-02-2025 10:31:40
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

       CALL #: RP25-76011 Status: CLEARED Priority: 4

          TYPE: 26B1    - SK PERSON - UNK STATUS
      ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466   EMS Response #: 5594C
 Alarm level: 1
     Channel: OPS1
 Temperature:                  Officer in charge:

 Received by: TYPED                Call Taker: 65578 HIMELFARB, PEYTON

        TIMES:        Received: Wed, Jul-09-2025 00:13:00
                        Queued: Wed, Jul-09-2025 00:14:23 Queue:R
                First Dispatch: Wed, Jul-09-2025 00:15:51
                First  Enroute: Wed, Jul-09-2025 00:15:55
                First At Scene: Wed, Jul-09-2025 00:26:13
                       Cleared: Wed, Jul-09-2025 00:37:04

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

RQ MEDICAL FOR FEM SUBJ MID 20S, RIGHT ARM PAIN, LIKELY DUE TO HER
BEING PUT IN CUSTODY. POSS REL TO HOLDING POL CALL


CALLER:   Surname: NOT ENTERED                        G1: SEC FEDERAL PD
          Address:
             Home: (877) 437-7411   Business:  ()

 Cleared by: No Clearance Code Gi


Additional Remarks:
DP6    55084 on 00:17 Wed Jul 09 2025

PI DISPATCH OPERATIONS ALERT HAZ

CT14   65578 on 00:18 Wed Jul 09 2025

APPROX 30 PROTESTERS O/S OF BUILDING,4 BLOCKING DRIVEWAY. WHEN MED GETS
ON SCENE DP CAN HAVE THEIR OFFICERS GO OUT AND SECURE THE ENTRANCE

DP6    55084 on 00:19 Wed Jul 09 2025

M350 COPIES UPDATE,GOING TO BE GETTING AHOLD OF AN AMR SUPER

CT14   65578 on 00:20 Wed Jul 09 2025
```

```
Page 2                         BOEC                    Oct-02-2025 10:31:40
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-76011 Status: CLEARED Priority: 4

FEDERAL DISPATCH SAYS MED CAN CALL THE CONTACT NUMBER WHEN STAGED AND
THEY CAN SEDN THEIR OFFICERS OUT TO SECURE THE AREA....PT IS DETAINED
AT THE TIME BEING MOST LIKEY IN A HOLDING CELL BUT UNK FOR SURE

CT14    65578 on 00:20 Wed Jul 09 2025

PI ICE

DP3     52504 on 00:26 Wed Jul 09 2025

CALLBACK ACKNOWLEDGED

DP6     55084 on 00:27 Wed Jul 09 2025

M350 NOT COMING UP

DP6     55084 on 00:28 Wed Jul 09 2025

ON AIR

DP3     52504 on 00:28 Wed Jul 09 2025

ALREADY IN PER PFS

DP3     52504 on 00:28 Wed Jul 09 2025

*FPS

DP6     55084 on 00:29 Wed Jul 09 2025

M350 WE'RE I/S
```

                        Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)


                        Premises Information

```
Page 3                            BOEC                    Oct-02-2025 10:31:40
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-76011 Status: CLEARED Priority: 4

                Plan#:
     Number of floors:
 Number of apartments:
                  Age:


                          Dispatch Information
 Unit                           Date         Hour         Call Taker

 M350       (AMR Ambulance) Current station: POST 715
                      Dispatched: Jul-09-2025 00:15:51    McKEE, CAMERON J
                        Enroute: Jul-09-2025 00:15:55
                       At Scene: Jul-09-2025 00:26:13
                      Returning: Jul-09-2025 00:37:04
                        Remarks: RQ MEDICAL FOR FEM SUBJ MID 20S, RIGHT ARM
                                 PAIN, L

 FC--FIRE CALL BACK    Dispatched: Jul-09-2025 00:26:29   LEONARD, JACOB C
      Remark:
      Cancel remark:
                        Remarks: M350 PLZ CALL FPS,NEED FED OFCRS TO COME O/S
                                 FOR MED APP:M350

 Text:

 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.



  Type(s)/Capabilities: M / B / LZ
  App      Status Time    X        Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
  B406 AV    -86m 43 7641879  678807 00:15:45
  B416 AV    -81m 29 7648837  687791 00:15:46
  B413 AV    -74m 13 7671576  684336 > 31m Stale GPS
  B412 AV    -72m 16 7674595  689509 00:15:49
  B408 AV    -63m 09 7710040  673553 00:15:48
  M350 AV     2m 09s 7643779  677667 00:15:49
  M1331 AV    4m 23s  7650942  672284 00:15:49

 M345 AV     5m 35s  7638411  663432 00:15:48
  M344 AV    7m 16s  7657778  674052 00:15:49
  M1335 AV   9m 49s  7645760  692153 00:15:47
  Recommended Units
  -----------------
  App      Method    Status Station  Station Precedence Jur GPS
  -------- --------- ------ -------- ------------------ --- ----
  M350     AVRR      AV     715      1-8                MD  O

