# EXHIBIT 9

```
Page 1                         BOEC                    Oct-02-2025 10:33:30
PARKER, RYAN H        JURISDICTION - PORTLAND FIRE

     CALL #: RP25-76942 Status: CLEARED Priority: 4

         TYPE: 26A10  - SK PERSON - UNWELL/ILL
     ORIGINAL: M      - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                    Officer in charge:

Received by: TYPED             Call Taker: 64249 WALKOWICZ, CELINA

        TIMES:         Received: Fri, Jul-11-2025 07:36:08
                         Queued: Fri, Jul-11-2025 07:36:47 Queue:R
                  First Dispatch: Fri, Jul-11-2025 07:37:40
                  First  Enroute: Fri, Jul-11-2025 07:37:43
                  First At Scene: Fri, Jul-11-2025 07:45:01
                         Cleared: Fri, Jul-11-2025 08:50:30

       Address: 4310 S MACADAM AVE
  Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
  EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

DETAINED FEM SUBJ AND REQUESTING EMS, NO BETTER INFO ON HER // PI AL


CALLER:    Surname: NOT ENTERED                           G1: OPERATOR 130
           Address: FEDERAL DISPATCH  FOR FED POL  AND HOMELAND SEC
              Home: (877) 437-7411   Business:  ()

 Cleared by:


Additional Remarks:
DP7     56854 on 07:38 Fri Jul 11 2025

PI AL



                          Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.
```

```
Page 2                             BOEC                    Oct-02-2025 10:33:30
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-76942 Status: CLEARED Priority: 4



                  (info last updated 7/17/25 by P4352)



                            Premises Information
                   Plan#:
         Number of floors:
     Number of apartments:
                     Age:


                            Dispatch Information
Unit                          Date          Hour        Call Taker

M308       (AMR Ambulance) Current station: POST 715
                      Dispatched: Jul-11-2025 07:37:40    LITTLE, MICHELLE
                         Enroute: Jul-11-2025 07:37:43
                        At Scene: Jul-11-2025 07:45:01
                       Returning: Jul-11-2025 08:50:29
                       Transport: Jul-11-2025 08:12:29
              Transport Complete: Jul-11-2025 08:30:10
                         Remarks: 4310 S MACADAM AVE

Text:

 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.


  Type(s)/Capabilities: M / B / LZ
  App      Status Time    X        Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
  B414 AV    -83m 32 7647578  683427 07:37:35
  M308 AV    5m 53s  7638313  662709 07:37:36
  M316 AV    6m 08s  7655666  674392 07:37:39
  M1304 AV   8m 08s  7639779  686997 > 1m GPS Not Working (Stn Coord)
  M1317 AV   9m 01s  7649489  688283 07:37:35
  M314 AV    15m 43s 7656896  699326 07:37:37
  M305 AV    19m 44s 7686950  676605 07:37:37

 M302 AV     21m 53s 7687792  684087 07:37:36
  M309 AV    25m 41s 7701497  679470 07:37:37
  M1300 AV   25m 60s 7696444  691959 07:37:36
  Recommended Units
  -----------------
   App     Method    Status Station  Station Precedence Jur GPS
  -------- --------- ------ -------- ------------------ --- ----
   M308    AVRR      AV     715      1-3                MD  O
```

```
Page 3                             BOEC                    Oct-02-2025 10:33:30
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

   CALL #: RP25-76942 Status: CLEARED Priority: 4


  Balanced Units
  ----------------
  There were no balanced units

  Requirements
  ----------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-76942)        Recommendation Flags
  -----------------------------    -----------------------------
  Call Type           : 26A10      Used Distance              : None
  Call Status         : Q          Used AVRR                  : True (X)
  Alarm Level         : 1          Used Station Order         : None
  Can Alarm Balance:  True (X)     AVRR Successful            : True (X)
  Fire Response No :  0466 (X)     Send Pager                 : True (X)
  EMS Response No  :  5594C        Additional Request         : None
  Fire Grid           : 5594C      Query                      : None
  EMS Grid            : 626-F3     Related Units              : True (X)
  Modifier            : YC         Completed by Bal. Units    : None

 Unit Details
 -------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 272
  No. Relevant Units    : 61


  Apparatus Penalties
  -------------------
  App       Status  Time      X        Y       Penalty   Total Time    Reason
  --------  ------  -------   -------  ------- --------  ------------  ------
   B414     AV      6m 28s    7647578  683427  -90m 00s  -83m 32s      APPARATUS
   LZ1      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ2      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ3      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS

 LZ4        IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ5      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ6      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ7      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ8      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS
   LZ9      IQ      6m 46s    7647549  684016  164m 59s  171m 45s      APPARATUS

  ----------2025-07-11 07:37:08----------
 50-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.
 PROBLEM: DETAINED FEM SUBJ AND REQUESTING EMS, NO BETTER INFO ON HER // PI A
 L

  ----------2025-07-11 07:37:28----------
```

```
Page 4                           BOEC                    Oct-02-2025 10:33:30
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-76942 Status: CLEARED Priority: 4

 DISPATCH CODE: 26A10
 CAD RESPONSE: PRIORITY 4
 DISPATCH LEVEL: 26A10
 CAD CODE: 26A10
 UNWELL/ILL - PRIMARY PROB.
 RESPONDING NLLY.
 BREATHING NLLY.
 NOT BLEEDING (OR VOMIT) BLOOD.
 NO PAIN.


   ----------2025-07-11 07:38:11----------
   PROQA LOG




 AMR1A   563150                             Call was CLEARED
 AMR1A   563150         08:50:29 07/11/2025 AV:M308
 M308    715            08:30:10 07/11/2025 TC:M308 TRANSPORT COMPLETED
 M308    715            08:12:29 07/11/2025 TR:M308 OHSU
 M308    715            07:45:01 07/11/2025 OS:M308
 DP4     64249                               Comp.phone:CHANGED TO: 877 437-7411
 M308    715            07:37:43 07/11/2025 ER:M308
 DP7     56854          07:37:40 07/11/2025 DP:M308 4310 S MACADAM AVE
 DP7     56854          07:37:40 07/11/2025 DP:M308 AUTO PAGED (EC PGR - EMS -
 AMR - (503) 441-6589)
 DP7     56854                               Radio Channel
 DP7     56854                               Call re-directed:O1
 DP7     56854                               ALARM:1 RESPONSE:0466 EMS
 RESPONSE:5594C-YC (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
 715-M308(M) (AVL)
 DP4     64249                               Call type:M TO:26A10
 DP4     64249          07:37:28 07/11/2025 MEDICAL PROQA Dispatch Level is
 PRIORITY 4
 DP4     64249                               Final Call type:M TO:26A10
 DP4     64249                               Priority:8 TO:4
                        END OF CALL HARDCOPY
```