# **EXHIBIT 10**

```
Page 1                               BOEC

FOR: PARKER, RYAN H        JURISDICTION - PORTLAND POLICE           Thu, Oct-02-2025

CALL: PP25-184402 Status: CLEARED Priority: 4 Received by: TYPED

      Initial: ASSIST: ASSIST - CITIZEN OR AGENCY
   Final type: ASSIST: ASSIST - CITIZEN OR AGENCY
        Study: BY BODY WORN FOOTAGE AVAILABLE

         TIME:       Recd: Fri, Jul-11-2025 10:47:49 By: 65579-MCMILLAN, CT13
                   Queued: Fri, Jul-11-2025 10:52:30 Queue:R
                     Disp: Fri, Jul-11-2025 11:29:18
                  Enroute: Fri, Jul-11-2025 11:29:18
                       OS: Fri, Jul-11-2025 11:36:48
                  Cleared: Fri, Jul-11-2025 12:23:38 By: 44437-FLEMING, J 871

             BROADCAST: 10:55 Fri Jul 11 2025

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU   District: CE    Zone: 872    Grid   66005


Initial Remarks: FED POLICE CALLING ABOUT SUSP WHI UHAUL VAN
                 @AM76243.AZ THAT HAS BEEN PARKED IN 4 HR PARKING
                 ZONE FOR LAST TWO DAYS NEAR ICE BLDG, HAVE CALLED
                 PARKING ENFORCEMENT BUT HAVENT BEEN ABLE TO GET
                 THRU, REQ OFCR CHK IT OUT

Channel    :

Contact    : TELEPHONE REQUIRED
Caller     :   Name: FED POLICE, OPERATOR 130
            Address: NOT AT LOC
              State: Oregon
               Home: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: J - ASSIGNMENT COMPLETED

Reporting officers: 44437-FLEMING, JAMES D


Clear remarks: SEE REMARKS

PP Mental Health YN: N


Additional Remarks:

CT13    65579         MCMILLAN, MARY KATE on 10:54 Fri Jul 11 2025

   PI ALRM

DP11    55495         DELONG, CAITLYNN on 10:54 Fri Jul 11 2025

   UNOCC'D PER CT
```

```
Page 2                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Thu, Oct-02-2025

CALL: PP25-184402 Status: CLEARED Priority: 4 Received by: TYPED


871     44437 on 11:51 Fri Jul 11 2025

  VAN IS EMPTY EXCEPT FOR A FULL GREEN BOTTLE DROP BAG OF
  RETURNABLES.

871     44437 on 11:56 Fri Jul 11 2025

  888-886-0782 EQUIPMENT RECOVERY UHAUL

871     44437 on 12:01 Fri Jul 11 2025

  PER UHAUL EQUIP RECOVERY:  RENTED ON 8TH, SUPPOSED TO BE BACK ON
  THE 9TH.  CONTRACT EXTENDED TO 14TH.  UHAUL CALLED RENTER TO
  ADVISE THEM OF VIOLATION.  NO ANSWER AND VM FULL.

871     44437 on 12:13 Fri Jul 11 2025

  I CALLED PARKING PATROL DISPATCH.  CALL TAKER SAID THEY MIGHT NOT
  GO THERE B/C OF PROTESTS.  GAVE THEM VEHICLE INFO AND MY CONTACT
  NUMBER.


Unit    Officer(s) Times
871-PT  44437 FLEMING, J                    Dispatch: Jul-11-2025 11:29:18
                                             Enroute: Jul-11-2025 11:29:18
                                                  OS: Jul-11-2025 12:12:22
                                             Cleared: Jul-11-2025 12:23:38
881-PT  58984 BUSH, THOM                    Dispatch: Jul-11-2025 11:31:31
                                             Enroute: Jul-11-2025 11:31:31
                                                  OS: Jul-11-2025 11:36:48
                                             Cleared: Jul-11-2025 11:49:26

Text :


 COMMENT: PP25-184402
 RA8LAOR4RI4             .REUR   A8LA   NLET
 RR.AZ007C100
 10:52 07/11/2025 38985
 10:52 07/11/2025 12555 OR026011N
 *OR0W5102YQ
 TXT
 Query Data:
 Plate: AM76243
 Type: PC
 Year: 2025
 License Plate: AM76243
 Plate Type: Apport
 ioned

 Registration ID: 43988766
```

Page 3                                    BOEC

FOR: PARKER, RYAN H        JURISDICTION - PORTLAND POLICE          Thu, Oct-02-2025

CALL: PP25-184402 Status: CLEARED Priority: 4 Received by: TYPED

 Registration Authority: AZ
 Expiration Date: 2026-06-30
 State: AZ
 Status: Active
  Registered Party: Registered Owner (Organization): 2010 U-HAUL TITLING 2, LLC
 Address: 2727 N Central Ave
 Phoenix, AZ
 85004-112
 0
 Mailing Address: Address: Po Box 21508
 Phoenix, AZ
 85036-1508
 Gross Weight Measure: 9150 (Units: lb) VIN: 1FTBR1Y86RKB12138
 Make: FORD

