# EXHIBIT 11

```
Page 1                          BOEC                    Oct-02-2025 10:34:20
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-77787 Status: CLEARED Priority: 4

         TYPE: 1A2    - ABDOMINAL PAIN - MALE GROIN
     ORIGINAL: M      - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                Officer in charge:

Received by: TYPED             Call Taker: 63966 ROECKEL, RUSSELL

       TIMES:        Received: Sun, Jul-13-2025 00:24:04
                       Queued: Sun, Jul-13-2025 00:24:41 Queue:R
              First Dispatch: Sun, Jul-13-2025 00:25:51
              First  Enroute: Sun, Jul-13-2025 00:26:07
              First At Scene: Sun, Jul-13-2025 00:35:58
                      Cleared: Sun, Jul-13-2025 01:24:53

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

FEDERAL POL REQUESTING EMS FOR 50YO M COMPLAINING OF GROIN PAIN, PT IS
I/S (PT IS ICE OFFICER)


CALLER:    Surname: NOT ENTERED                        G1: FED POL DISPATCH
           Address:
               Home: (877) 437-7411   Business:  ()

 Cleared by: EMS


Additional Remarks:
CT3     63966 on 00:26 Sun Jul 13 2025

DOESN'T HAVE DIRECT PH # TO ANY STAFF THERE (BUT CMP LOOKING FOR IT)

DP6     63959 on 00:27 Sun Jul 13 2025

EXCHANGE, PER AMR REQUEST

CT3     63966 on 00:27 Sun Jul 13 2025

SAYS POINT OF CONTACT WOULD HAVE TO GO THRU FED POL DISPATCH AGAIN

CT3     63966 on 00:31 Sun Jul 13 2025

DRIVEWAY WILL BE OPEN,SAYS ABOUT 11 PROTESTERS THERE (NOT
```

```
Page 2                           BOEC                    Oct-02-2025 10:34:20
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

   CALL #: RP25-77787 Status: CLEARED Priority: 4

BLOCKING),SAYS CURRENTLY "CHILL"



                          Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                          Premises Information

                Plan#:
     Number of floors:
  Number of apartments:
                  Age:



                          Dispatch Information
Unit                       Date            Hour           Call Taker

M330       (AMR Ambulance) Current station: POST 715
                   Dispatched: Jul-13-2025 00:25:51     McKEE, CAMERON J
                     Enroute: Jul-13-2025 00:26:07
                   Inservice: Jul-13-2025 00:27:08

M1343      (AMR Hybrid Ambulance) Current station: POST 715
                   Dispatched: Jul-13-2025 00:27:07     HINSON, JERRA
                     Enroute: Jul-13-2025 00:27:08
                    At Scene: Jul-13-2025 00:35:58
                   Returning: Jul-13-2025 01:24:53
                   Transport: Jul-13-2025 00:47:02
          Transport Complete: Jul-13-2025 00:59:25
                     Remarks: 4310 S MACADAM AVE
```

```
   CALL #: RP25-77787 Status: CLEARED Priority: 4

Text:

 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.



 Type(s)/Capabilities: M / B / LZ
 App      Status Time    X        Y       AVL Time
 -------- ------ ------- ------- ------- ---------------
 B409 AV    -83m 14 7647549  684016 (Stn Coord)
 B411 AV    -74m 54 7649524  685782 00:25:49
 M330 AV    6m 40s  7647838  683894 00:25:48
 M348 AV    6m 54s  7647574  684053 (Stn Coord)
 M1339 AV   6m 54s  7647574  684053 (Stn Coord)
 M1335 AV   7m 31s  7658735  674826 00:25:47
 M350 AV   13m 46s 7665432  683733 00:25:49

 M1362 AV  16m 12s 7643347  706308 00:25:49
 M1345 AV  19m 40s 7629729  708040 00:25:49
 M1344 AV  20m 13s 7623632  711283 00:25:48
 Recommended Units
 ----------------
 App      Method     Status Station  Station Precedence Jur GPS
 -------- ---------- ------ -------- ------------------ --- ----
 M330     AVRR       AV     715      1-1                MD  O

 Balanced Units
 ----------------
 There were no balanced units

 Requirements
 ----------------

 [IF] 1 Unit Type M
   [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

 Call Details (RP25-77787)        Recommendation Flags
 ----------------------------     -----------------------------
 Call Type         : 1A2          Used Distance           : None
 Call Status       : Q            Used AVRR               : True (X)
 Alarm Level       : 1            Used Station Order      : None
 Can Alarm Balance : True (X)     AVRR Successful         : True (X)
 Fire Response No  : 0466 (X)     Send Pager              : True (X)
 EMS Response No   : 5594C        Additional Request      : None
 Fire Grid         : 5594C        Query                   : None
 EMS Grid          : 626-F3       Related Units           : True (X)
 Modifier          : YJ           Completed by Bal. Units : None

 Unit Details
 -------------------------------
 No. Already Dispatched: 0
```

```
Page 4                          BOEC                       Oct-02-2025 10:34:20
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-77787 Status: CLEARED Priority: 4

  No. Dispatchable Units: 298
  No. Relevant Units    : 61


  Apparatus Penalties
  -------------------
  App        Status Time      X        Y        Penalty   Total Time    Reason
  ------     ------ -------   -------  -------  --------  ------------  ------
   B409      AV     6m 46s    7647549  684016   -90m 00s  -83m 14s      APPARATUS
   B411      AV     15m 06s   7649524  685782   -90m 00s  -74m 54s      APPARATUS
   LZ1       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ2       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS

   LZ3       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ4       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ5       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ6       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ7       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS
   LZ8       IQ     6m 46s    7647549  684016   164m 59s  171m 45s      APPARATUS

----------2025-07-13 00:25:12----------
50-YEAR-OLD, MALE, CONSCIOUS, BREATHING.
