# EXHIBIT 12

```
Page 1                          BOEC                    Oct-02-2025 10:37:57
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-83329 Status: CLEARED Priority: 4

          TYPE: 26B1   - SK PERSON - UNK STATUS
      ORIGINAL: M      - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
 Alarm level: 1
     Channel: OPS1
 Temperature:                Officer in charge:

 Received by: TYPED              Call Taker: 61948 AMMERMAN, ANGEL E

        TIMES:         Received: Fri, Jul-25-2025 19:28:34
                         Queued: Fri, Jul-25-2025 19:29:29 Queue:R
                  First Dispatch: Fri, Jul-25-2025 19:30:17
                  First  Enroute: Fri, Jul-25-2025 19:30:21
                  First At Scene: Fri, Jul-25-2025 19:34:12
                         Cleared: Fri, Jul-25-2025 20:18:09

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

 VIA FED POL DP, 2 DETAINED W/ REQ FOR EVAL ... PER FED INSPECTORS OS
 ONLY INFO WAS THEY NEED EVAL.. NO CHIEF COMPLAINT


 CALLER:    Surname: NOT ENTERED                            G1: FED POL DP
            Address:
               Home: (977) 437-7411   Business:  ()

  Cleared by: No Clearance Code Gi


 Additional Remarks:
 DP7     64255 on 19:31 Fri Jul 25 2025

 PI AL,DIR HAZ TO DISPATCH MED CALLS,ROUTE FIRE CALLS TO C103

 DP6     64835 on 19:34 Fri Jul 25 2025

 PI HZ FOR MED/FIRE DISPATCH



                            Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
```

```
Page 2                          BOEC                    Oct-02-2025 10:37:57
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-83329 Status: CLEARED Priority: 4

              triage.
              If facility is placed within an exclusion zone by an Incident
              Command Post (ICP), all fire & medical calls *regardless of type*
              must be routed through the IC or Fire Operations Chief on OPS9
              prior to any dispatch of PF&R by BOEC.


              (info last updated 7/17/25 by P4352)




                            Premises Information

                  Plan#:
         Number of floors:
     Number of apartments:
                     Age:



                            Dispatch Information
Unit                         Date          Hour         Call Taker

M1354    (AMR Hybrid Ambulance) Current station: POST 715
                     Dispatched: Jul-25-2025 19:30:17    BURLAKA, ANNA (AN
                        Enroute: Jul-25-2025 19:30:21
                       At Scene: Jul-25-2025 19:34:12
                      Returning: Jul-25-2025 20:18:09
                        Remarks: VIA FED POL DP, 2 DETAINED W/ REQ FOR EVAL
                                 ... PER

Text:

 ----------2025-07-25 19:29:45----------
 AGE UNKNOWN, GENDER UNKNOWN, CONSCIOUSNESS UNKNOWN, BREATHING STATUS UNKNOWN
. MULTIPLE PATIENTS INVOLVED: 2.
PROBLEM: VIA FED POL DP, 2 DETAINED W/ REQ FOR EVAL ... PER FED INSPECTORS O
S ONLY INFO WAS THEY NEED EVAL.. NO CHIEF COMPLAINT
1.CAD

 ----------2025-07-25 19:30:00----------
DISPATCH CODE: 26B01
CAD RESPONSE: PRIORITY 4
DISPATCH LEVEL: 26B01
CAD CODE: 26B1
NO PRIORITY SX (ALPHA 2-12 NOT ID'D).
NO PRIORITY SX (OMEGA 2-28 NOT ID'D); PROBLEM DESC: CAD
UNK RESPONDING NLLY.

UNK IF BREATHING NLLY.
UNK BLEEDING (OR VOMIT) BLOOD.
UNK IF ANY PAIN.
