# EXHIBIT 13

```
Page 1                           BOEC                    Oct-02-2025 10:40:17
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

      CALL #: RP25-84579 Status: CLEARED Priority: 2

          TYPE: 30B1    - INJURY - POSS DANGEROUS
     ORIGINAL: M        - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                  Officer in charge:

Received by: TYPED              Call Taker: 62548 McKEE, CAMERON J (CA

       TIMES:       Received: Mon, Jul-28-2025 21:48:16
                      Queued: Mon, Jul-28-2025 21:48:52 Queue:R
              First Dispatch: Mon, Jul-28-2025 21:50:41
              First  Enroute: Mon, Jul-28-2025 21:50:52
              First At Scene: Mon, Jul-28-2025 21:57:57
                     Cleared: Mon, Jul-28-2025 22:30:30

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

SUBJ WAS DETAINED BY OFFCRS 5 AGO, COMPLAINING OF AN UNK INJ, WONT GIVE
MORE INFO

CALLER:   Surname: NOT ENTERED                         G1: FEDERAL POLICE
          Address:
              Home: (877) 437-7411   Business: ()

 Cleared by: No Clearance Code Gi


Additional Remarks:
DP7    61952 on 21:50 Mon Jul 28 2025

STACKED CALLS

DP5    62548 on 21:50 Mon Jul 28 2025

WHEN AMBULANCE ARRIVES,POL WILL COME OUT AND SECURE DRIVEWAY FOR THEM
TO MAKE ENTRANCE,WILL NEED TO CALL THEM

DP7    61952 on 21:52 Mon Jul 28 2025

C103 PAGED AND NOTIFIED PER HAZARD FOR LOC

DP6    63963 on 21:58 Mon Jul 28 2025
```

   CALL #: RP25-84579 Status: CLEARED Priority: 2

NO TROS AVAIL

SV4     48056 on 21:58 Mon Jul 28 2025

CALLBACK ACKNOWLEDGED

DP6     63963 on 22:01 Mon Jul 28 2025

PER CONSULT W C103

SV4     48056 on 22:02 Mon Jul 28 2025

THEY'VE MADE CONTACT W/MEDIC


                         Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                         Premises Information

               Plan#:
    Number of floors:
Number of apartments:
                 Age:


                         Dispatch Information
Unit                          Date           Hour         Call Taker

T4         (Truck) Current station: 4
                       Dispatched: Jul-28-2025 21:50:41     HUNTER, STEFANIE
                          Enroute: Jul-28-2025 21:51:58
                        Returning: Jul-28-2025 22:01:23
                          Remarks: SUBJ WAS DETAINED BY OFFCRS 5 AGO,
                                   COMPLAINING OF

```
Page 3                         BOEC                     Oct-02-2025 10:40:18
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

     CALL #: RP25-84579 Status: CLEARED Priority: 2

M1341     (AMR Hybrid Ambulance) Current station: POST 715
                          Dispatched: Jul-28-2025 21:50:41    HUNTER, STEFANIE
                            Enroute: Jul-28-2025 21:50:52
                           At Scene: Jul-28-2025 21:57:57
                          Returning: Jul-28-2025 22:30:30
                            Remarks: SUBJ WAS DETAINED BY OFFCRS 5 AGO,
                                     COMPLAINING OF

CB--CALL BACK             Dispatched: Jul-28-2025 21:58:20    PADEN, LIBERTY
     Remark:
     Cancel remark:
                            Remarks: ALLSV,PLS CB TO ADVISE MED ARRIVING

Text:

 4310 S MACADAM AVE PORT
 C102
 Under normal conditions, BOEC will dispatch only medical calls per CAD. All
 fire calls for service will be routed to C103 for further triage.
 If facility is placed within an exclusion zone by an Incident Command Post
 (ICP), all fire & medical calls *regardless of type* must be routed through
 the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
 BOEC.


 (info last updated 7/17/25 by P4352)
 Updated on: Jul-24-2025

 ----------2025-07-28 21:49:40----------
 AGE UNKNOWN, FEMALE, CONSCIOUS, BREATHING.
 PROBLEM: SUBJ WAS DETAINED BY OFFCRS 5 AGO, COMPLAINING OF AN UNK INJ, WONT
 GIVE MORE INFO

 ----------2025-07-28 21:49:54----------
 DISPATCH CODE: 30B01
 CAD RESPONSE: PRIORITY 2
 DISPATCH LEVEL: 30B01
 CAD CODE: 30B1
 UNK IF SERIOUS BLEEDING.
 UNK RESPONDING NLLY.
 UNK EXTENT OF INJ.

 ----------2025-07-28 21:49:58----------

 PROQA LOG

 ----------2025-07-28 21:57:03----------
 FIRE:PROQA SESSION ABORTED: 9. TEST CASE

 ----------2025-07-28 21:57:04----------
 PROBLEM: SUBJ WAS DETAINED BY OFFCRS 5 AGO, COMPLAINING OF AN UNK INJ, WONT
 GIVE MORE INFO
```

