# EXHIBIT 14

```
Page 1                              BOEC                        Oct-01-2025 15:57:21
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

     CALL #: RP25-87475 Status: CLEARED Priority: 4

         TYPE: 30A2    - INJURY - NOT DANGEROUS
     ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
 Alarm level: 1
     Channel: OPS1
 Temperature:                Officer in charge:

 Received by: TYPED              Call Taker: 63954 AZALGARA MURGUIA, SO

        TIMES:          Received: Mon, Aug-04-2025 21:18:25
                          Queued: Mon, Aug-04-2025 21:18:44 Queue:R
                  First Dispatch: Mon, Aug-04-2025 21:21:25
                         Cleared: Mon, Aug-04-2025 21:22:11

       Address: 4310 S MACADAM AVE
  Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
  EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

ICE REQ'ING EMS FOR DETAINED SUBJ, NO INFO ON PT


CALLER:    Surname: FEDERAL POLICE DP                         G1:
           Address:
               Home: ()     Business:  ()

 Cleared by: No Clearance Code Gi


Additional Remarks:
DP7      61945 on 21:20 Mon Aug 04 2025

PI DIR HAZ ATTCH'D,NORMAL CONDITIONS

CT8      63954 on 21:21 Mon Aug 04 2025

ACTUALLY PT IS DENYING EMS NOW REQ TO CANCEL

CT8      63954 on 21:22 Mon Aug 04 2025

GOT INFO DURING PROQA RETRIAGED A FEW TIMES. INJURIES TO ARMS WAS
FIGHTING WITH ICE. LIGHT BLEEDING,THEN REQ NO MED



                              Hazard Information

    Category: DISPATCH OPERATIONS ALERT
```

```
Page 2                              BOEC                   Oct-01-2025 15:57:21
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-87475 Status: CLEARED Priority: 4

 Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
           CAD. All fire calls for service will be routed to C103 for further
           triage.
           If facility is placed within an exclusion zone by an Incident
           Command Post (ICP), all fire & medical calls *regardless of type*
           must be routed through the IC or Fire Operations Chief on OPS9
           prior to any dispatch of PF&R by BOEC.


           (info last updated 7/17/25 by P4352)



                            Premises Information

              Plan#:
   Number of floors:
Number of apartments:
                Age:


                             Dispatch Information
Unit                            Date          Hour         Call Taker

M1337     (AMR Hybrid Ambulance) Current station: POST 715
                    Dispatched: Aug-04-2025 21:21:25        BLANCHARD, SAVANN
                     Returning: Aug-04-2025 21:22:08
                       Remarks: 4310 S MACADAM AVE

Text:

 4310 S MACADAM AVE PORT
 C102
 Under normal conditions, BOEC will dispatch only medical calls per CAD. All
 fire calls for service will be routed to C103 for further triage.
 If facility is placed within an exclusion zone by an Incident Command Post
 (ICP), all fire & medical calls *regardless of type* must be routed through
 the IC or Fire Operations Chief on OPS9 prior to any dispatch of PF&R by
 BOEC.


 (info last updated 7/17/25 by P4352)
 Updated on: Jul-24-2025

 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.



