# EXHIBIT 15

```
Page 1                             BOEC                    Oct-01-2025 16:00:56
PARKER, RYAN H            JURISDICTION - PORTLAND FIRE

      CALL #: RP25-89714 Status: CLEARED Priority: 2

          TYPE: 6D2A    - BREATHING PROB - ASTHMA - DIFF SPEAKING
      ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level:
    Channel: OPS1
Temperature:                Officer in charge:

Received by: TYPED               Call Taker: 64255 BURLAKA, ANNA (ANYA)

         TIMES:         Received: Sun, Aug-10-2025 00:52:50
                          Queued: Sun, Aug-10-2025 00:53:29 Queue:R
                  First Dispatch: Sun, Aug-10-2025 00:54:11
                  First  Enroute: Sun, Aug-10-2025 00:54:18
                         Cleared: Sun, Aug-10-2025 00:56:18

       Address: 4310 S MACADAM AVE
  Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
  EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

INSIDE THE BLDG - ICE REQ AN AMB FOR A FEM THAT IS COMPL OF ASTHMA AND
LABORED BREATHING


CALLER:    Surname: NOT ENTERED                                G1:
           Address: FEDERAL PROTECTIVE DISPATCH
              Home:  ()   Business:  ()

 Cleared by: No Clearance Code Gi


Additional Remarks:
DP6     64835 on 00:55 Sun Aug 10 2025

BALANCE ACKNOWLEDGED

CT7     64255 on 00:55 Sun Aug 10 2025

FEM IS REFUSING EMS RESPONSE,COMP REQ CANCEL



                            Hazard Information

  Category: DISPATCH OPERATIONS ALERT
  Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
            CAD. All fire calls for service will be routed to C103 for further
            triage.
```

```
Page 2                           BOEC                    Oct-01-2025 16:00:56
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

     CALL #: RP25-89714 Status: CLEARED Priority: 2

               If facility is placed within an exclusion zone by an Incident
               Command Post (ICP), all fire & medical calls *regardless of type*
               must be routed through the IC or Fire Operations Chief on OPS9
               prior to any dispatch of PF&R by BOEC.


               (info last updated 7/17/25 by P4352)



                          Premises Information

                   Plan#:
        Number of floors:
    Number of apartments:
                     Age:



                          Dispatch Information
 Unit                           Date         Hour        Call Taker

 T4         (Truck) Current station: 4
                        Dispatched: Aug-10-2025 00:54:11    ROECKEL, RUSSELL
                         Inservice: Aug-10-2025 00:55:50

 M1353      (AMR Hybrid Ambulance) Current station: POST 715
                        Dispatched: Aug-10-2025 00:54:11    ROECKEL, RUSSELL
                           Enroute: Aug-10-2025 00:54:18
                         Returning: Aug-10-2025 00:56:14
                           Remarks: 4310 S MACADAM AVE

 Text:

  For each type or capability, the 10 closest available apparatus at the time
  of the AVL recommendation are listed below.



  Type(s)/Capabilities: SA / TA / EA / A / T / S / E / R
  App       Status Time     X        Y       AVL Time
  --------  ------ -------  -------  ------- ---------------
   T4 IQ      3m 28s  7642606  679480 (Stn Coord)
   E4 IQ      3m 28s  7642606  679480 (Stn Coord)
   E4 IQ      3m 28s  7642606  679480 (Stn Coord)
   T4 IQ      3m 28s  7642606  679480 (Stn Coord)
   T4 IQ      3m 28s  7642606  679480 (Stn Coord)
   E4 IQ      3m 28s  7642606  679480 (Stn Coord)
   E23 IQ     3m 42s  7650259  676246 (Stn Coord)

  E23 IQ     3m 42s  7650259  676246 (Stn Coord)
   E23 IQ     3m 42s  7650259  676246 (Stn Coord)
   T10 IQ     4m 03s  7642139  662619 (Stn Coord)
```

```
   CALL #: RP25-89714 Status: CLEARED Priority: 2


   Capability: B
   App      Status Time    X       Y       AVL Time
   -------- ------ ------- ------- ------- ----------------
   E4  IQ    3m 28s  7642606  679480 (Stn Coord)
   T4  IQ    3m 28s  7642606  679480 (Stn Coord)
   E23 IQ    3m 42s  7650259  676246 (Stn Coord)
   T10 IQ    4m 03s  7642139  662619 (Stn Coord)
   E1  IQ    4m 49s  7645824  683788 (Stn Coord)
   S1  IQ    4m 49s  7645824  683788 (Stn Coord)
   T1  IQ    4m 49s  7645824  683788 (Stn Coord)
