# EXHIBIT 16

```
Page 1                          BOEC                    Oct-01-2025 16:02:53
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

      CALL #: RP25-92679 Status: CLEARED Priority: 2

          TYPE: HMII   - HMII - HAZMAT LEVEL 2
      ORIGINAL: M      - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
 Alarm level: 1
    Channel: OPS1
Temperature:                   Officer in charge:

Received by: TYPED              Call Taker: 65572 BRITTAIN, THERESA

         TIMES:       Received: Sat, Aug-16-2025 23:06:11
                        Queued: Sat, Aug-16-2025 23:07:06 Queue:R
                First Dispatch: Sat, Aug-16-2025 23:09:58
                First  Enroute: Sat, Aug-16-2025 23:10:06
                First At Scene: Sat, Aug-16-2025 23:18:59
                       Cleared: Sun, Aug-17-2025 00:20:28

       Address: 4310 S MACADAM AVE
  Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
  EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

HAS 1 MALE IN CUSTODY WHO WAS HIT WITH PEPPER SPRAY, ASKING FOR MED


CALLER:    Surname: FEDERAL DETN DISPTACH                      G1:
           Address:
               Home: C (877) 437-7411   Business:  ()

 Cleared by: EMS


Additional Remarks:
DP7    63954 on 23:08 Sat Aug 16 2025

PI AL,HAZ FOR NORMAL MED RESPONSE

CT7    65572 on 23:10 Sat Aug 16 2025

OFFICERS WILL CLEAR THE DRIVEWAY FOR AMR

CT7    65572 on 23:11 Sat Aug 16 2025

PI DISPACH HAZ

DP6    64835 on 23:22 Sat Aug 16 2025

PI ALRM,HAZ FOR ICE
```

```
Page 2                          BOEC                       Oct-01-2025 16:02:53
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-92679 Status: CLEARED Priority: 2



                             Hazard Information

  Category: DISPATCH OPERATIONS ALERT
  Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
            CAD. All fire calls for service will be routed to C103 for further
            triage.
            If facility is placed within an exclusion zone by an Incident
            Command Post (ICP), all fire & medical calls *regardless of type*
            must be routed through the IC or Fire Operations Chief on OPS9
            prior to any dispatch of PF&R by BOEC.


            (info last updated 7/17/25 by P4352)



                            Premises Information

                Plan#:
     Number of floors:
 Number of apartments:
                  Age:



                            Dispatch Information
Unit                           Date           Hour         Call Taker

E1         (Engine) Current station: 1
                      Dispatched: Aug-16-2025 23:09:58    AZALGARA MURGUIA,
                         Enroute: Aug-16-2025 23:11:02
                       Returning: Aug-16-2025 23:14:12
                         Remarks: HAS 1 MALE IN CUSTODY WHO WAS HIT WITH
                                  PEPPER SPRA

M1331      (AMR Hybrid Ambulance) Current station: POST 715
                      Dispatched: Aug-16-2025 23:10:03    AZALGARA MURGUIA,
                         Enroute: Aug-16-2025 23:10:06
                        At Scene: Aug-16-2025 23:18:59
                       Returning: Aug-17-2025 00:20:28
                       Transport: Aug-16-2025 23:43:36
              Transport Complete: Aug-16-2025 23:54:31
                         Remarks: 4310 S MACADAM AVE

E4         (Engine) Current station: 4
                      Dispatched: Aug-16-2025 23:13:58    LAMBERT, ROSEMARY
                         Enroute: Aug-16-2025 23:13:58
                       Returning: Aug-16-2025 23:22:53
                         Remarks: HAS 1 MALE IN CUSTODY WHO WAS HIT WITH
                                  PEPPER SPRA
```

```
Page 3                          BOEC                   Oct-01-2025 16:02:53
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

    CALL #: RP25-92679 Status: CLEARED Priority: 2

Text:

 For each type or capability, the 10 closest available apparatus at the time
 of the AVL recommendation are listed below.



