# EXHIBIT 17

```
Page 1                             BOEC                      Oct-01-2025 16:06:26
PARKER, RYAN H            JURISDICTION - PORTLAND FIRE

     CALL #: RP25-95279 Status: CLEARED Priority: 8

         TYPE: M       - PROQA MEDICAL
     ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level:
    Channel:
Temperature:                 Officer in charge:

Received by: TYPED              Call Taker: 50950 GRINDELAND, KATIE

        TIMES:        Received: Sat, Aug-23-2025 11:06:59
                        Queued: Sat, Aug-23-2025 11:08:31 Queue:R
                       Cleared: Sat, Aug-23-2025 11:11:04

       Address: 4310 S MACADAM AVE
  Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
  EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

COMP IS DISPATCHER WITH FEDERAL POLICE. WORKER THAT WAS PAINTING
OUTSIDE WAS INJURED WHEN A PROTESTOR USED A  BLOW HORN TO BLOW IN THEIR
EAR. WANTS PPB AND MEDICAL.


CALLER:    Surname: NOT ENTERED                          G1: OPERATOR 250
           Address:
              Home: (877) 437-7411    Business:  ()

 Cleared by: Cancelled

 Clear remarks: X
Related Police Call: PP25-229671

Additional Remarks:
DP7    60347 on 11:09 Sat Aug 23 2025

PI NA

DP3    50950 on 11:10 Sat Aug 23 2025

NOW SAYING DOES NOT WANT MEDICAL,JUST POLICE. COMP DOESN'T KNOW VIC'S
NAME,ALSO DOESN'T HAVE DESCRIP ON PROTESTOR,SAYS THE ONLY ONE OUT HERE
WITH A BLOW HORN.



                             Hazard Information

   Category: DISPATCH OPERATIONS ALERT
```

```
Page 2                          BOEC                    Oct-01-2025 16:06:26
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

   CALL #: RP25-95279 Status: CLEARED Priority: 8

  Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
            CAD. All fire calls for service will be routed to C103 for further
            triage.
            If facility is placed within an exclusion zone by an Incident
            Command Post (ICP), all fire & medical calls *regardless of type*
            must be routed through the IC or Fire Operations Chief on OPS9
            prior to any dispatch of PF&R by BOEC.


            (info last updated 7/17/25 by P4352)



                           Premises Information
              Plan#:
    Number of floors:
 Number of apartments:
                Age:


                           Dispatch Information
Unit                           Date          Hour         Call Taker

PR--POLICE RESPONSE    Dispatched: Aug-23-2025 11:10:58    GRINDELAND, KATIE
     Remark:
     Cancel remark:
                       Remarks: DP11,

Text:

 ----------2025-08-23 11:10:19----------
 MEDICAL:PROQA SESSION ABORTED: X

 ----------2025-08-23 11:10:19----------
 NUMBER OF PATIENTS: 1
 PROBLEM: COMP IS DISPATCHER WITH FEDERAL POLICE. WORKER THAT WAS PAINTING OU
 TSIDE WAS INJURED WHEN A PROTESTOR USED A  BLOW HORN TO BLOW IN THEIR EAR. W
 ANTS PP




DP3     50950                              Cleared by:CHANGED TO:X
DP3     50950                              Clear remarks:CHANGED TO:X
DP3     50950                              Related Call:POLICE:PP25-229671
DP3     50950        11:10:58 08/23/2025   (PR) -POLICE RESPONSE DP11,
DP3     50950                              Comp.Name:CHANGED TO: OPERATOR 250
DP3     50950                              Comp.phone:CHANGED TO: 877 437-7411
```

CALL #: RP25-95279 Status: CLEARED Priority: 8

JURISDICTION - PORTLAND FIRE