# EXHIBIT 18

```
Page 1                              BOEC

FOR: PARKER, RYAN H       JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-229671 Status: CLEARED Priority: 2 Received by: TYPED

        Initial: ASSLTP: ASSAULT - PRIORITY
     Final type: ASSLTP: ASSAULT - PRIORITY
          Study: BY BODY WORN FOOTAGE AVAILABLE

           TIME:      Recd: Sat, Aug-23-2025 11:10:59 By: 50950-GRINDELAND DP3
                    Queued: Sat, Aug-23-2025 11:10:59 Queue:R
                      Disp: Sat, Aug-23-2025 12:43:53
                   Enroute: Sat, Aug-23-2025 12:43:53
                        OS: Sat, Aug-23-2025 12:45:05
                   Cleared: Sat, Aug-23-2025 12:56:39 By: 63339-OSSENKOP, 821

          Place: ICE PORTLAND
        Address: 4310 S MACADAM AVE
      Community: Portland County: MU   District: CE      Zone: 872    Grid   66005


Initial Remarks: COMP IS DISPATCHER WITH FEDERAL POLICE. WORKER THAT
                 WAS PAINTING OUTSIDE WAS INJURED WHEN A PROTESTOR
                 USED A  BLOW HORN TO BLOW IN THEIR EAR. WANTS PPB
                 AND MEDICAL. ...SEE RELATED EMS&Fire CALL
                 RP25-95279-DP11,

Channel     :

Contact     :
Caller      :   Name: , OPERATOR 250
             Address:
                Home:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: J - ASSIGNMENT COMPLETED

Reporting officers: 63339-OSSENKOP, JACK R
                    , 65213-NG-PETERSEN, JOSEPH

Clear remarks: NO CRIME, PAINTER DOES NOT WANT TO BE A VIC...
               ICE AGENTS MADE PAINTER CALL FOR DOCUMENTATION.

   Related EMS&Fire Call: RP25-95279
PP Mental Health YN: N


Additional Remarks:

DP7    60347         LAMPSON, NATALIE R on 11:09 Sat Aug 23 2025

   PI NA

DP3    50950         GRINDELAND, KATIE on 11:10 Sat Aug 23 2025

   NOW SAYING DOES NOT WANT MEDICAL,JUST POLICE. COMP DOESN'T KNOW
   VIC'S NAME,ALSO DOESN'T HAVE DESCRIP ON PROTESTOR,SAYS THE ONLY
```

```
Page 2                                BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-229671 Status: CLEARED Priority: 2 Received by: TYPED

   ONE OUT HERE WITH A BLOW HORN.

DP3     50950           GRINDELAND, KATIE on 11:11 Sat Aug 23 2025

   PI LOC INFO

DP11    42129           CONKLIN, REBEKAH A on 11:12 Sat Aug 23 2025

   BROADCAST

CT5     57230           SIPUS, DINIQUE M on 12:21 Sat Aug 23 2025

   FED POLICE CB FOR ETA,NO CHANGE

DP10    42129           CONKLIN, REBEKAH A on 12:46 Sat Aug 23 2025

   PER 3804,WE WILL NOT BE PHYS RESPONDING TO THIS BLDG TODAY


Unit    Officer(s) Times
821-PT  63339 OSSENKOP, 65213 NG-PETERS           Dispatch: Aug-23-2025 12:43:53
                                                  Enroute: Aug-23-2025 12:43:53
                                                       OS: Aug-23-2025 12:45:05
                                                  Cleared: Aug-23-2025 12:56:39


821     63339          12:57:04 08/23/2025    Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
821     63339          12:56:39 08/23/2025      AV:821 PT CLEARED CASE
     42229671 FOUNDED-Y REPORT-N CLEARED BY-J FINAL-ASSLTP BOLO- STUDY FLAG-BY
     REM-NO CRIME, PAINTER DOES NOT WANT TO BE A VIC... ICE AGENTS MADE PAINTER
     CALL FOR DOCUMENTATION.
821     65213          12:56:39 08/23/2025      AV:821 PT
821     63339          12:56:39 08/23/2025      AV:821 PT
DP11    65213          12:56:10 08/23/2025      OS 95:821 PT TIMER OFF
DP11    63339          12:56:10 08/23/2025      OS 95:821 PT TIMER OFF
821     65213          12:51:02 08/23/2025      OS:821 PT RMS Q
     VEH-LIC:77146784X   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y
     EXTE:Y   RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   TONC:Y   UNIT:821
821     63339          12:51:02 08/23/2025      OS:821 PT RMS Q
     VEH-LIC:77146784X   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y
     EXTE:Y   RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   TONC:Y   UNIT:821
821     63339          12:51:02 08/23/2025      OS:821 PT EXT Q
     VEH-LIC:77146784X   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y
     EXTE:Y   RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   TONC:Y   UNIT:821
821     65213          12:51:02 08/23/2025      OS:821 PT EXT Q
     VEH-LIC:77146784X   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y
     EXTE:Y   RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   TONC:Y   UNIT:821
DP11    65213          12:46:00 08/23/2025      OS:821 PT BY PHONE
DP11    63339          12:46:00 08/23/2025      OS:821 PT BY PHONE
821     65213          12:45:05 08/23/2025      OS:821 PT
821     63339          12:45:05 08/23/2025      OS:821 PT
DP11    65213          12:43:53 08/23/2025      ER:821 PT 4310 S MACADAM AVE
```

```
Page 3                         BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE      Wed, Oct-01-2025

CALL: PP25-229671 Status: CLEARED Priority: 2 Received by: TYPED

DP11   63339        12:43:53 08/23/2025     ER:821 PT 4310 S MACADAM AVE
DP3    50950        11:11:28 08/23/2025     Hazard viewed:39420
                         END OF CALL HARDCOPY



Officer Signature   : _____

Supervisor Approval: _____
```