# EXHIBIT 19

```
Page 1                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-230211 Status: CLEARED Priority: 2 Received by: TYPED

     Initial: DISTP: DISTURBANCE - PRIORITY
 Final type: DISTP: DISTURBANCE - PRIORITY

        TIME:     Recd: Sat, Aug-23-2025 21:47:33 By: 64837-JUSTICE, J CT11
                Queued: Sat, Aug-23-2025 21:49:05 Queue:R
                  Disp: Sat, Aug-23-2025 21:49:21
          Sup.Notified: Sat, Aug-23-2025 21:50:11
               Enroute: Sat, Aug-23-2025 21:49:21
                    OS: Sat, Aug-23-2025 21:58:42
               Cleared: Sat, Aug-23-2025 22:01:28 By: 60972-HYNUM, AMA DP11

       Place: ICE PORTLAND
     Address: 4310 S MACADAM AVE
   Community: Portland County: MU   District: CE    Zone: 872    Grid   66005


Initial Remarks: WORKING PROTEST, WERE ADVISED BY OFCRS ON SCENE
                 OUTSIDE ON CORNER. A GROUP OF 6-8 DEMONSTRATORS
                 ASSAULTING A COUNTER DEMONSTRATOR. PI ICE BLDG.

Channel     :

Contact     :
Caller      :   Name: , TIKO - 292
              Address: DEPT OF HOMELAND SECURITY PD DISP
                State: Oregon
                 Home: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: J - ASSIGNMENT COMPLETED

Reporting officers: 64935-GORHAM, JACK


Clear remarks: PER 3804

PP Mental Health YN: N


Additional Remarks:

CT11   64837         JUSTICE, JOSEPH on 21:50 Sat Aug 23 2025

  (M): SUBJ BEING ASSAULTED - UNK RACE MALE. BLK HELMET. BLK CLOTH.
       "MEDIA" ON BACK OF TOP. OLIVE GRN BKPK. NO WEPS SEEN

DP11   60972         HYNUM, AMANDA on 21:50 Sat Aug 23 2025

  OFCRS RESPONDING NEED TO STANDBY,WILL HAVE MORE OFCRS ER
  SHORTLY,PER 3804

CT11   64837         JUSTICE, JOSEPH on 21:51 Sat Aug 23 2025
```

Page 2                               BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-230211 Status: CLEARED Priority: 2 Received by: TYPED

    HAS NO GOOD DESC FOR ASSAILANTS

DP11    60972           HYNUM, AMANDA on 21:53 Sat Aug 23 2025

    STAGED AT S RIVER PY/MOODY

DP11    60972           HYNUM, AMANDA on 21:54 Sat Aug 23 2025

    3804 WTNG FOR CB W/ADDITIONAL INFO

DP11    60972           HYNUM, AMANDA on 21:57 Sat Aug 23 2025

    3804 - ABLE TO GET EYES ON IN SAFE MANNER?

DP11    60972           HYNUM, AMANDA on 22:01 Sat Aug 23 2025

    STAND DOWN PER 3804,DIST IS DISAPPATING,ICE WILL ADVISE


```
Unit   Officer(s) Times
824-PT  64935 GORHAM, JA                       Dispatch: Aug-23-2025 21:49:21
                                                Enroute: Aug-23-2025 21:49:21
                                                Cleared: Aug-23-2025 22:01:25
814-PT  64965 CHILDERS, 65341 HERING, C        Dispatch: Aug-23-2025 21:49:21
                                                Enroute: Aug-23-2025 21:49:21
                                                     OS: Aug-23-2025 21:58:42
                                                Cleared: Aug-23-2025 22:01:23
714-PT  62959 PLANTILLAS 62958 EL MOHAME       Dispatch: Aug-23-2025 21:54:54
                                                Enroute: Aug-23-2025 21:54:54
                                                Cleared: Aug-23-2025 22:01:28

714     62959           22:01:42 08/23/2025    Custom Fields:PP MENTAL HEALTH
    YN: CHANGED TO: N
DP11    60972           22:01:28 08/23/2025    Call was CLEARED
DP11    60972           22:01:28 08/23/2025    Reporting Officer:CHANGED
    TO:PP64935
DP11    62959           22:01:28 08/23/2025    AV 96:714 PT CONTROL FOR UNIT
    CLEARED
DP11    62959           22:01:28 08/23/2025    AV:714 PT
DP11    62958           22:01:28 08/23/2025    AV:714 PT
DP11    62958           22:01:28 08/23/2025    AV 96:714 PT CONTROL FOR UNIT
    CLEARED
DP11    64935           22:01:25 08/23/2025    AV:824 PT
814     65341           22:01:23 08/23/2025    AV:814 PT
DP11    60972           22:01:23 08/23/2025    Cleared by:CHANGED TO:J
814     64965           22:01:23 08/23/2025    AV:814 PT
DP11    60972           22:01:23 08/23/2025    Clear remarks:CHANGED TO:PER
    3804
814     65341           21:58:42 08/23/2025    OS:814 PT
814     64965           21:58:42 08/23/2025    OS:814 PT
714     62958           21:54:54 08/23/2025    ER 96:714 PT CONTROL FOR UNIT
```

```
Page 3                               BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-230211 Status: CLEARED Priority: 2 Received by: TYPED
          CHANGED 872
714       62958           21:54:54 08/23/2025     ER:714 PT ASSIST:814      /4310
          S MACADAM AVE
714       62959           21:54:54 08/23/2025     ER:714 PT ASSIST:814      /4310
          S MACADAM AVE
714       62959           21:54:54 08/23/2025     ER 96:714 PT CONTROL FOR UNIT
          CHANGED 872
DP11      60972           21:53:15 08/23/2025     History viewed:PP25-229671
          FROM PP25-230211
CT11      64837           21:51:42 08/23/2025     Hazard viewed
DP11      60972           21:51:17 08/23/2025     Hazard viewed:39420
DP11      60972           21:50:11 08/23/2025     Supervisor notified:2025-08-23
          21:50:11 - 3804
DP11      60972           21:49:49 08/23/2025     Hazard viewed:39420
DP11      64965           21:49:21 08/23/2025     ER:814 PT 4310 S MACADAM AVE
DP11      65341           21:49:21 08/23/2025     ER:814 PT 4310 S MACADAM AVE
DP11      64935           21:49:21 08/23/2025     ER:824 PT 4310 S MACADAM AVE
CT11      64837           21:49:05 08/23/2025     History viewed:PP25-229671
          FROM PP25-230211

                       END OF CALL HARDCOPY


Officer Signature    : _____

Supervisor Approval: _____
```