# **EXHIBIT 20**

```
Page 1                          BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-233510 Status: CLEARED Priority: 4 Received by: TYPED

       Initial: ASSLTP: ASSAULT - PRIORITY
    Final type: ASSLTP: ASSAULT - PRIORITY

          TIME:      Recd: Tue, Aug-26-2025 22:27:07 By: 54200-SAMPSON, K CT8
                   Queued: Tue, Aug-26-2025 22:31:02 Queue:R
                     Disp: Wed, Aug-27-2025 01:02:41
                  Enroute: Wed, Aug-27-2025 01:02:41
                       OS: Wed, Aug-27-2025 01:37:03
                  Cleared: Wed, Aug-27-2025 02:02:09 By: 58286-KLINE, COL DP11

         Place: ICE PORTLAND
       Address: 4310 S MACADAM AVE
     Community: Portland County: MU   District: CE       Zone: 872    Grid  66005


Initial Remarks: 7AGO, F ASSLT'D A COUNTERPROTESTER OFF PROP SO SEC
                 REQ PPB... BOTH STILL IN THE AREA JUST WO/... SUSP
                 IS UNK RACE F, BASEBALL HELMET AND MASK, ALL BLK
                 CLOTHING, NO WEAPS SEEN, VICT IS WM, E40'S, BALD,
                 MUST, GLASSES, TSHRT, SHORTS, HAS A BRO/WHI DOG ON
                 A LEASH

Channel      :

Contact      :
Caller       :   Name: FEDERAL PROTECTICE SERVICES
              Address:
                State: Oregon
                 Bus:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: J - ASSIGNMENT COMPLETED

Reporting officers: 54334-GILBERTSON JR, DAVID A



PP Mental Health YN: N


Additional Remarks:

CT8     54200         SAMPSON, KATHRYN M on 22:32 Tue Aug 26 2025

   FEDERAL OFCRS NOT OUT WITH SUBJS AND SINCE HAPPENED OFF PROP THEY
   CANT DO ANYTHING ABOUT IT


Unit   Officer(s) Times
877-PT  54334 GILBERTSON                         Dispatch: Aug-27-2025 01:02:41
                                                  Enroute: Aug-27-2025 01:02:41
                                                       OS: Aug-27-2025 01:37:03
```

```
Page 2                                    BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-233510 Status: CLEARED Priority: 4 Received by: TYPED

                                                Cleared: Aug-27-2025 02:00:43

877      54334          04:00:38 08/27/2025     Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
DP11     58286          02:02:09 08/27/2025     Reporting Officer:CHANGED
     TO:PP54334
DP11     58286          02:02:09 08/27/2025     Cleared by:CHANGED TO:J
DP11     58286          02:02:09 08/27/2025     Call was CLEARED
DP11     58286          02:02:09 08/27/2025     Priority:DELETED STACK TO
     PP25-233510 UNIT:877
877      54334          02:00:43 08/27/2025     AV:877 PT REQUEUE
877      54334          02:00:43 08/27/2025     Call was REOPENED/REQUEUED
877      54334          01:37:03 08/27/2025     OS:877 PT
877      54334          01:02:41 08/27/2025     ER:877 PT SELF-DISPATCHED:4310
     S MACADAM AVE/7AGO, F ASSLT'D A COUNTERPROTESTER OFF PROP SO SEC REQ
     PPB... BOTH STILL IN THE AREA JUST WO/... SUSP IS UNK RACE F, BASEBALL
     HELMET AND MASK, ALL BLK CLOTHING, NO WEAPS SEEN, VICT IS WM, E40'S, BALD,
     MUST, GLASSES, TSHRT, SHORTS, HAS A BRO/WHI DOG ON A LEASH
CT8      54200          22:32:06 08/26/2025     Hazard viewed
CT8      54200          22:31:19 08/26/2025     Comp.phone:CHANGED TO:     877
     437-7411
CT8      54200          22:31:19 08/26/2025     Comp.Name:CHANGED TO:    FEDERAL
     PROTECTICE SERVICES

                        END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____
```