# EXHIBIT 21

```
Page 1                              BOEC                      Oct-01-2025 16:08:17
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

     CALL #: RP25-97296 Status: CLEARED Priority: 6

         TYPE: AMR6   - AMR REQUEST FOR C1 ALS AMBULANCE
     ORIGINAL: M      - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
Alarm level: 1
    Channel: OPS1
Temperature:                  Officer in charge:

Received by: TYPED             Call Taker: 64255 BURLAKA, ANNA (ANYA)

        TIMES:        Received: Wed, Aug-27-2025 19:51:29
                        Queued: Wed, Aug-27-2025 19:52:26 Queue:R
                First Dispatch: Wed, Aug-27-2025 19:59:05
                First  Enroute: Wed, Aug-27-2025 19:59:12
                First At Scene: Wed, Aug-27-2025 20:10:53
                       Cleared: Wed, Aug-27-2025 20:53:21

      Address: 4310 S MACADAM AVE
 Municipality: Portland
        Place: ICE PORTLAND
               S BANCROFT ST & S HOOD AVE & MACADAM AVE
     District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
    Telephone:  ()

FED POL HAVE A FEM IC CUT HER FOOT PRETTY BAD AND HAS A TOURNIQUET ON ,
REQ MED, NO PORTLAND POL NEEDED


CALLER:    Surname: NOT ENTERED                              G1:
           Address: FEDERAL POL DISPATCH
              Home:  ()    Business:  ()

 Cleared by: EMS


Additional Remarks:
DP6     64515 on 19:53 Wed Aug 27 2025

PI ICE BLDG

AMR8    130711 on 19:53 Wed Aug 27 2025

CA INITIATED

CT12    64255 on 19:54 Wed Aug 27 2025

FEDERAL OFFICERS WAITING AT A GATE OFF MACADAM,SAYS MED SAFE TO GO IN
THROUGH THERE,THERE IS A PROTEST GOING ON

CT12    64255 on 19:54 Wed Aug 27 2025
```

```
Page 2                            BOEC                     Oct-01-2025 16:08:17
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

     CALL #: RP25-97296 Status: CLEARED Priority: 6

PI ICE BLDG

AMR8     130711 on 19:58 Wed Aug 27 2025

NO CALLBACK NUMBER PROVIDED. SENDING CD 1 ALS UNIT NOW BECAUSE A
TOURNIQUET HAS BEEN PLACED.

CT5      57238 on 20:10 Wed Aug 27 2025

FED POLICE DP CB FOR ETA - NO CHANGES ON PT



                           Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                          Premises Information

                Plan#:
     Number of floors:
 Number of apartments:
                  Age:


                          Dispatch Information
Unit                           Date           Hour          Call Taker

M1341    (AMR Hybrid Ambulance) Current station: POST 715
                    Dispatched: Aug-27-2025 19:59:05    STEPHENS, KYLE C
                       Enroute: Aug-27-2025 19:59:12
                      At Scene: Aug-27-2025 20:10:53
                     Returning: Aug-27-2025 20:53:20
                     Transport: Aug-27-2025 20:24:56
            Transport Complete: Aug-27-2025 20:33:10
                       Remarks: 4310 S MACADAM AVE
```

```
Page 3                          BOEC                    Oct-01-2025 16:08:17
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

     CALL #: RP25-97296 Status: CLEARED Priority: 6

Text:

   ----------2025-08-27 19:52:45----------
   45-YEAR-OLD, FEMALE, CONSCIOUS, BREATHING.
   PROBLEM: FED POL HAVE A FEM IC CUT HER FOOT PRETTY BAD AND HAS A TOURNIQUET
   ON , REQ MED, NO PORTLAND POL NEEDED

   ----------2025-08-27 19:53:16----------
   DISPATCH CODE: 21A01T
   CAD RESPONSE: PRIORITY 6 - LAQ
   DISPATCH LEVEL: 21A01
   CAD CODE: 21A1T
   BLEEDING IS TRAUMATIC.
   RESPONDING NLLY.
   BREATHING NLLY.
   UNK IF BLOOD SPURTING/POURING OUT.
   BLEEDING FROM NOT DANGEROUS AREA.

   NOT DANG BODY AREA WITH HEMORRHAGE: FOOT.
