# EXHIBIT 22

```
Page 1                              BOEC                        Oct-01-2025 16:09:08
PARKER, RYAN H           JURISDICTION - PORTLAND FIRE

     CALL #: RP25-97379 Status: CLEARED Priority: 2

          TYPE: 30B1    - INJURY - POSS DANGEROUS
      ORIGINAL: M       - PROQA MEDICAL

 Response #: 0466    EMS Response #: 5594C
 Alarm level: 1
     Channel: OPS1
 Temperature:                Officer in charge:

 Received by: TYPED              Call Taker: 61945 BLANCHARD, SAVANNAH

        TIMES:        Received: Wed, Aug-27-2025 23:38:02
                        Queued: Wed, Aug-27-2025 23:38:22 Queue:R
                First Dispatch: Wed, Aug-27-2025 23:39:03
                First  Enroute: Wed, Aug-27-2025 23:39:33
                First At Scene: Wed, Aug-27-2025 23:44:53
                       Cleared: Thu, Aug-28-2025 00:42:58

       Address: 4310 S MACADAM AVE
 Municipality: Portland
         Place: ICE PORTLAND
                S BANCROFT ST & S HOOD AVE & MACADAM AVE
      District: FP Zone: 0466 Grid 5594C
 EMS District: MD Zone: 5594C Grid 626-F3
     Telephone:  ()

MALE SUBJ DETAINED, REQ'G MED FOR HEAD INJ


CALLER:    Surname: NOT ENTERED                                 G1: FED DP
           Address:
               Home:  (877) 437-7411    Business:  ()

 Cleared by: EMS


Additional Remarks:
DP7    64515 on 23:38 Wed Aug 27 2025

PI ICE BLDG

DP6    55084 on 23:39 Wed Aug 27 2025

PI HAZ - LOC NOT UNDER AN EXCLUSION ZONE

CT12   61945 on 23:39 Wed Aug 27 2025

PI NA,NORMAL CONDITIONS

DP6    55084 on 23:47 Wed Aug 27 2025

E4 WERE ARRIVED,JUST STAGED RIGHT OUT FRONT HERE.
```

   CALL #: RP25-97379 Status: CLEARED Priority: 2

DP6       55084 on 23:48 Wed Aug 27 2025

M1352 HASNT MADE PT CONT YET


                            Hazard Information

   Category: DISPATCH OPERATIONS ALERT
   Hazard  : Under normal conditions, BOEC will dispatch only medical calls per
             CAD. All fire calls for service will be routed to C103 for further
             triage.
             If facility is placed within an exclusion zone by an Incident
             Command Post (ICP), all fire & medical calls *regardless of type*
             must be routed through the IC or Fire Operations Chief on OPS9
             prior to any dispatch of PF&R by BOEC.


             (info last updated 7/17/25 by P4352)



                            Premises Information

                  Plan#:
      Number of floors:
   Number of apartments:
                   Age:


                            Dispatch Information
Unit                         Date           Hour         Call Taker

E4         (Engine) Current station: 4
                       Dispatched: Aug-27-2025 23:39:03    BAILEY, MATTHEW D
                          Enroute: Aug-27-2025 23:41:33
                         At Scene: Aug-27-2025 23:47:23
                        Returning: Aug-27-2025 23:55:53
                          Remarks: MALE SUBJ DETAINED, REQ'G MED FOR HEAD INJ

