# EXHIBIT 23

```
Page 1                          BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

 PRIME to: Supplement PP25-236959

      Initial: DISTP: DISTURBANCE - PRIORITY
   Final type: DISTP: DISTURBANCE - PRIORITY
        Study: BY BODY WORN FOOTAGE AVAILABLE

         TIME:      Recd: Sat, Aug-30-2025 00:10:50 By: 52504-TIDWELL, D CT4
                  Queued: Sat, Aug-30-2025 23:21:03 Queue:R
                    Disp: Sat, Aug-30-2025 00:14:06
                 Enroute: Sat, Aug-30-2025 00:14:06
                      OS: Sat, Aug-30-2025 00:18:58
                 Cleared: Sat, Aug-30-2025 23:57:45 By: 64868-ROMERO VEL 717

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU   District: CE      Zone: 872    Grid   66005


Initial Remarks: O/S, "COUNTER PROSTESTOR" BEING SURROUNDED BY 15-16
                 PROTESTORS & THE PROTESTORS THREW UNK LIQUID ONTO
                 COUNTER PROTESTOR.. COUNTER PROTESTOR- "RYAN", 6',
                 WM, GRY HOODED SWTSHIRT.. NO DESCS ON THE
                 SURROUNDERS, FYI THERE'S 50 PROTESTORS IN THE
                 AREA.. FPS HAS OFCRS STANDING BY, WON'T ASSIST FOR
                 NOW SINCE OCCURING IN PPB AREA

Channel      :

Contact      : OPTIONAL CONTACT
Caller       :    Name: , FPS OPERATOR 298
               Address:
                 State: Oregon
                   Bus: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: F - REPORT WRITTEN (NO ARREST)

Reporting officers: 64868-ROMERO VELAZCO, ARNOLDO
                  , 64894-DAY, MUHAMMAD


   Related EMS&Fire Call: RP25-98281
PP Mental Health YN: N


Additional Remarks:

DP11    62548        McKEE, CAMERON J (CAM) on  0:14 Sat Aug 30 2025

   PI CHECKED, CLEAR

CT4     52504        TIDWELL, DEVIN on  0:14 Sat Aug 30 2025
```

Page 2                                    BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

