# EXHIBIT 24

```
Page 1                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-247561 Status: CLEARED Priority: 4 Received by: TYPED

      Initial: ASSIST: ASSIST - CITIZEN OR AGENCY
   Final type: ASSIST: ASSIST - CITIZEN OR AGENCY
        Study: XX NONE APPLY

         TIME:      Recd: Tue, Sep-09-2025 01:13:06 By: 63963-PADEN, LIB DP13
                  Queued: Tue, Sep-09-2025 01:40:03 Queue:R
                    Disp: Tue, Sep-09-2025 01:16:45
             Sup.Notified: Tue, Sep-09-2025 02:39:20
                 Enroute: Tue, Sep-09-2025 01:16:45
                      OS: Tue, Sep-09-2025 01:24:15
                 Cleared: Tue, Sep-09-2025 06:49:49 By: 65578-HIMELFARB, DP11

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU   District: CE      Zone: 872    Grid   66005


Initial Remarks: 1 COUNTERPROTESTOR SURROUNDED BY 10 PROTESTERS WHO
                 ARE SHINING FLASHLIGHTS INTO COUNTERPROTESTERS
                 EYES. FPS REQUESTING PPB ROLL THRU TO DISPERSE
                 CROWD. 26 PPL IN TOTAL AT THE BLDG, OTHER 15 NOT
                 INVOLVED.

Channel     :

Contact     : TELEPHONE REQUIRED
Caller      :    Name: FED PROTECTIVE SERVICES
               Address:
                 State: Oregon
                 Home:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: Z - NO CLEARANCE CODE GIVEN (DISPATCH ON

Reporting officers: 52678-LLOYD, BRYAN E


Clear remarks: SEE REMARKS BELOW

PP Mental Health YN: N


Additional Remarks:

DP13    63963         PADEN, LIBERTY on  1:16 Tue Sep 09 2025

   (M): ALSO APPEAR TO BE TOUCHING HER/POSS PULLING HER HAIR

DP13    63963         PADEN, LIBERTY on  1:17 Tue Sep 09 2025

   (M): 26 DEMONSTRATORS,SOME OF THEM HAVE NONDESCRIPT MAKESHIFT
        IMPACT WEPS. FPS HAS NO MORE LL
```

Page 2                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE       Wed, Oct-01-2025

CALL: PP25-247561 Status: CLEARED Priority: 4 Received by: TYPED

```
DP11    62213         KIMBELL, HANNAH E on  1:18 Tue Sep 09 2025

   PER 3821,STANDBY...

DP13    63963         PADEN, LIBERTY on  1:18 Tue Sep 09 2025

   (M): SAME COUNTERPROTESTER THAT WE'VE BEEN OUT ON TWICE TONIGHT

DP11    62213         KIMBELL, HANNAH E on  1:18 Tue Sep 09 2025

   PI AL

DP11    62213         KIMBELL, HANNAH E on  1:27 Tue Sep 09 2025

   3821 FPS IS JUST ASKING FOR DRIVE THRU,I WILL DO THAT MYSELF AND
   IF I NEED MORE I WILL ASK

3821    52678 on  1:35 Tue Sep 09 2025

   NO COUNTER-PROTESTER SEEN. APPROXIAMTELY 20 SUBJECTS STANDING
   AROUND IN GROUPS TALKING. NO DISTURBANCE OR VICTIMS SEEN. WAS
   QUIET UNTIL I ARRIVED AND THEY STARTED SCREAMING MY WAY.

3821    52678 on  1:35 Tue Sep 09 2025

   NO BWC ACTIVATED

CT4     61948         AMMERMAN, ANGEL E on  1:40 Tue Sep 09 2025

   (M): FPS CALLING BACK IN COUNTER PROTESTOR SURROUNDED BY
        PROTESTORS. 1 PROTESTOR SLAPPED COUNTER PROTESTER. FPS GIVING
        AS INFO AT THIS POINT. NOT ASKING FOR ANOTHER ROLL THRU YET.

DP11    62213         KIMBELL, HANNAH E on  1:40 Tue Sep 09 2025

   3821 COPIES INFO

CT8     53048         FELLA, EMILY L on  1:52 Tue Sep 09 2025

   (M): FPS CALLING IN **REQUESTING PPB RESPONSE** - GROUP OF 6
        PROTESTORS SURROUNDING THE ONE COUNTER PROTESTOR. HAVE
        ALREADY SLAPPED HER AND ARE SHOVING THINGS IN HER FACE. ONE
        OF THE PROTESTORS HAS BOTH NUNCHUCKS AND A CANE....
