# **EXHIBIT 25**

```
Page 1                          BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-258970 Status: CLEARED Priority: 2 Received by: TYPED

 PRIME to: Related      PP25-259060
           Related      PP25-259071

     Initial: DISTP: DISTURBANCE - PRIORITY
  Final type: DISTP: DISTURBANCE - PRIORITY

        TIME:      Recd: Fri, Sep-19-2025 22:58:05 By: 62211-CLOSSER, C DP19
                 Queued: Fri, Sep-19-2025 23:58:28 Queue:R
                   Disp: Fri, Sep-19-2025 23:39:17
                Enroute: Fri, Sep-19-2025 23:39:17
                     OS: Fri, Sep-19-2025 23:44:38
                Cleared: Sat, Sep-20-2025 00:01:58 By: 65572-BRITTAIN, DP11

       Place: ICE PORTLAND
     Address: 4310 S MACADAM AVE
   Community: Portland County: MU   District: CE     Zone: 872    Grid   66005


Initial Remarks: FED PROTECTIVE SERVICES.. 2 COUNTER REPORTERS
                 "HONEY BADGER MOM" AND "HONEY DISCORD" AFTER BEING
                 SURROUNDED BY GROUP 14-15 PROTESTORS, ONE OF THEM
                 DOES HAVE A SWORD BUT NOT CURRENTLY IN PLAY... REQ
                 ASSISTANCE FROM POL

Channel    :

Contact    :
Caller     :   Name: , OPERATOR 298
             Address:
                Home:  (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: S - CANCELED (PATROL SUPERVISOR ONLY)

Reporting officers: 60377-ROSENBOHM, BENNETT



PP Mental Health YN: N


Additional Remarks:

DP19    62211         CLOSSER, CHELSEA L on 23:00 Fri Sep 19 2025

  NOT RELATED TO OTHER. SAYS GROUP OF 14-15 OF SUBJS ARE SURROUNDING
  THESE TWO FEMS,GETTING IN THEIR FACE. NO ONE CURRENTLY HURT. BUT
  FED PROTECTIVE SERVICES IS REQ POL ASSISTANCE TO HELP DISENGAGE
  THIS GROUP

DP19    62211         CLOSSER, CHELSEA L on 23:00 Fri Sep 19 2025
```

```
Page 2                                BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-258970 Status: CLEARED Priority: 2 Received by: TYPED

    PI CHECKED, CLEAR

DP11    65572           BRITTAIN, THERESA on 23:00 Fri Sep 19 2025

    PI AL

CT7     63954           AZALGARA MURGUIA, SOFIA on 23:12 Fri Sep 19 2025

    FED CB WITH UPDATE SAYS 2 COUNTER-REPORTERS ARE WALKING OFF TO
    WEST SIDE OF PROP,BEING FOLLOWED BY 6-12 PROTESTERS AND 1 OF THEM
    HAS THE SWORD

DP19    62211           CLOSSER, CHELSEA L on 23:35 Fri Sep 19 2025

    (M): FED PROTECTIVE SERVICES CB SAYS GUY WITH KATANA IS WM,BLK
         MASK,BLK HOODIE OVER CAMO SHIRT SLEEVES ROLLED UP,BLK
         PANTS,TAN BACKPACK,HOLDING CANTANA..IN HIS HANDS CURRENTLY IN
         SHEATH NOT THRETN'G WITH IT

DP19    62211           CLOSSER, CHELSEA L on 23:37 Fri Sep 19 2025

    (M): COUNTER PROTESTER NAMED RYAN JUST PUNCHED ONE OF THE OTHER
         PROTESTERS AFTER THEY TOOK SOMETHING FROM HIM.. ONLY DESC OF
         RYAN IS WM,WAS ON THE GROUND GETTING ASSLT'D BY 2 PPL. NOW
         SOUNDS LIKE WALKING NB ON THE W/S OF THE FACILITY

DP11    65572           BRITTAIN, THERESA on 23:41 Fri Sep 19 2025

    877 GOING TO GO AND GET EYES ON THE SITUATION BEFORE WE NEED TO
    MOVE IN

DP10    62859           FURNESS, SARAH on 23:46 Fri Sep 19 2025

    877 DROVE BY ICE,NO DIST,NO1 FLAGGING,

CT1     63966           ROECKEL, RUSSELL on 23:57 Fri Sep 19 2025

    REGARDING LAST ABOUT 'RYAN', ASSLTR IS 'SETH UNK LAST', WM, THIN,
    5'5, BLK BMX HELM, BALAKAVA, GOGGLES, BLK TSHRT "424 AINT NOTHING
    BUT A BI---", BLK PNTS, VICT IS 'AMACAER.RYAN.D. WM, 6', HVYSET,
    BLU COAT, GRY SHRT, KHAKI PNTS, GRY/WHT SHOES, BLK BCKPCK,
    CARRYING A STICK, NO CONTACT INFO

CT1     63966           ROECKEL, RUSSELL on 23:58 Fri Sep 19 2025

    (M): FED CALLING BACK IN W/DESC OF SUSP+VICT RYAN (W/NO CONTACT
         INFO),UNK IF CONTACT NEEDED,POSS JUST INFO FOR PPB

CT1     63966           ROECKEL, RUSSELL on  0:01 Sat Sep 20 2025

    (M): ARE STILL THERE BUT DIDN'T DESCRIBE ACTIVE DIST AT THIS TIME.
