# EXHIBIT 26

```
Page 1                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

       Initial: DISTW: DISTURBANCE - WITH WEAPON *H
    Final type: DISTW: DISTURBANCE - WITH WEAPON *H
         Study: BY BODY WORN FOOTAGE AVAILABLE

         TIME:       Recd: Sat, Sep-20-2025 23:32:36 By: 62546-RIEGE, CAM CT12
                   Queued: Sat, Sep-20-2025 23:34:41 Queue:R
                     Disp: Sat, Sep-20-2025 23:35:00
              Sup.Notified: Sat, Sep-20-2025 23:35:39
                  Enroute: Sat, Sep-20-2025 23:35:00
                       OS: Sat, Sep-20-2025 23:40:30
                  Cleared: Sun, Sep-21-2025 02:02:05 By: 56961-BRAUN, AND 3824

         Place: ICE PORTLAND
       Address: 4310 S MACADAM AVE
     Community: Portland County: MU   District: CE     Zone: 872    Grid   66005


Initial Remarks: HOMELAND SEC REQ OFCR REPONSE FOR DIST INV 12
                 DEMONSTRATOR  AND ONE COUNTER DEMORATOR, ONE
                 DEPLOYED PEPPERSPRAY, ANOTHER SUBJ HERE W/ A SWORD

Channel     :

Contact     :
Caller      :   Name: , DHS
              Address:
                State: Oregon
                 Home: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: F - REPORT WRITTEN (NO ARREST)

Reporting officers: 56961-BRAUN, ANDREW


   Related EMS&Fire Call: RP25-107591
PP Mental Health YN: N


Additional Remarks:

CT12    62546          RIEGE, CAMERON T on 23:35 Sat Sep 20 2025

  (M): WORKING ON DESC FOR SWORD GUY

CT12    62546          RIEGE, CAMERON T on 23:36 Sat Sep 20 2025

  (M): GUY W/SWORD IS THE PERSON WHO PEPERSPRAYED
       COUNTERPROTERSTER,WEARING A PIRATE HAT AND SWORD ON HIS
       SIDE,NO BETTER
```

```
Page 2                                BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

CT8      64258         AUSTIN, JONAH on 23:36 Sat Sep 20 2025

   (M): I HAVE THE GUY WHO WAS MACED ON THE LINE BUT HE IS TELLING ME
        HE CAN'T GET AWAY FROM THE PROTESTORS......HARD TO GET INFO
        FROM HIM,LOTS OF YELLING IN THE BKGRD/503-964-7382

CT12     62546         RIEGE, CAMERON T on 23:36 Sat Sep 20 2025

   (M): SOUNDS LIKE SWORD NOT OUT/INVOLVED

DP11     63959         HINSON, JERRA on 23:37 Sat Sep 20 2025

   XFER TO BUCKINGHAM 848

DP11     63959         HINSON, JERRA on 23:37 Sat Sep 20 2025

   848 MOODY/BOND STAGE

DP11     63959         HINSON, JERRA on 23:38 Sat Sep 20 2025

   PER CT8 VICT HU X2 NOT COOP

CT8      64258         AUSTIN, JONAH on 23:38 Sat Sep 20 2025

   PER QBP MY CALLER RHEIN (RYAN?) AMACHER,UNCOOP POSS JUST B/C HE
   WAS SURROUNDED BY ANGRY PPL

DP11     63959         HINSON, JERRA on 23:38 Sat Sep 20 2025

   MOODY/GAINES

DP11     63959         HINSON, JERRA on 23:39 Sat Sep 20 2025

   *****STAGE MOODY/GAINES******

DP11     63959         HINSON, JERRA on 23:42 Sat Sep 20 2025

   848 ON LINE WITH VICT. PC FOR UNLAWFUL USE OF PEPPERSPRAY

DP11     63959         HINSON, JERRA on 23:43 Sat Sep 20 2025

   848 VICT IS SURROUNDED AT FRONT OF ICE BLDG

DP11     63959         HINSON, JERRA on 23:43 Sat Sep 20 2025

   848 RYAN AMMICKER

DP11     63959         HINSON, JERRA on 23:44 Sat Sep 20 2025

   3824 RYAN FREQUENTLY GOES DOWN THERE,CREATES
   CONFRONTATION,INTENTIONALLY PUTS SELF IN THESE SITUATIONS THEN
   WNTS US TO COME RESCUE HIM
```

```
Page 3                                BOEC
FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025
CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED


DP4      57231           BULICK, BEAU A on 23:45 Sat Sep 20 2025

  (M): ANOTHER VICT,REPORTING BEING PEPPERSPRAYED BY SUM1 IFO ICE
       BLDG,IS WAITING FOR CONTACT AT THE TESLA BLDG,MY CALLER
       SHELLY 541 219 1765

DP11     63959           HINSON, JERRA on 23:45 Sat Sep 20 2025

    848 COPIES

DP11     63959           HINSON, JERRA on 23:53 Sat Sep 20 2025

    WTG TO MOVE IN . ICE ABT TO MOVE VEHS OUT OF THE FACILITY

DP3      64842           KAUFMANN, ANTHONY (TONY) on 23:54 Sat Sep 20 2025

  (M): DHS CALLING BACK IN ORIGINAL SUSP IS WM,BL

DP11     63959           HINSON, JERRA on 23:54 Sat Sep 20 2025

    3824 RYAN HAS SEPARATED SELF AND IS OVER BY TESLA BLDG

DP3      64842           KAUFMANN, ANTHONY (TONY) on 23:55 Sat Sep 20 2025

  (M): DHS CALLING BACK FIRST SUSP IS WM,BLK SHIRT,BLK PANTS,SAID A
       SEPEREATE PEPPER SPRAYING HAPPENED,VIC IS JOURNALIST
       "HONEYBADGER MOM" SUSP IS "HAT AND FORD ALL BLK CLOTHING,VIC
       ON S/S BLDG,ASKED IF POSS TO GET PTS TO SAFE LOC AWAY FROM
       PROTEST SAID THEY WERE ON PHN W/SGT

DP11     63959           HINSON, JERRA on  0:04 Sun Sep 21 2025

    877 EYES ON FRONT OF ICE BLDG N/S. APPROX 30 PPL MILLING AB T

DP11     63959           HINSON, JERRA on  0:09 Sun Sep 21 2025

    EAST TRYING TO GET MFF AND SEND THEM THIS WAY

DP11     63959           HINSON, JERRA on  0:24 Sun Sep 21 2025

    848 VICTS ARE SEPARATED AND GETTING IN CARS TO LEAVE NOW

DP11     63959           HINSON, JERRA on  0:40 Sun Sep 21 2025

    EAST MFF ER TO STAGING FROM EAST PRECINCT

DP11     63959           HINSON, JERRA on  0:40 Sun Sep 21 2025

    3824 COPIES

DP11     63959           HINSON, JERRA on  0:43 Sun Sep 21 2025
```

```
Page 4                              BOEC
FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE       Wed, Oct-01-2025
CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED


   877 FED PD CAME OUT TO LET CARS OUT SO PROTESTERS GATHERED UP .
   ABT 20-25 PPL OUT HERE
DP11    63959         HINSON, JERRA on  0:47 Sun Sep 21 2025

   6 PROTESTORS WALKING NB FROM THE ICE BLDG
DP11    63959         HINSON, JERRA on  0:47 Sun Sep 21 2025

   3824 COPIES
DP11    63959         HINSON, JERRA on  0:48 Sun Sep 21 2025

   3824 MOVING STAGING TO TESLA LOT ************
DP11    63959         HINSON, JERRA on  0:48 Sun Sep 21 2025

   3928 S
DP11    63959         HINSON, JERRA on  0:48 Sun Sep 21 2025

   3928 COPIES
DP5     64515         BAILEY, MATTHEW D on  0:49 Sun Sep 21 2025

   (M): DHS DISPATCH CALLING IN,SUM1 AT THREW A FIREWORK INTO AN APT
        AT GRAY LANDING
DP11    63959         HINSON, JERRA on  0:49 Sun Sep 21 2025

   3824 COPIES
DP5     64515         BAILEY, MATTHEW D on  0:49 Sun Sep 21 2025

   (M): NONE OF THE OFCRS THERE ABLE TO SEE ANY ACTIVE FIRE PROBLEM
DP11    63959         HINSON, JERRA on  0:54 Sun Sep 21 2025

   877 8 PROTESTORS MOVING SB ALONG TRAX TO TESLA DEALERSHIP
DP11    63959         HINSON, JERRA on  0:54 Sun Sep 21 2025

   3824 COPY
DP11    63963         PADEN, LIBERTY on  1:12 Sun Sep 21 2025

   FPS DOES NOT HAVE SUBJ ON CAMS.
DP11    63963         PADEN, LIBERTY on  1:13 Sun Sep 21 2025

   3824 TO 3820,READY TO MOVE IN WHEN YOU ARE
```

