# EXHIBIT 27

```
Page 1                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE           Wed, Oct-01-2025

CALL: PP25-266234 Status: CLEARED Priority: 2 Received by: TYPED

      Initial: DISTP: DISTURBANCE - PRIORITY
   Final type: DISTP: DISTURBANCE - PRIORITY

         TIME:     Recd: Sat, Sep-27-2025 00:16:10 By: 62859-FURNESS, S DP5
                 Queued: Sat, Sep-27-2025 00:17:19 Queue:R
                   Disp: Sat, Sep-27-2025 00:17:56
            Sup.Notified: Sat, Sep-27-2025 00:18:19
                Enroute: Sat, Sep-27-2025 00:17:56
                Cleared: Sat, Sep-27-2025 00:18:36 By: 64258-AUSTIN, JO DP11

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU    District: CE      Zone: 872     Grid   66005


Initial Remarks: COUNTER PROTESTOR IN VERBAL ALTERCATION W/ 8
                 PROTESTERS ON BANCROFT IFO, UNK WEPS... #1 COUNTER,
                 WF, 50, BLK HEADBAND, BLK JKT, GRN SHRT, BLK PANTS,
                 GOLD SLIP ON SHOES... PI LOTS OF SIM

Channel     :

Contact     :
Caller      :   Name: FPS DP
             Address: NA
               State: Oregon
                Home: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: X - CANCELED (DISPATCH ONLY)

Reporting officers: 63793-UNDERWOOD-ZYLAK, ZACHARY
                    , 63678-BUCKINGHAM, ALEXANDER

Clear remarks: PER UPDATE

PP Mental Health YN: N


Additional Remarks:

DP5     62859           FURNESS, SARAH on  0:18 Sat Sep 27 2025

  (M): PER FPS DP, SUBJS SEPERATED POL CAN CLR, THEY'LL CB IF IT
       HAPPENS AGAIN


Unit    Officer(s) Times
848-PT  63793 UNDERWOOD- 63678 BUCKINGHA    Dispatch: Sep-27-2025 00:17:56
                                             Enroute: Sep-27-2025 00:17:56
                                             Cleared: Sep-27-2025 00:18:36
```

```
Page 2                                  BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-266234 Status: CLEARED Priority: 2 Received by: TYPED

848     63793          00:18:42 09/27/2025    Custom Fields:PP MENTAL HEALTH
        YN: CHANGED TO: N
DP11    64258          00:18:36 09/27/2025    Call was CLEARED
DP11    64258          00:18:36 09/27/2025    Clear remarks:CHANGED TO:PER
        UPDATE
DP11    63793          00:18:36 09/27/2025    AV:848 PT
DP11    64258          00:18:36 09/27/2025    Reporting Officer:CHANGED
        TO:PP63793
DP11    63678          00:18:36 09/27/2025    AV:848 PT
DP11    64258          00:18:36 09/27/2025    Cleared by:CHANGED TO:X
DP11    64258          00:18:36 09/27/2025    Reporting Officer2:CHANGED
        TO:PP63678
848     63793          00:18:29 09/27/2025    ER:848 PT RMS Q VEH-LIC:721MWH
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63678          00:18:29 09/27/2025    ER:848 PT EXT Q VEH-LIC:721MWH
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63678          00:18:29 09/27/2025    ER:848 PT RMS Q VEH-LIC:721MWH
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
848     63793          00:18:29 09/27/2025    ER:848 PT EXT Q VEH-LIC:721MWH
        STATE:OR  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y  RMS4:N  RMS5:N
        RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:848
DP11    64258          00:18:19 09/27/2025    Supervisor notified:2025-09-27
        00:18:19 - 3829
DP11    63793          00:17:56 09/27/2025    ER:848 PT 4310 S MACADAM AVE
DP11    63678          00:17:56 09/27/2025    ER:848 PT 4310 S MACADAM AVE
DP5     62859          00:17:36 09/27/2025    Comp.adress:    OR TO: NA   OR
DP5     62859          00:17:36 09/27/2025    Comp.phone:CHANGED TO: 877
        437-7411
DP5     62859          00:17:36 09/27/2025    Comp.Name:CHANGED TO:   FPS DP
DP5     62859          00:17:20 09/27/2025    Hazard viewed:39420

                           END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____
```