# EXHIBIT 28

```
Page 1                          BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

 PRIME to: Related      PP25-267133
           Followup     PP25-267419

     Initial: ASSLTP: ASSAULT - PRIORITY
  Final type: DISTP: DISTURBANCE - PRIORITY
       Study: BY BODY WORN FOOTAGE AVAILABLE

         TIME:     Recd: Sun, Sep-28-2025 00:20:58 By: 63954-AZALGARA M DP4
                 Queued: Sun, Sep-28-2025 00:23:38 Queue:R
                   Disp: Sun, Sep-28-2025 00:24:57
                Enroute: Sun, Sep-28-2025 00:24:57
                     OS: Sun, Sep-28-2025 00:29:32
                Cleared: Sun, Sep-28-2025 03:01:05 By: 60377-ROSENBOHM, 877

        Place: ICE PORTLAND
      Address: 4310 S MACADAM AVE
    Community: Portland County: MU    District: CE     Zone: 872    Grid    66005

    Telephone: (877) 437-7411

Initial Remarks: FEDERAL POL DP REQ'ING PPB FOR A LARGE GROUP OF
                 DEMONSTRATORS RUNNING EB BANCROFT.. VIA
                 CAMERA/OFCRS OS APPEARS TO BE A 1 V 20 PERSON
                 BRAWL, MOVING FURTHER AWAY FROM CAMERA BUT OFCRS OS
                 BELIEVE SOMEONE INJURED.. INCIDENT COMMANDER ON
                 SCENE IS OFFICER CODY HOGEBOOM (HV22) 202-617-0701

Channel    :

Contact    :
Caller     :    Name: HOMELAND SECURITY DP
             Address:
                State: Oregon
                 Home: (877) 437-7411

EMS: N BOLO/FYI: N

Report: N Founded: Y Cleared by: F - REPORT WRITTEN (NO ARREST)

Reporting officers: 60377-ROSENBOHM, BENNETT


Clear remarks: BWC, NO SUSP IDENTIFIED AT THIS TIME. AT LEAST
               ASSAULT 3, CRIM MIS, AND RIOT CHARGES

   Related EMS&Fire Call: RP25-110608
PP Mental Health YN: N


Additional Remarks:

DP5    62548         McKEE, CAMERON J (CAM) on  0:26 Sun Sep 28 2025
```

Page 2                                BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE            Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

   (M): TALKING TO FEM W/VICT,SAYS HER FRIEND WAS ATTACKED BY
        PROTESTORS,NO MED NEED,THEY WILL BE STANDING IFO 4150 SW
        MOODY,NO WEPS SEEN,SHE SAYS THEYRE BEING SURROUNDED BY
        PROTESTERS BLOCKED IN

DP5      62548         McKEE, CAMERON J (CAM) on  0:26 Sun Sep 28 2025

   THIS CALLER IS PIPER/971 413 6005

DP5      62548         McKEE, CAMERON J (CAM) on  0:27 Sun Sep 28 2025

   (M): SAYS BEING SURROUNDED BY 'THOUSANDS OF PPL' AND CANT GET AWAY
        FROM WHERE THEY ARE IFO THE APT BLDG

DP4      63954         AZALGARA MURGUIA, SOFIA on  0:27 Sun Sep 28 2025

   (M): OPEN LINE MAPPING IFO LOTS OF YELLING IN BKRD.. F ON PH NOT
        REALLY TALKING TO ME ADVISED TO WALK AWAY FROM LOCATION FOR
        HELP "I NEED 911.. THERE WAS ALTERCATION AND MY HUSB WAS BEAT
        IN THE FACE IS BLEEDING"

DP4      63954         AZALGARA MURGUIA, SOFIA on  0:27 Sun Sep 28 2025

   TELLING THEM TO WALK AWAY ALREADY

DP4      63954         AZALGARA MURGUIA, SOFIA on  0:28 Sun Sep 28 2025

   REF'ING MED ACTUALLY EVEN THOUGH HE'S BLEEDING

DP5      62548         McKEE, CAMERON J (CAM) on  0:28 Sun Sep 28 2025

   TELLING CALLER TO TRY AND WALK AWAY,SHE'S JUST SCREAMING 'I CANT
   GET AWAY'

