DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

Counsel for the State of Oregon

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>PLAINTIFFS,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>DEFENDANTS. | Case No. 3:25-cv-01756-IM<br><br>**DECLARATION OF BRIAN HUGHES**<br><br>(In Support of Plaintiffs' Motion for Temporary Restraining Order) |

I, Brian Hughes, declare as follows:

1. I make this declaration based on my personal knowledge.

2. I am currently employed by the City of Portland as a Commander at Central Precinct with the Portland Police Bureau.

3. The ICE facility falls within the jurisdiction of Central Precinct. I have asked the

Page 1 – DECLARATION OF BRIAN HUGHES

sergeants to continue monitoring the activity at the ICE facility daily and nightly. Sergeants have been instructed to call the on-duty ICE supervisor near the beginning of each shift to provide them with a C shift and E shift point of contact. A brief synopsis of what was observed is then emailed to me each evening and are maintained as a business record.

4. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Central monitoring email received for the evening operational period of September 1, 2025.[1]

5. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Central monitoring email received for the evening operational periods of September 2-4, 2025.

6. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Central monitoring email received for the evening operational period of September 3, 2025.

7. Attached to this declaration as **Exhibit 4** is a true and correct copy of the Central monitoring email received for the evening operational period of September 5, 2025.

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of the Central monitoring email received for the evening operational period of September 6, 2025.

9. Attached to this declaration as **Exhibit 6** is a true and correct copy of the Central monitoring email received for the evening operational period of September 7, 2025.

10. Attached to this declaration as **Exhibit 7** is a true and correct copy of the Central monitoring email received for the evening operational period of September 8, 2025.

11. Attached to this declaration as **Exhibit 8** is a true and correct copy of the Central monitoring email received for the evening operational period of September 9, 2025.

12. Attached to this declaration as **Exhibit 9** is a true and correct copy of the Central monitoring email received for the evening operational period of September 10, 2025.

13. Attached to this declaration as **Exhibit 10** is a true and correct copy of the Central monitoring email received for the evening operational period of September 11, 2025.

---

[1] Evening operational periods include any activity from that evening into the early morning hours of the next day.

Page 2 – DECLARATION OF BRIAN HUGHES

14.   Attached to this declaration as **Exhibit 11** is a true and correct copy of the Central monitoring email received for the evening operational period of September 12, 2025.

15.   Attached to this declaration as **Exhibit 12** is a true and correct copy of the Central monitoring email received for the evening operational period of September 13, 2025.

16.   Attached to this declaration as **Exhibit 13** is a true and correct copy of the Central monitoring email received for the evening operational period of September 14, 2025.

17.   Attached to this declaration as **Exhibit 14** is a true and correct copy of the Central monitoring email received for the evening operational period of September 15, 2025.

18.   Attached to this declaration as **Exhibit 15** is a true and correct copy of the Central monitoring email received for the evening operational period of September 16, 2025.

19.   Attached to this declaration as **Exhibit 16** is a true and correct copy of the Central monitoring email received for the evening operational period of September 17, 2025.

20.   Attached to this declaration as **Exhibit 17** is a true and correct copy of the Central monitoring email received for the evening operational period of September 18, 2025.

21.   Attached to this declaration as **Exhibit 18** is a true and correct copy of the Central monitoring email received for the evening operational period of September 19, 2025.

22.   Attached to this declaration as **Exhibit 19** is a true and correct copy of the Central monitoring email received for the evening operational period of September 19, 2025.

23.   Attached to this declaration as **Exhibit 20** is a true and correct copy of the Central monitoring email received for the evening operational period of September 20, 2025.

24.   Attached to this declaration as **Exhibit 21** is a true and correct copy of the Central monitoring email received for the evening operational period of September 20, 2025.

25.   Attached to this declaration as **Exhibit 22** is a true and correct copy of the Central monitoring email received for the evening operational period of September 22, 2025.

26.   Attached to this declaration as **Exhibit 23** is a true and correct copy of the Central monitoring email received for the evening operational period of September 23, 2025.

Page  3  –   DECLARATION OF BRIAN HUGHES

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

27. Attached to this declaration as **Exhibit 24** is a true and correct copy of the Central monitoring email received for the evening operational period of September 24, 2025.

28. Attached to this declaration as **Exhibit 25** is a true and correct copy of the Central monitoring email received for the evening operational period of September 25, 2025.

29. Attached to this declaration as **Exhibit 26** is a true and correct copy of the Central monitoring email received for the evening operational period of September 26, 2025.

30. Attached to this declaration as **Exhibit 27** is a true and correct copy of the Central monitoring email received for the evening operational period of September 27, 2025.

31. Attached to this declaration as **Exhibit 28** is a true and correct copy of the Central monitoring email received for the evening operational period of September 27, 2025.

32. Attached to this declaration as **Exhibit 29** is an index of the monitoring emails for September, 2025.

33. I make this supplemental declaration in support of Plaintiffs' Motion for Temporary Restraining Order.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

EXECUTED in Portland, Oregon on October 2, 2025

<u>s/ Brian Hughes</u><br>
Brian Hughes

Page 4 – DECLARATION OF BRIAN HUGHES

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000