# EXHIBIT 1

**From:** Maxey, Brent
**To:** Hughes, Brian; Sheppard, Nathan
**Cc:** Tackett, Todd; Ceaser, Madison
**Subject:** Re: ICE Monitoring for 9/1
**Date:** Monday, September 1, 2025 10:47:52 PM

Immediately after I sent the original email, FPS came out of the building and made a push and deployed gas. Per the livestream, it looked like they were clearing the front of the building to get some vehicles moved.

Lieutenant Brent Maxey #40930
Portland Police Bureau
Central Precinct – C Shift

---

**From:** Maxey, Brent
**Sent:** Monday, September 1, 2025 10:21 PM
**To:** Hughes, Brian <Brian.Hughes@police.portlandoregon.gov>; Sheppard, Nathan <Nathan.Sheppard@police.portlandoregon.gov>
**Cc:** Tackett, Todd <Todd.Tackett@police.portlandoregon.gov>; Ceaser, Madison <Madison.Ceaser@police.portlandoregon.gov>
**Subject:** ICE Monitoring for 9/1

Due to the holiday and the larger turnout at today's protest, I assumed responsibility for monitoring the activity around the ICE facility tonight. I contacted FPS Supervisor Will Turner and advised him of the event at Caruthers Park. Turner reported that FPS resources are being pulled back for other priorities in other parts of the country, and that they were down approximately ten of their tactical officers tonight.

At approximately 1730, the gathering at Caruthers Park was estimated at 125 people, about half of whom were dressed in black bloc. Many wore gas masks, though I did not observe shields or other direct-action equipment. The group remained in the park for about an hour for music and speeches before marching south on Moody Avenue to the ICE building. Once there, they coned off the eastbound lane of SW Bancroft, restricting access from Macadam Avenue. All other traffic flowed without issue. Protesters stood in the eastbound lane of Bancroft and on the sidewalk in front of the building with little to no energy. A few positioned themselves near the cones along Macadam, waving signs and flags at passing vehicles.

I spoke with Turner again, and he reiterated that he was not concerned about the group. He stated that his team would remain out of sight unless significant vandalism or life-safety issues occurred.

As the evening progressed, the crowd gradually dispersed. A larger-than-normal group of approximately 50 remained, though their activity level was low and there were no major issues.

Dispatch created an information call (24-239724) and added related calls throughout the night. The only call voiced was at 2140, when Wendy Sletten requested contact. Sergeant Buck spoke with her, and she expressed frustration over what she described as PPB's lack of response. She stated that the protesters were not there to demonstrate but to terrorize neighborhood residents, and that they constantly issue threats, which was the theme of the majority of calls.

As of 2200, about 40 individuals remained in the area, still with low energy and no significant problems observed.

**CAD/Call Log Summary**
- **17:48** – 60–70 protesters reported near ICE (per 9803).
- **18:43** – Estimated 125 protesters marching from Caruthers Park to ICE.
- **18:58** – Federal police dispatch reported protesters placing cones and blocking the street.
- **20:56** – Angry caller reported protesters "threatening them," though no specific threats were articulated; described a barbecue in the area.
- **21:01** – Caller at Gray's Landing Apts reported 12–13 protesters throwing bottles at the building.
- **21:06** – Caller reported protesters smashing a vehicle window and attempting to direct traffic.
- **21:08** – Caller reported protesters completely blocking traffic and threatening people trying to drive by; declined contact.
- **21:14** – Caller frustrated, stated PPB is "useless"; declined further contact.
- **21:34** – Caller reported barbecue and loud rap music.
- **21:40** – Caller (Wendy Sletten) from Gray's Landing expressed fear and frustration over lack of response; advised she may leave to stay with a friend.
- **21:52** – Caller reported people screaming and blocking S Moody at Lowell; declined contact.
- **22:03** – Caller (Joshua McCoy) reported approximately 12 protesters blocking Bancroft & Bond; optional contact provided.
- **22:08** – Sergeant spoke with Wendy Sletten again; she reiterated frustration, stating multiple incidents have occurred and she feels PPB is not responding.

Lieutenant Brent Maxey #40930
Portland Police Bureau
Central Precinct – C Shift