# EXHIBIT 2

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Tackett, Todd; Sheppard, Nathan; Hughes, Brian |
| **Subject:** | Thursday night ICE update |
| **Date:** | Thursday, September 4, 2025 9:18:41 PM |

Will Turner is the OIC this week.  I spoke to him a bit about the events the entire week since I was not here Monday and Wednesday.

Labor day they had over 200 protesters in front of the facility.  They did several push outs and arrested a few.  Most people left after the initial, but had around 100 - 150 loitering around all night.  There was significant media coverage around the guillotine.

Tuesday was completely un eventful.  No calls for service and around 20 of the usuals.

Wednesday, an unknown subject was flying a drone in front of the upper windows in violaion of the TFR.  Agents figured out who the drone operator was, contacted and arrested.  The susepect got violent and spit on agents.  He was arrestd and booked.

Today, (Thursday) I counted 20 at the beginning of the shift and around 15 at 2030 hours.

Tuner told me they are seeing several older transients that are being cooersed into approaching the gate and causing a distraction or just told to rattel the gate.  This was cooberated by watching the instigators escorting different subjects, mostly described as elder transients up to the gate.  One one occasion, FPS took custody of an elderly man after he asked the agents if he could just come up to the gate and rattle it so the antifa instigators would leave him and others alone.  He was escorted behind the gates and interviewed.  He told agents he and several other transients are being coerced to act on their behalf to instigate agent response.  The subject was given a cite and released.

Tracy Molina is a daily chronic problem.  She is the subject in the flyer from Intel that was carrying what appeared to be a pink synthetic rifle with a Glock pistol that fits in the middle.  For those that do not know her, she is a very aggressive 1234 with a military background. She has been arrested more times than one can count and has been excluded and arrested numerous times from city property.  She likes to interupt city councel and business at city hall, etc.  She can be very violent.

FPS had been looking for her for several weeks as she has made threats to ICE agents and has expended her three strikes at the facility. She was arrested and escorted in the building.  She cut her arms in the holding cell and graffitied the wall with a lot of blood before being taken to the hospital.  FPS executed a warrant on her apartment and later lodged at jail pending

Federal charges. She is on supervised pre trial release with a no contact at ICE restriction.

As of 2100 hours tonight, there have been no calls for service and no reportable activity at the facility. There is an elderly Alaskan male (Daniel Cox) at the facility who has some severe medical issues with his legs (Infection/MRSA) that is a chronic. He knows jail will not take him if arrested and is therefore empowered to stay and be a problem.

That is all I have for tonight. Feel free to inquire if you have questions.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**