# EXHIBIT 3

**From:** Miller, Nicole
**To:** Hughes, Brian; Maxey, Brent; Tackett, Todd
**Subject:** 9/3 POC
**Date:** Wednesday, September 3, 2025 11:22:55 PM

I was POC tonight. There were no calls down at the building. There are still about 20 people hanging around but only 4 were even on the sidewalk in front of the building.

Sgt. Nicole Miller
Central C Shift