# EXHIBIT 4

Case 3:25-cv-01756-IM    Document 46-4    Filed 10/02/25    Page 1 of 2

| | |
|---|---|
| **From:** | Sheppard, Nathan |
| **To:** | Edwards, John |
| **Cc:** | Maxey, Brent; Tackett, Todd; Hughes, Brian |
| **Subject:** | Re: Friday Night Ice Report |
| **Date:** | Friday, September 5, 2025 11:41:54 PM |

Thank you, John.

Sent from my iPhone

> On Sep 5, 2025, at 10:16 PM, Edwards, John <John.Edwards@police.portlandoregon.gov> wrote:
>
> Good Evening,
>
> At 1400 hours today, I drove by ICE and observed 1 person standing accross the street by the entry way. I touched base with Will Turner from FPS and was told there was a small group with low energy.
>
> Drove by around 2100, saw 8 people out front and couldnt even get one of them to flip me the bird. Very low energy. It appeared two trucks made entry to the building with no issues. The camp site just East of the entry way is horrible.
>
> No calls for service that I am aware of.
>
> **Sgt. John Edwards #32391**
> **Portland Police Bureau**
> **Central Precinct/C Shift (3pm-1am)**
> **Cell- (971) 804-2161**
> **Office (503) 823-0097**