# EXHIBIT 5

Case 3:25-cv-01756-IM   Document 46-5   Filed 10/02/25   Page 1 of 3

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Tackett, Todd; Sheppard, Nathan; Hughes, Brian |
| **Cc:** | Thurman, Justin |
| **Subject:** | Saturday Night ICE report |
| **Date:** | Sunday, September 7, 2025 12:45:09 AM |

Good Evening,

This was an extremely busy shift tonight for all three precincts. We started the shift in great shape with only -7. North and East were way worse off with -8 each.

I drove by ICE around 1600 hours, saw one person standing and one person passed out on the concrete wall in front of the building. I contacted OIC Tuner.

East had a horrible double homicide/suicide, a potential fatal/trauma crash and normal business. North had the missoin with all RRT resources.

Central started the shift with a 1234 subject who jumped off the Hawethorn Bridge after taking a header into an oncoming car.

North had a fatal crash on I5/Rosa Parks at around 2300 just as we were cleraring a tactical call. The IMT held all of C shift citywide over for two hours.

At around 2100, I received a call from OIC Turner letting us know there were over 50-60 very active protestors/black blockers/agitators at the gate who were very active. Lots of noise, flashing lights, some were swinging sticks. The crowd was very energized. I drove by just as FPS was pushing out in order to get some vehicles in. I noted well over 50 people in front of driveway as well as all four corners of S. Bancroft/Moody. The conditions were the same at 0030 hours after speaking with OIC Turner.

They have 26 agents on until 0100 and 7-8 overnight.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**

Case 3:25-cv-01756-IM    Document 46-5    Filed 10/02/25    Page 3 of 3