# EXHIBIT 6

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Tackett, Todd; Sheppard, Nathan; Hughes, Brian |
| **Cc:** | Miller, Nicole; Duarte, Mark |
| **Subject:** | Sunday Night ICE Update |
| **Date:** | Sunday, September 7, 2025 10:41:02 PM |

Good evening,

Wayne Mitchel is the FPS OIC of the week starting today. There were only around 7 people present tonight with no to low energy. No issues to report and no calls for service.

Day shift had a call come in from a woman in Rhode Island wanting to report that she learned 2nd hand from her daughter that she saw a video on Tic Toc where a person got shoved down by a "Portland Police Officer." Sgt. Perry made contact with the caller, watched the video and confirmed it was not a PPB Officer, rather it was a video taken at the Portland ICE faciltiy. This information was communicated back to the caller with no further inquiry needed.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**