# EXHIBIT 7

| | |
|---|---|
| **From:** | Buck, Joana |
| **To:** | Hughes, Brian; Maxey, Brent; Tackett, Todd; Sheppard, Nathan |
| **Cc:** | Lloyd, Bryan |
| **Subject:** | ICE C-shift updates |
| **Date:** | Monday, September 8, 2025 10:46:37 PM |
| **Attachments:** | Outlook-sjc2erq5.png |

• Drove by at 1800, 2030, 2130
• At 1800, about 15 individuals. Most were across the street from ICE, with a few near the trolley.
• 1835 – 25-247302: Related to ICE protests. Report of a female swinging at others and pulling out mace but not deploying it. Description: White female, 50s, green/gray hat, t-shirt with lion graphic, black leather jacket, blue jeans. Caller mentioned she was antagonizing protest "influencers," but details were hard to hear due to yelling.

Officer Leepert spoke to the caller (not the victim) and advised separating from two journalists.
• 1858 – 25-247318: Appears related to 25-247302. From FPS dispatch: Counter-protester sprayed someone with mace. Suspect: unknown race female, green hat, black leather jacket, brown shirt underneath, blue jeans. Possible victim: female, black bandana, green/black top, gray pants. Both parties reported to be in front of the vehicle gate. FPS officer asked complainant to call it in. No weapons observed, no medical needs reported. Fire responded, but no victims came forward.
• 2030: I observed a group of about 30, mostly dressed in black. Some right in front of ICE, some across the street. No energy.
• 2105 – 25-247410: Disturbance reported by FPS. Female surrounded by 10–12 protestors and backed into a corner. Earlier in the evening, she had used pepper spray against some protestors. Description: White female, heavy set, green hat, brown shirt, blue jeans. No victims called.
• 2118: I observed approx. 15 people in all black clothing and black helmets. About 15 others across the street, and around 5 near Macadam. No active disturbance.
• FPS supervisor kept me updated throughout. He advised the incidents primarily involved two females.
• Last update was of Fire, who responded for the counter-protester. As of this notification, no victims have reported.


-Joana


**Sergeant Joana Ortiz Buck**



Central Precinct
Portland Police Bureau

Joana.Buck@police.portlandoregon.gov

503-823-9700
1111 SW 2ND Avenue, Room 1542
Portland, OR 97204

**www.joinportlandpolice.com**