# EXHIBIT 8

| | |
|---|---|
| **From:** | Miller, Nicole |
| **To:** | Maxey, Brent; Hughes, Brian; Sheppard, Nathan; Tackett, Todd |
| **Subject:** | ICE Notification |
| **Date:** | Tuesday, September 9, 2025 10:27:32 PM |

I was the contact tonight. No calls for us. There were 20-25 people blocked up and spread out on all the corners. Vocal with a bit more energy than the past few nights but still not enough to require any interaction from us or the FEDs.

Sgt. Nicole Miller

Central C Shift