# EXHIBIT 9

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Hughes, Brian; Sheppard, Nathan; Maxey, Brent; Tackett, Todd |
| **Subject:** | Wed Ice stuff |
| **Date:** | Thursday, September 11, 2025 12:02:35 PM |

All,

My sincere apologies, I forgot to email you all last night. At the beginning of shift they were only about seven people outside the gates of ice, at around 10 o'clock when nights came out I rechecked and there was about 15.

After communicating with FPS and monitoring the board, I could not find any calls for service or need for police.

My apologies for the delayed email.

Sgt. John Edwards
Central Precinct
(971)804-2161