# EXHIBIT 10

**From:** Edwards, John
**To:** Maxey, Brent; Tackett, Todd; Sheppard, Nathan; Hughes, Brian
**Subject:** Thursday night ICE update
**Date:** Thursday, September 11, 2025 11:01:50 PM

Nothing much to note tonight. FPS called and reported that a small group of counter protestors showed up and instigated a confrontation with the regular protestors. One of the the regular protestors pulled out an ASP or baton of some sort and chased the single counter protestor off. We did not receive a call from a victim or any involved.

When I checked throughout the night, I saw no more than 15-20. I paused near Macadam to watch and got flipped off.


**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**