# EXHIBIT 11

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Ceaser, Madison; Tackett, Todd; Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Lloyd, Bryan |
| **Subject:** | Friday Night Ice update |
| **Date:** | Saturday, September 13, 2025 1:01:21 AM |

No calls for service at or near ICE tonight. I contacted OIC Wayne Mitchell, he saw a group of 8-10 loitering througout the evening. At around 1900 hours, a vehicle off loaded a large quantity of sticks and bats. Unknown if they are gearing up for Sunday night or just to re supply.

He inquired about the camp being posted, however I have not heard back from Bernard on that yet.

Central was down 5 to start and lost two more to L5. We had a significant UOF with four Officers and were on 1-2 most of the night with 71 calls holding at 0100.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**