# EXHIBIT 12

**From:**  Miller, Nicole
**To:**  Ceaser, Madison; Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Lloyd, Bryan; Tackett, Todd
**Subject:**  ICE Contact
**Date:**  Saturday, September 13, 2025 11:40:52 PM

I was the ICE contact tonight. There were 40-50 people, more blocked up than usual and I was informed by ICE that there was someone with a green laser though we did not receive any calls about that. There were several issues tonight.

25-252398- caller from the Oregonian received an email with screenshots from facebook about a mass shooting that was going to happen tonight. That post circulated and we believe is responsible for the increased number of people at ICE tonight. CIU was notified and Freidman took this over.

25-252428- caller reporting a known subject with an extended magazine was going to instigate a fight with protesters in order to then shoot them. The named subject was known to CIU from a previous TARP referral and Jason Wands took over that investigation.

25-252549- a vehicle with no plates confronted the protesters and eventually pushed someone yelling back at him. The driver also discharged pepperspray prior to leaving the scene. No one needed medical. Sgt. Schaaf contacted me and said RRT has dealt with this individual in the Nissan at other events. He is looking for that information for the PC.

Sgt. Nicole Miller
Central C Shift