# EXHIBIT 13

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Ceaser, Madison; Tackett, Todd; Maxey, Brent; Sheppard, Nathan |
| **Cc:** | Ferguson, Timothy |
| **Subject:** | Sunday Night ICE report |
| **Date:** | Sunday, September 14, 2025 9:36:00 PM |

Nothing new tonight. Will Turner is here for the week. FPS beefed up their numbers in anticipation of high numbers, however that did not come to flourition. Unknown where or what the bats and sticks were staged up for on Friday.

They made 1 targeted arrest on a chronic violator. Not calls for service.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**