# EXHIBIT 14

| | |
|---|---|
| **From:** | Buck, Joana |
| **To:** | Maxey, Brent; Sheppard, Nathan |
| **Cc:** | Ceaser, Madison; Lloyd, Bryan |
| **Subject:** | ICE protest updates |
| **Date:** | Monday, September 15, 2025 10:42:35 PM |
| **Attachments:** | Outlook-jzagkml0.png |

No significant activity observed today. I drove past the location throughout the night and noted approximately 10–12 individuals present.

Turner, the contact on site, confirmed that no issues required a response outside for their officers. He reported their numbers peaked at around 15 people during the night.

Additionally, I observed a male in a wheelchair at the corner of Macadam and Bancroft holding a sign reading "100 Days of ICE Protest." He did not react as I drove past.

The only call received today was 25-254689, a follow-up request for a supervisor regarding a prior issue. I attempted to return the call, but the number produced an error message. Dispatch verified the number and confirmed it was correct via listening to the call again. I cleared the call and notified A/Lt. Lloyd in case they call back.

-Joana



**Sergeant Joana Ortiz Buck**
Central Precinct
Portland Police Bureau

Joana.Buck@police.portlandoregon.gov

503-823-9700
1111 SW 2ND Avenue, Room 1542
Portland, OR 97204

**www.joinportlandpolice.com**