# EXHIBIT 15

| | |
|---|---|
| **From:** | Miller, Nicole |
| **To:** | Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Tackett, Todd; Lloyd, Bryan |
| **Subject:** | ICE Contact |
| **Date:** | Tuesday, September 16, 2025 9:59:09 PM |

I was the ICE contact tonight. Just an FYI- Will Turner is back for the next bit down there.

We have several holding calls however due to multiple stabbings (25-255788), we are not responding and they are holding for nights. As of leaving tonight- these calls are holding.

25-255574, this is the 4th call from this person asking for follow-up from a macing on 9/8 (not police involved). Multiple sergeants have called her because she is displeased with her police service however the calls do not go through. I attempted as well and the number does not work. There is yet another call holding from this person. I did look into the incident and couldn't find a report so I contacted Turner and his people are looking for video. I foresee this gal being a bit of a stinker about not getting a report taken but I hope at least having the video can help mitigate.

25-255794, holding disturbance for someone shouting at a woman at the protest. Everyone is safe and separated. We have no officers to go or call.

25-255798, holding harassment for a protester that is being followed and yelled at by another protester who has assaulted her in the past. Caller left and wants phone contact. Holding for nights (I am curious if these last two calls are related).

There are approximately 50 people in front of the building. They have been periodically blocking the streets for dancing. Turner said they were having a "pinata" party earlier but I did not see that. There is more energy that I have seen in the past couple weeks. Most people are blocked up and a lot of stuff has been brought in- cases of water/ drinks, boxes around, etc. Turner said they had intel about a proud boys gathering/ vigil that would come attempt to engage with the group, possibly leading to the bolstered numbers. As of leaving tonight- there has not been a confrontation like that.

Sgt. Nicole Miller

Central C Shift