# EXHIBIT 16

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Ceaser, Madison; Maxey, Brent; Sheppard, Nathan |
| **Subject:** | ICE Report |
| **Date:** | Thursday, September 18, 2025 12:46:08 AM |

Nothing to report tonight. I drove by around 2300, saw a group of 30+ who appeared to be very energetic.  No calls for service near or to the facility.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**