# EXHIBIT 17

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Ceaser, Madison; Tackett, Todd; Maxey, Brent; Sheppard, Nathan |
| **Subject:** | Thursday Night ICE update |
| **Date:** | Thursday, September 18, 2025 10:08:00 PM |

Good Evening,

The afternoon started with around 150 plus folks outside the ICE facility, it is unknown if some were counter protestors, however we did not get called on any of them and FPS had no issue.

At 1600 hours today, I drove by and saw 2 protestors across the street with no issues.

No calls for service here and no assistance requested by FPS

At 2200, I drove into the area and found 50-60 of the normal agitators. My presence in the roadway in front of ICE triggered the crowd. I was screamed at, flipped off and some of the maksked up folks ran after my car throwing things. (Not sure what.)

There does appear to be a large camp set up again even though it was cleaned out earlier in the day.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**