# EXHIBIT 18

| | |
|---|---|
| From: | Braun, Andrew |
| To: | Lloyd, Bryan |
| Cc: | Sheppard, Nathan; Hughes, Brian |
| Subject: | Disturbance at ICE 9/19 |
| Date: | Saturday, September 20, 2025 5:07:14 AM |

25-259060; related to 25-258970

9/19 at 2258 hours

ICE 4310 S Macadam Ave.

Victim: Amacher, Rhein 3/10/90

Suspect(s): Unidentified

Summary: At 2258 hours, FPS dispatch alerted BOEC to verbal disturbance in front of ICE between a group of protesters and a couple of counter-protesters. At the time, the precinct was on priority 1-2s with few to zero officers available due to a near fatal assault in Central and a shooting with multiple victims in East. Around 2337 hours, FPS updated that became physical. At 2346 hours, officers got eyes on ICE and reported no active disturbance and no involved parties flagging them down.

FPS later provided BOEC with the counter-protester's name. An officer later called him once the precinct went back to all calls. Amacher reported that he went to ICE to escort a couple of other counter-protesters away from the crowd. A subject in all black tried to take Amacher's walking stick, then they both fell over. Another subject pepper-sprayed Amacher on the ground and 15-20 people surrounded him. FPS or other federal officers deployed munitions to break up the crowd, allowing Amacher and his friends to get away.

No arrests have been made and video is pending.

Sergeant Andrew Braun

#56961

Portland Police Bureau

1111 SW 2nd Ave. Portland, OR 97204

Central E Shift UMT

971-337-4539