# EXHIBIT 19

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Tackett, Todd; Sheppard, Nathan; Hughes, Brian |
| **Subject:** | Friday Night ICE update |
| **Date:** | Saturday, September 20, 2025 1:06:22 AM |

Good evening/morning.

FPS Agents were busy tonight.  There was a group of 50 at the facility. Due to short staffing, lots of calls and a major crime scene I was on the entire night, I did not drive by, however Sgt. Duarte did.   Again, once a marked car drives through, the will flip off, scream and throw objects at the car and in most cases run towards the car as if they are going to charge the car.

FPS Will Turner called me throughout the night with info about black blockers assaulting people.   We were on Pri 1-2 with 50-60 calls holding, however only got one call from someone reporting they were assaultded on Saturday.

I received video from FPS and a report about a journolist who was assaulted by a black blocker with a large sword or stick.  VI is Rhein Amacher and suspect is Seth Sinclair.  They are known to FPS as Seth is a nightly agitator that has been cited by FPS.

I set up a call (25-259060) for nights to att contact and make a report.  The other call is (25-258940).

To be clear, even if these folks were still at ICE or nearby, we would not be able to address the call or make an arrest with the resources we have.


**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**