# EXHIBIT 20

| | |
|---|---|
| **From:** | Braun, Andrew |
| **To:** | Lloyd, Bryan |
| **Cc:** | Sheppard, Nathan; Hughes, Brian; Perry, Charles; Kenney, Zachary |
| **Subject:** | Disturbance at ICE 9/20 |
| **Date:** | Sunday, September 21, 2025 3:28:15 AM |

25-259969

9/20 at 2332 hours

ICE 4310 S Macadam Ave.

Victims: Amacher, Rhein 3/10/90
        Bouferrache, Chelly 9/14/69
        Daviscourt, Katelyn 3/14/94

Suspect(s): Unidentified

Summary: FPS dispatch alerted BOEC to a disturbance in front of ICE between 12 protesters and one counter-protester (Amacher). One protester pepper-sprayed Amacher. FPS updated that the same protester pepper-sprayed another counter-protester. Video from FPS helped to establish PC for Attempt Robbery II and Unlawful Use of Pepper Spray. There were as many as 50 protesters gathered, and more agitated than most nights, so I requested a MFF from East to assist us. Once we had all of our resources and a solid plan in place, officers searched for the suspect while avoiding a confrontation with the main crowd. Ultimately, the suspect was not located, but FPS noted that the crowd's demeanor shifted and they began to break up after police drove threw the area a few times.

Units Notified: Major Crimes via email, due to the robbery charge.

Outstanding Action Items: Perry or Kenney, can you please send a Dayshifter to pick up the full video from FPS in the morning? They should have it earmarked.

                These 3 counter-protesters continue to be a chronic source of police and medical calls at ICE. Despite repeated advice from officers to stay away from the ICE crowd, they constantly return and antagonize the protesters until they are assaulted or pepper sprayed. They refuse or are reluctant to walk away from these confrontations, even when police are in the area trying to meet with them. They even engage in the same trespassing behavior on federal and trolley property as the main protesters. Aside from the confrontation between opposing protesters, there was no reported activity around ICE that would have otherwise generated a police response.

Sergeant Andrew Braun

#56961

Portland Police Bureau

1111 SW 2nd Ave. Portland, OR 97204

Central E Shift UMT

971-337-4539