# EXHIBIT 21

**From:** Miller, Nicole
**To:** Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Tackett, Todd
**Subject:** ICE Contact
**Date:** Saturday, September 20, 2025 11:47:58 PM

I was the ICE contact tonight. Jason Wands from CIU called me about an event tonight, however, nothing popped off. We had no calls during C-shift. There was 15-20 people there milling around.

25-259969 came out as a disturbance where a protester pepper-sprayed someone else right at the end of shift. This was handled by nights and I do not know the outcome.


Sgt. Nicole Miller
Central C Shift