# EXHIBIT 22

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Lloyd, Bryan |
| **Cc:** | Dobson, Craig |
| **Subject:** | Monday night ICE update |
| **Date:** | Tuesday, September 23, 2025 12:04:26 AM |

It was a very un eventfull night at the facility. We counted 7-10 at the begining of the shift and about the same at the end. No calls for service.

FPS Dennis Feeley is the contact person until Wednesday.

**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**