# EXHIBIT 23

| | |
|---|---|
| **From:** | Buck, Joana |
| **To:** | Maxey, Brent |
| **Cc:** | Sheppard, Nathan; Hughes, Brian; Lloyd, Bryan |
| **Subject:** | ICE notifications for 09/23 |
| **Date:** | Tuesday, September 23, 2025 10:29:03 PM |
| **Attachments:** | Outlook-fnif3ppw.png |

Busy day for C-Shift. We noted a call holding later in the night (25-262590: **7 AGO, COMP REC PPL ON PUBLIC PROP, WAS ASSLTD, HAS VID, WM, OLDER, GRY HR, GRY HOODIE, BLK SHRT, GRY PNTS, L/S WB ON FT**) that has not yet been addressed.

Earlier, when I drove by, I observed a few individuals in the area but no significant activity. One black blocker was positioned directly in front of the ICE driveway. I checked in with FPS, and they had nothing to report.

We ended the night with a FDCR and then a homicide, which tied up most of our available resources.

– Joana



**Sergeant Joana Ortiz Buck**
Central Precinct
Portland Police Bureau

Joana.Buck@police.portlandoregon.gov

503-823-9700
1111 SW 2ND Avenue, Room 1542
Portland, OR 97204

**www.joinportlandpolice.com**