# EXHIBIT 24

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Sheppard, Nathan; Hughes, Brian; Lloyd, Bryan |
| **Cc:** | Dobson, Craig |
| **Subject:** | Wed night ICE update |
| **Date:** | Wednesday, September 24, 2025 11:21:57 PM |

Less than 10 people at the ICE facility.  From talking with FPS, most are going down to Eugene.  No assaults, no calls for service.

Average 30 calls for service on the board throughout the night.



**Sgt. John Edwards #32391**
**Portland Police Bureau**
**Central Precinct/C Shift (3pm-1am)**
**Cell- (971) 804-2161**
**Office (503) 823-0097**