# EXHIBIT 25

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Maxey, Brent; Lloyd, Bryan; Sheppard, Nathan; Hughes, Brian |
| **Cc:** | Dobson, Craig |
| **Subject:** | Thursday night ICE |
| **Date:** | Thursday, September 25, 2025 11:36:25 PM |

We started the shift with nobody out front, A check in with FPS indicated no issues or criminal reports.

At 2200 there were around 20 people in front of the ICE driveway waving anti Trump flags and yelling F the police as I drove by.

No calls for service in the area during C shift.

I confirmed with FPS about protestors using flashlights to blind vehicle drivers. They have not seen that since last Saturday. They have a surge of Officers on site.

**Sgt. John Edwards #32391**

**Portland Police Bureau**

**Central Precinct/C Shift (3pm-1am)**

**Cell- (971) 804-2161**

**Office (503) 823-0097**