# EXHIBIT 26

| | |
|---|---|
| **From:** | Livingston, Jeffrey |
| **To:** | Hughes, Brian |
| **Cc:** | Dobson, Craig; Sheppard, Nathan; Maxey, Brent; Lloyd, Bryan; Ferguson, Timothy |
| **Subject:** | ICE Monitoring 9/26 |
| **Date:** | Friday, September 26, 2025 10:23:16 PM |

9/26

Initially I lead the team of custody cars for the planned demonstrations today (ICP) . Observed both the Square and ICE and found no issues. Throughout the day we observed approximately 8-15 people at any given time out front of ICE. Mostly sitting in lawn chairs and walking around. Energy was low, minimal activity. As officers drove through the area the group would often flip us off but as the night went on they stopped acknowledging the police. No changes at the time of demobilization at 2100 hours.  As of this email no reported incidents and nothing from ICE.

I also clarified with Eric Johnson, the Regional Director for FPS regarding the "Surge" in officers at their location that was previously reported by Sgt. Edwards. He clarified for me, that he decided to bring in 8  additional FPS officers from the region last night to pre-emptively staff up, should something unexpectedly happen. There was nothing planned and no specific reason he was just ramping up staff considering the events that took place this week. Eric said several of those officers have already left Portland back to their respective offices.


ICE Contact is **Dennis Feeley** 253-736-4136 until Saturday. **Eric Johnson**, their Regional Director is now in town and will take over tomorrow. 253-263-2708


Sgt. Livingston #57119
Portland Police Bureau
Central Precinct - C Shift
503-730-8413