# EXHIBIT 27

| | |
|---|---|
| **From:** | Livingston, Jeffrey |
| **To:** | Hughes, Brian |
| **Cc:** | Dobson, Craig; Sheppard, Nathan; Ceaser, Madison; Lloyd, Bryan; Braun, Andrew |
| **Subject:** | ICE Monitoring 9/27 |
| **Date:** | Saturday, September 27, 2025 11:58:30 PM |

9/27

Early on the crowd was 5-10 people standing around, low to no activity. I spoke to our contact Eric Johnson at approximately 1800 hours, he had no issues, no concerns.  At 2030 I drove through again and noticed a larger crowd of approximately 50-60 people spread out on every corner and in the driveway. I called Eric again and he explained that a larger group arrived and started blocking their driveway, yelling and refusing to comply with their orders to leave. FPS came out and arrested one subject for blocking as they were attempting to have vehicles leave. I stayed in the area and continued to monitor. Air One attempted to help gage the size of crowd and demeanor; they gave a brief update saying crowd size was approximately 30-50 before reporting they had to leave that air space. Unknown why exactly…  It should be noted that a larger helicopter (unknown if it was military, federal or private) was actively flying around the city and in the area of ICE at this time.

Checked the area again at 2300 hours and crowd size was the same. Called Eric again and he said crowd was mild. No activity since they made their arrest earlier in the night. As of this email no calls for service related to ICE and nothing from ICE directly.


Sgt. Livingston #57119
Portland Police Bureau
Central Precinct - C Shift
503-730-8413