# EXHIBIT 28

| | |
|---|---|
| **From:** | Braun, Andrew |
| **To:** | Lloyd, Bryan |
| **Cc:** | Dobson, Craig; Hughes, Brian; Sheppard, Nathan; Ceaser, Madison |
| **Subject:** | ICE Monitoring overnight 9/27-28 |
| **Date:** | Sunday, September 28, 2025 6:06:50 AM |

25-267118

9/28 at 0020 hours

Victims:      Oliva Lopez, Andy 6/24/96

               Moore, Maya 11/3/97

               Ralph, Christopher 10/6/70

               McFarland, Pyper 9/13/66

Suspects:    Unidentified

Summary: FPS reported a 20 vs. 1 fight was occurring just east of the ICE building on Bancroft St. As officers responded to the area, the 4 victims called in. Moore and Oliva were observing the protest as Moore livestreamed with her phone. When the protesters burned an American flag, Moore and Oliva expressed their displeasure to the crowd. A verbal argument escalated and crowd members started pushing Moore. Oliva intervened to protect her, and crowd members assaulted and pepper sprayed him. Ralph and McFarland are area residents and were walking by the protest to see what was going on. They witnessed Oliva being assaulted. Ralph attempted to intervene and was also assaulted. McFarland was surrounded by protesters and felt she was being intimidated and unable to leave. All 4 were eventually able to leave the area; a protester broke the driver's window of Oliva and Moore's car as the drove away.

Ralph had minor injuries and declined medical. Oliva was bleeding heavily from his face, was evaluated by AMR, and declined transport. Oliva and Moore were able to give descriptions of 3 suspects, but did not have video or photos. FPS did not capture the assault on their cameras.

There were 50-60 protesters outside of ICE at the time. Most of them were blocking the facility's driveway in anticipation of the shift change. Many were dressed in bloc, with helmets, masks, and other PPE. We did not have enough available officers to form a MFF due to other ongoing priority calls (including a robbery with a firearm and assaults around the entertainment district). The described suspects were not visible when we drove by the fringe of the crowd.

Additionally, FPS requested PPB's assistance with facilitating getting their vehicles out of the facility for shift change. They had the resources to clear their driveway, but were concerned

about protesters shining bright lights at them as they drove out. Regional Director Eric Johnson claimed that the Chief and/or AC Dobson told him 2 weeks ago that PPB could position marked cars at Macadam/Bancroft to deter the crowd during shift changes. I was not sure if that action would conflict with previous direction to not assist with facilitating the movement of vehicles in and out of the facility; regardless, we did not have the resources to safely accomplish that task for a crowd of this size and demeanor.

We received no further calls after shift change. Priority call load did not afford an opportunity for us to monitor the area later in the night.

Sergeant Andrew Braun

#56961

Portland Police Bureau

1111 SW 2nd Ave. Portland, OR 97204

Central E Shift UMT

971-337-4539