# EXHIBIT 29

| Ex. | Date | Summary |
|---|---|---|
| 1 | 9/1/2025 | Approx. 125 people.<br>No shields or direct-action equipment.<br>Protesters had little to no energy.<br>Not concerned about group.<br>PPB to remain out of sight unless vandalism or life-safety issues.<br>10:20 FPS deployed gas to get vehicles moved. |
| 2 | 9/2/2025 | Uneventful.<br>Approx. 20 people.<br>No calls. |
| 2-3 | 9/3/2025 | Unknown subject flying drone in front of windows, violating the TFR.<br>Agents found subject who was arrested. |
| 2 | 9/4/2025 | Approx. 15-20 people.<br>No calls. |
| 4 | 9/5/2025 | Approx. 8 people.<br>Very low energy.<br>No calls. |
| 5 | 9/6/2025 | Approx. 50 people.<br>Very active at gateway.<br>Energized. Waiving sticks. |
| 6 | 9/7/2025 | Approx. 7 people.<br>Low to no energy.<br>No issues.<br>No calls. |
| 7 | 9/8/2025 | Approx. 30 people.<br>Low to no energy.<br>No disturbances. |
| 8 | 9/9/2025 | Approx. 20-25 people.<br>No calls. |
| 9 | 9/10/2025 | Approx. 15 people.<br>No calls. |
| 10 | 9/11/2025 | Approx. 20 people.<br>Small group of counter protesters.<br>No calls. |
| 11 | 9/12/2025 | Approx. 10 people.<br>No calls. |
| 12 | 9/13/2025 | Approx. 40-50 people.<br>3 calls. (Counter protesters) |
| 13 | 9/14/2025 | 1 arrest.<br>No calls. |
| 14 | 9/15/2025 | Approx. 12 people.<br>No activity. |
| 15 | 9/16/2025 | Approx. 50 people.<br>2 calls.<br>Blocking streets for dancing.<br>Pinata party.<br>More energy, intel about proud boys to come and engage the group, possibly leading to the bolsterted numbers.<br>No confrontation. |
| 16 | 9/17/2025 | Approx. 30 people.<br>No calls. |
| 17 | 9/18/2025 | Approx. 150 people; later 50-60.<br>No issues.<br>No calls. |
| 18-19 | 9/19/2025 | Counter protesters.<br>Call about protesters and counter protesters altercation.<br>Feds deployed munitions to break up the crowd.<br>No arrests. |
| 20-21 | 9/20/2025 | Approx. 50 people.<br>Disturbance between protesters and 1 counter protester.<br>No other activity. |
| 22 | 9/22/2025 | Approx. 7-10 people.<br>No calls. |
| 23 | 9/23/2025 | Few people.<br>No activity. |
| 24 | 9/24/2025 | Approx. 10 people.<br>No calls. |
| 25 | 9/25/2025 | Approx. 20 people.<br>No calls. |
| 26 | 9/26/2025 | Approx. 15 people.<br>Energy low, minimal activity.<br>No incidents. |
| 27-28 | 9/27/2025 | Approx. 60 people.<br>Low to no activity.<br>Feds arrested 1.<br>AIR monitoring size and demeanor of crowd.<br>Unknown large helicopter flying around.<br>Feds called for assistance with getting vehicles out of facility; PPB did not have the resources. |
| ECF 12-Ex. B | 9/28/2025 | Approx. 200 people; March and Rally at ICE. Later down to 50.<br>Following Trump announcement of federal forces.<br>Vehicle attempted to drive into crowd but was surrounded.<br>2 arrests for assault.<br>No criminal activity directed towards ICE facility of Feds.<br>Couple of confrontations as Feds came out to facilitate vehicles to or from facility. |
| ECF 33 - Ex. E | 9/29/2025 | Approx. 40 people.<br>No issues.<br>No energy.<br>Feds out to facilitate vehicles in and out. Group yelled at them.<br>One force use observed against individual who refused to move out of the driveway. |
| ECF 33 - Ex. G | 9/30/2025 | Approx. 50 people.<br>Uneventful.<br>No issues.<br>No UOF or arrests. |