IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STATE OF OREGON** and the **CITY OF PORTLAND**,<br><br>      Plaintiffs,<br><br>      v.<br><br>**DONALD TRUMP**, in his official capacity as President of the United States; **PETE HEGSETH**, in his official capacity as Secretary of Defense; **U.S. DEPARTMENT OF DEFENSE**; **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security; and **U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>      Defendants. | Case No. 3:25-cv-1756-IM<br><br>**TEMPORARY RESTRAINING ORDER** |

The Court GRANTS Plaintiffs' Motion for Temporary Restraining Order, ECF 6, and ORDERS as follows:

    1.    Defendants are temporarily enjoined from implementing Defendants' September 28, 2025, Memorandum ordering the federalization and deployment of Oregon National Guard service members to Portland.

    2.    This Temporary Restraining Order expires by its own terms on October 18, 2025, at 11:59 p.m.

PAGE 1 – TEMPORARY RESTRAINING ORDER

3. Plaintiffs are ORDERED to post a nominal bond of $100 within 48 hours. The bond shall be filed in the Clerk's Office and be deposited into the registry of the Court.

4. Defendants' Request to Stay or Administratively Stay the Temporary Restraining Order, *see* Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order, ECF 35 at 41, is DENIED.

5. The Court Clerk will contact the parties to schedule a telephone hearing on October 17, 2025, to address whether this Temporary Restraining Order should be extended for another 14 days.

6. Any motion for a Preliminary Injunction shall be filed no later than October 17, 2025; Defendants' opposition shall be due no later than October 23, 2025, and Plaintiffs' reply shall be due on October 27, 2025.

7. A combined hearing on the preliminary injunction motion and a trial on the merits under Rule 65(a)(2) is set for October 29, 2025, before the Honorable Judge Karin J. Immergut, in Courtroom 13A, beginning at 9:00 a.m.

**IT IS SO ORDERED**

DATED this 4th day of October, 2025 at 3:40 p.m. pacific daylight time.

/s/ Karin J. Immergut  
Karin J. Immergut  
United States District Judge