**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
JESSE BASBAUM
JANE REILLEY
MEGHAN H. STRONG
BARBARA HORNE-PETERSDORF
Deputy Attorneys General
  300 Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail: Barbara.HornePetersdorf@doj.ca.gov
*Counsel for the State of California*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, the CITY OF PORTLAND, and the STATE OF CALIFORNIA,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendants. | Case No. 3:25-cv-01756-IM<br><br>DECLARATION OF PAUL S. ECK |

**DECLARATION OF PAUL S. ECK**

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018. As Deputy General Counsel for the California Military Department, I lead a blended team of California and National Guard attorneys. I provide direct legal support to the Executive Staff and other senior leaders on complex matters at the intersection of military operations, state governance, and national security. I am regularly consulted on the operational needs, objectives, movements, and orders impacting the CMD.

Professional Background

3. I began my service career as a Sergeant in the United States Marine Corps. I served in the United States Marine Corps. from 1980 to 1984 before being honorably discharged.

4. I completed college and law school following my service in the United States Marine Corps. and worked in private practice from 1991 to 2012.

5. From 2008 to 2012, I also worked for the San Diego Sheriff's Department as a Search and Rescue Reserve. In this capacity I provided communications and logistical support to the San Diego Sheriff's Department during search and rescue operations for missing and lost persons, evidence recovery, emergency and disaster operations, and mutual aid events among other duties.

6. From 2010 to 2022, I served as a Colonel (CA) and Judge Advocate in the California Military Department, advising a wide array of units including the 40th Infantry Division, 3-140th Aviation Regiment, 49th Military Police Brigade, and Joint Forces Headquarters. In this capacity, I advised on both administrative law and critical operational legal support.

7. From 2012 to 2014, I worked as an attorney III for the California Department of Forestry and Fire Protection (Cal Fire).

8.  From 2014 to 2018, I served as a Peace Officer with Cal Fire, ultimately rising to Chief of Investigations. In this role, I led critical investigative and law enforcement operations supporting both Cal Fire and the Office of the State Fire Marshal. I concurrently served as Bomb Squad Commander and Terrorism Liaison Officer.

9.  I am certified by Peace Officer's Standards and Training (POST) at the Basic, Intermediate, Supervisor, and Instructor levels and also hold specialized credentials, including a Post-Blast Explosives Investigator Certificate from the FBI and the FBI Certified Explosives Investigator designation.

10. I have been a National Guard Bureau Intelligence Oversight Monitor for the State of California since I joined the California Military Department in 2018, maintaining annual certifications and ensuring strict compliance with intelligence oversight standards.

11. I have also been a Domestic Operational Law Legal Advisor since 2018, activated to support major domestic missions such as the Oroville Dam crisis and the Camp Fire response. I am trained in State Disaster Management, Advanced Incident Command System (ICS) Command, Military Resources in Emergency Management, United States Special Operations Command Operations Security, and Army Counterintelligence.

Background on the Federalization of California National Guard Personnel

12. I am aware of and have reviewed the Memorandum issued by President Trump on June 7, 2025 (Trump Memo) calling into federal service members and units of the National Guard.

13. I am also aware and have reviewed the June 7, 2025, Memorandum from Secretary of Defense Peter Hegseth to the Adjutant General of California, ordering 2,000 California National Guard members into federal service for 60 days (DOD June 7 Order).

14. I am also aware and have reviewed the June 9, 2025, Memorandum from Secretary Hegseth federalizing an additional 2,000 California National Guard members into federal service for 60 days (DOD June 9 Order).

15. Pursuant to the DOD June 7 Order and DOD June 9 Order, approximately 4,000 California National Guard members were federalized and deployed to the Greater Los Angeles area.

DECLARATION OF PAUL S. ECK

16.     On or about August 5, 2025, Secretary of Defense Peter Hegseth issued an order calling into federal service 300 California National Guard for an additional 90 days, and they have been stationed in Southern California until today, as described below.  The remaining California National Guard personnel were returned to state command.

<u>Deployment of California National Guard Personnel to Oregon and Extension of Federalization</u>

17.     On the evening of Saturday, October 4, 2025, after the United States District Court for the District of Oregon issued a temporary restraining order blocking the attempted federalization of Oregon National Guard personnel to deploy to Portland, Oregon, the U.S. Army Northern Command communicated to the California Military Department Executive Leadership that they intended to send 200 of the federalized California National Guard personnel in Los Angeles to Portland.

18.     As of 6:30 a.m. on Sunday, October 5, 2025, one transport carrying approximately 100 federalized California National Guard personnel had already departed from Los Angeles to Portland, with additional transport scheduled for later in the day.  Additionally, California Military Department Executive Leadership learned that all 300 federalized California National Guard personnel will be deployed to Portland.

19.     Also on Sunday, October 5, 2025, the U.S. Army Northern Command advised the California Military Department that order calling into federal service the 300 federalized California National Guard personnel for an additional period through January 31, 2026, would be issued.

20.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 5, 2025, at Rancho Cordova, CA.

_____
Paul S. Eck

Digitally signed by PAUL S. ECK  Deputy General Counsel
Date: 2025.10.05 15:03:50 -07'00'