**PUBLIC REDACTED VERSION**

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-IM |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF BRIGADIER GENERAL ALAN R. GRONEWOLD |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | **PUBLIC REDACTED VERSION** |
| Defendants. | |

Page 1 -    SUPPLEMENTAL DECLARATION OF BRIGADIER GENERAL ALAN R. GRONEWOLD

**PUBLIC REDACTED VERSION**

I, Alan R. Gronewold, declare:

1.      I am the Adjutant General of Oregon. As Adjutant General, I am the Director of the Oregon Military Department and the Commander of the Oregon National Guard. I exercise my authority under the direction of the Governor of the State of Oregon. The facts stated below are true and correct to the best of my knowledge and if called upon to testify to their accuracy, I would do so.

2.      This declaration is supplemental to, and incorporates by reference, the Declaration of Brigadier General Alan R. Gronewold, submitted to this court partially under seal on October 2, 2025. (The public, redacted version of my initial declaration is docketed at ECF No. 34).

3.      ███████████████████████████████████████████ ███████████████████████████████████████████ approximately 100 federalized members of the California National Guard landed in Oregon, at the Portland Air National Guard Base after midnight this morning. ████████████████████ ████████████████████████████

4.      ██████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████ an additional 99 federalized California National Guard troops will arrive in Oregon between 4 pm and 5 pm this afternoon.

5.      Army North is a formation of the United States Army subordinate to the U.S. Northern Command, which operates at the direction of the Department of War. From my interactions with Army North in the normal course of my work as Adjutant General, I understand

Page 2 -    SUPPLEMENTAL DECLARATION OF BRIGADIER GENERAL ALAN R. GRONEWOLD

**PUBLIC REDACTED VERSION**

that Army North has a homeland defense mission. I further understand ███████████

that Army North has command over all federalized California National Guard members.

      6.     From the information provided to me as of the time of this declaration's

execution, I understand that the 200 federalized California National Guard members mentioned

above have already received the training and other preparations that would ordinarily be needed

prior to any deployment for the purposes described in the Secretary of War's September 28, 2025

Memorandum (ECF No. 1-2) that was the subject of this Court's October 4, 2025 Temporary

Restraining Order in the above-captioned litigation. I am therefore unaware of any impediment

to these members of the California National Guard being deployed in Oregon for those purposes

as early as today.

      **I declare under penalty of perjury that the foregoing is true and correct.**

      EXECUTED in Salem, Oregon on October 5, 2025.

Digitally signed by
GRONEWOLD.ALAN.RICHARD.1137
323768
Date: 2025.10.05 14:37:19 -07'00'

_____

BRIGADIER GENERAL
ALAN R. GRONEWOLD

Page 3 -   SUPPLEMENTAL DECLARATION OF BRIGADIER GENERAL ALAN R.
             GRONEWOLD