DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br>        Defendants. | Case No. 3:25-cv-01756-IM <br><br> DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR A SECOND TEMPORARY RESTRAINING ORDER |

I, Brian Marshall, declare under penalty of perjury as follows:

    1.    I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

Page 1 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION
            FOR A SECOND TEMPORARY RESTRAINING ORDER

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

2.      Attached hereto as Exhibit 1 is a true and correct copy of an undated PDF with file name "SecWar Memo to TX_05OCT25_Signed", issued by Defense Secretary Pete Hegseth, entitled "Memorandum for the Adjutant General, Texas National Guard Through: The Governor of Texas."

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on Portland, Oregon on October   5th  , 2025.

*s/ Brian Marshall*
BRIAN MARSHALL

Page 2 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION
           FOR A SECOND TEMPORARY RESTRAINING ORDER

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000