IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STATE OF OREGON**; the **CITY OF PORTLAND**; and **STATE OF CALIFORNIA**,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP**, in his official capacity as President of the United States; **PETE HEGSETH**, in his official capacity as Secretary of Defense; **U.S. DEPARTMENT OF DEFENSE**; **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security; and **U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>Defendants. | Case No. 3:25-cv-1756-IM<br><br>**SECOND TEMPORARY RESTRAINING ORDER** |

Based on this Court's prior Opinion and Order Granting Plaintiffs' First Motion for Temporary Restraining Order, ECF 56; the hearing on Plaintiffs' Second Motion for Temporary Restraining Order; and the newly submitted declarations, ECF 60, 63, 65, this Court GRANTS Plaintiffs' Second Motion for Temporary Restraining Order, ECF 59, and ORDERS as follows:

1.    Defendants are temporarily enjoined from deploying federalized members of the National Guard in Oregon.

2.     This Second Temporary Restraining Order expires by its own terms in fourteen days on October 19, 2025.

3.     Plaintiffs are ORDERED to post a nominal bond of $100 within 48 hours. The bond shall be filed in the Clerk's Office and be deposited into the registry of the Court.

4.     Defendants' Request to Stay or Administratively Stay this Second Temporary Restraining Order, which was raised in the hearing on Plaintiffs' Second Motion for Temporary Restraining Order, is DENIED.

5.     The Court Clerk will contact the parties to schedule a telephone hearing on October 17, 2025, to address whether this Second Temporary Restraining Order should be extended for another 14 days.

6.     Any motion for a Preliminary Injunction shall be filed no later than October 17, 2025; Defendants' opposition shall be due no later than October 23, 2025, and Plaintiffs' reply shall be due on October 27, 2025.

7.     A combined hearing on the preliminary injunction motion and a trial on the merits under Rule 65(a)(2) is set for October 29, 2025, before the Honorable Judge Karin J. Immergut, in Courtroom 13A, beginning at 9:00 a.m.

**IT IS SO ORDERED**

DATED this 5th day of October.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge