ROBERT TAYLOR, OSB No. 044287
City Attorney
robert.taylor@portlandoregon.gov
NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Plaintiff City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, the CITY OF PORTLAND, and the STATE OF CALIFORNIA,<br><br>PLAINTIFFS,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>　　　　DEFENDANTS. | Case No. 3:25-cv-01756-IM<br><br>**PLAINTIFFS' PROOF OF BOND DEPOSITS** |

Attached as Exhibits 1 and 2 are Plaintiffs' proof of depositing two bonds of $100 with the Clerk's Office per the Court's Temporary Restraining Order (ECF 56-1) and Second Temporary Restraining Order (ECF 68).

DATED: October 6, 2025

                                        Respectfully submitted,

                                        */s/ Caroline Turco*
                                        CAROLINE TURCO, OSB No. 083813
                                        Senior Deputy City Attorney
                                        caroline.turco@portlandoregon.gov
                                        NAOMI SHEFFIELD, OSB No. 170601
                                        Chief Deputy City Attorney
                                        naomi.sheffield@portlandoregon.gov
                                        *Counsel for Plaintiff City of Portland*

Generated: Oct 6, 2025 10:45AM                                                                 Page 1/1



# U.S. District Court

### 1000 S.W. Third Ave. Portland OR 97204 / 503-326-8000

Receipt Date: Oct 6, 2025 10:45AM

City Of Portland

Rcpt. No: 300113809        Trans. Date: Oct 6, 2025 10:45AM        Cashier ID: #FP (3449)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DORX325CV001756 /001 | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CK/MO | Check/Money Order | #▮▮24 | 10/6/2025 | $100.00 |
| | | | Total Due Prior to Payment: | $100.00 |
| | | | Total Tendered: | $100.00 |

A $53 fee will be charged for a returned payment.

Plaintiffs' Proof of Bond Deposits
Exhibit 1
Page 1 of 1

Generated: Oct 6, 2025 10:46AM                                                                 Page 1/1



# U.S. District Court

### 1000 S.W. Third Ave. Portland OR 97204 / 503-326-8000

Receipt Date: Oct 6, 2025 10:46AM

City Of Portland

| Rcpt. No: 300113810 | | Trans. Date: Oct 6, 2025 10:46AM | | Cashier ID: #FP (3449) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DORX325CV001756 /001 | 1 | 100.00 | 100.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CK/MO | Check/Money Order | #▮▮23 | 10/6/2025 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |

A $53 fee will be charged for a returned payment.

Plaintiffs' Proof of Bond Deposits
Exhibit 2
Page 1 of 1