DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>            Defendants. | Case No.  3:25-cv-01756-IM<br><br>SUPPLEMENTAL DECLARATION OF BRIAN MARSHALL |

I, Brian Marshall, hereby declare:

1.    On October 5, 2025, I authorized my signature be affixed to the Declaration of Brian Marshall in Support of Plaintiffs' Motion for a Second Temporary Restraining Order (ECF 65) and the declaration to be filed under my ECF credentials. That declaration states that it was executed "on [sic] Portland, Oregon"; however, I authorized the signature and filing while I was elsewhere in the United States. Because I executed the declaration "within the United States," 28 U.S.C. § 1746(2), the error is immaterial. I nevertheless file this declaration to correct my inadvertent error to satisfy my duty of candor to the Court. See Or. R. Prof. Conduct 3.3(a)(1).

2.    With the exception noted in paragraph 1, I reaffirm the facts I declared in ECF 65 in this case.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED within the United States on October 7, 2025.

                                                *s/ Brian Simmonds Marshall*
                                                BRIAN MARSHALL