**Rob Bonta**
Attorney General of California
Michael L. Newman (CA Bar No. 222993)
Thomas S. Patterson (CA Bar No. 202890)
Senior Assistant Attorneys General
Anya M. Binsacca (CA Bar No. 189613)
Marissa Malouff (CA Bar No. 316046)
James E. Stanley (CA Bar No. 316288)
Supervising Deputy Attorneys General
Jesse Basbaum (CA Bar No. 273333)
Barbara Horne-Petersdorf (327738)
Jane Reilley (CA Bar No. 314766)
Meghan H. Strong (CA Bar No. 324503)
Deputy Attorneys General
  1515 Clay Street, Suite 2100
  Oakland, CA 94612
  Tel: (510) 879-0280
  E-mail: jesse.basbaum@doj.ca.gov
*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      Defendants. | No. 3:25-cv-01756<br><br>NOTICE OF APPEARANCE |

      Please take notice that the undersigned attorney, Jesse Basbaum, of the Office of the California Attorney General, hereby enters his appearance as counsel of Plaintiff State of California in the above-captioned case.

October 7, 2025                                        Respectfully submitted,

                                                                        **ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN (CA Bar No. 222993)
THOMAS S. PATTERSON (CA Bar No. 202890)
Senior Assistant Attorneys General
ANYA M. BINSACCA (CA Bar No. 189613)
MARISSA MALOUFF (CA Bar No. 316046)
JAMES E. STANLEY (CA Bar No. 316288)
Supervising Deputy Attorneys General
JESSE BASBAUM (CA Bar No. 273333)
BARBARA HORNE-PETERSDORF (327738)
JANE REILLEY (CA Bar No. 314766)
MEGHAN H. STRONG (CA Bar No. 324503)
Deputy Attorneys General

*/s/ Jesse Basbaum*
JESSE BASBAUM
Deputy Attorney General
  1515 Clay Street, Suite 2100
  Oakland, CA 94612
  Tel: (510) 879-0280
  E-mail: jesse.basbaum@doj.ca.gov

*Attorneys for Plaintiff State of California*