**Rob Bonta**
Attorney General of California
Michael L. Newman (CA Bar No. 222993)
Thomas S. Patterson (CA Bar No. 202890)
Senior Assistant Attorneys General
Anya M. Binsacca (CA Bar No. 189613)
Marissa Malouff (CA Bar No. 316046)
James E. Stanley (CA Bar No. 316288)
Supervising Deputy Attorneys General
Jesse Basbaum (CA Bar No. 273333)
Barbara Horne-Petersdorf (327738)
Jane Reilley (CA Bar No. 314766)
Meghan H. Strong (CA Bar No. 324503)
Deputy Attorneys General
  1300 I Street, Suite 1520-25
  Sacramento, CA 95814
  Telephone: (916) 210-6475
  E-mail: James.Stanley@doj.ca.gov
*Attorneys for Plaintiff State of California*

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 3:25-cv-01756<br><br>NOTICE OF APPEARANCE |

    Please take notice that the undersigned attorney, James E. Stanley, of the Office of the California Attorney General, hereby enters his appearance as counsel for Plaintiff State of California in the above-captioned case.

1

NOTICE OF APPEARANCE

October 7, 2025                                    Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN (CA Bar No. 222993)
THOMAS S. PATTERSON (CA Bar No. 202890)
Senior Assistant Attorneys General
ANYA M. BINSACCA (CA Bar No. 189613)
MARISSA MALOUFF (CA Bar No. 316046)
JAMES E. STANLEY (CA Bar No. 316288)
Supervising Deputy Attorneys General
JESSE BASBAUM (CA Bar No. 273333)
BARBARA HORNE-PETERSDORF (327738)
JANE REILLEY (CA Bar No. 314766)
MEGHAN H. STRONG (CA Bar No. 324503)
Deputy Attorneys General

*/s/ James E. Stanley*
JAMES E. STANLEY
Supervising Deputy Attorney General
   1300 I Street, Suite 1520-25
   Sacramento, CA 95814
   Telephone: (916) 210-6475
   E-mail: James.Stanley@doj.ca.gov

*Attorneys for Plaintiff State of California*

NOTICE OF APPEARANCE