**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN (CA Bar No. 222993)
THOMAS S. PATTERSON (CA Bar No. 202890)
Senior Assistant Attorneys General
ANYA M. BINSACCA (CA Bar No. 189613)
MARISSA MALOUFF (CA Bar No. 316046)
JAMES E. STANLEY (CA Bar No. 316288)
Supervising Deputy Attorneys General
JESSE BASBAUM (CA Bar No. 273333)
BARBARA HORNE-PETERSDORF (327738)
JANE REILLEY (CA Bar No. 314766)
MEGHAN H. STRONG (CA Bar No. 324503)
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-4417
  E-mail: Anya.Binsacca@doj.ca.gov
*Attorneys for Plaintiff State of California*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 3:25-cv-01756<br><br>NOTICE OF APPEARANCE |

      Please take notice that the undersigned attorney, Anya M. Binsacca, of the Office of the California Attorney General, hereby enters her appearance as counsel of Plaintiff State of California in the above-captioned case.

1

NOTICE OF APPEARANCE

2

October 8, 2025                                    Respectfully submitted,


**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN (CA Bar No. 222993)
THOMAS S. PATTERSON (CA Bar No. 202890)
Senior Assistant Attorneys General
ANYA M. BINSACCA (CA Bar No. 189613)
MARISSA MALOUFF (CA Bar No. 316046)
JAMES E. STANLEY (CA Bar No. 316288)
Supervising Deputy Attorneys General
JESSE BASBAUM (CA Bar No. 273333)
BARBARA HORNE-PETERSDORF (327738)
JANE REILLEY (CA Bar No. 314766)
MEGHAN H. STRONG (CA Bar No. 324503)
Deputy Attorneys General

*/s/ Anya M. Binsacca*
ANYA M. BINSACCA
Supervising Deputy Attorney General
   455 Golden Gate Ave., Suite 11000
   San Francisco, CA 94102
   Telephone: (415) 510-4417
   E-mail: Anya.Binsacca@doj.ca.gov

*Attorneys for Plaintiff State of California*

# CERTIFICATE OF SERVICE

Case Name: _Oregon v. Trump_   No. **3:25-cv-01756**

I hereby certify that on October 8, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 8, 2025, at San Francisco, California.

| M. Paredes | _/s/ M. Paredes_ |
|---|---|
| Declarant | Signature |

LA2025305659
44824360