# Exhibit A

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., | Case No.  3:25-cv-01756-IM |
| Plaintiffs, | PLAINTIFFS' FIRST SET OF INTERROGATORIES |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that

Defendants Donald Trump, in his official capacity as President of the United States; Pete

Hegseth, in his official capacity as Secretary of the Department of Defense of the United States;

the United States Department of Defense; Kristi Noem, in her official capacity as Secretary of

Page 1 -    PLAINTIFFS' FIRST SET OF INTERROGATORIES

Homeland Security; and the United States Department of Homeland Security, answer these interrogatories, separately and under oath, on or by October 16, 2025.

## <u>INSTRUCTIONS</u>

1.      In answering these Interrogatories, furnish all requested information, not subject to a valid objection, that is known by, possessed by, or available to DEFENDANTS. No part of an Interrogatory shall be left unanswered merely because an objection is interposed to another part of the Interrogatory. If DEFENDANTS are unable to answer fully any of these Interrogatories, then DEFENDANTS must answer them to the fullest extent possible, specifying the reasons for any inability to answer the remainder, and stating whatever information, knowledge, or belief DEFENDANTS have concerning the unanswerable portion.

2.      Under Rule 33(b)(3) of the Federal Rules of Civil Procedure, each Interrogatory must be answered separately and fully in writing. To the extent it is necessary to supplement a written response by reference to certain DOCUMENTS and/or electronically stored information ("ESI") that has been provided, or will be provided, during discovery in this action, each such reference should be specific in nature, narrowly tailored to address separately the substance of the corresponding Interrogatory, and accompanied by a sufficient written response to provide a full and complete answer to the substance of each and every Interrogatory.

3.      If DEFENDANTS elect to produce business records in response to any Interrogatory pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, DEFENDANTS must identify and produce all DOCUMENTS in the form, order, and manner in which they are regularly maintained, or, in the alternative, identify, by number, the request or requests pursuant to which DEFENDANTS are producing each document.  In the absence of an agreement to the contrary, PLAINTIFFS request that all electronically stored information ("ESI") be produced in a reasonably usable electronic format pursuant to Fed. R. Civ. P. 34(a)(1)(A).

4.      These Interrogatories are continuing in character so as to require DEFENDANTS to promptly produce supplemental responses or identify additional documents if DEFENDANTS

Page 2 -     PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 2 of 16

identify additional or different information or DOCUMENTS that are responsive at any time before trial in accordance with Fed. R. Civ. P. 26(e).

5. Where knowledge or information in DEFENDANTS' possession is requested, such request shall be construed to include knowledge of DEFENDANTS, including without limitation, agents, employees, representatives, accountants, attorneys, and all other persons acting on DEFENDANTS' behalf.

6. If identification of a date or time period is requested and the exact date or time period is not known, provide the month and year if known.

7. If any Interrogatory asks for information that could at some time have been answered by producing, consulting, or referring to DOCUMENTS that are no longer in existence, please identify each DOCUMENT and regarding each one:

   a. Identify the information contained in each such DOCUMENT;

   b. State the circumstances under which each document ceased to exist; and

   c. Identify all persons who have knowledge or had knowledge of each document and the contents thereof.

8. When an Interrogatory calls upon DEFENDANTS to "state the basis" of or for a particular claim, assertion, allegation, or contention, or to "state all facts" or "identify all DOCUMENTS" supporting a particular claim, assertion, allegation, or contention, DEFENDANTS shall:

   a. Identify each and every DOCUMENT, including (where applicable), the section, article, or subparagraph thereof, which forms any part of the source of the party's information regarding the alleged facts or conclusions referred to by the Interrogatory;

   b. Identify each and every COMMUNICATION which forms any part of the source of the party's information regarding the alleged facts or conclusions referred to by the Interrogatory;

Page 3 -   PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 3 of 16

      c.  State separately any other fact which forms the basis of the party's information regarding the alleged facts or conclusions referred to in the Interrogatory.

