# Exhibit B

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-IM |
| Plaintiffs, | PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs hereby request that Defendants Donald Trump, in his official capacity as President of the United States; Pete Hegseth, in his official capacity as Secretary of the Department of Defense of the United States; the United States Department of Defense; Kristi Noem, in her official capacity as Secretary of

Page 1 -   PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 1 of 13

Homeland Security; and the United States Department of Homeland Security, produce and permit inspection of the following designated documents by October 16, 2025.

## INSTRUCTIONS

1. These requests seek all responsive DOCUMENTS in DEFENDANTS' possession, custody, or control; or in the possession, custody, or control of DEFENDANTS' agents, employees, representatives, accountants, attorneys (unless privileged), and all other PERSONS acting for DEFENDANTS or on DEFENDANTS' behalf.

2. All references to the plural include the singular, and all references to the singular include the plural. All references to the masculine gender include the feminine and neutral genders and vice versa.

3. Produce all DOCUMENTS in the form, order, and manner in which they are regularly maintained, or, in the alternative, identify, by number, the request or requests pursuant to which DEFENDANTS are producing each document. In the absence of an agreement to the contrary, PLAINTIFFS request that all electronically stored information ("ESI") be produced in a reasonably usable electronic format pursuant to Fed. R. Civ. P. 34(a)(1)(A).

4. These requests are continuing in character so as to require DEFENDANTS to promptly produce supplemental DOCUMENTS if DEFENDANTS identify additional or different DOCUMENTS that are responsive at any time before trial in accordance with Fed. R. Civ. P. 26(e).

5. A contention that some portion of the DOCUMENTS responsive to these requests may already be in the possession, custody, or control of PLAINTIFFS does not excuse compliance with these requests.

6. DEFENDANTS must produce the original or a copy of the original of each of the requested DOCUMENTS, as well as all non-identical copies, such as DOCUMENTS and drafts with notations, markings, and the like.

Page 2 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 2 of 13

7. If a DOCUMENT is undated but it appears otherwise responsive to a request, it should be produced.

8. If a request seeks a DOCUMENT that is no longer in existence, please identify each such document, and with respect thereto:

    a. Identify the information contained in the DOCUMENT;

    b. State the circumstances under which the DOCUMENT ceased to exist; and

    c. Identify all PERSONS who have knowledge or had knowledge of the DOCUMENT and its contents.

9. If, in responding to these requests, DEFENDANTS encounter what DEFENDANTS deem to be an ambiguity when construing any request, instruction, or definition, please set forth the matter deemed ambiguous, and the construction used in responding.

10. If DEFENDANTS elect to withhold any information or DOCUMENT under a claim of privilege, DEFENDANTS shall provide a list identifying each DOCUMENT for which privilege is claimed, and with respect thereto:

    a. The date the DOCUMENT was produced or generated;

    b. The name, address, and title of the person preparing the DOCUMENT;

    c. The name, address, and title for or to whom the DOCUMENT was prepared or addressed;

    d. The name, address, and title of all PERSONS to whom copies of the DOCUMENT were furnished or otherwise forwarded;

    e. Without revealing any privileged information, the subject matter and content of the DOCUMENT; and

    f. The nature of the claim of privilege.

11. The relevant period of time for these requests, unless otherwise indicated, is June 1, 2025, to the present.

Page 3 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 3 of 13

12. PLAINTIFFS reserve the right to pose additional or supplemental requests as discovery continues. By propounding these requests, PLAINTIFFS do not concede that any DOCUMENTS produced in response are relevant or admissible at trial.

## DEFINITIONS

1. "AND" and "OR" have both conjunctive and disjunctive meanings.

2. "ARREST" means use of legal authority to deprive a person of their freedom of movement.

3. "COMMUNICATION" means the transmittal in any form—electronic, written, typed, spoken, or otherwise—of information, as well as any note, memorandum, or other record thereof.

4. "DEFENDANTS" means Donald Trump, in his official capacity as President of the United States; Pete Hegseth, in his official capacity as Secretary of the Department of Defense of the United States; the United States Department of Defense; Kristi Noem, in her official capacity as Secretary of Homeland Security; the United States Department of Homeland Security, and any and all employees, agents, representatives, attorneys, and any person acting on their behalf.

5. "DOCUMENT" means the original and all non-identical copies and drafts and shall have the broadest possible meaning permitted under Fed. R. Civ. P. 34(a).

6. "FEDERALIZED NATIONAL GUARD" refers to members of any state National Guard called to federal service under Title 10.

