AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Oregon et al., <br> *Plaintiff* <br> v. <br> Trump et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   3:25-cv-01756 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date:   10/15/2025

/s/ Tiberius Davis
*Attorney's signature*

Tiberius Davis, DC Bar No. 90020605
*Printed name and bar number*
950 Pennsylvania Avenue NW,
Washington, DC 20004

*Address*

Tiberius.Davis@usdoj.gov
*E-mail address*

(202) 890-9670
*Telephone number*

*FAX number*