DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-IM |
|---|---|
| Plaintiffs | |
| v. | PLAINTIFFS' WITNESS LIST |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**State of Oregon**

The State of Oregon intends to call the following witness in Plaintiffs' case-in-chief:

1.  Captain Cameron Bailey (30 minutes of direct testimony)

The State of Oregon may also call the following witnesses in its case-in-chief: Camilla Wamsley, Inspector Will Turner, and Major General Timothy L. Rieger. However, Plaintiffs anticipate designating deposition transcript of these witnesses in lieu of their live testimony; those transcripts are admissible as statements of party-opponents (*see* Federal Rule of Evidence 801(d)(2)). Plaintiffs anticipate withdrawing these witnesses upon taking of the depositions and filing of the Parties' joint exhibit list.

The State of Oregon does not intend to call Robert Cantu in its case-in-chief in reliance on Defendants' representation that they will call Mr. Cantu as a witness in their case-in-chief.

**City of Portland**

The City of Portland intends to call the following witnesses in Plaintiffs' case-in-chief:

1.  Commander Franz Schoening (2 hours of direct testimony)
2.  Commander Brian Hughes (2 hours of direct testimony)
3.  Lexa O'Halloran (30 minutes of direct testimony)

The City of Portland may call the following witnesses in Plaintiffs' case-in-chief: Assistant Chief Craig Dobson (1 hour of direct testimony) and Lieutenant Jessica Ruch (30 minutes of direct testimony).

**State of California**

The State of California does not intend to call witnesses in Plaintiffs' case-in-chief.

**Plaintiffs' Witnesses Regarding Foundation for Admissibility of Exhibits**

The State of Oregon may also call a member of Oregon Department of Justice staff in its case-in-chief only if it is necessary to authenticate exhibits (e.g., PDFs of government websites).

The City of Portland may also call additional city employees in its case-in-chief only if it is necessary to establish the admissibility of exhibits, such as the exhibits attached to ECF 12,

Page 2 -   PLAINTIFFS' WITNESS LIST

33, 45, 46 and similar documents produced in discovery. A list of such potential witnesses have been provided to Defendants' counsel.

Plaintiffs anticipate withdrawing all authenticity witnesses promptly upon the filing of the parties' joint exhibit list on October 24.

DATED October __17__, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General
        BENJAMIN GUTMAN
        Solicitor General
        DUSTIN BUEHLER
        Special Counsel

        *s/ Scott Kennedy*
        SCOTT KENNEDY #T25070201, D.C. Bar #1658085
        BRIAN SIMMONDS MARSHALL #196129
        THOMAS CASTELLI #226448
        IAN VAN LOH #225163
        RACHEL SOWRAY #095159
        Senior Assistant Attorneys General
        ALEXANDER C. JONES #213898
        DEREK OLSON #225504
        Assistant Attorneys General
        100 SW Market Street
        Portland, OR 97201
        971-673-1880
        Scott.Kennedy@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        Thomas.Castelli@doj.oregon.gov
        Ian.VanLoh@doj.oregon.gov
        Rachel.Sowray@doj.oregon.gov
        Alex.Jones@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

        *Counsel for the State of Oregon*

ROBERT TAYLOR  #044287
Portland City Attorney

*s/ Caroline Turco*
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*

ROB BONTA
Attorney General of California


*s/ Jane Reilley*
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Jesse Basbaum
Barbara Horne-Petersdorf
Jane Reilley
Meghan H. Strong
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 510-3879
E-mail: Jane.Reilley@doj.ca.gov

*Counsel for the State of California*