BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
JODY D. LOWENSTEIN (MT Bar No. 55816869)
KATHLEEN C. JACOBS (TX Bar No. 24091154)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
J. STEPHEN TAGERT (VA Bar No. 99641)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-0680
Michael.j.gerardi@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.,* in their official capacities,<br><br>*Defendants.* | Case No. 3:25-cv-01756-SI<br><br>**DEFENDANTS' WITNESS LIST** |

Defendants intend to call the following witnesses in their case-in-chief:

1. Maj. Gen. Timothy Rieger
2. Cammilla Wamsley
3. Robert R. Cantu

Defendants intend to propose to the Court to limit the number of witnesses to three per side, but if the Court does not impose that limit, then Defendants may call Assistant Chief Craig Dobson in their case-in-chief. Defendants may also call officials of the U.S. Department of Homeland Security and the U.S. Department of War as witnesses if necessary to establish the admissibility of exhibits. Defendants anticipate withdrawing all authenticity witnesses if the parties are able to agree to the authenticity of exhibits that the parties intend to use.

Dated: October 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney
General

JEAN LIN
Special Litigation Counsel

/s/   Michael J. Gerardi
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)

Senior Counsel
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*