BRETT A. SHUMATE  
Assistant Attorney General  
ERIC J. HAMILTON (NE Bar No. 25886)  
Deputy Assistant Attorney General  
JEAN LIN (NY Bar No. 4074530)  
Special Litigation Counsel  
JODY D. LOWENSTEIN (MT Bar No. 55816869)  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20005  
Telephone: (202) 598-9280  
Email: jody.d.lowenstein@usdoj.gov  
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>                                  *Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>                                  *Defendants*. | Case No. 3:25-cv-01756-SI<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned attorney, Jody D. Lowenstein of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned matter on behalf of defendants.

Dated: October 18, 2025                        Respectfully submitted,

                                                                       BRETT A. SHUMATE  
                                                                       Assistant Attorney General  
                                                                       Civil Division

                                                                       ERIC J. HAMILTON  
                                                                       Deputy Assistant Attorney General

1

Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*