BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
JODY D. LOWENSTEIN (MT Bar No. 55816869)
KATHLEEN C. JACOBS (TX Bar No. 24091154)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
J. STEPHEN TAGERT (VA Bar No. 99641)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-0680
Michael.j.gerardi@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.,* in their official capacities,<br><br>*Defendants.* | Case No. 3:25-cv-01756-SI<br><br>**DEFENDANTS' FIRST AMENDED WITNESS LIST** |

Defendants respectfully submit the following revised witness list, reflecting agreement between the parties about the number of depositions and witnesses in this case.

Defendants intend to call the following witnesses in their case-in-chief:

1. Maj. Gen. Timothy Rieger
2. Cammilla Wamsley
3. Robert R. Cantu
4. Will Turner

Defendants may call Assistant Chief Craig Dobson in their case-in-chief.

Defendants may also call officials of the U.S. Department of Homeland Security and the U.S. Department of War as witnesses if necessary to establish the admissibility of exhibits. Defendants anticipate withdrawing all authenticity witnesses if the parties are able to agree to the authenticity of exhibits that the parties intend to use.

Dated: October 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General

/s/ Michael J. Gerardi
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
JODY D. LOWENSTEIN

(MT Bar No. 55816869)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I served the foregoing document via email to designated counsel of record for plaintiffs:

| | |
|---|---|
| Jesse P. Basbaum | jesse.basbaum@doj.ca.gov |
| Anya Binsacca | anya.binsacca@doj.ca.gov |
| Thomas H. Castelli | thomas.castelli@doj.state.or.us |
| Barbara Horne-Petersdorf | barbara.hornepetersdorf@doj.ca.gov |
| Alexander Charles Jones | alex.jones@doj.oregon.gov |
| Scott P. Kennedy | scott.kennedy@doj.oregon.gov |
| Ian Van Loh | ian.vanloh@doj.oregon.gov |
| Marissa Suzanne Malouff | marissa.malouff@doj.ca.gov |
| Brian Simmonds Marshall | brian.s.marshall@doj.oregon.gov |
| Derek Olson | derek.olson@doj.oregon.gov |
| Jane Reilley | jane.reilley@doj.ca.gov |
| Naomi Sheffield | naomi.sheffield@portlandoregon.gov |
| Rachel K. Sowray | rachel.sowray@doj.oregon.gov |
| James Edward Stanley | james.stanley@doj.ca.gov |
| Meghan Strong | meghan.strong@doj.ca.gov |
| Robert L. Taylor | robert.taylor@portlandoregon.gov |
| Caroline Turco | caroline.turco@portlandoregon.gov |

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
U.S. Department of Justice