DAN RAYFIELD
Attorney General
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., | Case No. 3:25-cv-01756-IM |
| Plaintiffs | |
| v. | NOTICE OF APPEARANCE OF LEANNE HARTMANN |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Page 1 -   NOTICE OF APPEARANCE OF LEANNE HARTMANN

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Oregon in this case.

DATED October  21 , 2025.

                                          Respectfully submitted,

                                          DAN RAYFIELD
                                          Attorney General

                                          *s/ Leanne  Hartmann*
                                          LEANNE HARTMANN #T25070201,
                                          Mass. BBO #667852
                                          Senior Assistant Attorney General
                                          Trial Attorney
                                          100 SW Market Street
                                          Portland, OR 97201
                                          Tel 9716731880
                                          Fax 9716735000
                                          Leanne.Hartmann@doj.oregon.gov
                                          Of Attorneys for State of Oregon