DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-01756-IM<br><br>DECLARATION OF BRIAN SIMMONDS MARSHALL IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISSOLVE |

I, Brian Simmonds Marshall, declare:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

Page 1 -　DECLARATION OF BRIAN SIMMONDS MARSHALL IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISSOLVE

2. Attached hereto as Exhibit 1 is a true and correct copy of a memorandum from Col. Anthony C. Fuscellaro, Executive Secretary of the U.S. Department of Homeland Security, dated October 16, 2025, with subject line, "Request for Assistance for Security Support to U.S. Immigration and Customs Enforcement."

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED in Portland, Oregon, on October 21, 2025.

*s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL
Assistant Attorney General