# EXHIBIT 1



**OFFICE OF THE SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

OCT 1 6 2025

MEMORANDUM FOR EXECUTIVE SECRETARY, DEPARTMENT OF HOMELAND SECURITY

SUBJECT: Request for Assistance for Security Support to U.S. Immigration and Customs Enforcement

    This memorandum responds to your request for assistance (RFA) of September 26, 2025 regarding security support to U.S. Immigration and Customs Enforcement in Oregon, in response to protests and threats of violence. I appreciate your collaboration and coordination in addressing this challenging situation.

    In response to your RFA and in accordance with Presidential direction, the Secretary of War has directed the extension of orders for all California (CA) National Guard (NG) units called into Federal service under 10 U.S.C. § 12406, from November 4, 2025 to February 2, 2026. The Secretary also has called 200 Texas (TX) NG into Federal service under 10 U.S.C. § 12406 with orders through December 4, 2025. These 200 CA NG and 200 TX NG personnel, along with additional headquarters and support staff, will deploy to Oregon effective immediately to protect Federal functions, personnel, and property, consistent with Secretary of War guidance to Commander, U.S. Northern Command, on a reimbursable basis. This footprint, 400 personnel, is the minimum required to protect Federal functions, personnel, and property in Oregon under current circumstances.

    We will continue to monitor the situation closely and coordinate with you and your staff to ensure the safety and security of all involved. I appreciate your reimbursing the Department of War for these efforts. Thank you for your continued partnership.

                                                Anthony C. Fuscellaro
                                               COL, USA
                                               Executive Secretary

cc:
Secretary of the Army
Secretary of the Navy
Secretary of the Air Force
CJCS
USW(P)
USW(C)
USW(P&R)
USW(I&S)
NGB
ASW(LA)
Commander, U.S. Northern Command