DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | Case No.  3:25-cv-01756-IM<br><br>SECOND DECLARATION OF BRIAN SIMMONDS MARSHALL IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISSOLVE |

Page 1 -　SECOND DECLARATION OF BRIAN SIMMONDS MARSHALL IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISSOVLE

I, Brian Simmonds Marshall, declare:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Responses to Plaintiffs' Interrogatories No. 14(a) and 14(b), served October 22, 2025.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between counsel regarding Defendants' answers to Plaintiffs' Interrogatory No. 14, sent October 22, 2025. As of 12:15 p.m. Pacific on October 23, 2025, I have not received a response to the email I sent October 22 at 9:50 p.m. Pacific.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October  23 , 2025.

    *s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL
Assistant Attorney General