BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
JODY D. LOWENSTEIN (MT Bar No. 55816869)
KATHLEEN C. JACOBS (TX Bar No. 24091154)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
J. STEPHEN TAGERT (VA Bar No. 99641)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants.* | Case No. 3:25-cv-01756-SI<br><br>**DEFENDANTS' OBJECTIONS & RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

Defendants' Objections & Responses to
Plaintiffs' First Set of Interrogatories            1

**Interrogatory No. 14(a), (b):** State all facts RELATED TO:

a. The number of federal law enforcement officers assigned to protect the PORTLAND ICE FACILITY on each day from June 1, 2025 to the present and their associated law enforcement agencies;

b. The identity and field office location of the federal law enforcement agencies whose officers have been assigned to protect the PORTLAND ICE FACILITY daily from June 1, 2025 to the present ….

**Objections:** Defendants incorporate by reference the general objections asserted above, including defendants' objections to the defined term "RELATED TO." Defendants also object to this interrogatory's use of the phrase "assigned to protect" as vague and ambiguous.

Defendants further object to this interrogatory to the extent that it asks defendants to "state *all* facts" related to its subject matter. Interrogatories like this are "overly broad and unduly burdensome" when they require "a party to state '*every* fact' or '*all* facts'" regarding an interrogatory's subject matter. *Amgen Inc. v. Sandoz Inc.*, 2017 WL 1352052, at *3 (N.D. Cal. Apr. 13, 2017) (emphasis added and citation omitted); *accord, e.g.*, *Roberts v. Randy LL Corp.*, 2025 WL 2717823, at *9 (D. Or. Sept. 24, 2025); *see also* Objections to Interrogatory No. 2 (citing cases in accord). Defendants recognize, though, that in appropriate circumstances interrogatories may "ask for the 'principal or material' facts" regarding an interrogatory's subject matter. *Hernandez v. Best Buy Co.*, 2014 WL 5454505, at *6 (S.D. Cal. Oct. 27, 2014). Accordingly, courts routinely instruct responding parties to construe an interrogatory's request for "all facts" or "every fact" to require only those facts that are "material" or "principal." *See Folz v. Union Pacific R.R. Co.*, 2014 WL 357929, at *2 (S.D. Cal. Jan. 31, 2014); *see also* Objections to Interrogatory No. 2 (citing cases in accord). Defendants will therefore construe this interrogatory to request only those material or principal facts regarding the relevant subject matter.

**Response:**

*ICE Response:* Beginning on or about June 9, 2025, ICE deployed each day approximately 10 to 50 Enforcement and Removal Operations (ERO) Special Response Team (SRT) officers to assist FPS in protecting the ICE Portland Facility and the people who work in and use that building. The ERO SRT officers assigned to assist FPS at the ICE Portland Facility were:

- June 2025 – Approximately 10 to 20 officers per day.

- July 2025 – Approximately 20 to 30 officers per day

- August 2025 – Approximately 20 to 30 officers per day

- September 2025 – Approximately 10 to 25 officers per day

- October 2025 – Approximately 10 to 50 officers per day

The exact daily deployment numbers for the last five months are currently not available, and daily numbers varied due to staffing issues, like leave and injuries, other federal agencies providing officers to assist FPS, and operational demands. The ERO SRT officers were reassigned from multiple states across the United States, including Washington, California, Texas, Florida, Louisiana, Massachusetts, Minnesota, New York, Michigan, Georgia, Illinois, Pennsylvania, and Virgina. ICE's Homeland Security Investigations also assigned SRT special agents from its Portland Office as part of ICE's deployment to the ICE Portland Facility to assist FPS.

*CBP Response:* CBP has two main law enforcement component agencies: the United States Border Patrol (USPB) and the Office of Field Operations (OFO). From June 14 to June 22, 2025, the following number of law enforcement officers and/or agents were deployed to the ICE Portland Facility to assist FPS:

- 51 CBP LEOs in total

    o June 14: 6 USBP

Defendants' Objections & Responses to
Plaintiffs' First Set of Interrogatories       17

- o June 15: 21 USBP; 13 OFO

- o June 16: 21 USBP; 25 OFO

- o June 17–18: 22 USBP; 29 OFO

- o June 19–20: 18 USBP; 29 OFO

- o June 21: 16 USBP; 29 OFO

- o June 22: 15 USBP; 29 OFO

From September 27 to 28, 2025, the following number of law enforcement officers and/or agents were deployed to the ICE Portland Facility to assist FPS:

- September 27: 40 USBP; 40 OFO

- September 28: 66 USBP; 41 OFO

*FPS Response:* In addition to the four officers already assigned to Portland, FPS deployed officers from all eleven regions. The deployments occurred in five waves.

- Wave 1 (planned for June 16, 2025 to July 15, 2025) included 27 FPS officers deployed from the following duty locations: Los Angeles, CA; Tacoma, WA; Kansas City MO; San Diego, CA; Washington, D.C.; Fargo, ND; Cheyenne, WY; Helena, MT; Little Rock, AR; Laredo, TX; New Orleans, LA; Tampa, FL; St. Louis, MO; Charleston, WV; Boston, MA; Miami, FL; Denver, CO; and Charlottesville, Virginia.

