| | |
|---|---|
| **From:** | Marshall Brian S |
| **To:** | Lowenstein, Jody D. (CIV) |
| **Cc:** | Hamilton, Eric (CIV); Lin, Jean (CIV); Bailey, John (CIV); Davis, Tiberius (CIV); Gerardi, Michael J. (CIV); Edelman, Christopher (CIV); Kurland, Benjamin S (CIV); Jacobs, Kathleen C (CIV); Tagert, Stephen (CIV); Jesse Basbaum; Anya Binsacca; Castelli Thomas; Barbara.HornePetersdorf@doj.ca.gov; Jones Alex; Kennedy Scott; Van Loh Ian; Marissa.Malouff@doj.ca.gov; Olson Derek; Jane Reilley; Sheffield, Naomi; Sowray Rachel; James.Stanley@doj.ca.gov; Meghan.Strong@doj.ca.gov; robert.taylor@portlandoregon.gov; Turco, Caroline |
| **Subject:** | RE: Oregon v. Trump, No. 3:25-cv-1756 (D. Or.) - Interrogatory 14 |
| **Date:** | Wednesday, October 22, 2025 21:50:00 |

Counsel,

Regarding defendants' answer to interrogatory 14: would you please confirm that the dates for "Wave 3" on the bottom of page 18 appear as intended? "Wave 2" and "Wave 3" list the same dates, and there is no deployment identified for August 13 to September 9. Please advise.

**Brian Simmonds Marshall**

Oregon Department of Justice

503.507.▮▮▮▮ (mobile)

Brian.S.Marshall@doj.oregon.gov

---

**From:** Lowenstein, Jody D. (CIV) <Jody.D.Lowenstein@usdoj.gov>
**Sent:** Wednesday, October 22, 2025 7:36 PM
**To:** Jesse Basbaum <Jesse.Basbaum@doj.ca.gov>; Anya Binsacca <Anya.Binsacca@doj.ca.gov>; Castelli Thomas <Thomas.Castelli@doj.oregon.gov>; Barbara.HornePetersdorf@doj.ca.gov; Jones Alex <Alex.Jones@doj.oregon.gov>; Kennedy Scott <scott.kennedy@doj.oregon.gov>; Van Loh Ian <Ian.VanLoh@doj.oregon.gov>; Marissa.Malouff@doj.ca.gov; Marshall Brian S <Brian.S.Marshall@doj.oregon.gov>; Olson Derek <derek.olson@doj.oregon.gov>; Jane Reilley <Jane.Reilley@doj.ca.gov>; Sheffield, Naomi <Naomi.Sheffield@portlandoregon.gov>; Sowray Rachel <rachel.sowray@doj.oregon.gov>; James.Stanley@doj.ca.gov; Meghan.Strong@doj.ca.gov; robert.taylor@portlandoregon.gov; Turco, Caroline <Caroline.Turco@portlandoregon.gov>
**Cc:** Hamilton, Eric (CIV) <Eric.Hamilton@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Bailey, John (CIV) <John.Bailey@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>; Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov>
**Subject:** RE: Oregon v. Trump, No. 3:25-cv-1756 (D. Or.)

> Some people who received this message don't often get email from jody.d.lowenstein@usdoj.gov. Learn why this is important
>
> ***CAUTION EXTERNAL EMAIL*** This email originated from outside of DOJ. Treat attachments and links with caution. ***CAUTION EXTERNAL EMAIL***

Counsel,

The version I sent moments ago did not have defendants' verifications attached. Please find

attached defendants' objections and responses to plaintiffs' first set of interrogatories with defendants' verifications.

Thank you,

**Jody D. Lowenstein**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 598-███
jody.d.lowenstein@usdoj.gov

---

**From:** Lowenstein, Jody D. (CIV)
**Sent:** Wednesday, October 22, 2025 10:28 PM
**To:** Jesse Basbaum <Jesse.Basbaum@doj.ca.gov>; Anya Binsacca <Anya.Binsacca@doj.ca.gov>; 'thomas.castelli@doj.state.or.us' <thomas.castelli@doj.state.or.us>; Barbara.HornePetersdorf@doj.ca.gov; Jones Alex <Alex.Jones@doj.oregon.gov>; Kennedy Scott <scott.kennedy@doj.oregon.gov>; Van Loh Ian <Ian.VanLoh@doj.oregon.gov>; Marissa.Malouff@doj.ca.gov; 'Marshall Brian S' <Brian.S.Marshall@doj.oregon.gov>; Olson Derek <derek.olson@doj.oregon.gov>; Jane Reilley <Jane.Reilley@doj.ca.gov>; Sheffield, Naomi <Naomi.Sheffield@portlandoregon.gov>; Sowray Rachel <rachel.sowray@doj.oregon.gov>; James.Stanley@doj.ca.gov; Meghan.Strong@doj.ca.gov; 'robert.taylor@portlandoregon.gov' <robert.taylor@portlandoregon.gov>; Turco, Caroline <Caroline.Turco@portlandoregon.gov>
**Cc:** Hamilton, Eric (CIV) <Eric.Hamilton@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Bailey, John (CIV) <John.Bailey@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>; Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov>
**Subject:** Oregon v. Trump, No. 3:25-cv-1756 (D. Or.)

Counsel,

Please find attached defendants' objections and responses to plaintiffs' first set of interrogatories.

Best,

**Jody D. Lowenstein**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 598-███
jody.d.lowenstein@usdoj.gov