BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH (DC Bar No. 995090)
Principal Deputy Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS (TX Bar No. 24091154)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
J. STEPHEN TAGERT (VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-3301
Yaakov.M.Roth@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON and the CITY OF PORTLAND,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>        *Defendants*. | Case No. 3:25-cv-01756-SI<br><br>**NOTICE OF APPEARANCE OF JACOB (YAAKOV) M. ROTH** |

Notice of Appearance of Jacob (Yaakov) M. Roth
1

Please take notice that the undersigned attorney, Jacob (Yaakov) M. Roth of the United States Department of Justice, Civil Division, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: October 24, 2025                             Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
(NE Bar No. 25886)
Deputy Assistant Attorney General
Federal Programs Branch

TIBERIUS DAVIS
JOHN BAILEY
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
(CA Bar No. 220932)
Branch Director
Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

/s/  *Jacob (Yaakov) M. Roth*
JACOB (YAAKOV) M. ROTH
Principal Deputy Assistant Attorney General
(D.C. Bar No. 995090)
MICHAEL J. GERARDI
(DC Bar No. 1017949)
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)

Notice of Appearance of Jacob (Yaakov) M. Roth
2

JODY D. LOWENSTEIN
(MT Bar No. 55816869)
J. STEPHEN TAGGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 514-3301
Email: Yaakov.M.Roth@usdoj.gov

*Counsel for Defendants*