**FILED**

OCT 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF OREGON; CITY OF PORTLAND, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, In his official capacity as President of the United States; PETER HEGSETH, In his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; KRISTI NOEM, In her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants - Appellants, <br><br> ---------------------------------------- <br><br> STATE OF CALIFORNIA, <br><br> Intervenor - Pending. | No. 25-6268 <br><br> D.C. No. 3:25-cv-01756-IM <br> District of Oregon, Portland <br><br> ORDER |

Before: Sidney R. Thomas, Senior Circuit Judge and En Banc Coordinator.

Without objection from the panel, the court's October 20, 2025, order granting a stay pending appeal (Dkt. 61) is administratively stayed until 5:00 pm on October 28, 2025, to allow the completion of the pending en banc

proceedings. This administrative order expresses no views on the merits of this matter and is not a reconsideration of the earlier stay order.