DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al., <br><br>　　　　Plaintiffs <br><br>　　v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br>　　　　Defendants. | Case No. 3:25-cv-01756-IM <br><br> PLAINTIFFS' SECOND AMENDED WITNESS LIST |

Page 1 -    PLAINTIFFS' SECOND AMENDED WITNESS LIST

**State of Oregon**

The State of Oregon intends to call the following witness in Plaintiffs' case-in-chief:

1. Captain Cameron Bailey (30 minutes of direct testimony)

**City of Portland**

The City of Portland intends to call the following witnesses in Plaintiffs' case-in-chief:

1. Commander Franz Schoening (2 hours of direct testimony)
2. Commander Brian Hughes (1 hours of direct testimony)
3. Assistant Chief Craig Dobson (1 hour of direct testimony).

**State of California**

The State of California does not intend to call witnesses in Plaintiffs' case-in-chief.

**Plaintiffs' Witnesses Regarding Foundation for Admissibility of Exhibits**

The City of Portland may also call additional city employees in its case-in-chief only if it is necessary to establish the admissibility of exhibits, such as Exhibits 301–304, 306, 773.

//

//

//

//

//

//

//

DATED October  28 , 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General
        BENJAMIN GUTMAN
        Solicitor General
        DUSTIN BUEHLER
        Special Counsel

        *s/ Brian Marshall*
        SCOTT KENNEDY #T25070201, D.C. Bar #1658085
        BRIAN SIMMONDS MARSHALL #196129
        THOMAS CASTELLI #226448
        IAN VAN LOH #225163
        RACHEL SOWRAY #095159
        LEANNE HARTMANN #T25070201, Mass. BBO #667852
        Senior Assistant Attorneys General
        ALEXANDER C. JONES #213898
        DEREK OLSON #225504
        Assistant Attorneys General
        100 SW Market Street
        Portland, OR 97201
        971-673-1880
        Scott.Kennedy@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        Thomas.Castelli@doj.oregon.gov
        Ian.VanLoh@doj.oregon.gov
        Rachel.Sowray@doj.oregon.gov
        Alex.Jones@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

        *Counsel for the State of Oregon*

ROBERT TAYLOR  #044287
Portland City Attorney

*s/ Caroline Turco*
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*

ROB BONTA
Attorney General of California


*s/ Jane Reilley*
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Jesse Basbaum
Barbara Horne-Petersdorf
Jane Reilley
Meghan H. Strong
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 510-3879
E-mail: Jane.Reilley@doj.ca.gov

*Counsel for the State of California*