  Balanced Units
  -----------------
```

```
Page 4                            BOEC                    Oct-02-2025 10:31:40
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-76011 Status: CLEARED Priority: 4

  There were no balanced units

  Requirements
  ------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-76011)        Recommendation Flags
  -------------------------        --------------------
  Call Type          : 26B1        Used Distance             : None
  Call Status        : Q           Used AVRR                 : True (X)
  Alarm Level        : 1           Used Station Order        : None
  Can Alarm Balance: True (X)      AVRR Successful           : True (X)
  Fire Response No : 0466 (X)      Send Pager                : True (X)
  EMS Response No  : 5594C         Additional Request        : None
  Fire Grid        : 5594C         Query                     : None
  EMS Grid         : 626-F3        Related Units             : True (X)
  Modifier         : AO            Completed by Bal. Units : None

 Unit Details
 -----------------------------
 No. Already Dispatched: 0
 No. Dispatchable Units: 314
 No. Relevant Units    : 71


  Apparatus Penalties
  -------------------
  App       Status Time     X         Y       Penalty    Total Time    Reason
  ------    ------ -------  -------   -------  --------  ------------  ------
  B406      AV     3m 17s   7641879   678807   -90m 00s  -86m 43s      APPARATUS
  B416      AV     8m 31s   7648837   687791   -90m 00s  -81m 29s      APPARATUS
  B413      AV    15m 47s   7671576   684336   -90m 00s  -74m 13s      APPARATUS
  B412      AV    17m 44s   7674595   689509   -90m 00s  -72m 16s      APPARATUS

  B408      AV    26m 51s   7710040   673553   -90m 00s  -63m 09s      APPARATUS
  LZ1       IQ     6m 46s   7647549   684016   164m 59s  171m 45s      APPARATUS
  LZ2       IQ     6m 46s   7647549   684016   164m 59s  171m 45s      APPARATUS
  LZ3       IQ     6m 46s   7647549   684016   164m 59s  171m 45s      APPARATUS
  LZ4       IQ     6m 46s   7647549   684016   164m 59s  171m 45s      APPARATUS
  LZ5       IQ     6m 46s   7647549   684016   164m 59s  171m 45s      APPARATUS

 ----------2025-07-09 00:15:15----------
 25-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.
 PROBLEM: RQ MEDICAL FOR FEM SUBJ MID 20S, RIGHT ARM PAIN, LIKELY DUE TO HER
 BEING PUT IN CUSTODY. POSS REL TO HOLDING POL CALL

 ----------2025-07-09 00:15:45----------
 DISPATCH CODE: 26B01
 CAD RESPONSE: PRIORITY 4
 DISPATCH LEVEL: 26B01
```

```
   CALL #: RP25-76011 Status: CLEARED Priority: 4

 CAD CODE: 26B1
 UNWELL/ILL - PRIMARY PROB.
 UNK RESPONDING NLLY.
 UNK IF BREATHING NLLY.
 UNK BLEEDING (OR VOMIT) BLOOD.
 HAS OTHER PAIN: R ARM


   ----------2025-07-09 00:15:55----------
   PROQA LOG




M350     715              00:37:04 07/09/2025        :M350 CLEARED CALL RP76011
FOUNDED:A CLEARED BY:Z FINAL:26B1 STUDY FLAG: REM:
M350                                                 Cleared by:CHANGED TO:Z
M350     715              00:37:04 07/09/2025        AV:M350
M350                                                 Call was CLEARED
DP3      52504                                       Hazard viewed:39420
DP6      55084            00:26:29 07/09/2025        DP:M350 (FC) -FIRE CALL BACK M350
PLZ CALL FPS,NEED FED OFCRS TO COME O/S FOR MED APP:M350
DP6      55084            00:26:13 07/09/2025        OS:M350
DP6      55084            00:26:13 07/09/2025        OS:M350 Sent to MDT: M350,Status
changed to OS by DP6
CT14     65578                                       Hazard viewed
DP6      55084                                       Hazard viewed:39420
M350     715              00:15:55 07/09/2025        ER:M350
DP7      62548            00:15:51 07/09/2025        DP:M350 4310 S MACADAM AVE
DP7      62548                                       Radio Channel
DP7      62548                                       Call re-directed:O1
DP7      62548                                       ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M350(M) (AVL)
CT14     65578            00:15:46 07/09/2025        MEDICAL PROQA Dispatch Level is
PRIORITY 4
CT14     65578                                       Priority:8 TO:4
CT14     65578                                       Final Call type:M TO:26B1
CT14     65578                                       Call type:M TO:26B1

                           END OF CALL HARDCOPY
```