 Make: Ford
 Model: Transit
 Year: 2024
 Style: Cargo Van 3 Dr
 Door Quantity: 3
 CMV: true
 Title Data: Title ID: A017130417  Title Issue Date: 2024-08-27
 Title Status: Active
 Insurance Carrier: U-HAUL COMPANY OF ARIZONA (Unconfirmed - Unco
 nfirmed)
 Insurance Policy ID: S012
 Insurance Effective: 2022-06-01
 Insurance Expires: 2023-06-30

 System: NLETSReceived at: 11:29 AM

 RHLDAOR4SJZ             .REUR   HLDA   NLET
 RR.AZ007C100
 11:29 07/11/2025 41088
 11:29 07/11/2025 13955 OR0260200
 *OR0W51NVYL
 TXT
 Query Data:
 Plate: AM76243
 Type: PC
 Year: 2025
 License Plate:
 AM76243
 Plate Type: Apportioned
 Registration ID: 43988766

 Registration Authority: AZ
 Expiration Date: 2026-06-30
 State: AZ
 Status: Active
  Registered Party: Registered Owner (Organization): 2010 U-HAUL TITLING 2,

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Thu, Oct-02-2025

CALL: PP25-184402 Status: CLEARED Priority: 4 Received by: TYPED

```
 LLC
 Address: 2727 N Central Ave
 Phoenix, AZ
 85004-1120
 Mailing Address:
 Address: Po Box 21508
 Phoenix, AZ
 85036-1508
 Gross Weight Measure: 9150 (Units: lb) VIN: 1FTBR1Y86RKB12138
 Make: FORD
 Make: Ford

 Model: Transit
 Year: 2024
 Style: Cargo Van 3 Dr
 Door Quantity: 3
 CMV: true
 Title Data: Title ID: A017130417  Title Issue Date: 2024-08-27
 Title Status: Active
 Insurance Carrier: U-HAUL COMPANY OF ARIZONA (Unconfirmed - Unconfir
 med)
 Insurance Policy ID: S012
 Insurance Effective: 2022-06-01
 Insurance Expires: 2023-06-30


871    44437         12:23:38 07/11/2025     AV:871 PT
871    44437         12:23:38 07/11/2025     AV:871 PT CLEARED CASE
       42184402 FOUNDED-Y REPORT-N CLEARED BY-J FINAL-ASSIST BOLO- STUDY FLAG-BY
       REM-SEE REMARKS
871    44437         12:12:22 07/11/2025     OS:871 PT
881    58984         11:49:28 07/11/2025     Custom Fields:PP MENTAL HEALTH
       YN: CHANGED TO: N
881    58984         11:49:26 07/11/2025     AV:881 PT
871    44437         11:45:19 07/11/2025     ER:871 PT RMS Q
       VEH-LIC:AM76243  STATE:AZ  YR:2025  TYPE:PC  REC:Y  CAD:Y   EXTN:Y   EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:871
871    44437         11:45:19 07/11/2025     ER:871 PT EXT Q
       VEH-LIC:AM76243  STATE:AZ  YR:2025  TYPE:PC  REC:Y  CAD:Y   EXTN:Y   EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:871
881    58984         11:36:48 07/11/2025     OS:881 PT
881    58984         11:31:31 07/11/2025     ER:881 PT ASSIST:871     /4310
       S MACADAM AVE
871    44437         11:29:40 07/11/2025     ER:871 PT EXT Q
       VEH-LIC:AM76243  STATE:AZ  YR:2025  TYPE:PC  REC:Y  CAD:Y   EXTN:Y   EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:871
871    44437         11:29:40 07/11/2025     ER:871 PT RMS Q
       VEH-LIC:AM76243  STATE:AZ  YR:2025  TYPE:PC  REC:Y  CAD:Y   EXTN:Y   EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:871
871    44437         11:29:18 07/11/2025     ER:871 PT SELF-DISPATCHED:4310
       S MACADAM AVE/FED POLICE CALLING ABOUT SUSP WHI UHAUL VAN @AM76243.AZ THAT
       HAS BEEN PARKED IN 4 HR PARKING ZONE FOR LAST TWO DAYS NEAR ICE BLDG, HAVE
       CALLED PARKING ENFORCEMENT BUT HAVENT BEEN ABLE TO GET THRU, REQ OFCR CHK
```

```
Page 5                              BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE         Thu, Oct-02-2025

CALL: PP25-184402 Status: CLEARED Priority: 4 Received by: TYPED
      IT OUT
DP11   55495         10:52:57 07/11/2025      Call type:SUSP TO:ASSIST
DP11   55495         10:52:57 07/11/2025      Final Call type:SUSP TO:ASSIST
CT13   65579         10:52:55 07/11/2025      Hazard viewed

                         END OF CALL HARDCOPY



Officer Signature   : _____

Supervisor Approval: _____
```