PROBLEM: FEDERAL POL REQUESTING EMS FOR 50YO M COMPLAINING OF GROIN PAIN, PT
 IS I/S (PT IS ICE OFFICER)

----------2025-07-13 00:25:44----------
DISPATCH CODE: 01A02
CAD RESPONSE: PRIORITY 4
DISPATCH LEVEL: 01A02
CAD CODE: 1A2
UNK RESPONDING NLLY.
NO ASHEN/GRAY COLOR CHANGE.
UNK IF DIAGNOSED AORTIC ANEURYSM/DISSECTION.
CAN'T ASK TO DESCRIBE PAIN.
GROIN PAIN REPORTED.

UNK FAINT OR NEAR FAINT.
UNK PAIN ABOVE BELLY BUTTON.

----------2025-07-13 00:25:54----------
PROQA LOG


4310 S MACADAM AVE PORT
C102
.If facility is placed within an exclusion zone by an Incident Command Post
(ICP), all fire & medical calls *regardless of type* must be routed through
the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
BOEC.
Under normal conditions when the facility is not in an exclusion zone, BOEC
will dispatch only medical calls per CAD. All fire calls for service will be
routed to C103 for further triage.
```

```
Page 5                             BOEC                       Oct-02-2025 10:34:20
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

    CALL #: RP25-77787 Status: CLEARED Priority: 4


 (info last updated 6/13/25 by P4352)
 Updated on: Jun-13-2025




AMR1A   250102                              Cleared by:CHANGED TO:E
AMR1A   250102                              Call was CLEARED
AMR1A   250102      01:24:53 07/13/2025     AV:M1343
M1343   715         00:59:25 07/13/2025     TC:M1343 TRANSPORT COMPLETED: OHSU
M1343   715         00:47:02 07/13/2025     TR:M1343 C1 OHSU
M1343   715         00:35:58 07/13/2025     OS:M1343
DP6     63959       00:27:27 07/13/2025     CALL FORWARDED:(DP11,FYI)
DP6     63959       00:27:18 07/13/2025     CALL FORWARDED:(DP12,FYI)
M1343   715         00:27:11 07/13/2025     ER:M1343
DP6     63959       00:27:08 07/13/2025     IQ:M330
DP6     63959       00:27:08 07/13/2025     ER:M1343 Sent to MDT: M1343,Status
changed to ER by DP6
DP6     63959       00:27:08 07/13/2025     ER:M1343
DP6     63959       00:27:07 07/13/2025     DP:M1343 4310 S MACADAM AVE
CT3     63966                               Comp.phone:CHANGED TO: 877 437-7411
CT3     63966                               Comp.Name:CHANGED TO: FED POL
DISPATCH
M330    715         00:26:07 07/13/2025     ER:M330
DP6     63959                               Hazard viewed:39420
DP6     63959                               Hazard viewed:39420
DP7     62548       00:25:52 07/13/2025     DP:M330 AUTO PAGED (EC PGR - EMS -
AMR - (503) 441-6677)
DP7     62548       00:25:51 07/13/2025     DP:M330 4310 S MACADAM AVE
DP7     62548                               Radio Channel
DP7     62548                               Call re-directed:O1
DP7     62548                               ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-YJ (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M330(M) (AVL)
CT3     63966                               Priority:8 TO:4
CT3     63966                               Final Call type:M TO:1A2
CT3     63966       00:25:44 07/13/2025     MEDICAL PROQA Dispatch Level is
PRIORITY 4
CT3     63966                               Call type:M TO:1A2
                       END OF CALL HARDCOPY
```