```

```
Page 3                              BOEC                      Oct-02-2025 10:37:57
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-83329 Status: CLEARED Priority: 4

   ----------2025-07-25 19:30:03----------
 PROQA LOG


 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.



  Type(s)/Capabilities: M / B / LZ
  App      Status Time     X         Y       AVL Time
  -------- ------ -------  -------   -------  ---------------
  M1354 AV    2m 53s   7642744  677966  19:30:04
  M1356 AV    4m 15s   7644494  681454 > 15m GPS Not Working (Stn Coord)
  M1323 AV    5m 55s   7638328  662610  19:30:03
  B405  AV    9m 10s   7645290  691201  19:30:02
  M328  AV   10m 00s   7638641  691101  19:30:05
  M345  AV   10m 15s   7668393  669245  19:30:02
  M344  AV   11m 41s   7660264  685420  19:30:04

 M338  AV    11m 41s 7644036   693957  19:30:05
  B411  AV   15m 20s 7671309   684643  19:30:04
  B404  AV   15m 46s 7671771   683985  19:30:05
  Recommended Units
  -----------------
  App      Method    Status Station  Station Precedence Jur GPS
  -------- --------- ------ -------- ------------------ --- ----
  M1354    AVRR      AV     715      3-6                MD  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-83329)       Recommendation Flags
  ---------------------------     ------------------------------
  Call Type         : 26B1        Used Distance              : None
  Call Status       : Q           Used AVRR                  : True (X)
  Alarm Level       : 1           Used Station Order         : None
  Can Alarm Balance : True (X)    AVRR Successful            : True (X)
  Fire Response No  : 0466 (X)    Send Pager                 : True (X)
  EMS Response No   : 5594C       Additional Request         : None
  Fire Grid         : 5594C       Query                      : None
  EMS Grid          : 626-F3      Related Units              : True (X)
  Modifier          : AO          Completed by Bal. Units    : None

 Unit Details
```

```
Page 4                              BOEC                       Oct-02-2025 10:37:57
PARKER, RYAN H        JURISDICTION - PORTLAND FIRE

   CALL #: RP25-83329 Status: CLEARED Priority: 4

  ------------------------------
 No. Already Dispatched: 0
 No. Dispatchable Units: 309
 No. Relevant Units    : 70


 Apparatus Penalties
 -------------------
 App        Status Time     X         Y       Penalty    Total Time   Reason
 --------   ------ -------  -------   ------- ---------  ------------ ------
   LZ1       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ2       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ3       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ4       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS

  LZ5        IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ6       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ7       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ8       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ9       IQ     6m 46s  7647549   684016  164m 59s   171m 45s     APPARATUS
   LZ10      IQ     6m 46s  7647549   684016  166m 39s   173m 25s     APPARATUS

For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.


 Type(s)/Capabilities: M / B / LZ
 App        Status Time     X         Y       AVL Time
 --------   ------ -------  -------   ------- ---------------
  M1354 AV         3m 04s   7642698   678100  19:30:12
  M1356 AV         4m 15s   7644494   681454  > 16m GPS Not Working (Stn Coord)
  M1323 AV         5m 55s   7638328   662611  19:30:14
  B405  AV         9m 10s   7645290   691201  19:30:12
  M328  AV        10m 00s   7638640   691096  19:30:15
  M345  AV        10m 15s   7668401   669242  19:30:13
  M344  AV        11m 41s   7660264   685421  19:30:14

M338  AV        12m 16s   7644027   694608  19:30:15
 B411  AV        15m 20s   7671309   684643  19:30:14
 B404  AV        15m 46s   7671776   683991  19:30:15
 Recommended Units
 -----------------
 App        Method    Status Station  Station Precedence Jur GPS
 --------   --------- ------ -------- ------------------ --- ----
  M1354     AVRR      AV     715      3-6                MD  O

 Balanced Units
 --------------
 There were no balanced units

 Requirements
```

```
Page 5                            BOEC                    Oct-02-2025 10:37:57
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

   CALL #: RP25-83329 Status: CLEARED Priority: 4