   CALL #: RP25-84579 Status: CLEARED Priority: 2


For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.


 Type(s)/Capabilities: E / T / S / R
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ----------------
 T4 IQ      3m 28s  7642606  679480 (Stn Coord)
 E23 IQ     3m 42s  7650259  676246 (Stn Coord)
 E1 IQ      4m 49s  7645824  683788 (Stn Coord)
 T1 IQ      4m 49s  7645824  683788 (Stn Coord)
 S1 IQ      4m 49s  7645824  683788 (Stn Coord)
 E5 IQ      5m 04s  7639525  668826 (Stn Coord)
 E21 IQ     5m 33s  7646342  680686 (Stn Coord)

E15 IQ     6m 35s  7638480  679333 (Stn Coord)
 E18 IQ     6m 54s  7635794  662264 (Stn Coord)
 E20 IQ     7m 28s  7652668  666309 (Stn Coord)

 Type(s)/Capabilities: M / B / LZ
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ----------------
 B413 AV    3m 42s  7641751  679741 21:50:28
 M1341 AV   5m 33s  7638328  663466 21:50:26
 M344 AV    6m 54s  7647574  684053 (Stn Coord)
 M1338 AV   6m 54s  7647574  684053 (Stn Coord)
 M1345 AV   7m 20s  7658401  674493 21:50:24
 B412 AV    11m 59s 7646112  690239 21:50:26
 B405 AV    12m 07s 7645397  691457 21:50:25
 M331 AV    14m 39s 7672964  680073 21:50:29

B408 AV    14m 43s 7667885  682970 21:50:26
 M340 AV    15m 08s 7656658  698251 21:50:25
 Recommended Units
 -----------------
 App       Method     Status Station  Station Precedence Jur GPS
 --------  ---------  ------ -------- ------------------ --- ----
 T4        AVRR       IQ     4        1-1                RP  O
 M1341     AVRR       AV     715      3-2                MD  O