  Type(s)/Capabilities: M / B / LZ
  App       Status Time    X        Y       AVL Time
 --------  ------ -------  -------  -------  ---------------
```

```
Page 3                              BOEC                       Oct-01-2025 15:57:21
PARKER, RYAN H             JURISDICTION - PORTLAND FIRE

   CALL #: RP25-87475 Status: CLEARED Priority: 4

  M1337 AV       5m 35s   7638399   663400  21:21:22
  M1355 AV       6m 41s   7648031   683894  21:21:21
  M1341 AV      10m 16s   7638299   690081  21:21:21
  M326  AV      10m 28s   7668326   669176  21:21:20
  M1335 AV      11m 14s   7670151   673099  21:21:20
  M1329 AV      11m 30s   7660066   685185  21:21:23
  M336  AV      15m 06s   7656655   698386  21:21:20

 M1356 AV       15m 12s   7644004   703422  21:21:20
  B408  AV      15m 44s   7671572   684287  21:21:20
  M334  AV      18m 50s   7686495   676018  21:21:23
  Recommended Units
  -----------------
  App       Method      Status  Station   Station Precedence  Jur GPS
  --------  ----------  ------  --------  ------------------  --- ----
  M1337     AVRR        AV      715       3-5                 MD  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

 [IF] 1 Unit Type M
   [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-87475)         Recommendation Flags
  --------------------------        --------------------
  Call Type          : 30A2         Used Distance              : None
  Call Status        : Q            Used AVRR                  : True (X)
  Alarm Level        : 1            Used Station Order         : None
  Can Alarm Balance: True (X)       AVRR Successful            : True (X)
  Fire Response No : 0466 (X)       Send Pager                 : True (X)
  EMS Response No  : 5594C          Additional Request         : None
  Fire Grid          : 5594C        Query                      : None
  EMS Grid           : 626-F3       Related Units              : True (X)
  Modifier           : AO           Completed by Bal. Units    : None

 Unit Details
 ------------------------------
 No. Already Dispatched: 0
 No. Dispatchable Units: 296
 No. Relevant Units    : 69


  Apparatus Penalties
  -------------------
  App      Status Time    X         Y        Penalty  Total Time   Reason
  -------  ------ ------- -------   -------  -------- -----------  ------
  LZ1      IQ     6m 46s  7647549   684016   164m 59s 171m 45s     APPARATUS
  LZ2      IQ     6m 46s  7647549   684016   164m 59s 171m 45s     APPARATUS
```

```
Page 4                              BOEC                    Oct-01-2025 15:57:21
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

   CALL #: RP25-87475 Status: CLEARED Priority: 4

  LZ3       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ4       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS

  LZ5       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ6       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ7       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ8       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ9       IQ      6m 46s   7647549   684016 164m 59s 171m 45s      APPARATUS
  LZ10      IQ      6m 46s   7647549   684016 166m 39s 173m 25s      APPARATUS

   ----------2025-08-04 21:19:32----------
   AGE UNKNOWN, FEMALE, CONSCIOUS, BREATHING.
   PROBLEM: ICE REQ'ING EMS FOR DETAINED SUBJ, NO INFO ON PT

   ----------2025-08-04 21:20:43----------
   32-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.

   ----------2025-08-04 21:21:20----------
   DISPATCH CODE: 30A02
   CAD RESPONSE: PRIORITY 4
   DISPATCH LEVEL: 30A02
   CAD CODE: 30A2
   SOME BLEEDING, NOT SERIOUS.
   RESPONDING NLLY.
   NOT DANGEROUS AREA INJ.

   NOT DANG BODY AREA: UPPER ARM.
   UNK IF OBV DEFORMITY.

   ----------2025-08-04 21:21:36----------
   PROQA LOG




CT5      52504                               Hazard viewed
DP6      53048                               Call was CLEARED
DP6      53048                               Cleared by:CHANGED TO:Z
DP6      53048          21:22:08 08/04/2025  AV:M1337
DP7      61945          21:21:25 08/04/2025  DP:M1337 4310 S MACADAM AVE
DP7      61945                               Radio Channel
DP7      61945                               ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M1337(M) (AVL)
DP7      61945                               Call re-directed:O1
CT8      63954                               Priority:8 TO:4
CT8      63954          21:21:20 08/04/2025  MEDICAL PROQA Dispatch Level is
PRIORITY 4
CT8      63954                               Final Call type:M TO:30A2
CT8      63954                               Call type:M TO:30A2
```

```
Page 5                           BOEC                    Oct-01-2025 15:57:21
PARKER, RYAN H        JURISDICTION - PORTLAND FIRE

   CALL #: RP25-87475 Status: CLEARED Priority: 4

DP7    61945                                  Hazard viewed:39420
DP6    53048                                  Hazard viewed:39420

                        END OF CALL HARDCOPY
```