   E5  IQ    5m 04s  7639525  668826 (Stn Coord)

 E21 IQ    5m 33s  7646342  680686 (Stn Coord)
  E15 IQ    6m 35s  7638480  679333 (Stn Coord)

   Capability: M
   App      Status Time    X       Y       AVL Time
   -------- ------ ------- ------- ------- ----------------
   E4  IQ    3m 28s  7642606  679480 (Stn Coord)
   T4  IQ    3m 28s  7642606  679480 (Stn Coord)
   E23 IQ    3m 42s  7650259  676246 (Stn Coord)
   T10 IQ    4m 03s  7642139  662619 (Stn Coord)
   E1  IQ    4m 49s  7645824  683788 (Stn Coord)
   S1  IQ    4m 49s  7645824  683788 (Stn Coord)
   T1  IQ    4m 49s  7645824  683788 (Stn Coord)
   E5  IQ    5m 04s  7639525  668826 (Stn Coord)
   E21 IQ    5m 33s  7646342  680686 (Stn Coord)

 E15 IQ    6m 35s  7638480  679333 (Stn Coord)

   Type(s)/Capabilities: M / B / LZ
   App      Status Time    X       Y       AVL Time
   -------- ------ ------- ------- ------- ----------------
   M1353 AV    4m 60s  7651428  670688 00:54:03
   M1332 AV    5m 10s  7647345  680176 00:54:03
   M1342 AV    8m 08s  7643253  668623 00:54:07
   B409  AV    9m 49s  7638727  689415 00:54:06
   M1346 AV   10m 04s  7645826  692079 00:54:05
   M1347 AV   12m 10s  7671710  673892 00:54:07
   B407  AV   14m 55s  7669902  685024 00:54:05
   M1337 AV   15m 19s  7644003  703749 00:54:07
   B412  AV   16m 03s  7674507  679949 00:54:07
   B414  AV   17m 16s  7675011  688142 00:54:06

 Recommended Units
  -----------------
   App      Method    Status Station  Station Precedence Jur GPS
   -------- --------- ------ -------- ------------------ --- ----
   T4       AVRR      IQ     4        1-2                RP  O
   M1353    AVRR      AV     715      3-6                MD  O
```

```
Page 4                              BOEC                     Oct-01-2025 16:00:56
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

   CALL #: RP25-89714 Status: CLEARED Priority: 2

  Balanced Units
  ----------------
  There were no balanced units

  Requirements
  ----------------

  1 Unit Type SA [OR] Unit Type TA [OR] Unit Type EA [OR] Capability A [OR]
 Unit Type T [OR] Unit Type S [OR] Unit Type E [OR] Unit Type R

 1 Capability B

  1 Capability M
  [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-89714)         Recommendation Flags
  -----------------------------     ------------------------------
  Call Type          : 6D2          Used Distance              : None
  Call Status        : Q            Used AVRR                  : True (X)
  Alarm Level        : 1            Used Station Order         : None
  Can Alarm Balance: True (X)       AVRR Successful            : True (X)
  Fire Response No : 0466 (X)       Send Pager                 : True (X)
  EMS Response No  : 5594C          Additional Request         : None
  Fire Grid          : 5594C        Query                      : None
  EMS Grid           : 626-F3       Related Units              : True (X)

  Modifier           : BR           Completed by Bal. Units : None

  Unit Details
  ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 292
  No. Relevant Units    : 148


  Apparatus Penalties
  -------------------
  App       Status Time     X        Y       Penalty  Total Time    Reason
  --------  ------ -------  -------  ------- -------- ------------  ------
  LO214     IQ     8m 53s   7645813  646968  2m 30s   11m 23s       STATION
  CC302     IQ     9m 19s   7655650  656101  2m 30s   11m 49s       STATION

 LO212      IQ     11m 57s 7641755   641960  2m 30s   14m 27s       STATION
  CCT304    IQ     12m 42s 7664395   648117  2m 30s   15m 12s       STATION
  CC303     IQ     13m 00s 7654338   644909  2m 30s   15m 30s       STATION
  LO210     IQ     13m 05s 7630768   649265  3m 00s   16m 05s       APPARATUS
  TV65      IQ     13m 48s 7616877   674963  2m 30s   16m 18s       STATION
  TVT51     IQ     14m 00s 7619900   649995  2m 30s   16m 30s       STATION
  TV60      IQ     14m 22s 7621769   687127  2m 30s   16m 52s       STATION
  CC301     IQ     14m 47s 7667705   653681  2m 30s   17m 17s       STATION
```

```
Page 5                              BOEC                       Oct-01-2025 16:00:56
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

    CALL #: RP25-89714 Status: CLEARED Priority: 2

For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.