  Apparatus Type: HM
  App      Status Time    X       Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
   HM7 IQ    16m 40s 7679948  679587 (Stn Coord)
   HM3 IQ    24m 58s 7698444  686944 (Stn Coord)

  Apparatus Type: E
  App      Status Time    X       Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
   E1 IQ     4m 49s  7645824  683788 (Stn Coord)

 E5 IQ     5m 04s  7639525  668826 (Stn Coord)
   E21 IQ    5m 33s  7646342  680686 (Stn Coord)
   E15 IQ    6m 35s  7638480  679333 (Stn Coord)
   E18 IQ    6m 54s  7635794  662264 (Stn Coord)
   E3 IQ     7m 28s  7641258  686484 (Stn Coord)
   E25 IQ    7m 59s  7661474  672311 (Stn Coord)
   E9 IQ     8m 27s  7658001  679242 (Stn Coord)
   E13 IQ    9m 09s  7649728  688198 (Stn Coord)
   E6 IQ    10m 39s  7637041  693954 (Stn Coord)

  Type(s)/Capabilities: S / T
  App      Status Time    X       Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
   T10 IQ    4m 03s  7642139  662619 (Stn Coord)
   S1 IQ     4m 49s  7645824  683788 (Stn Coord)

 T1 AV     4m 55s  7645724  683909 23:09:23
   T3 IQ     7m 28s  7641258  686484 (Stn Coord)
   T25 IQ    7m 59s  7661474  672311 (Stn Coord)
   T8 IQ    15m 02s 7643799  703250 (Stn Coord)
   CCT304 IQ    15m 12s 7664395  648117 (Stn Coord)
   TVT51 IQ     16m 30s 7619900  649995 (Stn Coord)
   T7 IQ    16m 40s 7679948  679587 (Stn Coord)
   S12 IQ    17m 28s 7670907  695185 (Stn Coord)

  Capability: B
  App      Status Time    X       Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
   T10 IQ    4m 03s  7642139  662619 (Stn Coord)
   E1 IQ     4m 49s  7645824  683788 (Stn Coord)
   S1 IQ     4m 49s  7645824  683788 (Stn Coord)

 T1 AV     4m 55s  7645724  683909 23:09:23
   E5 IQ     5m 04s  7639525  668826 (Stn Coord)
```

```
   CALL #: RP25-92679 Status: CLEARED Priority: 2

 E21 IQ     5m 33s  7646342   680686 (Stn Coord)
 E15 IQ     6m 35s  7638480   679333 (Stn Coord)
 E18 IQ     6m 54s  7635794   662264 (Stn Coord)
 E3  IQ     7m 28s  7641258   686484 (Stn Coord)
 T3  IQ     7m 28s  7641258   686484 (Stn Coord)

 Capability: P
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ---------------
 T10 IQ     4m 03s  7642139   662619 (Stn Coord)
 E1  IQ     4m 49s  7645824   683788 (Stn Coord)
 E5  IQ     5m 04s  7639525   668826 (Stn Coord)
 E21 IQ     5m 33s  7646342   680686 (Stn Coord)

 E15 IQ     6m 35s  7638480   679333 (Stn Coord)
 E18 IQ     6m 54s  7635794   662264 (Stn Coord)
 E3  IQ     7m 28s  7641258   686484 (Stn Coord)
 E25 IQ     7m 59s  7661474   672311 (Stn Coord)
 E9  IQ     8m 27s  7658001   679242 (Stn Coord)
 E13 IQ     9m 09s  7649728   688198 (Stn Coord)

 Capability: L
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ---------------
 T10 IQ     4m 03s  7642139   662619 (Stn Coord)
 T1  AV     4m 55s  7645724   683909 23:09:23
 T3  IQ     7m 28s  7641258   686484 (Stn Coord)
 T25 IQ     7m 59s  7661474   672311 (Stn Coord)
 T8  IQ    15m 02s  7643799   703250 (Stn Coord)

 T7  IQ    16m 40s  7679948   679587 (Stn Coord)