   UNK IF BLEEDING DISORDER OR BLOOD THINNERS.

   ----------2025-08-27 19:53:57----------
   PROQA LOG


   For each type or capability, the 10 closest available apparatus at the time
   of the AVL recommendation are listed below.



    Type(s)/Capabilities: M / B / LZ
    App      Status Time    X        Y       AVL Time
    -------- ------ ------- ------- ------- ---------------
    B405  AV      3m 51s  7641737  679763 19:58:58
    M1341 AV      6m 45s  7647572  683871 19:59:02
    M338  AV      9m 59s  7646469  692855 19:59:02
    B415  AV     10m 01s  7642724  693177 19:59:02
    M1349 AV     11m 47s  7660764  684099 19:59:00
    M345  AV     12m 23s  7671223  674023 19:59:02
    M1333 AV     13m 03s  7645671  691020 19:59:01

   B404  AV     14m 33s 7669325   684954 19:59:02
    M1364 AV     15m 08s 7656665   698230 19:59:01
    B406  AV     15m 13s 7672428   650888 19:59:02
    Recommended Units
    -----------------
    App     Method    Status Station  Station Precedence Jur GPS
    ------- --------- ------ -------- ------------------ --- ----
    M1341   AVRR      AV     715      3-4                MD  O

    Balanced Units
    ----------------
```

```
Page 4                          BOEC                      Oct-01-2025 16:08:17
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-97296 Status: CLEARED Priority: 6

  There were no balanced units

  Requirements
  ----------------

 [IF] 1 Unit Type M
  [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-97296)         Recommendation Flags
  ------------------------------    ------------------------------
  Call Type          : AMR6         Used Distance              : None
  Call Status        : Q            Used AVRR                  : True (X)
  Alarm Level        : 1            Used Station Order         : None
  Can Alarm Balance: True (X)       AVRR Successful            : True (X)
  Fire Response No : 0466 (X)       Send Pager                 : True (X)
  EMS Response No  : 5594C          Additional Request         : None
  Fire Grid          : 5594C        Query                      : None
  EMS Grid           : 626-F3       Related Units              : True (X)
  Modifier           : AO           Completed by Bal. Units : None

 Unit Details
 ------------------------------
 No. Already Dispatched: 0
 No. Dispatchable Units: 290
 No. Relevant Units    : 68


  Apparatus Penalties
  -------------------
  App       Status Time    X        Y      Penalty   Total Time   Reason
  --------  ------ ------- -------- ------ --------- ------------ ------
   LZ1      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ2      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ3      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ4      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS

  LZ5       IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ6      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ7      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ8      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ9      IQ     6m 46s  7647549  684016 164m 59s  171m 45s     APPARATUS
   LZ10     IQ     6m 46s  7647549  684016 166m 39s  173m 25s     APPARATUS




 AMR1A    033631                              Call was CLEARED
 AMR1A    033631                              Cleared by:CHANGED TO:E
 AMR1A    033631          20:53:20 08/27/2025 AV:M1341
 M1341    715             20:33:10 08/27/2025 TC:M1341 TRANSPORT COMPLETED: VA
 M1341    715             20:24:56 08/27/2025 TR:M1341 VA
```

```
Page 5                          BOEC                     Oct-01-2025 16:08:17
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

    CALL #: RP25-97296 Status: CLEARED Priority: 6

M1341   715         20:10:53 08/27/2025    OS:M1341
M1341   715         19:59:12 08/27/2025    ER:M1341
DP7     58281       19:59:05 08/27/2025    DP:M1341 4310 S MACADAM AVE
DP7     58281                              Radio Channel
DP7     58281                              Call re-directed:O1
DP7     58281                              ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-AO (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
715-M1341(M) (AVL)
AMR1A   033631                             Call type:21A1T TO:AMR6
AMR1A   033631                             Queue type:B TO:R
CT12    64255                              Queue type:R TO:B
CT12    64255                              Final Call type:M TO:21A1T
CT12    64255                              Priority:8 TO:6
CT12    64255       19:53:16 08/27/2025    MEDICAL PROQA Dispatch Level is
PRIORITY 6 - LAQ
CT12    64255                              Call type:M TO:21A1T
DP7     58281                              Hazard viewed:39420

                        END OF CALL HARDCOPY
```