M1352      (AMR Hybrid Ambulance) Current station: POST 715
                       Dispatched: Aug-27-2025 23:39:03    BAILEY, MATTHEW D
                          Enroute: Aug-27-2025 23:39:33
                         At Scene: Aug-27-2025 23:44:53
                        Returning: Aug-28-2025 00:42:57
                        Transport: Aug-28-2025 00:09:52
               Transport Complete: Aug-28-2025 00:22:38
                          Remarks: 4310 S MACADAM AVE

```
Page 3                           BOEC                    Oct-01-2025 16:09:08
PARKER, RYAN H         JURISDICTION - PORTLAND FIRE

    CALL #: RP25-97379 Status: CLEARED Priority: 2

Text:

   ----------2025-08-27 23:38:34----------
   AGE UNKNOWN, MALE, CONSCIOUS, BREATHING.
   PROBLEM: MALE SUBJ DETAINED, REQ'G MED FOR HEAD INJ

   ----------2025-08-27 23:38:56----------
   DISPATCH CODE: 30B01
   CAD RESPONSE: PRIORITY 2
   DISPATCH LEVEL: 30B01
   CAD CODE: 30B1
   UNK IF SERIOUS BLEEDING.
   RESPONDING NLLY.
   HEAD INJ.

   ----------2025-08-27 23:38:59----------
   PROQA LOG



For each type or capability, the 10 closest available apparatus at the time
of the AVL recommendation are listed below.


  Type(s)/Capabilities: E / T / S / R
  App       Status Time    X       Y       AVL Time
  --------  ------ ------- ------- ------- ---------------
   E4  IQ    3m 28s  7642606  679480 (Stn Coord)
   T4  IQ    3m 28s  7642606  679480 (Stn Coord)
   E23 IQ    3m 42s  7650259  676246 (Stn Coord)
   T10 IQ    4m 03s  7642139  662619 (Stn Coord)
   S1  IQ    4m 49s  7645824  683788 (Stn Coord)
   E5  IQ    5m 04s  7639525  668826 (Stn Coord)
   E21 IQ    5m 33s  7646342  680686 (Stn Coord)

  E15 IQ     6m 35s  7638480  679333 (Stn Coord)
   E18 IQ    6m 54s  7635794  662264 (Stn Coord)
   E20 IQ    7m 28s  7652668  666309 (Stn Coord)

  Type(s)/Capabilities: M / B / LZ
  App       Status Time    X       Y       AVL Time
  --------  ------ ------- ------- ------- ---------------
   M1352 AV    4m 55s  7639805  664706 23:35:23
   M348  AV    5m 05s  7653236  672014 23:38:59
   M1334 AV    5m 34s  7640109  682665 23:38:59
   M1331 AV    6m 45s  7647531  683855 23:38:57
   M1329 AV    7m 40s  7646219  687810 23:39:00
   B408  AV   10m 04s  7645832  692096 23:39:00
   M1347 AV   10m 15s  7668406  669246 23:39:00
   M344  AV   12m 17s  7671269  673281 23:38:56
```

```
Page 4                          BOEC                    Oct-01-2025 16:09:08
PARKER, RYAN H        JURISDICTION - PORTLAND FIRE

   CALL #: RP25-97379 Status: CLEARED Priority: 2

 M350 AV      15m 05s 7643827   703496 23:39:01
  B409 AV     17m 01s 7675004   688118 23:39:01
  Recommended Units
  ----------------
  App       Method     Status Station  Station Precedence Jur GPS
  --------  ---------  ------ -------- ------------------ --- ----
  E4        AVRR       IQ     4        1-1                RP  O
  M1352     AVRR       AV     715      3-8                MD  O

  Balanced Units
  --------------
  There were no balanced units

  Requirements
  ------------

 1 Unit Type E [OR] Unit Type T [OR] Unit Type S [OR] Unit Type R
   [IF] 1 Unit Type M
   [OTHERWISE] 1 Unit Type B [OR] Unit Type LZ

  Call Details (RP25-97379)        Recommendation Flags
  -----------------------------    -----------------------------
  Call Type          : 30B1        Used Distance             : None
  Call Status        : Q           Used AVRR                 : True (X)
  Alarm Level        : 1           Used Station Order        : None
  Can Alarm Balance  : True (X)    AVRR Successful           : True (X)
  Fire Response No   : 0466 (X)    Send Pager                : True (X)
  EMS Response No    : 5594C       Additional Request        : None
  Fire Grid          : 5594C       Query                     : None