  PINA

DP11    62548          McKEE, CAMERON J (CAM) on  0:16 Sat Aug 30 2025

  STAGE MOODY/KANE

DP11    62548          McKEE, CAMERON J (CAM) on  0:17 Sat Aug 30 2025

  3816 DROVE THRU 2100,15-20 PPL AROUND THE INTERSECTION

DP11    62548          McKEE, CAMERON J (CAM) on  0:17 Sat Aug 30 2025

  3824 CALLING FPDS

DP11    62548          McKEE, CAMERON J (CAM) on  0:20 Sat Aug 30 2025

  887 GETTING A LONG EYE ON

DP11    62548          McKEE, CAMERON J (CAM) on  0:20 Sat Aug 30 2025

  3824 FPS NOT PICKING UP PHN

DP11    62548          McKEE, CAMERON J (CAM) on  0:21 Sat Aug 30 2025

  887 NO DIST SEEN,PPL JUST MILLING ABOUT

DP11    62548          McKEE, CAMERON J (CAM) on  0:22 Sat Aug 30 2025

  887 30 PPL IFO,EVERYTHING C4,NO FIGHTS

DP11    62548          McKEE, CAMERON J (CAM) on  0:22 Sat Aug 30 2025

  3824 NO LUCK W/2ND PHN NUMBER. IF CANT FIND A VICT WE CAN CLR,JUST CHECK BLKS AROUND

DP11    62548          McKEE, CAMERON J (CAM) on  0:23 Sat Aug 30 2025

  877 GOT 3 HERE,ROLLING IN TO MAKE SURE NOBODY IN DISTRESS

DP11    62548          McKEE, CAMERON J (CAM) on  0:26 Sat Aug 30 2025

  CODE 4,NOBODY IN DISTRESS

DP5     57777          HEMBREE, DANIEL S on  0:34 Sat Aug 30 2025

  CCOM TRIED TO TRANSFER SOMEONE WHO WOULD ONLY OFFER,"SOMEONE IS IN DISTRESS HERE" DC'D ON TRANSFER.....206-678-4049

DP11    62548          McKEE, CAMERON J (CAM) on  0:35 Sat Aug 30 2025

  (M): SUPPLEMENTAL: PP25-236959: CMP IS JOURNALIST, SAYS ASSLT AND

Page 3                               BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

```
        FLAG STOLEN... WM, 30-40S, GRN SHIRT, NO WEAPS.. SUSP
        NRBY.... FLAG IS ON FIRE SO GONNA START FIRE TOO

DP11    62548         McKEE, CAMERON J (CAM) on  0:35 Sat Aug 30 2025

   (M): SUPPLEMENTAL: PP25-236959: CALLER:RYAN AMACHER, (B)
        (503)964-7382

DP11    62548         McKEE, CAMERON J (CAM) on  0:37 Sat Aug 30 2025

   (M): FYI FOR FIRE,POL WERE JUST HERE AND NO DISTURBANCE WAS
        HAPPENING,30 PROTESTORS JUST STANDING AROUND,NOT
        AGGRESSIVE,877 GOING TO CALL THE CALLER FIRST


Unit    Officer(s) Times
877-PT   64894 DAY, MUHAM                     Dispatch: Aug-30-2025 00:14:06
                                               Enroute: Aug-30-2025 00:44:17
                                                    OS: Aug-30-2025 00:50:04
                                               Cleared: Aug-30-2025 02:38:00
857-PT   63779 RUBIN, ADA                     Dispatch: Aug-30-2025 00:14:07
                                               Enroute: Aug-30-2025 00:14:07
                                                    OS: Aug-30-2025 00:24:36
                                               Cleared: Aug-30-2025 00:26:14
848-PT   63793 UNDERWOOD- 63678 BUCKINGHA     Dispatch: Aug-30-2025 00:14:07
                                               Enroute: Aug-30-2025 00:14:07
                                                    OS: Aug-30-2025 00:18:58
                                               Cleared: Aug-30-2025 00:26:12
887-PT   60377 ROSENBOHM,                     Dispatch: Aug-30-2025 00:14:48
                                               Enroute: Aug-30-2025 00:14:48
                                                    OS: Aug-30-2025 00:20:43
                                               Cleared: Aug-30-2025 00:29:27
3824-PS  56961 BRAUN, AND                     Dispatch: Aug-30-2025 00:15:10
                                               Enroute: Aug-30-2025 00:15:10
                                               Cleared: Aug-30-2025 00:26:14
FR--FIRE/EMS RESPONSE                         Dispatch: Aug-30-2025 00:36:22
3824-PS  56961 BRAUN, AND                     Dispatch: Aug-30-2025 00:38:54
                                               Enroute: Aug-30-2025 00:38:54
                                                    OS: Aug-30-2025 00:42:58
                                               Cleared: Aug-30-2025 01:11:45
857-PT   63779 RUBIN, ADA                     Dispatch: Aug-30-2025 00:38:58
                                               Enroute: Aug-30-2025 00:38:58
                                               Cleared: Aug-30-2025 00:48:08
717-PT   64868 ROMERO VEL 64894 DAY, MUHA     Dispatch: Aug-30-2025 23:21:07
                                               Enroute: Aug-30-2025 23:21:07
                                                    OS: Aug-30-2025 23:28:40
                                               Cleared: Aug-30-2025 23:57:45
```

Page 4                                   BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

Text :

 ----------2025-08-30 00:36:34----------
 PROBLEM: O/S, "COUNTER PROSTESTOR" BEING SURROUNDED BY 15-16 PROTESTORS & TH
 E PROTESTORS THREW UNK LIQUID ONTO COUNTER PROTESTOR.. COUNTER PROTESTOR- "R
 YAN", 6

 ----------2025-08-30 00:37:11----------
 AT LOC (1ST PTY).
 OUTSIDE FIRE.
 SMALL AREA.
 FIRE RPTD BY CALLER AS NOT EXTINGUISHED.