        REGARDLESS OF RESPONSE PLEASE CALL INSPECTOR GOOSBY AT
        314-943-5172

CT8     53048         FELLA, EMILY L on  1:53 Tue Sep 09 2025

   PER FPS - PREV REQUESTS HAVE ONLY YIELDED ROLL THROUGHS BUT NOT
   CONTACT - FOR THIS REASON THEYRE DIRECTLY REQUESTING SOMEONE W/PPB
   CONTACT INSPECTOR GOOSBY
```

```
Page 3                                BOEC

FOR: PARKER, RYAN H    JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-247561 Status: CLEARED Priority: 4 Received by: TYPED


CT5      57238         LIANG, KEN-HAN I on  2:37 Tue Sep 09 2025

  (M): PER FPS - GAVE THE COUNTERPROTESTOR THE CHANCE TO LEAVE AND
       SHE DID,BUT NOW SHES BEING ACTIVELY CHASED BY 10+ PROTESTORS
       SB MACADAM


Unit    Officer(s) Times
877-PT   54334 GILBERTSON                  Dispatch: Sep-09-2025 01:16:45
                                            Enroute: Sep-09-2025 01:16:45
                                            Cleared: Sep-09-2025 01:27:57
857-PT   50652 ARNOLD, DA                  Dispatch: Sep-09-2025 01:16:45
                                            Enroute: Sep-09-2025 01:16:45
                                            Cleared: Sep-09-2025 01:27:41
3821-PS  52678 LLOYD, BRY                  Dispatch: Sep-09-2025 01:17:38
                                            Enroute: Sep-09-2025 01:28:23
                                                 OS: Sep-09-2025 01:32:18
                                            Cleared: Sep-09-2025 01:36:22
887-PT   64894 DAY, MUHAM                  Dispatch: Sep-09-2025 01:23:07
                                            Enroute: Sep-09-2025 01:23:07
                                            Cleared: Sep-09-2025 01:27:59
INFOC2-XX                                  Dispatch: Sep-09-2025 01:40:47
                                            Enroute: Sep-09-2025 01:40:47
                                                 OS: Sep-09-2025 01:40:47
                                            Cleared: Sep-09-2025 06:49:49

Text :

 4310 S MACADAM AVE PORT
 C102
 Under normal conditions, BOEC will dispatch only medical calls per CAD. All
 fire calls for service will be routed to C103 for further triage.
 If facility is placed within an exclusion zone
 by an Incident Command Post (ICP), all fire & medical calls *regardless of
 type* must be routed through the IC or Fire Operations Chief on OPS9 prior
 to any dispatch of PF&R by BOEC.


 (info last updated 7/17/25 by P4352)
 Updated on
 : Jul-24-2025

DP11    65578           06:49:49 09/09/2025    Cleared by:J TO:Z
DP11    65578           06:49:49 09/09/2025    Reporting Officer2:PP TO:
DP11                    06:49:49 09/09/2025    AV:INFOC2 XX
DP11    65578           06:49:49 09/09/2025    Call was CLEARED
DP11    62213           02:39:20 09/09/2025    Supervisor notified:2025-09-09
     02:39:20 - 3821
DP11                    02:11:15 09/09/2025    OS 95:INFOC2 XX TIMER OFF
DP11                    01:40:47 09/09/2025    OS:INFOC2 XX 4310 S MACADAM
     AVE
```

```
Page 4                             BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-247561 Status: CLEARED Priority: 4 Received by: TYPED

CT4    61948         01:40:03 09/09/2025    Call was REOPENED/REQUEUED
3821   52678         01:36:28 09/09/2025    Custom Fields:PP MENTAL HEALTH
    YN: CHANGED TO: N
3821   52678         01:36:22 09/09/2025    AV:3821 PS CLEARED CASE
    42247561 FOUNDED-Y REPORT-N CLEARED BY-J FINAL-ASSIST BOLO- STUDY FLAG-XX
    REM-SEE REMARKS BELOW
3821   52678         01:36:22 09/09/2025    AV:3821 PS
3821   52678         01:32:18 09/09/2025    OS:3821 PS
3821   52678         01:28:23 09/09/2025    ER:3821 PS
DP11   64894         01:27:59 09/09/2025    AV:887 PT
DP11   54334         01:27:57 09/09/2025    AV:877 PT
857    50652         01:27:41 09/09/2025    AV:857 PT
3821   52678         01:24:15 09/09/2025    OS:3821 PS
3821   52678         01:24:06 09/09/2025    ER:3821 PS RMS Q LOC-LOC:PHONE
    REC:Y  CAD:Y  TYPE:H  HAZ:Y  SVTP:P  SUP:Y
3821   52678         01:24:05 09/09/2025    ER:3821 PS PHONE
887    64894         01:23:07 09/09/2025    ER:887 PT ASSIST:3821    /4310
    S MACADAM AVE
DP11   62213         01:18:53 09/09/2025    History viewed:PP25-247410
    FROM PP25-247561
DP11   52678         01:17:38 09/09/2025    ER:3821 PS 4310 S MACADAM AVE
DP11   54334         01:16:45 09/09/2025    ER:877 PT 4310 S MACADAM AVE
DP11   50652         01:16:45 09/09/2025    ER:857 PT 4310 S MACADAM AVE
DP11   62213         01:16:28 09/09/2025    Hazard viewed:39420
DP13   63963         01:16:13 09/09/2025    Comp.phone:CHANGED TO: 877
    437-7411
DP13   63963         01:16:13 09/09/2025    Comp.Contact:CHANGED TO:T
DP13   63963         01:15:27 09/09/2025    Hazard viewed:39420

                        END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____
```