```

```
Page 3                                BOEC

FOR: PARKER, RYAN H        JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-258970 Status: CLEARED Priority: 2 Received by: TYPED

DP11    65572           BRITTAIN, THERESA on  0:01 Sat Sep 20 2025

   PER 3824,CAN BE INFO UNLESS VICTIM CALLS IN

CT1     63966           ROECKEL, RUSSELL on   0:31 Sat Sep 20 2025

   FED DISPATCH CB,UPDATED SPELLING FOR PREV VICT,AMACHER.RHEIN,STILL
   NO CONTACT INFO AND UNK IF WANTS CONTACT FROM PPB,CALLING TO
   UPDATE SINCE DYNAMIC SITUATION


Unit    Officer(s) Times
877-PT   60377 ROSENBOHM,                    Dispatch: Sep-19-2025 23:39:17
                                              Enroute: Sep-19-2025 23:39:17
                                                   OS: Sep-19-2025 23:44:38
                                              Cleared: Sep-19-2025 23:47:01
827-PT   64868 ROMERO VEL                    Dispatch: Sep-19-2025 23:39:17
                                              Enroute: Sep-19-2025 23:39:17
                                              Cleared: Sep-19-2025 23:43:58
838-PT   64936 FORSYTH, B 64588 TRUJILLO,    Dispatch: Sep-19-2025 23:41:33
                                              Enroute: Sep-19-2025 23:41:33
                                              Cleared: Sep-19-2025 23:42:19
INFOC-IN   INFOC INFOC                       Dispatch: Sep-20-2025 00:01:01
                                              Enroute: Sep-20-2025 00:01:01
                                              Cleared: Sep-20-2025 00:01:58


CT2     63964           01:17:11 09/20/2025   Related Call:ADDED RELATED
     FROM :PP25-259071
DP11    63954           00:54:50 09/20/2025   Related Call:ADDED RELATED
     FROM :PP25-259060
DP11    65572           00:01:58 09/20/2025   Cleared by:J TO:S
DP11    65572           00:01:58 09/20/2025   Call was CLEARED
DP11    INFOC           00:01:58 09/20/2025   AV:INFOC IN
DP11    INFOC           00:01:01 09/20/2025   ER:INFOC IN 4310 S MACADAM AVE
CT1     63966           23:58:28 09/19/2025   Call was REOPENED/REQUEUED
877     60377           23:50:02 09/19/2025   Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
DP10    60377           23:47:01 09/19/2025   AV:877 PT
DP10    62859           23:47:01 09/19/2025   Call was CLEARED
DP10    62859           23:47:01 09/19/2025   Reporting Officer:CHANGED
     TO:PP60377
DP10    62859           23:47:01 09/19/2025   Cleared by:CHANGED TO:J
877     60377           23:44:38 09/19/2025   OS:877 PT
827     64868           23:43:58 09/19/2025   AV:827 PT
838     64936           23:42:19 09/19/2025   AV:838 PT
838     64588           23:42:19 09/19/2025   AV:838 PT
838     64936           23:42:19 09/19/2025   AV 96:838 PT CONTROL FOR UNIT
     CLEARED
838     64588           23:42:19 09/19/2025   AV 96:838 PT CONTROL FOR UNIT
     CLEARED
838     64936           23:41:33 09/19/2025   ER 96:838 PT CONTROL FOR UNIT
     CHANGED 872
```

```
Page 4                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-258970 Status: CLEARED Priority: 2 Received by: TYPED

838     64588         23:41:33 09/19/2025     ER 96:838 PT CONTROL FOR UNIT
        CHANGED 872
838     64588         23:41:33 09/19/2025     ER:838 PT ASSIST:827     /4310
        S MACADAM AVE
838     64936         23:41:33 09/19/2025     ER:838 PT ASSIST:827     /4310
        S MACADAM AVE
DP11    60377         23:39:17 09/19/2025     ER:877 PT 4310 S MACADAM AVE
DP11    64868         23:39:17 09/19/2025     ER:827 PT 4310 S MACADAM AVE
DP19    62211         23:37:59 09/19/2025     Call type:ASSIST TO:DISTP
DP19    62211         23:37:59 09/19/2025     Priority:4 TO:2
DP19    62211         23:37:59 09/19/2025     Final Call type:ASSIST
        TO:DISTP
DP11    65572         23:32:04 09/19/2025     CALL FORWARDED:(ALLCT,PER
        3814,IF THE VICTIM CALLS IN HAVE THEM GET AWAY FROM THE ICE FACILITY)
DP11    65572         23:00:47 09/19/2025     Hazard viewed:39420

                        END OF CALL HARDCOPY
```

Officer Signature  : _____

Supervisor Approval: _____