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

DP11    63963          PADEN, LIBERTY on  1:14 Sun Sep 21 2025
   838 W 3820

DP11    63963          PADEN, LIBERTY on  1:14 Sun Sep 21 2025
   3824 AS A REMINDER BWC ON TO ROLL IN

DP11    63963          PADEN, LIBERTY on  1:15 Sun Sep 21 2025
   3820 SO FAR NOT FINDING HIM

DP11    63963          PADEN, LIBERTY on  1:15 Sun Sep 21 2025
   3820 GOING TO GO BACK THRU 1 MORE TIME

DP11    63963          PADEN, LIBERTY on  1:16 Sun Sep 21 2025
   828 BIGGER GRP APPROACHING STAGING LOC THAN THERE IS IFO ICE BLDG

DP11    63963          PADEN, LIBERTY on  1:16 Sun Sep 21 2025
   3820 SO FAR. NOT FINDING HIM

DP11    63963          PADEN, LIBERTY on  1:17 Sun Sep 21 2025
   3820 RETURN TO 3824

DP11    63963          PADEN, LIBERTY on  1:17 Sun Sep 21 2025
   3820 EA MFF NOT FINDING HIM ON TROLLEY TRACKS. HE DID NOT APPEAR
   TO WE W GROUP

DP11    63963          PADEN, LIBERTY on  1:18 Sun Sep 21 2025
   3928 OF THE CROWD BY STAGING LOC,ONE DARTED INTO PKGLOT 3824
   STAGED AT

DP11    63963          PADEN, LIBERTY on  1:18 Sun Sep 21 2025
   3928 LS IN E/S LOT POSS BY DROPOFF

DP11    63963          PADEN, LIBERTY on  1:22 Sun Sep 21 2025
   3824 CENTRAL'S GONNA BREAK THIS DOWN SHORTLY AND GO BACK TO CALLS