DP4      63954         AZALGARA MURGUIA, SOFIA on  0:28 Sun Sep 28 2025

   SAYS THAT HUSB THAT WAS HURT IS LAW ENFORCEMENT

DP11     62213         KIMBELL, HANNAH E on  0:29 Sun Sep 28 2025

   887 LOOKING AT FACILITY AND IT LOOKS CALM

DP4      63954         AZALGARA MURGUIA, SOFIA on  0:30 Sun Sep 28 2025

   (M): RP AND HUSB ARE GOING TO GO BACK HOME TO ███████████████
        ████  TO WAIT FOR POL SINCE A COUPLE BLOCKS AWAY FROM GROUP

DP5      62548         McKEE, CAMERON J (CAM) on  0:30 Sun Sep 28 2025

   (M): MY CALLER JUST WALKED AWAY,IS NOW ON THE CORNER OF
        MOODY/LOWELL

```
Page 3                              BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

CT2     64835          LAMBERT, ROSEMARY (ROSIE) on  0:30 Sun Sep 28 2025

  (M): I HAVE ANOTHER CALLER MAYA,SH'ES W/SOME1 INJURED,MOODY/CURRY

DP4     63954          AZALGARA MURGUIA, SOFIA on  0:31 Sun Sep 28 2025

   VICT AT RIVE PKWY APTS IS CHRIS RALPH 406-461-4970

DP11    62213          KIMBELL, HANNAH E on  0:33 Sun Sep 28 2025

   AIR1 DOESN'T LOOK LIKE ANYTHING HAPPENING AT LOWELL/MOODY,3 PPL
   STANDING AROUND

DP6     64842          KAUFMANN, ANTHONY (TONY) on  0:33 Sun Sep 28 2025

  (M): RP110608:MED STRAIGHT IN?

DP5     62548          McKEE, CAMERON J (CAM) on  0:34 Sun Sep 28 2025

  (M): MY CALLER IS WALKING UP TO MOODY/CURRY,SHE IS WF,ALL BLK
       CLOTHING

DP11    62213          KIMBELL, HANNAH E on  0:35 Sun Sep 28 2025

  (M): MED CAN CLR,SAYING DOESN'T WANT MED NOW

DP11    62213          KIMBELL, HANNAH E on  0:37 Sun Sep 28 2025

  (M): WILL BE AT MOODY/CURRY

DP11    62213          KIMBELL, HANNAH E on  0:37 Sun Sep 28 2025

   3824 FPS DOES NOT HAVE VIDEO OF ACTUAL ALTERCATION

DP11    62213          KIMBELL, HANNAH E on  0:39 Sun Sep 28 2025

   854 WILL MAKE PH CONTACT W/VICS WHO WENT HOME

DP11    62213          KIMBELL, HANNAH E on  0:40 Sun Sep 28 2025

   @012FYH.OR

DP11    62213          KIMBELL, HANNAH E on  0:42 Sun Sep 28 2025

   854 CALL TO VIC CHRIS WENT STRAIGHT TO VM

DP11    62213          KIMBELL, HANNAH E on  0:46 Sun Sep 28 2025

   3824 NO MORE OFFICERS NOW,IF WE DO NEED TO TAKE MORE ACTION WILL
   NEED MORE
```

```
Page 4                           BOEC

FOR: PARKER, RYAN H     JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

Unit    Officer(s) Times
887-PT   63779 RUBIN, ADA                       Dispatch: Sep-28-2025 00:24:57
                                                Enroute: Sep-28-2025 00:24:57
                                                     OS: Sep-28-2025 00:29:32
                                                Cleared: Sep-28-2025 01:37:20
3824-PS  56961 BRAUN, AND                       Dispatch: Sep-28-2025 00:24:58
                                                Enroute: Sep-28-2025 00:24:58
                                                     OS: Sep-28-2025 00:34:22
                                                Cleared: Sep-28-2025 01:19:13
877-PT   60377 ROSENBOHM,                       Dispatch: Sep-28-2025 00:25:26
                                                Enroute: Sep-28-2025 00:25:26
                                                     OS: Sep-28-2025 00:35:17
                                                Cleared: Sep-28-2025 03:01:05
838-PT   64936 FORSYTH, B 64588 TRUJILLO,       Dispatch: Sep-28-2025 00:27:12
                                                Enroute: Sep-28-2025 00:27:12
                                                     OS: Sep-28-2025 00:34:18
                                                Cleared: Sep-28-2025 01:09:34
AIR1-AC  51804 JENSON, AN 51787 MARSHALL,       Dispatch: Sep-28-2025 00:29:03