9.    If DEFENDANTS elect to withhold any information, COMMUNICATION, or DOCUMENT under a claim of privilege, DEFENDANTS shall provide a list identifying each COMMUNICATION or DOCUMENT for which privilege is claimed, and with respect thereto:

      a.  The date the COMMUNICATION or DOCUMENT was produced or generated;

      b.  The name, address, and title of the person preparing the COMMUNICATION or DOCUMENT;

      c.  The name, address, and title for or to whom the COMMUNICATION or DOCUMENT was prepared or addressed;

      d.  The name, address, and title of all PERSONS to whom copies of the COMMUNICATION or DOCUMENT were furnished or otherwise forwarded;

      e.  Without revealing any privileged information, the subject matter and content of the COMMUNICATION or DOCUMENT; and

      f.  The nature of the claim of privilege.

10.    PLAINTIFFS preserve the right to pose additional or supplemental Interrogatories as discovery continues. By propounding these Interrogatories, PLAINTIFFS do not concede that any documents produced in response are relevant or admissible at trial.

11.    All references to the plural include the singular, and all references to the singular include the plural. All references to the masculine gender include the feminine and neutral genders and vice versa.

12.    Unless otherwise specified in the individual interrogatory, the relevant time period for these interrogatories is June 1, 2025, to the present.

Page 4 -   PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 4 of 16

## **DEFINITIONS**

1.      "AND" and "OR" have both conjunctive and disjunctive meanings.

2.      "ARREST" means use of legal authority to deprive a person of their freedom of movement.

3.      "COMMUNICATION" means the transmittal in any form—electronic, written, typed, spoken, or otherwise—of information, as well as any note, memorandum, or other record thereof.

4.      "DEFENDANTS" means Donald Trump, in his official capacity as President of the United States; Pete Hegseth, in his official capacity as Secretary of the Department of Defense of the United States; the United States Department of Defense; Kristi Noem, in her official capacity as Secretary of Homeland Security; the United States Department of Homeland Security, and any and all employees, agents, representatives, attorneys, and any person acting on their behalf.

5.      "DEPARTMENT OF DEFENSE" means the U.S. Department of Defense, including without limitation, any and all of its component entities; any and all of its employees, agents, representatives, and attorneys; and any person acting on its behalf.

6.      "DEPARTMENT OF HOMELAND SECURITY" means the U.S. Department of Homeland Security, including without limitation, any and all of its component entities; any and all of its employees, agents, representatives, and attorneys; and any person acting on its behalf.

7.      "DESCRIBE" means to provide a complete description AND explanation of the facts, circumstances, analysis, AND other information RELATING TO the subject matter of a specific interrogatory.

8.      "DOCUMENT" means the original and all non-identical copies and drafts and shall have the broadest possible meaning permitted under Fed. R. Civ. P. 34(a).

9.      "FEDERAL FACILITIES" means all buildings managed, owned, leased, or occupied by any department, agency, or instrumentality of the United States.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

10.    "FEDERALIZED NATIONAL GUARD" refers to members of any state National Guard called to federal service under Title 10.

11.    "FIELD OPERATIONS" means all enforcement operations that take place outside of FEDERAL FACILITIES.

12.    "FORCE" means any physical effort or restraint used to obtain or attempt to obtain physical control of a person or their property (or effects).

13.    "IDENTIFY" means to state:

    a.  in the case of a natural PERSON, their name, business address AND telephone number, employer, AND title OR position;

    b.  in the case of a location, the address (including zip code) of that location;

    c.  in the case of a COMMUNICATION, its date, type (e.g. telephone conversation OR discussion), the place where it occurred, the identity of the PERSON who made the COMMUNICATION, the identity of the PERSON who received the COMMUNICATION, the identity of each other PERSON present when it was made, AND the subject matter discussed;

    d.  in the case of a DOCUMENT, the title of the DOCUMENT, the author, the title OR position of the author, the addressee, each recipient, the type of DOCUMENT, the subject matter, the date of preparation, its beginning Bates number, AND its total number of pages;

    e.  in the case of an event, state the date or time period of the event, the PERSONS involved in the event and its outcome, describe the circumstances that constituted or caused the event, the outcome of the event, and any other facts called for by the Interrogatory; and

    f.  in the case of a law, provide the statutory citation for that law.