7. "FORCE" means any physical effort or restraint used to obtain or attempt to obtain physical control of a person or their property (or effects).

8. "ICE" means U.S. Immigration and Customs Enforcement, including, without limitation, any and all of its component entities; any and all of its employees, agents, representatives, and attorneys; and any person acting on its behalf.

9. "MEDIA" means all photographs, video recordings, audio recordings, and any other similar manner of digitally or electronically recorded information.

Page 4 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 4 of 13

10.  "MEMBERS OF THE PUBLIC" are private citizens unaffiliated with law enforcement which include members of the media, officials of non-federal government agencies, advocacy groups, legal observers, medics, business entities, and other community members that are unaffiliated with law enforcement.

11.  "ORDERS" means official directives regarding the scope, purpose, and nature of operations, including IMMIGRATION ENFORCEMENT OPERATIONS.

12.  "PERSON" as used herein means a natural person, firm, association, partnership, corporation, or other form of legal entity unless the context indicates otherwise.

13.  "PLAINTIFFS" means Plaintiffs the State of Oregon, the City of Portland, and the State of California.

14.  "PORTLAND ICE FACILITY" shall refer to the Immigrations and Customs Enforcement Office located in the Lindquist Federal Building at 4310 S. Macadam Avenue in Portland, Oregon.

15.  "POLICIES AND PROCEDURES" refers to all reports, memoranda, legal opinions, correspondence, audits, policies, rules, ORDERS, formal and informal practices, general ORDERS, special ORDERS, FIELD OPERATION directives, unit ORDERS, and manuals, and any other guidance issued to or adopted by the DEFENDANTS.

16.  "POSSE COMITATUS ACT" refers to 18 U.S.C. § 1385, which generally restricts the use of military forces to conduct civilian law enforcement operations.

17.  "RECORDS" refers to all RECORDS or COMMUNICATIONS preserved in electronic or written form, including but not limited to correspondence, DOCUMENTS, data, videotapes, audio tapes, e-mails, faxes, files, guidance, guidelines, evaluations, instructions, analyses, memoranda, agreements, notes, ORDERS, policies, procedures, protocols, reports, rules, technical manuals, technical specifications, training manuals, or studies.

18.  "RELATING TO" or "RELATED TO" means refers to, relates to, comments on, reflects, mirrors, addresses, discusses, contains information on, indicates, or pertains to, in any

Page 5 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 5 of 13

way, directly or indirectly, a DOCUMENT, subject, topic, issue, act, or occurrence, and includes, without limitation, comprising, constituting, analyzing, evidencing, comparing, summarizing, discussing, relating, showing, referring to, forming the basis of, containing, or supporting any event, act, or occurrence.

19. "RISK ASSESSMENT" shall refer to any identification, description, OR evaluation of any harmful event that could arise from a contemplated course of action, the probability that harmful event will occur, and the potential consequences of that harmful event. (see CJCSM 3105.01B, "Joint Risk Analysis Methodology" (Dec. 22, 2023)).

20. "SECTION 12406" means 10 U.S.C. § 12406.

21. "TRAINING MATERIALS" means all DOCUMENTS RELATING TO training, both internal and training conducted by external vendors. "Materials" includes but is not limited to lesson plans, PowerPoints or other presentation formats, handouts, supplemental materials, videos, exams, training evaluations and/or summaries, training announcements and training rosters.

22. "TRIAL" shall refer to the combined hearing on the preliminary injunction motion and trial on the merits under Rule 65(a)(2) that is set for October 29, 2025 before the Honorable Judge Karin J. Immergut in this matter (ECF No. 68).

23. "YOU" and/or "YOUR" mean the DEFENDANTS, as well as the employees AND representatives of the same.

## DOCUMENTS REQUESTED

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS, RECORDS, AND MEDIA that YOU plan to introduce as evidence, OR otherwise plan to rely upon, at TRIAL.

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS, RECORDS, AND MEDIA that YOU identified or relied upon in YOUR responses to Plaintiffs' Interrogatories.

Page 6 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 6 of 13

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS that YOU contend memorialize OR describe any instance of a "rebellion or danger of a rebellion against the authority of the Government of the United States" in Oregon, for purposes of subsection (2) of SECTION 12406.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS that YOU contend memorialize OR describe any instance of the President being "unable with the regular forces to execute the laws of the United States" in Oregon, for purposes of subsection (2) of SECTION 12406.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS that YOU contend memorialize President Trump's determination that one or more of the conditions set forth in SECTION 12406 was satisfied when he authorized the federalization of Oregon's National Guard soldiers.