- Wave 2 (planned for July 15, 2025 to August 12, 2025) included 31 FPS officers deployed from the following duty locations: Salt Lake, UT; Philadelphi, PA; Albuquerque, NM; Laredo, TX; San Juan, PR; St. Louis, MO; Des Moines, IA; New York, NY; Fort Worth, TX; Battle Creek, MI; Baltimore, MD; Omaha, NE; Washington, DC; Nashville, TN; Atlanta, GA.

- Wave 3 (planned for July 15, 2025 to August 12, 2025) included FPS 29 officers deployed

Defendants' Objections & Responses to
Plaintiffs' First Set of Interrogatories       18

from the following duty locations: Boston, MA; Albany, NY; San Juan, PR; Albany, NY; Buffalo, NY; Newark, NJ; Charlottesville, VA; Baltimore, MD; Tampa, FL; Jacksonville, FL; Miami, FL; Atlanta, GA; Cleveland, OH; Milwaukee, WI; Des Moines, IA; St. Louis, MO; Albuquerque, NM; New Orleans, LA; Fort Worth, TX; Washington, DC; and Dulles, VA.

- Wave 4 (planned for September 10, 2025 to October 5, 2025) included 20 FPS officers deployed from the following duty locations: Boston, MA, Newark, NJ; Syracuse, NY; Philadelphia, PA; Atlanta, GA; Kansas City, MO; St. Louis, MO; Austin, TX; Fort Collins, CO; Denver, CO; Sioux Falls, SD; Salt Lake City, UT; and Washington, DC.

- Wave 5 (planned for October 5, 2025 to present) includes 25 FPS officers deployed from the following duty locations: Boston, MA; Albany, NY; Queens, NY; Baltimore, MD; Atlanta, GA; Tampa, FL; Savannah, GA; St Louis, MO; Lincoln, NE; Wichita, KS; Dallas, TX; Albuquerque, NM; New Orleans, LA; Fargo, ND; Denver, CO; Casper, WY; and Washington, DC.

\* \* \*

Dated: October 22, 2025                     Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ERIC J. HAMILTON
                                              Deputy Assistant Attorney General
                                              Federal Programs Branch

                                              JEAN LIN
                                              Special Litigation Counsel

                                              */s/ Jody D. Lowenstein*
                                              CHRISTOPHER D. EDELMAN
                                              (DC Bar No. 1033486)
                                              Senior Counsel

Defendants' Objections & Responses to
Plaintiffs' First Set of Interrogatories                19

BENJAMIN S. KURLAND  
(DC Bar No. 1617521)  
JODY D. LOWENSTEIN  
(MT Bar No. 55816869)  
KATHLEEN C. JACOBS  
(TX Bar No. 24091154)  
J.STEPHEN TAGERT  
(VA Bar No. 99641)  
Trial Attorneys  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, DC 20005  
Tel.: (202) 598-9280  
Email: jody.d.lowenstein@usdoj.gov  

*Attorneys for Defendants*

## VERIFICATION OF INTERROGATORY ANSWERS

I certify under penalty of perjury that the foregoing answers provided by U.S. Immigration and Customs Enforcement (ICE) to plaintiffs' interrogatories Nos. 8 and 14(a) and (b) are true and correct to the best of my knowledge, information, and belief, with the understanding that defendants reserve the right to further supplement their answers.

DATED: October 22, 2025

*[signature]*

Cammilla Wamsley
Field Office Director
Seattle Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

## VERIFICATION OF INTERROGATORY ANSWERS

I certify under penalty of perjury that the foregoing answers to plaintiffs' interrogatories are true and correct to the best of my knowledge, information, and belief, with the understanding that defendants reserve the right to further supplement their answers.

DATED: October 22, 2025

_____

Nicholas Heincy
Deputy Patrol Agent in Charge-BORTAC
Special Operations Group
United States Border Patrol
Customs and Border Protection

Defendants' Objections & Responses to
Plaintiffs' First Set of Interrogatories

## **VERIFICATION OF INTERROGATORY ANSWERS**

I certify under penalty of perjury that the foregoing answers provided by the Federal Protective Service (FPS) to plaintiffs' interrogatories are true and correct to the best of my knowledge, information, and belief, with the understanding that defendants reserve the right to further supplement their answers.

DATED: October 22, 2025

ROBERTO R CANTU
Digitally signed by ROBERTO R CANTU
Date: 2025.10.22 09:05:04 -07'00'

Robert Cantu
Deputy Regional Director
Federal Protective Service, Region-10
U.S. Department of Homeland Security

## VERIFICATION OF INTERROGATORY ANSWERS

I certify under penalty of perjury that the foregoing answers provided by the Department of War (DoW) to plaintiffs' interrogatories are true and correct to the best of my knowledge, information, and belief, with the understanding that defendants reserve the right to further supplement their answers.

DATED: October 22, 2025

MERENKOV.JEFFREY.ALAN.1154647046
Digitally signed by MERENKOV.JEFFREY.ALAN.1154647046
Date: 2025.10.22 16:47:25 -07'00'

COL Jeff Merenkov
Defense Coordinating Officer
DCE, Region-8
U.S. Army