   -----------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-83329)         Recommendation Flags
  ---------------------------       -----------------------------
  Call Type            : 26B1       Used Distance                : None
  Call Status          : Q          Used AVRR                    : True (X)
  Alarm Level          : 1          Used Station Order           : None
  Can Alarm Balance: True (X)       AVRR Successful              : True (X)
  Fire Response No  : 0466 (X)      Send Pager                   : True (X)
  EMS Response No   : 5594C         Additional Request           : None
  Fire Grid            : 5594C      Query                        : None
  EMS Grid             : 626-F3     Related Units                : True (X)
  Modifier             : AO         Completed by Bal. Units      : None

 Unit Details
 ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 309
  No. Relevant Units    : 70


  Apparatus Penalties
  -------------------
  App      Status Time     X        Y      Penalty   Total Time   Reason
  ----     ------ -------  -------  ------ --------  ------------ ------
  LZ1      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ2      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ3      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ4      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS

  LZ5      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ6      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ7      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ8      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ9      IQ     6m 46s   7647549  684016 164m 59s  171m 45s     APPARATUS
  LZ10     IQ     6m 46s   7647549  684016 166m 39s  173m 25s     APPARATUS

 4310 S MACADAM AVE PORT
 C102
 Under normal conditions, BOEC will dispatch only medical calls per CAD. All
 fire calls for service will be routed to C103 for further triage.
 If facility is placed within an exclusion zone by an Incident Command Post
 (ICP), all fire & medical calls *regardless of type* must be routed through
 the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
 BOEC.


 (info last updated 7/17/25 by P4352)
 Updated on: Jul-24-2025
```

```
   CALL #: RP25-83329 Status: CLEARED Priority: 4


   4310 S MACADAM AVE PORT
   C102
   Under normal conditions, BOEC will dispatch only medical calls per CAD. All
   fire calls for service will be routed to C103 for further triage.
   If facility is placed within an exclusion zone by an Incident Command Post
   (ICP), all fire & medical calls *regardless of type* must be routed through
   the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
   BOEC.


   (info last updated 7/17/25 by P4352)
   Updated on: Jul-24-2025




M1354                                       Call was CLEARED
M1354   715            20:18:09 07/25/2025    :M1354 CLEARED CALL RP83329
FOUNDED:A CLEARED BY:Z FINAL:26B1 STUDY FLAG: REM:
M1354                                       Cleared by:CHANGED TO:Z
M1354   715            20:18:09 07/25/2025  AV:M1354
M1354   715            19:34:34 07/25/2025  OS:M1354
DP6     64835                               Hazard viewed:39420
SYSTEM SYSTEM          19:34:12 07/25/2025  OS:M1354
SYSTEM SYSTEM          19:34:12 07/25/2025  OG:M1354
SYSTEM SYSTEM          19:34:12 07/25/2025  OS:M1354 Sent to MDT: M1354,Status
changed to OS by SYSTEM
DP7     64255                               Hazard viewed:39420
CT1     61948                               Comp.phone:CHANGED TO: 977 437-7411
CT1     61948                               Comp.Name:CHANGED TO: FED POL DP
M1354   715            19:30:21 07/25/2025  ER:M1354
DP7     64255          19:30:17 07/25/2025  DP:M1354 4310 S MACADAM AVE
DP7     64255                               Radio Channel
DP7     64255                               ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M1354(M) (AVL)
DP7     64255                               Call re-directed:O1
DP7     64255                               Call re-directed:O1
DP7     64255                               ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M1354(M) (AVL)
CT1     61948          19:30:01 07/25/2025  MEDICAL PROQA Dispatch Level is
PRIORITY 4
CT1     61948                               Final Call type:M TO:26B1
CT1     61948                               Priority:8 TO:4
CT1     61948                               Call type:M TO:26B1

                       END OF CALL HARDCOPY
```