 Balanced Units
 ----------------
 There were no balanced units

 Requirements
 ----------------

1 Unit Type E [OR] Unit Type T [OR] Unit Type S [OR] Unit Type R
 [IF] 1 Unit Type M

```
Page 5                                BOEC                        Oct-02-2025 10:40:18
PARKER, RYAN H            JURISDICTION - PORTLAND FIRE

   CALL #: RP25-84579 Status: CLEARED Priority: 2

  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-84579)        Recommendation Flags
  -----------------------------    -----------------------------
  Call Type          : 30B1        Used Distance             : None
  Call Status        : Q           Used AVRR                 : True (X)
  Alarm Level        : 1           Used Station Order        : None
  Can Alarm Balance: True (X)      AVRR Successful           : True (X)
  Fire Response No : 0466 (X)      Send Pager                : True (X)
  EMS Response No  : 5594C         Additional Request        : None
  Fire Grid          : 5594C       Query                     : None
  EMS Grid           : 626-F3      Related Units             : True (X)
  Modifier           : ND          Completed by Bal. Units : None


  Unit Details
  ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 295
  No. Relevant Units    : 137


  Apparatus Penalties
  -------------------
  App        Status Time     X        Y       Penalty   Total Time    Reason
  ---------  ------ -------  -------  ------- --------  ------------  ------
  LO214      IQ     8m 53s   7645813  646968  2m 30s    11m 23s       STATION
  CC302      IQ     9m 19s   7655650  656101  2m 30s    11m 49s       STATION
  LO212      IQ     11m 57s  7641755  641960  2m 30s    14m 27s       STATION

  CCT304     IQ     12m 42s  7664395  648117  2m 30s    15m 12s       STATION
  CC303      IQ     13m 00s  7654338  644909  2m 30s    15m 30s       STATION
  LO210      IQ     13m 05s  7630768  649265  3m 00s    16m 05s       APPARATUS
  TV65       IQ     13m 48s  7616877  674963  2m 30s    16m 18s       STATION
  TVT51      IQ     14m 00s  7619900  649995  2m 30s    16m 30s       STATION
  TV60       IQ     14m 22s  7621769  687127  2m 30s    16m 52s       STATION
  CC301      IQ     14m 47s  7667705  653681  2m 30s    17m 17s       STATION

4310 S MACADAM AVE PORT
C102
Under normal conditions, BOEC will dispatch only medical calls per CAD. All
fire calls for service will be routed to C103 for further triage.
If facility is placed within an exclusion zone by an Incident Command Post
(ICP), all fire & medical calls *regardless of type* must be routed through
the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
BOEC.


(info last updated 7/17/25 by P4352)
Updated on: Jul-24-2025
```

```
Page 6                             BOEC                      Oct-02-2025 10:40:18
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-84579 Status: CLEARED Priority: 2




M1341                                        Call was CLEARED
M1341    715           22:30:30 07/28/2025   AV:M1341
M1341    715           22:30:30 07/28/2025    :M1341 CLEARED CALL RP84579
FOUNDED:A CLEARED BY:Z FINAL:30B1 STUDY FLAG: REM:
T4                                           Cleared by:CHANGED TO:Z
T4       4             22:01:23 07/28/2025    :T4 UPDATED CALL RP84579
FOUNDED:A CLEARED BY:Z FINAL:30B1 STUDY FLAG: REM:
T4       4             22:01:23 07/28/2025   AV:T4
DP6      63963         21:58:20 07/28/2025   (CB) -CALL BACK ALLSV,PLS CB TO
ADVISE MED ARRIVING
DP6      63963         21:57:57 07/28/2025   OS:M1341 Sent to MDT: M1341,Status
changed to OS by DP6
DP6      63963         21:57:57 07/28/2025   OS:M1341
DP6      63963                               Hazard viewed:39420
DP6      63963                               Hazard viewed:39420
DP7      61952                               Hazard viewed:39420
DP6      63963                               Hazard viewed:39420
DP6      63963                               Hazard viewed:39420
DP7      61952                               Hazard viewed:39420
DP7      61952         21:52:18 07/28/2025   MANUALLY PAGED:C103,T4 AND M1341
JUST TAPPED ON PRI2 MED CALL AT ICE
T4       4             21:51:58 07/28/2025   ER:T4
DP5      62548                               Hazard viewed:39420
DP6      63963                               Hazard viewed:39420
M1341    715           21:50:52 07/28/2025   ER:M1341
DP7      61952                               Radio Channel
DP7      61952         21:50:42 07/28/2025   DP:T4 AUTO PAGED (PF&R PAGERS -
TRUCK 04)
DP7      61952         21:50:42 07/28/2025   Station alert sent to 4(T4)
DP7      61952         21:50:41 07/28/2025   DP:M1341 4310 S MACADAM AVE
DP7      61952         21:50:41 07/28/2025   DP:T4 4310 S MACADAM AVE
DP7      61952                               ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-ND (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
4-T4(T) (AVL) 715-M1341(M) (AVL)
DP7      61952                               Call re-directed:O1
DP5      62548                               Priority:8 TO:2
DP5      62548                               Call type:M TO:30B1
DP5      62548                               Final Call type:M TO:30B1
DP5      62548         21:49:54 07/28/2025   MEDICAL PROQA Dispatch Level is
PRIORITY 2
DP5      62548                               Hazard viewed:39420
DP7      61952                               Hazard viewed:39420
                         END OF CALL HARDCOPY
```