  Recommended Units
  -----------------
  App       Method     Status Station  Station Precedence Jur GPS
  --------  ---------  ------ -------- ------------------ --- ----There were no
recommended units

  Balanced Units
  --------------
  App       Method     Station  Jur
  --------  ---------  -------- ---
  T4        St. Order  4        RP

 M1353      St. Order  715      MD

  Requirements
  ------------

  1 Unit Type SA [OR] Unit Type TA [OR] Unit Type EA [OR] Capability A [OR]
 Unit Type T [OR] Unit Type S [OR] Unit Type E [OR] Unit Type R

  1 Capability B

  1 Capability M
  [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-89714)        Recommendation Flags
  -----------------------------    -----------------------------
  Call Type         : 6D2A         Used Distance              : None
  Call Status       : A            Used AVRR                  : None

 Alarm Level        : 1            Used Station Order         : None
  Can Alarm Balance : True (X)     AVRR Successful            : None
  Fire Response No  : 0466 (X)     Send Pager                 : True (X)
  EMS Response No   : 5594C        Additional Request         : None
  Fire Grid         : 5594C        Query                      : None
  EMS Grid          : 626-F3       Related Units              : True (X)
  Modifier          : BR           Completed by Bal. Units    : True (X)

  Unit Details
  ----------------------------
  No. Already Dispatched: 2
  No. Dispatchable Units: 290
  No. Relevant Units    : 146


    ----------2025-08-10 00:53:51----------
 44-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.
```

```
Page 6                              BOEC                      Oct-01-2025 16:00:56
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

    CALL #: RP25-89714 Status: CLEARED Priority: 2

 PROBLEM: INSIDE THE BLDG - ICE REQ AN AMB FOR A FEM THAT IS COMPL OF ASTHMA
 AND LABORED BREATHING

   ----------2025-08-10 00:54:04----------
 DISPATCH CODE: 06D02
 CAD RESPONSE: PRIORITY 2
 DISPATCH LEVEL: 06D02
 CAD CODE: 6D2
 RESPONDING NLLY.
 DIFF SPEAKING BTWN BREATHS.

   ----------2025-08-10 00:54:22----------
 RECONFIGURE CODE: 06D02A

 CAD RESPONSE: PRIORITY 2
 CAD CODE: 6D2A
 NOT CHANGING COLOR.
 UNK IF CLAMMY.
 HAS ASTHMA.

   ----------2025-08-10 00:54:33----------
 UNK IF HAS PRESCRIBED INHALER OR NEBULIZER.

   ----------2025-08-10 00:55:15----------
 PROQA LOG




DP6    64835                                   Call was CLEARED
DP6    64835                                   Cleared by:CHANGED TO:Z
DP6    64835          00:56:14 08/10/2025      AV:M1353
DP7    63966          00:55:50 08/10/2025      IQ:T4
DP6    64835                                   ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-BR (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
DP4    61948                                   Hazard viewed:39420
CT7    64255          00:54:22 08/10/2025      MEDICAL PROQA Dispatch Level is
PRIORITY 2
CT7    64255                                   Call type:6D2 TO:6D2A
CT7    64255                                   Final Call type:6D2 TO:6D2A
M1353  715            00:54:18 08/10/2025      ER:M1353
DP7    63966                                   Hazard viewed:39420
DP6    64835                                   History viewed:PP25-215591 FROM
RP25-89714
DP7    63966          00:54:12 08/10/2025      DP:T4 AUTO PAGED (PF&R PAGERS -
TRUCK 04)
DP7    63966          00:54:11 08/10/2025      DP:M1353 4310 S MACADAM AVE
DP7    63966          00:54:11 08/10/2025      DP:T4 4310 S MACADAM AVE
DP7    63966                                   Radio Channel
DP7    63966          00:54:11 08/10/2025      Station alert sent to 4(T4)
```

```
Page 7                            BOEC                    Oct-01-2025 16:00:56
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-89714 Status: CLEARED Priority: 2

DP7      63966                              ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-BR (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
4-T4(TA,B,M) (AVL) 715-M1353(M) (AVL)
DP7      63966                              Call re-directed:O1
CT7      64255         00:54:05 08/10/2025  MEDICAL PROQA Dispatch Level is
PRIORITY 2
CT7      64255                              Priority:8 TO:2
CT7      64255                              Final Call type:M TO:6D2
CT7      64255                              Call type:M TO:6D2
DP6      64835                              Hazard viewed:39420

                    END OF CALL HARDCOPY
```