 T2  IQ    21m 36s  7680205   696107 (Stn Coord)

 Capability: X
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ---------------
 E7  IQ    16m 40s  7679948   679587 (Stn Coord)
 HM7 IQ    16m 40s  7679948   679587 (Stn Coord)
 RC7 IQ    16m 40s  7679948   679587 (Stn Coord)
 T7  IQ    16m 40s  7679948   679587 (Stn Coord)

 Apparatus Type: BC
 App       Status Time    X        Y       AVL Time
 --------  ------ ------- -------- ------- ---------------
 C1  IQ     7m 28s  7641258   686484 (Stn Coord)

 C4  IQ     8m 27s  7658001   679242 (Stn Coord)
 C2  IQ    11m 45s  7643387   696324 (Stn Coord)
 C3  IQ    16m 40s  7679948   679587 (Stn Coord)
 C7  IQ    25m 43s  7705827   676659 (Stn Coord)

 Capability: C
```

```
  CALL #: RP25-92679 Status: CLEARED Priority: 2

 App        Status Time    X       Y       AVL Time
 --------   ------ ------- ------- ------- ---------------
 C1  IQ     7m 28s  7641258  686484 (Stn Coord)
 C4  IQ     8m 27s  7658001  679242 (Stn Coord)
 C2  IQ     11m 45s 7643387  696324 (Stn Coord)
 C3  IQ     16m 40s 7679948  679587 (Stn Coord)

 Apparatus Type: HC
 App        Status Time    X       Y       AVL Time

 --------   ------ ------- ------- ------- ---------------
  HM133 IQ     16m 40s 7679948  679587 (Stn Coord)

 Apparatus Type: CHE
 App        Status Time    X       Y       AVL Time
 --------   ------ ------- ------- ------- ---------------
  C210 IQ      4m 50s  7645786  683899 (Stn Coord)

 Type(s)/Capabilities: M / B / LZ
 App        Status Time    X       Y       AVL Time
 --------   ------ ------- ------- ------- ---------------
  B407  AV     3m 42s  7641725  679758 23:09:25
  M1331 AV     6m 46s  7647519  683924 23:09:27
  B409  AV     9m 36s  7646206  690301 23:09:27
  M1343 AV    11m 50s  7660809  684101 23:09:23

 B412  AV    14m 40s 7669180  685175 23:09:27
  M1333 AV    19m 30s 7669640  702830 23:09:29
  B406  AV    26m 51s 7710011  673560 23:09:24
  M1348 AV    29m 54s 7712225  684556 23:09:25
  LZ4   IQ   171m 45  7647549  684016 (Stn Coord)
  LZ5   IQ   171m 45  7647549  684016 (Stn Coord)
 Recommended Units
 -----------------
 App        Method      Status Station  Station Precedence Jur GPS
 --------   ----------  ------ -------- ------------------ --- ----
  HM7       St. Order   IQ     7        1-1                RP
  E1        AVRR        IQ     1        1-1                RP  O
  E5        AVRR        IQ     5        1-1                RP  O
  T10       AVRR        IQ     10       1-1                RP  O
  E7        AVRR        IQ     7        1-1                RP  O

 C1         AVRR        IQ     3        1-1                RP  O
  C4        AVRR        IQ     9        1-1                RP  O
  HM133     St. Order   IQ     7        1-1                RP
  C210      AVRR        IQ     HQ       3-1                RP  O
  M1331     AVRR        AV     715      3-1                MD  O

 Balanced Units
 -----------------
 There were no balanced units
```

```