  EMS Grid           : 626-F3      Related Units             : True (X)
  Modifier           : ND          Completed by Bal. Units   : None


  Unit Details
  ------------------------------
  No. Already Dispatched: 0
  No. Dispatchable Units: 289
  No. Relevant Units    : 141


  Apparatus Penalties
  -------------------
  App       Status Time      X        Y      Penalty  Total Time   Reason
  --------  ------ -------   -------  ------ -------- -----------  ------
  LO214     IQ     8m 53s    7645813  646968 2m 30s   11m 23s      STATION
  CC302     IQ     9m 19s    7655650  656101 2m 30s   11m 49s      STATION
  LO212     IQ     11m 57s   7641755  641960 2m 30s   14m 27s      STATION

  CCT304    IQ     12m 42s   7664395  648117 2m 30s   15m 12s      STATION
  CC303     IQ     13m 00s   7654338  644909 2m 30s   15m 30s      STATION
  LO210     IQ     13m 05s   7630768  649265 3m 00s   16m 05s      APPARATUS
  TV65      IQ     13m 48s   7616877  674963 2m 30s   16m 18s      STATION
```

```
Page 5                           BOEC                       Oct-01-2025 16:09:08
PARKER, RYAN H          JURISDICTION - PORTLAND FIRE

   CALL #: RP25-97379 Status: CLEARED Priority: 2

  TVT51      IQ        14m 00s 7619900  649995 2m 30s    16m 30s      STATION
  TV60       IQ        14m 22s 7621769  687127 2m 30s    16m 52s      STATION
  CC301      IQ        14m 47s 7667705  653681 2m 30s    17m 17s      STATION




AMR3     260125                               Call was CLEARED
AMR3     260125                               Cleared by:Z TO:E
AMR3     260125         00:42:57 08/28/2025   AV:M1352
M1352    715            00:22:38 08/28/2025   TC:M1352 TRANSPORT COMPLETED: UH
M1352    715            00:09:52 08/28/2025   TR:M1352 UH
E4                                            Cleared by:CHANGED TO:Z
E4       4             23:55:53 08/27/2025      :E4 UPDATED CALL RP97379
FOUNDED:A CLEARED BY:Z FINAL:30B1 STUDY FLAG: REM:
E4       4             23:55:53 08/27/2025    AV:E4
E4       4             23:47:23 08/27/2025    OS:E4
SYSTEM SYSTEM          23:44:53 08/27/2025    OG:M1352
SYSTEM SYSTEM          23:44:53 08/27/2025    OS:M1352
M1352    715           23:44:53 08/27/2025    OS:M1352
SYSTEM SYSTEM          23:44:53 08/27/2025    OS:M1352 Sent to MDT: M1352,Status
changed to OS by SYSTEM
E4       4             23:41:33 08/27/2025    ER:E4
M1352    715           23:41:01 08/27/2025    ER:M1352
DP6      55084                                Hazard viewed:39420
DP6      55084         23:39:33 08/27/2025    ER:M1352
DP6      55084         23:39:33 08/27/2025    ER:M1352 Sent to MDT: M1352,Status
changed to ER by DP6
CT12     61945                                Hazard viewed
CT12     61945                                Comp.phone:CHANGED TO: 877 437-7411
DP6      55084                                Hazard viewed:39420
DP7      64515                                Radio Channel
DP7      64515         23:39:04 08/27/2025    Station alert sent to 4(E4)
DP7      64515         23:39:04 08/27/2025    DP:E4 AUTO PAGED (PF&R PAGERS -
ENGINE 04)
DP7      64515         23:39:03 08/27/2025    DP:E4 4310 S MACADAM AVE
DP7      64515         23:39:03 08/27/2025    DP:M1352 4310 S MACADAM AVE
DP7      64515                                Call re-directed:O1
DP7      64515                                ALARM:1 RESPONSE:0466 EMS
RESPONSE:5594C-ND (4 5 10 23 21 1 18 3 20 15 16 13 9 25 6 24 11 19 28 27)
4-E4(E) (AVL) 715-M1352(M) (AVL)
CT12     61945         23:38:57 08/27/2025    MEDICAL PROQA Dispatch Level is
PRIORITY 2
CT12     61945                                Priority:8 TO:2
CT12     61945                                Call type:M TO:30B1
CT12     61945                                Final Call type:M TO:30B1
                              END OF CALL HARDCOPY
```