 ----------2025-08-30 00:37:11----------
 FIRE:PROQA SESSION ABORTED: HUNG UP


```
717     64894           23:57:45 08/30/2025       AV:717 PT
717     64868           23:57:45 08/30/2025       AV:717 PT CLEARED CASE
    42236944 FOUNDED-Y REPORT-N CLEARED BY-F FINAL-DISTP BOLO- STUDY FLAG-BY
    REM-
717     64868           23:57:45 08/30/2025       AV:717 PT
DP11    64868           23:40:27 08/30/2025       OS 95:717 PT TIMER OFF
DP11    64894           23:40:27 08/30/2025       OS 95:717 PT TIMER OFF
717     64894           23:28:40 08/30/2025       OS:717 PT
717     64868           23:28:40 08/30/2025       OS:717 PT
717     64868           23:26:36 08/30/2025       ER:717 PT RMS Q VEH-LIC:212PHD
    STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
    RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:717
717     64894           23:26:36 08/30/2025       ER:717 PT EXT Q VEH-LIC:212PHD
    STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
    RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:717
717     64868           23:26:36 08/30/2025       ER:717 PT EXT Q VEH-LIC:212PHD
    STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
    RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:717
717     64894           23:26:36 08/30/2025       ER:717 PT RMS Q VEH-LIC:212PHD
    STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
    RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:717
DP11    64868           23:21:07 08/30/2025       ER:717 PT 4310 S MACADAM AVE
DP11    64894           23:21:07 08/30/2025       ER:717 PT 4310 S MACADAM AVE
DP11    57234           23:21:03 08/30/2025       Call was REOPENED/REQUEUED
877     64894           02:38:13 08/30/2025       Custom Fields:PP MENTAL HEALTH
    YN: CHANGED TO: N
877     64894           02:38:00 08/30/2025       AV:877 PT CLEARED CASE
    42236944 FOUNDED-Y REPORT-N CLEARED BY-F FINAL-DISTP BOLO- STUDY FLAG-BY
    REM-
877     64894           02:38:00 08/30/2025       AV:877 PT
877     64894           02:00:30 08/30/2025       OS:877 PT MDT SIGNON  PHONE
    :C(971)334-0093
877     64894           01:34:55 08/30/2025       OS:877 PT EXT Q
    PERS-NAME:DAVISCOURT  G1:KATELYN  G2:CHRISTINE  SEX:F  DOB:03141994
```

```
Page 5                              BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

       AGE:31  DL:WDL14390253B  STATE:WA  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N
       RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y
       TONC:Y  UNIT:877
877     64894           01:34:43 08/30/2025      OS:877 PT EXT Q
       PERS-NAME:DAVISCOURT  G1:KAYELYN  G2:CHRISTINE  SEX:F  RACE:W
       DOB:03141994  STATE:OR  EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N
       RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y
       UNIT:877
877     64894           01:34:43 08/30/2025      OS:877 PT RMS Q
       PERS-NAME:DAVISCOURT  G1:KAYELYN  G2:CHRISTINE  SEX:F  RACE:W
       DOB:03141994  STATE:OR  EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N
       RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y
       UNIT:877
877     64894           01:27:26 08/30/2025      OS:877 PT EXT Q
       PERS-NAME:MIDDLETON  G1:NICOLE  G2:RENEE  SEX:F  DOB:09291982  AGE:42
       DL:C470895  STATE:OR  SID:OR27754534  FBI:412292VC0  EXTN:Y  REC:N  CAD:Y
       EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N
       EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     64894           01:27:01 08/30/2025      OS:877 PT EXT Q
       PERS-NAME:MIDDLETON  G1:NICOLE  G2:RENEE  SEX:F  RACE:W  AGE:42  STATE:OR
       EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
       EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     64894           01:27:01 08/30/2025      OS:877 PT RMS Q
       PERS-NAME:MIDDLETON  G1:NICOLE  G2:RENEE  SEX:F  RACE:W  AGE:42  STATE:OR
       EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
       EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     64894           01:26:17 08/30/2025      OS:877 PT RMS Q RPT-TYPE:GO
       OPJUR:42  RYR:2025  RNM:208313
877     64894           01:21:53 08/30/2025      OS:877 PT EXT Q
       PERS-NAME:AMACHER  G1:RHEIN  G2:DAVID  SEX:M  DOB:03101990  AGE:35
       DL:8344250  STATE:OR  SID:OR19601084  FBI:74491XD8  EXTN:Y  REC:N  CAD:Y
       EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N
       EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     64894           01:21:28 08/30/2025      OS:877 PT EXT Q
       PERS-NAME:AMACHER  G1:RHEIN  G2:DAVID  SEX:M  RACE:W  DOB:03191990
       STATE:OR  EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N
       EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     64894           01:21:28 08/30/2025      OS:877 PT RMS Q
       PERS-NAME:AMACHER  G1:RHEIN  G2:DAVID  SEX:M  RACE:W  DOB:03191990
       STATE:OR  EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N
       EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
3824    56961           01:11:45 08/30/2025      AV:3824 PS
DP11    64894           00:53:52 08/30/2025      OS 95:877 PT TIMER OFF
DP11    56961           00:53:52 08/30/2025      OS 95:3824 PS TIMER OFF
877     64894           00:50:04 08/30/2025      OS:877 PT
857     63779           00:48:08 08/30/2025      AV 96:857 PT CONTROL FOR UNIT
       CLEARED
857     63779           00:48:08 08/30/2025      AV:857 PT
877     64894           00:44:17 08/30/2025      ER:877 PT RMS Q LOC-LOC:455 SW
       HAMILTON CT  REC:Y  CAD:Y  TYPE:H  HAZ:Y  SVTP:P
877     64894           00:44:17 08/30/2025      ER:877 PT 455 SW HAMILTON CT
3824    56961           00:42:58 08/30/2025      OS:3824 PS
```