Unit   Officer(s) Times
848-PT   63793 UNDERWOOD- 63678 BUCKINGHA      Dispatch: Sep-20-2025 23:35:00
                                                Enroute: Sep-20-2025 23:35:00
                                                     OS: Sep-20-2025 23:40:30

```
Page 6                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

                                                Cleared: Sep-21-2025 01:25:33
827-PT   64868 ROMERO VEL                       Dispatch: Sep-20-2025 23:35:00
                                                Enroute: Sep-20-2025 23:35:00
                                                     OS: Sep-21-2025 00:01:57
                                                Cleared: Sep-21-2025 01:25:50
828-PT   63392 SELL, RALE 55511 HARPER, R       Dispatch: Sep-20-2025 23:35:23
                                                Enroute: Sep-20-2025 23:35:23
                                                     OS: Sep-20-2025 23:44:08
                                                Cleared: Sep-21-2025 01:25:53
718-PT   64936 FORSYTH, B 64588 TRUJILLO,       Dispatch: Sep-20-2025 23:36:31
                                                Enroute: Sep-20-2025 23:36:31
                                                     OS: Sep-21-2025 00:19:57
                                                Cleared: Sep-21-2025 01:25:44
3824-PS  56961 BRAUN, AND                       Dispatch: Sep-20-2025 23:39:30
                                                Enroute: Sep-20-2025 23:39:30
                                                     OS: Sep-21-2025 00:07:44
                                                Cleared: Sep-21-2025 02:02:05
3820-PS  55237 NGUEPDJO,                        Dispatch: Sep-20-2025 23:44:07
                                                Enroute: Sep-20-2025 23:44:07
                                                     OS: Sep-21-2025 01:27:53
                                                Cleared: Sep-21-2025 01:30:09
FR--FIRE/EMS RESPONSE                       Dispatch: Sep-20-2025 23:55:29
877-PT   60377 ROSENBOHM,                       Dispatch: Sep-21-2025 00:00:14
                                                Enroute: Sep-21-2025 00:00:14
                                                     OS: Sep-21-2025 00:03:51
                                                Cleared: Sep-21-2025 01:27:16
817-PT   62018 MOUNT, ROR                       Dispatch: Sep-21-2025 00:04:24
                                                Enroute: Sep-21-2025 00:04:24
                                                     OS: Sep-21-2025 00:13:25
                                                Cleared: Sep-21-2025 01:25:50
857-PT   64894 DAY, MUHAM                       Dispatch: Sep-21-2025 00:04:31
                                                Enroute: Sep-21-2025 00:04:31
                                                     OS: Sep-21-2025 00:08:53
                                                Cleared: Sep-21-2025 01:26:27
835-PT   64341 VU, MIKE                         Dispatch: Sep-21-2025 00:04:38
                                                Enroute: Sep-21-2025 00:04:38
                                                     OS: Sep-21-2025 00:11:07
                                                Cleared: Sep-21-2025 01:26:05
838-PT   63780 ELY, MICHA 64166 STILLWELL       Dispatch: Sep-21-2025 00:05:35
                                                Enroute: Sep-21-2025 00:05:35
                                                     OS: Sep-21-2025 00:16:14
                                                Cleared: Sep-21-2025 01:24:57
727-PT   45180 SORENSON,                        Dispatch: Sep-21-2025 00:08:52
                                                Enroute: Sep-21-2025 00:08:52
                                                     OS: Sep-21-2025 00:19:45
                                                Cleared: Sep-21-2025 01:38:48
737-PT   63530 LIU, SIMEN                       Dispatch: Sep-21-2025 00:09:09
                                                Enroute: Sep-21-2025 00:09:09
                                                     OS: Sep-21-2025 00:20:23
                                                Cleared: Sep-21-2025 01:25:56
3928-PS  52977 KERRIDGE,                        Dispatch: Sep-21-2025 00:48:42
                                                Enroute: Sep-21-2025 00:48:42
```