                                                Enroute: Sep-28-2025 00:29:03
                                                Cleared: Sep-28-2025 00:35:21
FR--FIRE/EMS RESPONSE                      Dispatch: Sep-28-2025 00:31:46
848-PT   63780 ELY, MICHA 63678 BUCKINGHA       Dispatch: Sep-28-2025 00:32:08
                                                Enroute: Sep-28-2025 00:32:08
                                                Cleared: Sep-28-2025 00:32:46
FR--FIRE/EMS RESPONSE                      Dispatch: Sep-28-2025 00:37:24
854-PT   64828 WILSON, DA                       Dispatch: Sep-28-2025 00:41:16
                                                Enroute: Sep-28-2025 00:41:16
                                                Cleared: Sep-28-2025 00:43:43

Text :

 ----------2025-09-28 00:32:19----------
 29-YEAR-OLD, MALE, CONSCIOUS, BREATHING.
 PROBLEM: FEDERAL POL DP REQ'ING PPB FOR A LARGE GROUP OF DEMONSTRATORS RUNNI
 NG EB BANCROFT.. VIA CAMERA/OFCRS OS APPEARS TO BE A 1 V 20 PERSON BRAWL, MO

 VING FU

 ----------2025-09-28 00:33:41----------
 DISPATCH CODE: 04B01A
 CAD RESPONSE: PRIORITY 2 WITH PD/ASSLTP
 DISPATCH LEVEL: 04B01
 CAD CODE: 4B1A
 ASSAULTED.
 ASSAILANT GONE: AT ICE BUILDLING
 NO KNOWN WPNS INVL - BUT CALLER RPTS: HAD
 MACE/BATONS, NOT INVOLVED IN THIS
 INJURY

 SERIOUS BLEEDING.
 RESPONDING NLLY.
 NO DIFF BREATHING.
```

```
FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE         Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

 HAPPENED NOW (< 6 HRS).
 HEAD INJ.

  ----------2025-09-28 00:34:38----------
 PROQA LOG


 COMMENT: PP25-267118
 MDE7AOR4RIL            .QRS.09282025
 L,012FYH
 MA:FORD /FUS S:4D Y:2010  L:  SP:0  09-11-2024
 ID:3FAHP0HA8AR326020  TI:1434522647  TS:VALID
 CD:C EXP:09-21-2026 P/DT:12-11-2014 FL:49
 FM: VEHICLE SOLD - BUYER INFO ON
 FILE
 O4:GE, XINYU  05-22-1976 X 9982265
 O4:LIU, JOHN JIA BANG  06-30-1959  9236987
 R:13613 SE 131ST AVE
    CLACKAMAS   OR   97015   03   CLACKAMAS COUNTY

 DEAF OR HARD OF HEARING:  N


 INSURANCE INFORMATION

 COMPANY:  COUNTRY PREFERRED INSURANCE CO
 POLICY NO: P010372874  (POLICY) TYPE: VEHICLE
 EFFECTIVE: 10-30-2024  TERMINATION: 04-30-2025

 DISPLAY COMPLETE   R=Y   C=N   S=N

CT14    65828          10:06:54 09/28/2025      Related Call:ADDED
     FOLLOWUP:PP25-267419
877     60377          03:01:09 09/28/2025      Custom Fields:PP MENTAL HEALTH
     YN: CHANGED TO: N
877     60377          03:01:05 09/28/2025      AV:877 PT CLEARED CASE
     42267118 FOUNDED-Y REPORT-N CLEARED BY-F FINAL-DISTP BOLO- STUDY FLAG-BY
     REM-BWC, NO SUSP IDENTIFIED AT THIS TIME. AT LEAST ASSAULT 3, CRIM MIS,
     AND RIOT CHARGES
877     60377          03:01:05 09/28/2025      AV:877 PT
877     60377          01:55:15 09/28/2025      OS:877 PT EXT Q
     PERS-NAME:MCFARLAND  G1:PYPER  G2:LYNN  SEX:F  DOB:09131966  AGE:59
     DL:4576302  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N
     RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     60377          01:54:47 09/28/2025      OS:877 PT EXT Q
     PERS-NAME:MCFARLAND  G1:PYPPER  DOB:09131966  STATE:OR  EXTN:Y  REC:Y
     CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N
     EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877     60377          01:54:47 09/28/2025      OS:877 PT RMS Q
     PERS-NAME:MCFARLAND  G1:PYPPER  DOB:09131966  STATE:OR  EXTN:Y  REC:Y
     CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N
```

```
Page 6                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

       EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:54:04 09/28/2025      OS:877 PT EXT Q
       PERS-NAME:RALPH  G1:CHRISTOPHER  DOB:10061970  STATE:OR  EXTN:Y  REC:Y
       CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N
       EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:54:04 09/28/2025      OS:877 PT RMS Q
       PERS-NAME:RALPH  G1:CHRISTOPHER  DOB:10061970  STATE:OR  EXTN:Y  REC:Y
       CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N
       EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:52:59 09/28/2025      OS:877 PT EXT Q
       PERS-NAME:OLIVA  G1:ANDY  G2:STEVEN  SEX:M  DOB:06241996  AGE:29  STATE:OR
       SID:OR18636938  FBI:838060JD0  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N
       RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y
       TONC:Y  UNIT:877
877    60377         01:52:48 09/28/2025      OS:877 PT RMS Q
       PERS-NAME:OLIVIA  G1:ANDY  G2:STEVEN  SEX:M  DOB:06241996  STATE:OR
       EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
       EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:52:48 09/28/2025      OS:877 PT EXT Q
       PERS-NAME:OLIVIA  G1:ANDY  G2:STEVEN  SEX:M  DOB:06241996  STATE:OR
       EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
       EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:38:20 09/28/2025      OS:877 PT EXT Q
       PERS-NAME:MOORE  G1:MAYA  G2:MAILE MARTHA  SEX:F  DOB:11031997  AGE:27
       DL:WDL77BPF71SB  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N
       RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y
       UNIT:877
877    60377         01:38:06 09/28/2025      OS:877 PT EXT Q
       PERS-NAME:MOORE  G1:MAYA  DOB:11031997  STATE:OR  EXTN:Y  REC:Y  CAD:Y
       EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N
       EXTC:N  PPS:Y  TONC:Y  UNIT:877
877    60377         01:38:06 09/28/2025      OS:877 PT RMS Q
       PERS-NAME:MOORE  G1:MAYA  DOB:11031997  STATE:OR  EXTN:Y  REC:Y  CAD:Y
       EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N
       EXTC:N  PPS:Y  TONC:Y  UNIT:877
887    63779         01:37:20 09/28/2025      AV:887 PT
3824   56961         01:19:13 09/28/2025      AV:3824 PS
838    64588         01:09:34 09/28/2025      AV 96:838 PT CONTROL FOR UNIT
       CLEARED
838    64936         01:09:34 09/28/2025      AV 96:838 PT CONTROL FOR UNIT
       CLEARED
838    64936         01:09:34 09/28/2025      AV:838 PT
838    64588         01:09:34 09/28/2025      AV:838 PT
838    64936         01:06:15 09/28/2025      OS:838 PT EXT Q
       VEH-LIC:CJS9919  STATE:WA  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838    64588         01:06:15 09/28/2025      OS:838 PT EXT Q
       VEH-LIC:CJS9919  STATE:WA  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838    64588         01:06:15 09/28/2025      OS:838 PT RMS Q
       VEH-LIC:CJS9919  STATE:WA  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y
       RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
```

```
Page 7                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

838     64936          01:06:15 09/28/2025      OS:838 PT RMS Q
    VEH-LIC:CJS9919  STATE:WA  YR:2025  TYPE:PC  REC:Y  CAD:Y  EXTN:Y  EXTE:Y
    RMS4:N  RMS5:N  RMS2:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64588          00:52:39 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:RAYNE  SEX:F  DOB:11291996  AGE:28
    DL:C954297  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N
    RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64936          00:52:39 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:RAYNE  SEX:F  DOB:11291996  AGE:28
    DL:C954297  STATE:OR  EXTN:Y  REC:N  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N
    RMS2:N  EXT4:N  EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