14.    "IMMIGRATION ENFORCEMENT OPERATION" means actions taken by federal agencies to enforce immigration laws, including preventing unlawful entry into the United

Page 6 -    PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 6 of 16

States, and the apprehension of and repatriation of immigrants who have allegedly violated United States immigration laws.

15. "MEMBERS OF THE PUBLIC" are members of the media, officials of non-federal government agencies, advocacy groups, legal observers, medics, business entities, and other community members that are unaffiliated with law enforcement.

16. "ORDERS" means official directives regarding the scope, purpose, and nature of operations, including IMMIGRATION ENFORCEMENT OPERATIONS and military operations.

17. "PERSON" as used herein means a natural person, firm, association, partnership, corporation, or other form of legal entity unless the context indicates otherwise.

18. "PLAINTIFFS" means Plaintiffs the State of Oregon, the City of Portland, and the State of California.

19. "PORTLAND ICE FACILITY" shall refer to the Immigrations and Customs Enforcement Office located in the Lindquist Federal Building at 4310 S. Macadam Avenue in Portland, Oregon.

20. "POSSE COMITATUS ACT" refers to 18 U.S.C. § 1385, which generally restricts the use of military forces to conduct civilian law enforcement operations.

21. "RELATING TO" or "RELATED TO" means refers to, relates to, comments on, reflects, mirrors, addresses, discusses, contains information on, indicates, or pertains to, in any way, directly or indirectly, a DOCUMENT, subject, topic, issue, act, or occurrence, and includes, without limitation, comprising, constituting, analyzing, evidencing, comparing, summarizing, discussing, relating, showing, referring to, forming the basis of, containing, or supporting any event, act, or occurrence.

22. "RISK ASSESSMENT" shall refer to any identification, description, OR evaluation of any harmful event that could arise from a contemplated course of action, the probability that

Page 7 -   PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

harmful event will occur, and the potential consequences of that harmful event. (*See* CJCSM 3105.01B, "Joint Risk Analysis Methodology" (Dec. 22, 2023)).

23.    "SECTION 12406" means 10 U.S.C. § 12406.

24.    "SUPPORTING" means evidencing, supporting, substantiating, validating, verifying, corroborating, proving, confirming, OR demonstrating.

25.    "TRIAL" shall refer to the combined hearing on the preliminary injunction motion and trial on the merits under Rule 65(a)(2) that is set for October 29, 2025 before the Honorable Judge Karin J. Immergut in this matter (ECF No. 68).

26.    "YOU" and/or "YOUR" mean the DEFENDANTS, as well as its employees AND representatives of the same.

## INTERROGATORIES

### INTERROGATORY NO. 1:

IDENTIFY each PERSON who you plan to present as a witness, OR whose testimony YOU otherwise plan to rely upon, at TRIAL.

### INTERROGATORY NO. 2:

State all facts that YOU contend establish any instance of a "rebellion or danger of a rebellion against the authority of the Government of the United States" in Oregon, for purposes of subsection (2) of SECTION 12406.

### INTERROGATORY NO. 3:

State all facts that YOU contend establish any instance of the President being "unable with the regular forces to execute the laws of the United States" in Oregon, for purposes of subsection (3) of SECTION 12406.

### INTERROGATORY NO. 4:

State all facts SUPPORTING YOUR contention that "[t]he federalization [of 200 members of the Oregon National Guard] was based on the President's judgment that the conditions in

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Oregon satisfied SECTION 12406's conditions," as stated in YOUR Opposition to Plaintiffs'
Motion for Temporary Restraining Order (ECF No. 35).

**INTERROGATORY NO. 5:**

State all facts SUPPORTING YOUR contention that "the violence, threats, and
intimidation against officials enforcing federal immigration laws as well as federal property
roiling Portland warranted activating approximately 200 Guardsmen," as stated in YOUR
Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 35).

**INTERROGATORY NO. 6:**

IDENTIFY all DOCUMENTS that YOU contend memorialize President Trump's
determination that one or more of the conditions set forth in SECTION 12406 was satisfied when
YOU:

    a.   authorized the federalization of Oregon's National Guard soldiers;

    b.   decided to deploy federalized California National Guard soldiers to Oregon; and

    c.   authorized the federalization of Texas National Guard soldiers.