**REQUEST FOR PRODUCTION NO. 6:**

All COMMUNICATIONS AND RECORDS of COMMUNICATIONS within the federal government (both inter-agency and intra-agency) RELATED TO any (1) protests, (2) potential security risks, OR (3) unlawful activity at or near the PORTLAND ICE FACILITY since June 1, 2025.

**REQUEST FOR PRODUCTION NO. 7:**

All COMMUNICATIONS AND RECORDS of COMMUNICATIONS between any federal law enforcement agency and the Portland Police Bureau regarding any (1) protests, (2) potential security risks, OR (3) unlawful activity at or near the PORTLAND ICE FACILITY since June 1, 2025.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS, COMMUNICATIONS, AND MEDIA that YOU contend describe OR depict any (1) protests, (2) potential security risks, OR (3) unlawful activity at or near the PORTLAND ICE FACILITY since June 1, 2025.

Page 7 -   PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 7 of 13

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS and COMMUNICATIONS RELATED TO any and all ARRESTS of PERSONS at or near the PORTLAND ICE FACILITY by any federal law enforcement agency on or after June 1, 2025, including all DOCUMENTS RELATED TO any police reports RELATED TO any such arrests OR any criminal charges that resulted from any such ARRESTS.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS, RECORDS, AND COMMUNICATIONS RELATED TO the protection of the PORTLAND ICE FACILITY by federal law enforcement officers since June 1, 2025, including any DOCUMENTS, RECORDS, AND COMMUNICATIONS RELATED TO (1) daily reports, logs, and summaries RELATED TO activities at the PORTLAND ICE FACILITY, OR (2) any RECORDS RELATED TO the use of FORCE OR the deployment of less-lethal or tactical munitions by federal law enforcement officers at or near the PORTLAND ICE FACILITY.

**INTERROGATORY NO. 11:**

All DOCUMENTS, RECORDS, AND COMMUNICATIONS that YOU contend establish that any FEDERAL FACILITY in Oregon (other than the PORTLAND ICE FACILITY) requires the protection of the FEDERALIZED NATIONAL GUARD.

**REQUEST FOR PRODUCTION NO. 12:**

For each federal law IDENTIFIED by YOU in YOUR response to Plaintiffs' Interrogatory No. 9, all DOCUMENTS, COMMUNICATIONS, AND MEDIA that YOU contend establish that YOU have been "unable with the regular forces to execute" that law in Portland, Oregon since June 1, 2025.

**REQUEST FOR PRODUCTION NO. 13:**

For each federal law IDENTIFIED by YOU in YOUR response to Plaintiffs' Interrogatory No. 9, all DOCUMENTS, RECORDS, and COMMUNICATIONS that memorialize or describe

Page 8 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 8 of 13

any and all efforts that YOU made to supply additional forces to Portland, Oregon since June 1, 2025 to execute that law, prior to deploying any FEDERALIZED NATIONAL GUARD to Oregon.

**REQUEST FOR PRODUCTION NO. 14:**

All COMMUNICATIONS AND RECORDS of COMMUNICATIONS within the federal government (both inter-agency and intra-agency communications, including any communications with PRESIDENT TRUMP and communications with or within the White House or the Executive Office of the President including any communications with PRESIDENT TRUMP and communications with or within the White House or the Executive Office of the President) RELATED TO YOUR decision to federalize Oregon's National Guard, including all COMMUNICATIONS AND RECORDS of COMMUNICATIONS RELATED TO (1) the September 26, 2025 memorandum from the DEPARTMENT OF HOMELAND SECURITY to the DEPARTMENT OF DEFENSE requesting "immediate and sustained assistance . . . in order to safeguard federal personnel, facilities, and operations in the State of Oregon," AND (2) the September 28, 2025 memorandum issued by the DEPARTMENT OF DEFENSE mobilizing 200 members of the Oregon National Guard for 60 days.

**REQUEST FOR PRODUCTION NO. 15:**

All COMMUNICATIONS AND RECORDS of COMMUNICATIONS within the federal government (both inter-agency and intra-agency communications, including any communications with PRESIDENT TRUMP and communications with or within the White House or the Executive Office of the President) RELATED TO YOUR decision to deploy federalized California National Guard soldiers to Oregon.