Page 6                              BOEC                      Oct-01-2025 16:02:53
PARKER, RYAN H            JURISDICTION - PORTLAND FIRE

   CALL #: RP25-92679 Status: CLEARED Priority: 2

 Requirements
 ----------------

  1 Unit Type HM

  2 Unit Type E

  1 Unit Type S [OR] Unit Type T

 1 Capability B

  1 Capability P

  1 Capability L

  2 Capability X

  2 Unit Type BC

  2 Capability C

  1 Unit Type HC

  1 Unit Type CHE
  [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-92679)          Recommendation Flags
  -----------------------------      -----------------------------
  Call Type         : HMII           Used Distance            : None
  Call Status       : Q              Used AVRR                : True (X)

 Alarm Level        : 1              Used Station Order       : None
  Can Alarm Balance: True (X)        AVRR Successful          : True (X)
  Fire Response No : 0466 (X)        Send Pager               : True (X)
  EMS Response No  : 5594C           Additional Request       : None
  Fire Grid        : 5594C           Query                    : None
  EMS Grid         : 626-F3          Related Units            : True (X)
  Modifier         : H2              Completed by Bal. Units  : None

  Unit Details
  ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 269
  No. Relevant Units    : 143


 Apparatus Penalties
 -------------------
  App      Status Time    X        Y       Penalty  Total Time   Reason
  -------- ------ ------- -------- ------- -------- ------------ ------
  LO214    IQ     8m 53s  7645813  646968  2m 30s   11m 23s      STATION
```

```
   CALL #: RP25-92679 Status: CLEARED Priority: 2

  CC302     IQ      9m 19s  7655650  656101  2m 30s    11m 49s      STATION
  LO212     IQ     11m 57s  7641755  641960  2m 30s    14m 27s      STATION
  CCT304    IQ     12m 42s  7664395  648117  2m 30s    15m 12s      STATION
  CC303     IQ     13m 00s  7654338  644909  2m 30s    15m 30s      STATION
  LO210     IQ     13m 05s  7630768  649265  3m 00s    16m 05s      APPARATUS
  TV65      IQ     13m 48s  7616877  674963  2m 30s    16m 18s      STATION
  TVT51     IQ     14m 00s  7619900  649995  2m 30s    16m 30s      STATION
  TV60      IQ     14m 22s  7621769  687127  2m 30s    16m 52s      STATION
  CC301     IQ     14m 47s  7667705  653681  2m 30s    17m 17s      STATION

  ----------2025-08-16 23:07:53----------
  20-YEAR-OLD, MALE, CONSCIOUS, BREATHING.
  PROBLEM: HAS 1 MALE IN CUSTODY WHO WAS HIT WITH PEPPER SPRAY, ASKING FOR MED

  ----------2025-08-16 23:09:18----------
  DISPATCH CODE: 08D06
  CAD RESPONSE: HMII
  DISPATCH LEVEL: 08D06
  CAD CODE: HMII
  HAZMAT/ACID OR ALKALI ASSAULT
  EVERYONE SAFE/OUT OF DANGER.
  NON-THREATENING CHEMS/FUMES.
  WARNING PLACARD NAME: PEPPER SPRAY
  CHEMS/FUMES COMING FROM: OFFICER DEPLOYED
  HAD CONTACT W/CHEMS.

  NOT SUICIDE ATTEMPT.
  UNK RESPONDING NLLY.
  UNK DIFF BREATHING.
  UNK DIFF SPEAKING BTWN BREATHS.

  ----------2025-08-16 23:09:37----------
  PROQA LOG


For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.