Page 6                                    BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED

```
857     63779          00:38:58 08/30/2025    ER 96:857 PT CONTROL FOR UNIT
        CHANGED 872
857     63779          00:38:58 08/30/2025    ER:857 PT ASSIST:877      /4310
        S MACADAM AVE
3824    56961          00:38:54 08/30/2025    ER:3824 PS ASSIST:877
        /4310 S MACADAM AVE
DP7     61952          00:38:38 08/30/2025    Hazard viewed:39420
DP3     63955          00:38:04 08/30/2025    Related Call:RP25-98281: CALL
        TYPE:F TO:MISCF
DP7     61952          00:37:00 08/30/2025    Hazard viewed:39420
DP3     63955          00:36:24 08/30/2025    Related Call:FIRE:RP25-98281
DP3                    00:36:22 08/30/2025    (FR) -FIRE/EMS RESPONSE:
        FR,DP7,FLAG ON FIRE
DP11    62548          00:35:54 08/30/2025    Related Call:ADDED
        SUPPLEMENTAL FROM :PP25-236959
DP11    64894          00:35:13 08/30/2025    OS 95:877 PT TIMER OFF
887     60377          00:29:27 08/30/2025    AV:887 PT
3824    56961          00:26:14 08/30/2025    AV:3824 PS
857     63779          00:26:14 08/30/2025    AV:857 PT
848     63678          00:26:12 08/30/2025    AV:848 PT
848     63793          00:26:12 08/30/2025    AV:848 PT
857     63779          00:24:36 08/30/2025    OS:857 PT
877     64894          00:24:30 08/30/2025    OS:877 PT
DP11    60377          00:20:43 08/30/2025    OS:887 PT I5 EXIT 299A
DP11    60377          00:20:43 08/30/2025    OS:887 PT Sent to MDT:
        887,Status changed to OS by DP11
848     63678          00:18:58 08/30/2025    OS:848 PT
848     63793          00:18:58 08/30/2025    OS:848 PT
DP11    56961          00:15:10 08/30/2025    ER:3824 PS 4310 S MACADAM AVE
DP11    60377          00:14:48 08/30/2025    ER:887 PT 4310 S MACADAM AVE
CT4     52504          00:14:46 08/30/2025    History viewed:PP25-234337
        FROM PP25-236944
CT4     52504          00:14:44 08/30/2025    History viewed:PP25-235206
        FROM PP25-236944
CT4     52504          00:14:39 08/30/2025    History viewed:PP25-236229
        FROM PP25-236944
CT4     52504          00:14:24 08/30/2025    History viewed:PP25-236435
        FROM PP25-236944
CT4     52504          00:14:17 08/30/2025    Hazard viewed
DP11    63779          00:14:07 08/30/2025    ER:857 PT 4310 S MACADAM AVE
DP11    63678          00:14:07 08/30/2025    ER:848 PT 4310 S MACADAM AVE
DP11    63793          00:14:07 08/30/2025    ER:848 PT 4310 S MACADAM AVE
DP11    64894          00:14:06 08/30/2025    ER:877 PT 4310 S MACADAM AVE
CT4     52504          00:13:54 08/30/2025    Comp.phone:CHANGED TO:    877
        437-7411
CT4     52504          00:13:54 08/30/2025    Comp.Contact:CHANGED TO:O
CT4     52504          00:13:31 08/30/2025    Hazard viewed
```

```
Page 7                              BOEC
FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025
CALL: PP25-236944 Status: CLEARED Priority: 2 Received by: TYPED


                        END OF CALL HARDCOPY



Officer Signature   : _____
Supervisor Approval: _____
```