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

```
                                                Cleared: Sep-21-2025 00:48:58
887-PT   62014 BUCHANAN,                       Dispatch: Sep-21-2025 00:49:16
                                                Enroute: Sep-21-2025 00:49:16
                                                     OS: Sep-21-2025 00:55:24
                                                Cleared: Sep-21-2025 01:30:43
848-PT   63793 UNDERWOOD- 63678 BUCKINGHA      Dispatch: Sep-21-2025 01:41:43
                                                Enroute: Sep-21-2025 01:41:43
                                                     OS: Sep-21-2025 01:41:48
                                                Cleared: Sep-21-2025 01:47:02


3824    56961          02:02:05 09/21/2025     AV:3824 PS
3824    56961          02:02:05 09/21/2025     AV:3824 PS CLEARED CASE
     42259969 FOUNDED-Y REPORT-N CLEARED BY-F FINAL-DISTW BOLO- STUDY FLAG-BY
     REM-
DP11    63793          01:47:02 09/21/2025     AV:848 PT PREEMPT
DP11    63678          01:47:02 09/21/2025     AV:848 PT PREEMPT
848     63678          01:41:48 09/21/2025     OS:848 PT
848     63793          01:41:48 09/21/2025     OS:848 PT
DP11    63793          01:41:43 09/21/2025     ER:848 PT 4310 S MACADAM AVE
DP11    63678          01:41:43 09/21/2025     ER:848 PT 4310 S MACADAM AVE
727     45180          01:38:48 09/21/2025     AV:727 PT
3824    56961          01:32:41 09/21/2025     OS:3824 PS EXT Q
     VEH-LIC:903NWA   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y   EXTE:Y
     RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   SUP:Y   TONC:Y   UNIT:3824
3824    56961          01:32:41 09/21/2025     OS:3824 PS RMS Q
     VEH-LIC:903NWA   STATE:OR   YR:2025   TYPE:PC   REC:Y   CAD:Y   EXTN:Y   EXTE:Y
     RMS4:N   RMS5:N   RMS2:N   EXTC:N   PPS:Y   SUP:Y   TONC:Y   UNIT:3824
887     62014          01:30:43 09/21/2025     AV:887 PT
3820    55237          01:30:09 09/21/2025     AV:3820 PS
3820    55237          01:27:53 09/21/2025     OS:3820 PS
877     60377          01:27:16 09/21/2025     AV:877 PT
857     64894          01:26:27 09/21/2025     AV:857 PT
835     64341          01:26:07 09/21/2025     Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
835     64341          01:26:05 09/21/2025     AV:835 PT
737     63530          01:25:56 09/21/2025     AV:737 PT
828     63392          01:25:53 09/21/2025     AV 96:828 PT CONTROL FOR UNIT
     CLEARED
828     55511          01:25:53 09/21/2025     AV:828 PT
828     55511          01:25:53 09/21/2025     AV 96:828 PT CONTROL FOR UNIT
     CLEARED
828     63392          01:25:53 09/21/2025     AV:828 PT
817     62018          01:25:50 09/21/2025     AV:817 PT
827     64868          01:25:50 09/21/2025     AV:827 PT
718     64588          01:25:44 09/21/2025     AV 96:718 PT CONTROL FOR UNIT
     CLEARED
718     64936          01:25:44 09/21/2025     AV 96:718 PT CONTROL FOR UNIT
     CLEARED
718     64936          01:25:44 09/21/2025     AV:718 PT
718     64588          01:25:44 09/21/2025     AV:718 PT
DP11    63678          01:25:33 09/21/2025     AV:848 PT
DP11    63793          01:25:33 09/21/2025     AV:848 PT
```

```
FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

838     64166         01:24:57 09/21/2025      AV 96:838 PT CONTROL FOR UNIT
        CLEARED
838     63780         01:24:57 09/21/2025      AV 96:838 PT CONTROL FOR UNIT
        CLEARED
838     63780         01:24:57 09/21/2025      AV:838 PT
838     64166         01:24:57 09/21/2025      AV:838 PT
DP11    62014         01:05:48 09/21/2025      OS 95:887 PT TIMER OFF
887     62014         00:55:24 09/21/2025      OS:887 PT
DP11    56961         00:49:56 09/21/2025      OS 95:3824 PS TIMER OFF
DP11    62014         00:49:56 09/21/2025      ER 95:887 PT TIMER OFF
DP11    56961         00:49:50 09/21/2025      OS:3824 PS
        *********IC**********
887     62014         00:49:16 09/21/2025      ER:887 PT ASSIST:3824    /4310
        S MACADAM AVE
DP11    52977         00:48:58 09/21/2025      AV:3928 PS
DP11    52977         00:48:58 09/21/2025      AV 96:3928 PS CONTROL FOR UNIT
        CLEARED
DP11    52977         00:48:42 09/21/2025      ER 96:3928 PS CONTROL FOR UNIT
        CHANGED CE