DP11    56961          00:52:34 09/28/2025      OS 95:3824 PS TIMER OFF
DP11    64588          00:52:34 09/28/2025      OS 95:838 PT TIMER OFF
DP11    60377          00:52:34 09/28/2025      OS 95:877 PT TIMER OFF
DP11    64936          00:52:34 09/28/2025      OS 95:838 PT TIMER OFF
DP11    63779          00:52:34 09/28/2025      OS 95:887 PT TIMER OFF
838     64936          00:52:21 09/28/2025      OS:838 PT RMS Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:R  RACE:W  DOB:12051996  STATE:OR
    EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
    EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64588          00:52:21 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:R  RACE:W  DOB:12051996  STATE:OR
    EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
    EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64936          00:52:21 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:R  RACE:W  DOB:12051996  STATE:OR
    EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
    EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64588          00:52:21 09/28/2025      OS:838 PT RMS Q
    PERS-NAME:HEMSLEY  G1:JAELYNN  G2:R  RACE:W  DOB:12051996  STATE:OR
    EXTN:Y  REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N
    EXT5:N  EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64588          00:48:30 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HENSLEY  G1:JAELYNN  RACE:W  DOB:12051996  STATE:OR  EXTN:Y
    REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
    EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64588          00:48:30 09/28/2025      OS:838 PT RMS Q
    PERS-NAME:HENSLEY  G1:JAELYNN  RACE:W  DOB:12051996  STATE:OR  EXTN:Y
    REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
    EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64936          00:48:30 09/28/2025      OS:838 PT EXT Q
    PERS-NAME:HENSLEY  G1:JAELYNN  RACE:W  DOB:12051996  STATE:OR  EXTN:Y
    REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
    EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
838     64936          00:48:30 09/28/2025      OS:838 PT RMS Q
    PERS-NAME:HENSLEY  G1:JAELYNN  RACE:W  DOB:12051996  STATE:OR  EXTN:Y
    REC:Y  CAD:Y  EXTD:Y  EXT3:N  RMS4:N  RMS5:N  RMS2:N  EXT4:N  EXT5:N
    EXT8:N  EXT9:N  EXTC:N  PPS:Y  TONC:Y  UNIT:838
DP11    62213          00:43:57 09/28/2025      Related Call:ADDED RELATED
    FROM :PP25-267133
DP11    64828          00:43:43 09/28/2025      AV:854 PT PREEMPT
DP11    56961          00:42:37 09/28/2025      OS:3824 PS MOODY/CURRY
```

```
Page 8                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE          Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

DP11   63779           00:42:31 09/28/2025      OS:887 PT MOODY/CURRY
DP11   64588           00:42:26 09/28/2025      OS:838 PT MOODY/CURRY
DP11   64936           00:42:26 09/28/2025      OS:838 PT MOODY/CURRY
DP11   60377           00:42:21 09/28/2025      OS:877 PT MOODY/CURRY
DP11   64828           00:41:16 09/28/2025      ER:854 PT 4310 S MACADAM AVE
838    64588           00:41:15 09/28/2025      OS:838 PT EXT Q PERS-NAME:JAKE
    G1:FOX   DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64588           00:41:15 09/28/2025      OS:838 PT RMS Q PERS-NAME:JAKE
    G1:FOX   DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64936           00:41:15 09/28/2025      OS:838 PT RMS Q PERS-NAME:JAKE
    G1:FOX   DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64936           00:41:15 09/28/2025      OS:838 PT EXT Q PERS-NAME:JAKE