**INTERROGATORY NO. 7:**

IDENTIFY and state all facts RELATED TO any and all ARRESTS of PERSONS by any
federal law enforcement agency at or near the PORTLAND ICE FACILITY on or after June 1,
2025, including for each occurrence:

    a.   The date of the ARREST;

    b.   The geographic location of the ARREST;

    c.   The federal law enforcement agency that carried out the ARREST;

    d.   The name of the PERSON ARRESTED;

    e.   The police report number associated with the ARREST;

    f.   A description of the basis for the ARREST; and

    g.   The criminal charges (if any) that resulted from the ARREST.

Page 9 -    PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 9 of 16

**INTERROGATORY NO. 8:**

IDENTIFY and state all facts RELATED TO any and all instances of any PERSON obstructing or inhibiting the enforcement of any federal law in Portland, Oregon since June 1, 2025.

**INTERROGATORY NO. 9:**

IDENTIFY each federal law that YOU contend YOU have been "unable with the regular forces to execute" under subsection (3) of SECTION 12406 in Portland, Oregon since June 1, 2025.

**INTERROGATORY NO. 10:**

For each federal law IDENTIFIED by YOU in YOUR response to Interrogatory No. 9, IDENTIFY any and all "regular forces" which YOU contend were or are responsible for executing that law in Portland, Oregon since June 1, 2025.

**INTERROGATORY NO. 11:**

For each federal law IDENTIFIED by YOU in YOUR response to Interrogatory No. 9, IDENTIFY any and all efforts that YOU made to supply additional forces to Portland, Oregon since June 1, 2025 to execute that law, prior to deploying the FEDERALIZED NATIONAL GUARD to Oregon.

**INTERROGATORY NO. 12:**

State all facts SUPPORTING YOUR contention that "the [Portland Police Bureau] has failed to respond to calls for assistance from [the Federal Protective Service] and, even when they have responded, their response has been delayed," as stated in YOUR Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF No. 35).

**INTERROGATORY NO. 13:**

State all facts RELATED TO:

a. The number of federal law enforcement officers assigned to protect the PORTLAND ICE FACILITY on each day from January 1, 2025 to June 1, 2025; and

Page 10 - PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

    b.    The identity and field office location of the federal law enforcement agencies whose officers were assigned to protect the PORTLAND ICE FACILITY on each day from period of January 1, 2025 to June 1, 2025.

**INTERROGATORY NO. 14:**

State all facts RELATED TO:

    a.    The number of federal law enforcement officers assigned to protect the PORTLAND ICE FACILITY on each day from June 1, 2025 to the present and their associated law enforcement agencies;

    b.    The identity and field office location of the federal law enforcement agencies whose officers have been assigned to protect the PORTLAND ICE FACILITY daily from June 1, 2025 to the present; and

    c.    State the number of arrests on each day from June 1, 2025 to present at the PORTLAND ICE FACILITY.

**INTERROGATORY NO. 15:**

To the extent YOU contend that any FEDERAL FACILITIES in Oregon other than the PORTLAND ICE FACILITY that require the protection of the FEDERALIZED NATIONAL GUARD, state all facts RELATED TO:

    a.    The name and location of each such FEDERAL FACILITY;

    b.    The factual basis for your contention that each such FEDERAL FACILITY requires the protection of the FEDERALIZED NATIONAL GUARD;

    c.    The number of federal law enforcement officers assigned to protect each such FEDERAL FACILITY daily from June 1, 2025 to the present and their associated law enforcement agencies;

    d.    The identity and field office location of the federal law enforcement agencies whose officers have been assigned to protect each such FEDERAL FACILITY for each day from June 1, 2025 to the present; and

Page 11 -  PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 11 of 16

e.    State the number of arrests on each day from June 1, 2025 to present at each such FEDERAL FACILITY.