**REQUEST FOR PRODUCTION NO. 16:**

All COMMUNICATIONS AND RECORDS of COMMUNICATIONS within the federal government (both inter-agency and intra-agency communications, including any communications with PRESIDENT TRUMP and communications with or within the White

Page 9 -    PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 9 of 13

House or the Executive Office of the President) RELATED TO YOUR decision to deploy federalized Texas National Guard soldiers to Oregon.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS, RECORDS, AND COMMUNICATIONS that memorialize OR describe any RISK ASSESSMENT that YOU conducted RELATED TO YOUR decision to deploy federalized Oregon, California, and/or Texas National Guard soldiers to Oregon.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS and RECORDS RELATED TO any TRAINING provided to FEDERALIZED NATIONAL GUARD that YOU deployed or are preparing to deploy to Oregon, including but not limited to TRAINING MATERIALS RELATED TO the POSSE COMITATUS ACT, the use of FORCE, OR interactions with MEMBERS OF THE PUBLIC.

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS, RECORDS, AND COMMUNICATIONS that memorialize or describe any ORDER given to the FEDERALIZED NATIONAL GUARD RELATED TO their deployment to Oregon.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS, RECORDS, AND COMMUNICATIONS that memorialize or describe any FEDERALIZED NATIONAL GUARD soldiers' mission in Oregon, including all POLICIES AND PROCEDURES that apply to the FEDERALIZED NATIONAL GUARD's mission in Oregon.

Page 10 -   PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 10 of 13

DATED October 9, 2025.

           DAN RAYFIELD
           Attorney General
           BENJAMIN GUTMAN
           Solicitor General
           DUSTIN BUEHLER
           Special Counsel

           *S/Scott Kennedy*
           SCOTT KENNEDY #T25070201, D.C. Bar #1658085
           BRIAN SIMMONDS MARSHALL #196129
           THOMAS CASTELLI #226448
           IAN VAN LOH #225163
           RACHEL SOWRAY #095159
           Senior Assistant Attorneys General
           ALEXANDER C. JONES #213898
           DEREK OLSON #225504
           Assistant Attorneys General
           100 SW Market Street
           Portland, OR 97201
           971-673-1880
           Scott.Kennedy@doj.oregon.gov
           Brian.S.Marshall@doj.oregon.gov
           Thomas.Castelli@doj.oregon.gov
           Ian.VanLoh@doj.oregon.gov
           Rachel.Sowray@doj.oregon.gov
           Alex.Jones@doj.oregon.gov
           Derek.Olson@doj.oregon.gov

           *Counsel for the State of Oregon*


           ROBERT TAYLOR  #044287
           Portland City Attorney

           *s/ Naomi Sheffield*
           CAROLINE TURCO  #083813
           Senior Deputy City Attorney
           NAOMI SHEFFIELD  #170601
           Chief Deputy City Attorney
           1221 SW Fourth Avenue
           Fourth Floor, Room 430
           Portland, OR 97204
           Tel: (503) 823-4047
           Fax: (503) 823-3089
           Caroline.Turco@portlandoregon.gov
           Naomi.Sheffield@portlandoregon.gov

Page 11 -  PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 11 of 13

*Counsel for the City of Portland*

**ROB BONTA**
Attorney General of California

<u>S/Jane Reilley</u>
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Jesse Basbaum
Barbara Horne-Petersdorf
Jane Reilley
Meghan H. Strong
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 510-3877
E-mail: Meghan.Strong@doj.ca.gov

*Counsel for the State of California*

Page 12 -   PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

EXHIBIT B
Page 12 of 13

## CERTIFICATE OF SERVICE

I certify that on October __9__, 2025, I caused to be served the foregoing PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Christopher D. Edelman, | ___ HAND DELIVERY |
| Jean Lin, | _X_ MAIL DELIVERY* |
| Benjamin Kurland | ___ OVERNIGHT MAIL |
| Eric Hamilton | ___ TELECOPY (FAX) |
| Kathleen Jacobs | _X_ E-MAIL |
| U.S. Department of Justice | ___ E-SERVE |
| Civil Division, Federal Programs Branch | |
| 1100 L Street, NW | |
| Washington, DC 20005 | |
| *By email:* | |
|   Christopher.Edelman@usdoj.gov | |
|   Ben.Kurland@usdoj.gov | |
|   Jean.Lin@usdoj.gov | |
|   eric.hamilton@usdoj.gov | |
|   kathleen.c.jacobs@usdoj.gov | |

*s/ Scott Kennedy*
SCOTT KENNEDY
*Counsel for the State of Oregon*

*Placed in mail after hours on October 9, 2025, which will cause documents to be mailed on October 10, 2025.*

Page 1 -   CERTIFICATE OF SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

EXHIBIT B
Page 13 of 13