  Apparatus Type: E
  App       Status Time     X        Y       AVL Time
  --------  ------ -------  -------  ------- ---------------
  E1  IQ      4m 49s  7645824  683788 (Stn Coord)
  E5  IQ      5m 04s  7639525  668826 (Stn Coord)
  E21 IQ      5m 33s  7646342  680686 (Stn Coord)
  E15 IQ      6m 35s  7638480  679333 (Stn Coord)
  E18 IQ      6m 54s  7635794  662264 (Stn Coord)
  E3  IQ      7m 28s  7641258  686484 (Stn Coord)
  E25 IQ      7m 59s  7661474  672311 (Stn Coord)

 E9  IQ      8m 27s   7658001  679242 (Stn Coord)
```

```
Page 8                              BOEC                       Oct-01-2025 16:02:53
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

   CALL #: RP25-92679 Status: CLEARED Priority: 2

  E13 IQ     9m 09s   7649728   688198 (Stn Coord)
  E6  IQ    10m 39s   7637041   693954 (Stn Coord)
  Recommended Units
  -----------------
  App      Method     Status Station  Station Precedence Jur GPS
  -------- ---------- ------ -------- ------------------ --- ----
  E1       AVRR       IQ     1        1-1                RP  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

 1 Unit Type E

  Call Details (RP25-92679)        Recommendation Flags
  -----------------------------    ------------------------------
  Call Type          : HMII        Used Distance             : None
  Call Status        : Q           Used AVRR                 : True (X)
  Alarm Level        : 1           Used Station Order        : None
  Can Alarm Balance  : None        AVRR Successful           : True (X)
  Fire Response No   : 0466 (X)    Send Pager                : True (X)
  EMS Response No    : 5594C       Additional Request        : True (X)
  Fire Grid          : 5594C       Query                     : None
  EMS Grid           : 626-F3      Related Units             : True (X)
  Modifier           :             Completed by Bal. Units   : None

  Unit Details

  ------------------------------
  No. Already Dispatched:
  No. Dispatchable Units: 269
  No. Relevant Units    : 52


  Apparatus Penalties
  -------------------
  App      Status Time     X        Y      Penalty  Total Time   Reason
  -------- ------ -------- -------- ------ -------- ------------ ------
  LO214    IQ      8m 53s  7645813  646968 2m 30s   11m 23s      STATION
  CC302    IQ      9m 19s  7655650  656101 2m 30s   11m 49s      STATION
  LO212    IQ     11m 57s  7641755  641960 2m 30s   14m 27s      STATION
  CC303    IQ     13m 00s  7654338  644909 2m 30s   15m 30s      STATION
  LO210    IQ     13m 05s  7630768  649265 3m 00s   16m 05s      APPARATUS

  TV65     IQ     13m 48s  7616877  674963 2m 30s   16m 18s      STATION
  TV60     IQ     14m 22s  7621769  687127 2m 30s   16m 52s      STATION
  CC301    IQ     14m 47s  7667705  653681 2m 30s   17m 17s      STATION
  TV53     IQ     14m 50s  7616838  661641 2m 30s   17m 20s      STATION
  CCR305   IQ     15m 53s  7671432  653902 2m 30s   18m 23s      STATION
```

```
Page 9                            BOEC                     Oct-01-2025 16:02:53
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

     CALL #: RP25-92679 Status: CLEARED Priority: 2


For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.