DP11    52977         00:48:42 09/21/2025      ER:3928 PS 4310 S MACADAM AVE
848     63678         00:38:09 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  G2:CHRISTINE  SEX:F  DOB:03141994
        AGE:31  DL:WDL14390253B  STATE:WA  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N
        RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y
        TONC:Y  UNIT:848
848     63793         00:38:09 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  G2:CHRISTINE  SEX:F  DOB:03141994
        AGE:31  DL:WDL14390253B  STATE:WA  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N
        RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y
        TONC:Y  UNIT:848
848     63793         00:37:56 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  SEX:F  RACE:W  DOB:03141994  STATE:OR
        EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
        EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63678         00:37:56 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  SEX:F  RACE:W  DOB:03141994  STATE:OR
        EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
        EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63678         00:37:56 09/21/2025      OS:848 PT RMS Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  SEX:F  RACE:W  DOB:03141994  STATE:OR
        EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
        EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63793         00:37:56 09/21/2025      OS:848 PT RMS Q
        PERS-NAME:DAVISCOURT  G1:KATELYN  SEX:F  RACE:W  DOB:03141994  STATE:OR
        EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
        EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63678         00:37:19 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  DOB:09141969  AGE:56
        DL:4531569  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N
        RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63793         00:37:19 09/21/2025      OS:848 PT EXT Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  DOB:09141969  AGE:56
```

```
Page 9                                  BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

        DL:4531569  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N
        RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848      63678            00:37:06 09/21/2025        OS:848 PT RMS Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  RACE:W  STATE:OR  EXTN:Y
        REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
        EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848      63793            00:37:06 09/21/2025        OS:848 PT EXT Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  RACE:W  STATE:OR  EXTN:Y
        REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
        EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848      63678            00:37:06 09/21/2025        OS:848 PT EXT Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  RACE:W  STATE:OR  EXTN:Y
        REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
        EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848      63793            00:37:06 09/21/2025        OS:848 PT RMS Q
        PERS-NAME:BOUFERRACHE  G1:CHELLY  G2:KAY  SEX:F  RACE:W  STATE:OR  EXTN:Y
        REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
        EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
DP11     63530            00:29:51 09/21/2025        OS 95:737 PT TIMER OFF
DP11     64588            00:29:50 09/21/2025        OS 95:718 PT TIMER OFF
DP11     64936            00:29:50 09/21/2025        OS 95:718 PT TIMER OFF
DP11     45180            00:29:50 09/21/2025        OS 95:727 PT TIMER OFF
737      63530            00:20:23 09/21/2025        OS:737 PT
718      64588            00:19:57 09/21/2025        OS:718 PT
718      64936            00:19:57 09/21/2025        OS:718 PT
727      45180            00:19:45 09/21/2025        OS:727 PT
DP11     63530            00:18:59 09/21/2025        ER 95:737 PT TIMER OFF
DP11     62018            00:18:59 09/21/2025        OS 95:817 PT TIMER OFF
DP11     64341            00:18:59 09/21/2025        OS 95:835 PT TIMER OFF
DP11     56961            00:18:59 09/21/2025        OS 95:3824 PS TIMER OFF
DP11     45180            00:18:59 09/21/2025        ER 95:727 PT TIMER OFF