    G1:FOX   DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64588           00:39:47 09/28/2025      OS:838 PT RMS Q PERS-NAME:FOX
    G1:JAKE  DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64936           00:39:47 09/28/2025      OS:838 PT EXT Q PERS-NAME:FOX
    G1:JAKE  DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64936           00:39:47 09/28/2025      OS:838 PT RMS Q PERS-NAME:FOX
    G1:JAKE  DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
838    64588           00:39:47 09/28/2025      OS:838 PT EXT Q PERS-NAME:FOX
    G1:JAKE  DOB:12051996   STATE:OR   EXTN:Y   REC:Y   CAD:Y   EXTD:Y   EXT3:N
    RMS4:N   RMS5:N   RMS2:N   EXT4:N   EXT5:N   EXT8:N   EXT9:N   EXTC:N   PPS:Y
    TONC:Y   UNIT:838
DP11   62213           00:37:25 09/28/2025      Related Special Service
DP11                   00:37:24 09/28/2025      (FR) -FIRE/EMS RESPONSE:
    FR,DP7,MED C1 AGAIN FOR M BLEEDING,RIGHT IN
DP11   51804           00:35:21 09/28/2025      AV:AIR1 AC
DP11   51787           00:35:21 09/28/2025      AV:AIR1 AC
877    60377           00:35:17 09/28/2025      OS:877 PT
3824   56961           00:34:22 09/28/2025      OS:3824 PS
DP11   64936           00:34:18 09/28/2025      OS:838 PT MOODY/CURRY,W/CALLER
DP11   64588           00:34:18 09/28/2025      OS:838 PT MOODY/CURRY,W/CALLER
DP11   64936           00:34:18 09/28/2025      OS:838 PT Sent to MDT:
    838,Status changed to OS by DP11
CT2    64835           00:33:41 09/28/2025      Phone:   - TO:877-437-7411
CT2    64835           00:33:41 09/28/2025      Call type:DISTP TO:ASSLTP
CT2    64835           00:33:41 09/28/2025      Final Call type:DISTP
    TO:ASSLTP
```

```
Page 9                              BOEC

FOR: PARKER, RYAN H      JURISDICTION - PORTLAND POLICE        Wed, Oct-01-2025

CALL: PP25-267118 Status: CLEARED Priority: 2 Received by: TYPED

848     63780         00:32:46 09/28/2025     AV:848 PT
848     63678         00:32:46 09/28/2025     AV:848 PT
DP7     55927         00:32:22 09/28/2025     Related Call:RP25-110608: CALL
        TYPE:4 TO:4U
848     63780         00:32:08 09/28/2025     ER:848 PT ASSIST:838      /4310
        S MACADAM AVE
848     63678         00:32:08 09/28/2025     ER:848 PT ASSIST:838      /4310
        S MACADAM AVE
CT2                   00:31:46 09/28/2025     (FR) -FIRE/EMS RESPONSE:
        FR,DP7,MED FOR MALE WHO'S BLEEDING
CT2     64835         00:31:46 09/28/2025     Related Call:FIRE:RP25-110608
CT2     64835         00:31:02 09/28/2025     Hazard viewed
DP11    63779         00:29:32 09/28/2025     OS:887 PT
DP11    63779         00:29:32 09/28/2025     OS:887 PT Sent to MDT:
        887,Status changed to OS by DP11
DP11    51787         00:29:03 09/28/2025     ER:AIR1 AC 4310 S MACADAM AVE
DP11    51804         00:29:03 09/28/2025     ER:AIR1 AC 4310 S MACADAM AVE
838     64936         00:27:12 09/28/2025     ER:838 PT ASSIST:877      /4310
        S MACADAM AVE
838     64588         00:27:12 09/28/2025     ER:838 PT ASSIST:877      /4310
        S MACADAM AVE
838     64588         00:27:12 09/28/2025     ER 96:838 PT CONTROL FOR UNIT
        CHANGED 872
838     64936         00:27:12 09/28/2025     ER 96:838 PT CONTROL FOR UNIT
        CHANGED 872
DP11    62213         00:26:35 09/28/2025     PRIME FOR PP25-267118 TO 877
DP11    60377         00:26:35 09/28/2025     ER:877 PT PRIME FOR
        PP25-267118 TO 877
DP11    60377         00:25:26 09/28/2025     ER:877 PT 4310 S MACADAM AVE
DP11    56961         00:24:58 09/28/2025     ER:3824 PS 4310 S MACADAM AVE
DP11    63779         00:24:57 09/28/2025     ER:887 PT 4310 S MACADAM AVE

                        END OF CALL HARDCOPY


Officer Signature   : _____

Supervisor Approval: _____
```