**INTERROGATORY NO. 16:**

Describe any and all RISK ASSESSMENTS that YOU conducted RELATED TO YOUR decision to federalize and/ deploy the federalized national guard troops of any state in Oregon, including all facts RELATED TO:

a.    Any risks YOU identified that could arise as a result of federalizing or deploying the federalized national guard troops of any state in Oregon and YOUR evaluation of such risks;

b.    Any risks YOU identified that could arise as a result of not federalizing or deploying the federalized national guard troops of any state in Oregon and YOUR evaluation of  such risks; and

c.    Any risks YOU identified involving, in any way, MEMBERS OF THE PUBLIC'S response to the federalizing or deploying federalized national guard troops of any state in Oregon.

**INTERROGATORY NO. 17:**

State all facts RELATED TO YOUR decision to deploy federalized national guard troops of any state to Oregon, including all facts RELATED TO:

a.    The dates and times that YOU decided to deploy federalized national guard troops of  each California, Oregon, and Texas to Oregon;

b.    The identity of all PERSONS involved in YOUR decision to deploy federalized national guard troops of any state to Oregon; and

c.    The factual basis for YOUR decision to deploy federalized national guard troops of any state to Oregon.

Page 12 -  PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 12 of 16

**INTERROGATORY NO. 18:**

State all facts RELATED TO any and all training that FEDERALIZED NATIONAL GUARD that YOU deployed, or attempted to deploy, to Oregon in 2025 has received, including any and all training related to:

    a.    The POSSE COMITATUS ACT;

    b.    The use of FORCE; and

    c.    Interactions with MEMBERS OF THE PUBLIC.

**INTERROGATORY NO. 19:**

Describe each official ORDER given to the FEDERALIZED NATIONAL GUARD RELATED TO their deployment to Oregon, including what the ORDER was, the date it was given, and who issued the ORDER.

**INTERROGATORY NO. 20:**

State all facts RELATED TO the FEDERALIZED NATIONAL GUARD's mission in Oregon, including all facts RELATED TO:

    a.    The specific tasks YOU intend to ORDER the FEDERALIZED NATIONAL GUARD to carry out in Oregon;

    b.    The specific geographic locations where YOU intend to deploy the FEDERALIZED NATIONAL GUARD to carry out those tasks; and

    c.    Any FIELD OPERATIONS that YOU intend to ORDER the FEDERALIZED NATIONAL GUARD to carry out or participate in.

Page 13 -  PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 13 of 16

DATED October 9, 2025.

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel

*S/Scott Kennedy*
SCOTT KENNEDY #T25070201, D.C. Bar
#1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov
Ian.VanLoh@doj.oregon.gov
Rachel.Sowray@doj.oregon.gov
Alex.Jones@doj.oregon.gov
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*


ROBERT TAYLOR  #044287
Portland City Attorney

*s/ Naomi Sheffield*
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*


Page 14 -  PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**ROB BONTA**
Attorney General of California

*S/Jane Reilley*
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Jesse Basbaum
Barbara Horne-Petersdorf
Jane Reilley
Meghan H. Strong
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 510-3877
E-mail: Meghan.Strong@doj.ca.gov

*Counsel for the State of California*

Page 15 -  PLAINTIFFS' FIRST SET OF INTERROGATORIES

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT A
Page 15 of 16

## CERTIFICATE OF SERVICE

I certify that on October _9_, 2025, I caused to be served the foregoing PLAINTIFFS'

FIRST SET OF INTERROGATORIES upon the parties hereto by the method indicated below,

and addressed to the following:

Christopher D. Edelman,
Jean Lin,
Benjamin Kurland
Eric Hamilton
Kathleen Jacobs
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*By email:*
  Christopher.Edelman@usdoj.gov
  Ben.Kurland@usdoj.gov
  Jean.Lin@usdoj.gov
  eric.hamilton@usdoj.gov
  kathleen.c.jacobs@usdoj.gov

___ HAND DELIVERY
_X_ MAIL DELIVERY*
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
_X_ E-MAIL
___ E-SERVE


*s/ Scott Kennedy*
SCOTT KENNEDY
*Counsel for the State of Oregon*


*Placed in mail after hours on October 9, 2025, which will cause documents to be mailed on October 10, 2025.*

Page 1 -   CERTIFICATE OF SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

EXHIBIT A
Page 16 of 16