  Apparatus Type: M
  App      Status Time       X         Y       AVL Time
  -------- ------ ------- ------- ------- ---------------
  M1331 AV      6m 46s 7647518  683899 23:09:57
  M1343 AV     12m 04s 7661033  683708 23:10:01
  M1333 AV     19m 30s 7669642  702831 23:10:01
  M1348 AV     29m 54s 7712220  684576 23:10:01
  Recommended Units
  -----------------
  App      Method     Status Station  Station Precedence Jur GPS

  -------- --------- ------ -------- ------------------ --- ----
  M1331    AVRR       AV      715      3-1                MD  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

  1 Unit Type M

  Call Details (RP25-92679)       Recommendation Flags
  -----------------------------   -----------------------------
  Call Type         : HMII        Used Distance              : None
  Call Status       : A           Used AVRR                  : True (X)

Alarm Level         : 1           Used Station Order         : None
  Can Alarm Balance: None         AVRR Successful            : True (X)
  Fire Response No : 0466 (X)     Send Pager                 : True (X)
  EMS Response No  : 5594C        Additional Request         : True (X)
  Fire Grid        : 5594C        Query                      : None
  EMS Grid         : 626-F3       Related Units              : True (X)
  Modifier         :              Completed by Bal. Units    : None

  Unit Details
  -----------------------------
  No. Already Dispatched:
  No. Dispatchable Units: 268
  No. Relevant Units    : 4
```

```
Page 10                          BOEC                    Oct-01-2025 16:02:53
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

    CALL #: RP25-92679 Status: CLEARED Priority: 2


AMR1A   033631                               Cleared by:Z TO:E
AMR1A   033631       00:20:28 08/17/2025     AV:M1331
M1331   715          00:06:42 08/17/2025     :M1331 RMS Q LOC:LOC/4310 S
MACADAM AVE\|TYPE/H\|MUN/PORT\|APT/\|SVTP/F\
M1331   715          23:54:31 08/16/2025     TC:M1331 TRANSPORT COMPLETED
M1331   715          23:43:36 08/16/2025     TR:M1331 EM
E4      4            23:22:53 08/16/2025     :E4 UPDATED CALL RP92679
FOUNDED:A CLEARED BY:Z FINAL:HMII STUDY FLAG: REM:
E4                                           Cleared by:CHANGED TO:Z
E4      4            23:22:53 08/16/2025     AV:E4
M1331   715          23:18:59 08/16/2025     OS:M1331
E1      1            23:14:12 08/16/2025     AV:E1
DP6     64835        23:13:58 08/16/2025     ER:E4 4310 S MACADAM AVE
SV2     55927                                Hazard viewed:39420
E1      1            23:11:02 08/16/2025     ER:E1
CT7     65572                                Hazard viewed
DP7     63954                                Priority:1 TO:2
DP7     63954                                Priority:2 TO:1
DP7     63954                                Priority:1 TO:2
DP6     64835                                Radio Channel
DP6     64835                                Call re-directed:O1
M1331   715          23:10:06 08/16/2025     ER:M1331
DP7     63954        23:10:03 08/16/2025     DP:M1331 4310 S MACADAM AVE
DP7     63954                                (M) ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C- (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M1331(M) (AVL)
DP7     63954        23:09:58 08/16/2025     DP:E1 4310 S MACADAM AVE
DP7     63954        23:09:58 08/16/2025     DP:E1 AUTO PAGED (PF&R PAGERS -
ENGINE 01)
DP7     63954        23:09:58 08/16/2025     Station alert sent to 1(E1)
DP7     63954        23:09:58 08/16/2025     AUTO PAGED GROUP: HM2P
DP7     63954                                (E) ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-H2 (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
1-E1(E) (AVL)
DP7     63954        23:09:52 08/16/2025     DP7,REQUEST FOR AMR Ambulance RP
25-92679 (HMII) 4310 S MACADAM AVE -
DP7     63954        23:09:51 08/16/2025     DP7,REQUEST FOR Engine RP 25-92679
(HMII) 4310 S MACADAM AVE -
DP7     63954                                ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-H2 (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
7-HM7(HM,X) 1-E1(E,B,P) (AVL) 5-E5(E) (AVL) 10-T10(T,L) (AVL) 7-E7(X) (AVL)
3-C1(BC,C) (AVL) 9-C4(BC,C) (AVL) 7-HM133(HC) HQ-C210(CHE) (AVL) 715-M1331(M)
(AVL)
DP7     63954                                Call re-directed:O1
CT7     65572                                Final Call type:M TO:HMII
CT7     65572        23:09:19 08/16/2025     MEDICAL PROQA Dispatch Level is
HMII
CT7     65572                                Priority:8 TO:1
CT7     65572                                Call type:M TO:HMII
DP7     63954                                Hazard viewed:39420
CT7     65572                                Hazard viewed
```

```
CALL #: RP25-92679 Status: CLEARED Priority: 2


                    END OF CALL HARDCOPY
```