DP11     64894            00:18:59 09/21/2025        OS 95:857 PT TIMER OFF
DP11     63780            00:18:59 09/21/2025        OS 95:838 PT TIMER OFF
DP11     64166            00:18:59 09/21/2025        OS 95:838 PT TIMER OFF
838      64166            00:16:14 09/21/2025        OS:838 PT
838      63780            00:16:14 09/21/2025        OS:838 PT
817      62018            00:13:25 09/21/2025        OS:817 PT
838      63780            00:12:45 09/21/2025        ER:838 PT RMS Q VEH-LIC:KMQJ
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838      63780            00:12:45 09/21/2025        ER:838 PT EXT Q VEH-LIC:KMQJ
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838      64166            00:12:45 09/21/2025        ER:838 PT EXT Q VEH-LIC:KMQJ
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838      64166            00:12:45 09/21/2025        ER:838 PT RMS Q VEH-LIC:KMQJ
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
835      64341            00:11:07 09/21/2025        OS:835 PT
DP11     63530            00:09:09 09/21/2025        ER:737 PT 4310 S MACADAM AVE
857      64894            00:08:53 09/21/2025        OS:857 PT
```

```
FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

DP11   45180         00:08:52 09/21/2025     ER:727 PT 4310 S MACADAM AVE
DP11   64894         00:08:08 09/21/2025     ER:857 PT DELETED STACK TO
       PP25-259957
3824   56961         00:07:44 09/21/2025     OS:3824 PS
3824   56961         00:07:36 09/21/2025     ER:3824 PS CAPABILITIES: LLSG
3824   56961         00:07:36 09/21/2025     ER:3824 PS VEH:230083 ID:14417
       MDT SIGNON  PHONE :B(971)337-4539
DP11   56961         00:06:12 09/21/2025     ER 95:3824 PS TIMER OFF
DP11   62018         00:06:12 09/21/2025     ER 95:817 PT TIMER OFF
DP11   55237         00:06:12 09/21/2025     ER 95:3820 PS TIMER OFF
DP11   63678         00:06:12 09/21/2025     OS 95:848 PT TIMER OFF
DP11   64341         00:06:12 09/21/2025     ER 95:835 PT TIMER OFF
DP11   63793         00:06:12 09/21/2025     OS 95:848 PT TIMER OFF
DP11   55511         00:06:12 09/21/2025     OS 95:828 PT TIMER OFF
DP11   63392         00:06:12 09/21/2025     OS 95:828 PT TIMER OFF
DP11   64588         00:06:12 09/21/2025     ER 95:718 PT TIMER OFF
DP11   64936         00:06:12 09/21/2025     ER 95:718 PT TIMER OFF
DP11   64868         00:06:12 09/21/2025     OS 95:827 PT TIMER OFF
DP11   64166         00:06:12 09/21/2025     ER 95:838 PT TIMER OFF
DP11   63780         00:06:12 09/21/2025     ER 95:838 PT TIMER OFF
DP11   64894         00:06:12 09/21/2025     ER 95:857 PT TIMER OFF
DP11   60377         00:06:12 09/21/2025     OS 95:877 PT TIMER OFF
ALARM  63392         00:06:05 09/21/2025     OS:828 PT DELETED STACK TO
       PP25-259669
838    63780         00:05:35 09/21/2025     ER 96:838 PT CONTROL FOR UNIT
       CHANGED 872
838    64166         00:05:35 09/21/2025     ER 96:838 PT CONTROL FOR UNIT
       CHANGED 872
838    64166         00:05:35 09/21/2025     ER:838 PT ASSIST:857     /4310
       S MACADAM AVE
838    63780         00:05:35 09/21/2025     ER:838 PT ASSIST:857     /4310
       S MACADAM AVE
DP11   64341         00:04:38 09/21/2025     ER:835 PT 4310 S MACADAM AVE
DP11   64894         00:04:31 09/21/2025     ER:857 PT 4310 S MACADAM AVE
DP11   62018         00:04:24 09/21/2025     ER:817 PT 4310 S MACADAM AVE
DP11   60377         00:03:52 09/21/2025     OS:877 PT Sent to MDT:
       877,Status changed to OS by DP11
DP11   60377         00:03:51 09/21/2025     OS:877 PT
827    64868         00:01:57 09/21/2025     OS:827 PT
DP11   60377         00:01:06 09/21/2025     ER:877 PT ADDED STACK TO
       PP25-259960 TIMER:99
DP11   60377         00:01:01 09/21/2025     ER:877 PT DELETED STACK TO
       PP25-259960
877    60377         00:00:14 09/21/2025     ER:877 PT ASSIST:848     /4310
       S MACADAM AVE
DP11   63959         23:55:30 09/20/2025     Related Call:FIRE:RP25-107591
DP11   63793         23:55:29 09/20/2025     OS:848 PT (FR) -FIRE/EMS
       RESPONSE: FR,DP7,MED FOR VICT PEPPERSPRAYED CURR AT THE TESLA BLDG =EMS6
       UNIT:848
DP11   63678         23:54:10 09/20/2025     OS 94:848 PT TIMER (RE)SET 10
DP11   55237         23:54:10 09/20/2025     ER 94:3820 PS TIMER (RE)SET 10
DP11   63793         23:54:10 09/20/2025     OS 94:848 PT TIMER (RE)SET 10
```

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-259969 Status: CLEARED Priority: 1 Received by: TYPED

```
DP11    56961       23:54:10 09/20/2025    ER 94:3824 PS TIMER (RE)SET 10
DP11    55511       23:54:10 09/20/2025    OS 94:828 PT TIMER (RE)SET 10
DP11    63392       23:54:10 09/20/2025    OS 94:828 PT TIMER (RE)SET 10
DP11    64588       23:54:10 09/20/2025    ER 94:718 PT TIMER (RE)SET 10
DP11    64936       23:54:10 09/20/2025    ER 94:718 PT TIMER (RE)SET 10
DP11    64868       23:54:10 09/20/2025    ER 94:827 PT TIMER (RE)SET 10
DP11    56961       23:53:50 09/20/2025    ER:3824 PS
DP11    56961       23:53:50 09/20/2025    ER 91:3824 PS OFF
828     55511       23:44:08 09/20/2025    OS:828 PT
828     63392       23:44:08 09/20/2025    OS:828 PT
3820    55237       23:44:07 09/20/2025    ER:3820 PS ASSIST:718
        /EYES ON FROM FWY
848     63793       23:40:30 09/20/2025    OS:848 PT
848     63678       23:40:30 09/20/2025    OS:848 PT
DP11    64936       23:39:34 09/20/2025    ER:718 PT EYES ON FROM FWY
DP11    64588       23:39:34 09/20/2025    ER:718 PT EYES ON FROM FWY
DP11                23:39:30 09/20/2025    ER:3824 PS 4310 S MACADAM AVE
718     64588       23:36:31 09/20/2025    ER 96:718 PT CONTROL FOR UNIT
        CHANGED 872
718     64936       23:36:31 09/20/2025    ER 96:718 PT CONTROL FOR UNIT
        CHANGED 872
718     64588       23:36:31 09/20/2025    ER:718 PT ASSIST:827     /4310
        S MACADAM AVE
718     64936       23:36:31 09/20/2025    ER:718 PT ASSIST:827     /4310
        S MACADAM AVE
DP11    63959       23:35:39 09/20/2025    Supervisor notified:2025-09-20
        23:35:39 - 3824
828     63392       23:35:23 09/20/2025    ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
828     55511       23:35:23 09/20/2025    ER:828 PT ASSIST:848     /4310
        S MACADAM AVE
828     63392       23:35:23 09/20/2025    ER:828 PT ASSIST:848     /4310
        S MACADAM AVE
828     55511       23:35:23 09/20/2025    ER 96:828 PT CONTROL FOR UNIT
        CHANGED 872
DP11    64868       23:35:00 09/20/2025    ER:827 PT 4310 S MACADAM AVE
DP11    63678       23:35:00 09/20/2025    ER:848 PT 4310 S MACADAM AVE
DP11    63793       23:35:00 09/20/2025    ER:848 PT 4310 S MACADAM AVE
CT12    62546       23:34:56 09/20/2025    Comp.phone:CHANGED TO: 877
        437-7411
```

                    END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____