JARED ESSIG
11620 SW Palermo St.
Wilsonville, OR 97070
jared.essig@gmail.com

FILED 29 OCT '25 13:12 USDC-ORP

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**STATE OF OREGON and THE CITY OF PORTLAND,** Plaintiffs,

Vs.                                         Case No. 3:25-CV-01756

**DONALD J. TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in** her official **capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY,** Defendants.

**MOTION** OF THE ROSE CITY IRON FRONT FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE **IN SUPPORT OF CURFEW AS LEAST RESTRICTIVE ALTERNATIVE, and REQUESTING DECLARATORY JUDGEMENT ON THE DUTIES and FEDERAL DISTINCTIONS**

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7-1, the Rose City Iron Front ("RCIF") respectfully moves this Honorable Court for leave to file the accompanying brief as *amicus curiae* in advance of the merits trial commencing 9:00 October 29, 2025. Counsel for Plaintiffs and Defendants were notified via email at 6:58 October 29, 2025, requesting consent by 9:00 AM PDT on October 29, 2025.[^1] Given the proximity to the trial date, RCIF respectfully requests expedited review of this motion.

### IDENTITY AND INTEREST OF AMICUS CURIAE

The Rose City Iron Front is a Portland-based civic organization committed to upholding constitutional governance, the rule of law, and public safety, while defending the rights to speech and peaceable assembly, formed in 2020 in alliance with the police reform movement and in opposition to the police abolition riots.  RCIF's "radical centrist" perspective distinguishes it from other so-called "antifascist" groups, insofar as it actively opposes both communist and monarchist absolutisms as well, and rejects political violence as a tool of suasion or statecraft. RCIF has a direct and non-partisan interest in preventing the erosion of peaceable assembly and petition rights, while promoting a resolution to the ongoing civil unrest that is constitutionally sound, minimally intrusive, maximally effective and deterring crime while breaking the anarchism-authoritarianism feedback loop. This interest is demonstrated by RCIF's recent public comments to local government assemblies, and its October 9, 2025, proposal to DHS/ICE advocating for a curfew.

### REASONS FOR GRANTING LEAVE

The proposed *amicus* brief will assist the Court by providing a distinct analysis, drawn from RCIF's unique position and experience, that complements the parties' arguments. Specifically, the brief offers legal precedents and factual predicates not yet considered, and a detailed

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

appendix with historical contexts and ideological subtexts and policy recommendations, which will assist both jurists and policymakers in addressing questions of Comparative revolution and just war theory, necessary to effective moral suasion and prosecutorial discretion in addressing what is, in his humble opinion, a latent and chronic insurrection that is endemic to Portland. Most critically, the brief proposes a practical, constitutionally sound remedy—a narrowly tailored time, place, and manner restriction (curfew) implemented either locally or, contingently, under federal authority (40 U.S.C. § 1315) as the least restrictive alternative—which the Court may consider or authorize via declaratory judgment. This analysis directly informs the Court's consideration of the First Amendment, federalism issues, necessity, proportionality, and available equitable relief in advance of the merits trial.

1. **Offers a Distinct Rationale for Maintaining the TRO:** While supporting the maintenance of the Temporary Restraining Order preventing National Guard deployment, the brief argues *not* necessarily from a lack of "colorable assessment" by the Executive, but from the **failure to exhaust less restrictive, non-military alternatives.** It contends that the availability of civilian enforcement mechanisms, particularly the proposed curfew, renders the extraordinary step of military deployment under 10 U.S.C. § 12406 unnecessary and inappropriate *at this juncture*, although not inherently illegal, and bases its philosophic and moral argument on the Declaration of Independence and a historical and ideological analysis of Comparative revolution.

2. **Analyzes Local Governmental Failure and Raises Standing Concerns:** The brief uniquely contends that the predicate conditions cited by Defendants arise substantially from Plaintiffs' **systemic failure to enforce existing Oregon laws** against inchoate crimes such as **Criminal Solicitation (ORS 161.435)**, **Criminal Conspiracy (ORS 161.450)**, and **Attempt (ORS 161.405)**—pointing out that **Impossibility (ORS 161.425)** is no defense to the latter, which has been the substance of the Plaintiffs argument, who ought to know their own Statutes. Furthermore **ORS 166.015 (Riot),** and arguably, **Domestic Terrorism (ORS 166.128)** are charges that could be contemplated.  The neglect to do so constitutes a failure to exercise core prosecutorial and police powers, thereby **raising questions about Plaintiffs' standing** to invoke Tenth Amendment sovereignty protections of unenumerated powers that it cannot or will not actually use or even articulate.

3. **Advances the Curfew as the Constitutionally Necessary Least Restrictive Alternative:** Moving beyond mere suggestion, the brief identifies a narrowly tailored curfew (a Time, Place, and Manner restriction) in the "buffer zone" adjacent to the federal facility as the **constitutionally indispensable least restrictive means** to address the

OREGON and PORTLAND vs. DONALD J. TRUMP, et al.   Case No. 3:25-CV-01756
AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT

26

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

documented pattern of nocturnal criminal activity, graffiti incitement, and urban blight, arguing that local authorities have *duty* to implement such a measure.

4. **Identifies Specific, Alternative Federal Civilian Authority:** Critically, the brief proposes a **contingent, non-military federal remedy** under **40 U.S.C. § 1315**. It argues that *if* local authorities fail to act, this statute provides the necessary authority for federal *civilian* law enforcement (DHS/FPS) to implement and enforce the curfew, consistent with *Ward v. Rock Against Racism*, and enforce both Federal and State law, thereby protecting federal property and its environs, without resorting to the contested military authority of 10 U.S.C. § 12406 or implicating the Posse Comitatus Act.

5. **Provides Unique Context and Factual Predicates:** The brief offers relevant context Comparative revolutionary history, (distinguishing the Antifascist RCIF/Iron Front from Antifa and responding to the recent EO terrorist designation), ideological analysis of the conflict dynamics and subtexts, and predicates specific facts ignored by the parties, (e.g., analysis of propaganda and graffiti inciting violence, Appendix III) that Amicus believes are necessary for a full understanding of the intent behind the unrest, and therefore must inform potential government responses.

This multi-faceted analysis, particularly the focus on unenforced state inchoate crime statutes, the standing challenge, and the specific non-military federal remedy under 40 U.S.C. § 1315, provides a unique legal and practical perspective that will aid the Court in resolving the complex constitutional issues presented.

**CONCLUSION**

For the foregoing reasons, and requesting expedited review due to the impending trial date, the Rose City Iron Front respectfully requests that the Court grant this motion for leave to file the proposed *amicus curiae* brief, attached hereto as Exhibit A. As the filer is not admitted to the Oregon State Bar, he respectfully requests leave to appear *pro se* as Amicus and *pro hac vice*, and further requests appointment of assistant counsel. RCIF seeks no oral argument unless directed by the Court.

Dated: October 29, 2025

Respectfully submitted,

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

/s/ Jared Essig Jared Essig, pro se et pro publica On behalf of the Rose City Iron Front 11620 SW Palermo Street Wilsonville, OR 97070 jared.essig@gmail.com [Your Phone Number]

**EXHIBIT** A: **Proposed Amicus Curiae Brief of the Rose City Iron Front**

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**STATE OF OREGON and THE CITY OF PORTLAND,**
Plaintiffs,

Case No. 3:25-CV-01756

Vs.

**AMICUS CURIAE BRIEF**
OF THE **ROSE CITY IRON FRONT**

**DONALD J. TRUMP, et al.,**
Defendants.

# IDENTITY AND INTEREST OF AMICUS CURIAE

The mission of the Rose City Iron Front (**RCIF**) is to radically reform and defend the liberal democratic State from political violence, whether originating from totalitarian or anarchic ideologies.[1] RCIF's interest is direct and non-partisan:  preventing the erosion of peaceable assembly and petition rights amid overreach by federal and neglect by local governments in their efforts to deter incitement to violence, rioting, and domestic terrorism - which efforts we support - while simultaneously denying governments leave to assume extraordinary state powers forbidden by our Constitutions or discouraged by our traditions.

RCIF identifies as an "anticommunist" and "antifascist" organization, distinct from the ideological groupings derived from AntifascistAktion (commonly abbreviated "Antifa"): the militant front for the Communist Party of Deutschland/Germany (KPD) recently designated a terrorist organization by Executive Order.[2][3.1]  The KPD's primary goal was destabilization and overthrow of the liberal democratic Weimar republic, and only secondarily and belatedly,

---

[1] The masthead of the RoseCityIronFront.org website reads: *"Defending constitutional government and rule of law while pursuing radical reform of Republican-Democracy through non-partisan political and legal action, and non-violent direct action in the public interest and for the general welfare.  Anti-fascist, Anti-communist, Anti-monarch-absolutist"*

[2] RCIF distinguishes itself from anarchist or communist factions operating under the two flags "AntifascistAktion" banner, or in black bloc.  RCIF intends to seek declaratory relief confirming this distinction to protect its associational rights under the First Amendment in light of the recent Executive Order. This distinction is vital, as the current political climate often conflates principled anti-fascism with the violent anarcho-bolshevism of Antifa.  Conversely many Democrats fail to do the historical and ideological analysis or make the distinction, promoting the illusion of a "united front" against so-called fascism (even when it is neoliberals and social conservatives who are inaccurately implicated), and thus offering the anarcho-bolsheviks political cover for acts of domestic terrorism, while preserving their own plausible deniability.  This political strategy has backfired.  Democrats must meet the moment and face the facts.  See Appendix IV. and V.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

L

EXHIBIT A                                    1
to MOTION for LEAVE to FILE

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

opposition to the fascists and Nazis. Conversely, the Iron Front was the paramilitary arm of the Social Democrats, who defended the Weimar State first from the Communist KPD, and later from the Nazis, who exploited the mass civil unrest to seize power, positioning themselves as saviors of Germany. The Iron Front and Antifa organized separately, but occasionally struck together against the Nazis, unsuccessfully, while intermittently continuing to fight each other. This historical pattern appears to be repeating, and if so the RCIF is determined to disrupt it by atoning for the errors of its historic preceptor and accomplishing what it did not.

Accordingly, we have a direct interest and stake in promoting a resolution to the ongoing civil unrest that is constitutionally sound, minimally intrusive, and maximally effective.

Further information on the RCIF's History and Ideology, and intersections with other locally active organizations is published on the website. In appreciation of the democratic 2020 police reform movement, but in contradistinction to the insurrectionary 2020 "police and prison abolition" movement which has its analogue in the currently activated "Abolish ICE" movement, the RCIF conceived and advanced the Bastards Lives Matter campaign. (BastardsLivesMatter.org)

Consistent with recent public comments before the Portland City council and MultCo Board of commissioners (linked and summarized at RoseCityIronFront.org), and with the October 9, 2025, proposal to ICE Director Wamsley, the Amicus proposes:

## SUMMARY OF ARGUMENT

The dispute over the proposed federalization and deployment of the National Guard under **10 U.S.C. § 12406** [3] arises from a failure of governance on both sides: the Trump administration exaggerates the scope and scale of the rioting and threatens federal overreach, while the Oregon and Portland leadership grossly understates its declared revolutionary intent ("Abolish ICE"), and neglects its duty to articulate and enforce Oregon laws against rioting, solicitation, conspiracy, and arguably domestic terrorism.

Applying the **Least Restrictive Alternative** doctrine, the Court should issue a declaratory judgment affirming either: (1) the City and State's constitutional duty to impose a narrowly tailored **Time, Place, and Manner (TPM)** restriction (a curfew) to prevent nocturnal rioting; or (2) *contingent* upon local inaction, the Federal Government's authority under **40 U.S.C. § 1315** [1] to declare and enforce such a curfew in the "buffer zone" surrounding its property as an essential, non-military measure for self-protection, abatement of blight, and deterrence against further acts of solicitation and incitement to riot. This ensures "equal protection of the laws" to all residents, including neighbors and local businesses, and to government officers themselves,

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

and those who demonstrate in support, and not just to the anti-government protestors and rioters. This approach represents the most constitutionally appropriate resolution.

The federal curfew option—triggered by local inaction—balances First Amendment protections with public safety, avoiding the anarchism-authoritarianism feedback loop feared by the plaintiffs (and also abetted by them), and addresses the underlying issue—the local government's systemic failure to exercise necessary moral and prosecutorial powers.[3] Given the pattern of demonstrated neglect and indifference, the plaintiffs lack standing to demand protection of the 10th amendment privilege to assume police powers which they cannot or will not exercise. A declaratory judgment is sought to clarify these duties and distinctions.

This Court should find on the merits that a deployment of National Guard is not inherently *ultra vires* (as plaintiffs claim), but is *contingently* ultra vires unless this equitable remedy is first attempted. Until the Trump administration can be better advised on its equities and legal strategies, and makes additional good faith efforts to deploy federal law enforcement in accordance with this declaratory judgement, the court may contingently enjoin the deployment of National Guard without intruding on Executive duty to faithfully execute the laws and command the armed forces, or upon its privilege to make colorable assessments of the facts giving rise to practical necessity.

The appendix to this brief offers historical context, ideological subtexts relevant to the legal precedents discussed in the argument below, along with factual predicates and analysis as yet unconsidered by either party, and concrete policy recommendations that could be undertaken at the City and State level—to inform the Court's analysis of First Amendment and federalism questions at issue in the argument below.

---

[3]The "primary threat" requiring address is not merely the actions of individual rioters, but the systemic vacuum created by local officials' failure—whether through political calculation, ideological sympathy, or sheer incompetence—to enforce laws against criminal conduct. This dereliction necessitates increasingly severe federal responses, creating a dangerous feedback loop. The failure to govern *is* the crisis. See Appendix I, II.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

# ARGUMENT

## I. THE PROPOSED NATIONAL GUARD DEPLOYMENT IS AN UNNECESSARILY TRANSGRESSIVE AND INEFFECTIVE EXTREME

Invoking Title 10 authority to deploy federalized troops represents an excessive response that misdiagnoses the problem and threatens core constitutional principles.

**Deployment violates Principle:** Although this Court found that the President's determination under § 12406 was "simply untethered to the facts" [7], 9th Circuit Court of Appeals found that President's characterizations were "colorable assessments within the range of honest judgment". The unrest persists due to the deliberate non-enforcement of state laws.[4] The judiciary must guard against executive overreach that substitutes military force for civilian law enforcement [7]. The Declaration of Independence indicts King George III for affecting "to render the Military independent of and superior to the Civil power". Amicus Mark Graber's brief, starting with this foundational principle, adduces many other points and authorities, and we encourage the court to consider them carefully.[5] Moreover, less extreme remedies exist, which have not yet been attempted.

**Ineffectiveness Against Systemic Failure:** Military deployment is incongruous with the actual threat: the failure of local officials to perform fundamental duties of governance.[6] Introducing troops into this ideologically charged environment risks radicalizing and attracting more people to anarchism, legitimizing the very anti-government narratives fueling the unrest [8]. **Posse Comitatus** exists not only because blurring the line between military power and domestic policing, threatens civil liberties, but because the military are not trained in investigating and prosecuting crime, and would not be effective.

---

[4] The alleged inability of federal forces to execute the laws [3] arises *directly* from the local government's deliberate non-enforcement and passive obstruction, not from an overwhelming force necessitating military intervention. The predicate condition cited by the Executive is, in effect, manufactured by local inaction.

[5] The Virginia Ratifying Convention, the Posse Comitatus Act [2], etc., the Militia Act of 1903, the Insurrection Act, etc.

[6] The systemic failure referenced encompasses both the abdication of the police power (e.g., failure to make timely arrests, refusal to disperse unlawful assemblies engaged in violence, failure to investigate the antecedents of crime) and the failure of prosecutorial power in reducing criminal conduct to its purely material elements (property destruction) while ignoring its declared intent (to menace, threaten, and terrorize), under-charging criminal conduct, and offering lenient plea deals that fail to deter or demand renunciation of conspiracy or abandonment of attempt. This represents a breakdown in the fundamental duties of governance, rendering military deployment akin to treating a symptom while ignoring the disease. See Appendix I & II.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

Nevertheless, it could be effective as a negotiation strategy. Los Angeles Mayor Karen Bass declared a curfew in the downtown of Los Angeles which is credited with sparing the city much destruction and looting, but she did so only after it had already wracked the downtown and after the National Guard were consequently deployed. City leaders should learn from this example and work more proactively.

## II. THE CITY AND STATE'S DELIBERATE NEGLECT JUSTIFIES JUDICIAL INTERVENTION

The persistent failure of the City and State to enforce existing laws against violent actors creates the very condition of disorder cited—however inaccurately—by the Federal Government as necessitating intervention.

1. **Failure to Deter Rioting, including Solicitation and Conspiracy:** The State holds primary police power and possesses ample statutory tools to address the ongoing violence. Beyond merely reacting to property destruction after the fact, authorities have failed to address the inchoate crimes involved in organizing and encouraging these acts. Individuals publicly urging others to engage in conduct constituting felonies (such as Riot or significant property destruction) could be charged under **ORS 161.435 (Criminal Solicitation)** [5.1]. Agreements formed to carry out such attacks constitute **ORS 161.450 (Criminal Conspiracy)** [5], which is culpable even if only realized in a mere **ORS 161.405 (Attempt).** The plaintiffs argue that protests are now smaller scale and sporadic and don't present a serious risk, but the law says that **ORS 161.425 (Impossibility is not a defense).** Rioters actively participating in tumultuous and violent conduct risk felony charges under **ORS 166.015 (Riot)** [4], and arguably **ORS § 166.128 (Domestic Terrorism in the Second Degree)**. Terrorism by Portland protestors has been alleged by mayor emeritus Ted Wheeler, for example, in response to the PSU intifada in 2024. But the consistent failure of the D.A. to even to denounce the conduct, or to employ these statutes, rather than mere trespass or mischief,[7] or to demand **Renunciation and Abandonment** of criminal conspiracy (**ORS 161.430** [5.2], **ORS 161.460** [5.3] which provide affirmative defenses and would allow those charged to plead out on this condition), signals tolerance for political violence and arguably constitutes passive or silent complicity.[8] The State's obligation includes disrupting organized or

---

[7]Amicus has previously provided detailed analysis of available state statutes in related court filings [12]. The existence of robust state-level felony statutes underscores the lack of *necessity* for invoking extraordinary federal military powers under 10 U.S.C. § 12406 [3]. The tools exist; the political will to use them is absent.

[8] The failure by the State to discern intent or investigate the goals of those who proudly endorse and solicit political violence, a basic strategy of avoidance and denial by all involved. Since it

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.** Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

semi-organized crime, and prosecuting the solicitation and planning of criminal violence so as to deter its enactment, not merely reacting limply in its aftermath. See the factual evidence of solicitation and conspiracy, predicated and analyzed in Appendix III. These and similar stipulations and memorandums of agreement among some protestors gave rise to the instances of rioting enumerated in Defendant's brief and admitted by the 9th Circuit Appeals Court.

1. **Abuse of Process and Bad Faith:** The City's issuance of a land-use violation notice against the ICE facility for erecting defensive plywood barriers is an egregious act of selective enforcement, particularly given the City's and County's barriers on their own properties following the 2020 riots, and tolerance of similar barriers by private businesses throughout the downtown area [9].[9]  By weaponizing land-use zoning law against the victim of crime, while deliberately neglecting to uphold criminal law against those who perpetrate it, the City has demonstrated bad faith governance.  This unnecessarily and self-destructively concedes the legal and moral high ground to the Federal government, which otherwise might not deserve it.   Why not instead commission a work of pro-social mural art[11], as has been done for other public buildings, to add to the City's Arts and Sculpture wharehouse's already vast collection?

## III. THE CURFEW IS THE INDISPENSABLE LEAST RESTRICTIVE ALTERNATIVE

A judicially recognized, narrowly tailored **Time, Place, and Manner (TPM)** restriction offers the most constitutionally sound and effective means to restore order.

1. **Constitutional Sufficiency:** A curfew limited to the immediate vicinity of the ICE facility and restricted to non-business hours qualifies as a permissible TPM restriction. It is **content-neutral**, targeting the time and location of unprotected conduct (nocturnal violence) rather than the content of speech. It is **narrowly tailored** to serve the significant government interest in preventing crime and protecting property [10]. Furthermore, it **leaves open ample alternative channels** for communication, as daytime protests and assembly in nearby public areas remain unrestricted [10].[10]

---

fails to give the rioters what they desire - which is to have their demands heard and answered - the passivity encourages escalation.

[9]The City's targeting of the ICE facility's defensive measures, while ignoring similar or worse blight on its own properties (like the County Courthouse, still partially boarded from 2020) or ubiquitous private barriers downtown, reeks of viewpoint discrimination and political retribution. It is an abuse of administrative power to punish the victim of criminal attacks for taking necessary protective measures, particularly when the City itself fails to provide adequate protection. This selective enforcement undermines any claim that the City is acting as a neutral arbiter of law. See Appendix V.

[10]The TPM test from *Clark* [10] provides the constitutional framework. A curfew limited to the hours when the ICE facility is closed (e.g., sundown to sunrise) and confined to the immediately adjacent public sidewalks and streets directly targets the documented pattern of nocturnal violence and property destruction. It is *content-neutral* because it applies regardless of the message of any assembly. It is

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

2. **Basis for Declaratory Relief Under Federal Authority:** Given the City's refusal to implement this necessary and constitutional measure, the Court should affirm the Federal Government's residual authority to protect its own property via the least restrictive means available, consistent with First Amendment principles. *See Ward v. Rock Against Racism*, 491 U.S. 781, 791 (1989) (holding TPM restrictions must be narrowly tailored). **40 U.S.C. § 1315(e)** provides DHS the authority to act *outside* federal property **"to the extent necessary to protect the property and persons on the property"** [1]. Faced with documented, ongoing threats and local inaction, implementing a localized, time-based curfew is arguably "necessary" under the statute and represents a minimal, non-military exercise of federal authority—the least restrictive alternative compared to the proposed § 12406 deployment.[11]

This Court possesses the equitable power to guide the parties toward this constitutional, non-military resolution, thereby vindicating both federal property rights and principles of state sovereignty and civil liberties.

## CONCLUSION

The Rose City Iron Front respectfully requests that this Honorable Court:

1. **MAINTAIN** the existing Temporary Restraining Order [8] prohibiting the deployment of the federalized National Guard in Oregon, despite the possibility or even likelihood (as the 9th Circuit Court of Appeals found in its Oct. 20th decision[9]) that the President has lawfully exercised his statutory authority under **10 U.S.C. § 12406(3)**[3] in federalizing the National Guard based on a "colorable assessment of the facts and law within a 'range of honest judgment'"[9], that he is "unable with the regular forces to execute the laws of the United States"[3]. This extraordinary relief is requested because less intrusive and more constitutionally sound remedies are available to the Defendant that

---

*narrowly tailored* because it restricts activity only during the specific times and in the specific location where criminal conduct predominantly occurs. It leaves *ample alternative channels* because protests can occur during daylight hours at the same location, or at any time in nearby public parks or other traditional public forums.

[11]This is the crux of the "Least Restrictive Alternative" argument, grounded in constitutional avoidance principles and First Amendment jurisprudence. *See Ward v. Rock Against Racism*, 491 U.S. 781, 791 (1989) [10.1]. If the federal government has a compelling interest (protecting its property and personnel) and the state fails to act, the federal government must use the *least intrusive means* necessary to achieve its interest. 40 U.S.C. § 1315 [1] explicitly grants DHS authority to enforce protective regulations *outside* the property line when necessary. Enforcing a narrowly defined curfew via civilian DHS/FPS officers is a far less drastic measure—both legally and practically—than deploying soldiers under the contested authority of 10 U.S.C. § 12406 [3]. It represents a calibrated, non-military exercise of existing statutory authority directly tied to property protection.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

would allow it to meet its legitimate goals of executing the laws, and these equitable remedies have not yet been proposed or considered. Accordingly, the court must also:

2. **ISSUE A DECLARATORY JUDGMENT** declaring that:

   a. **State and Local Duty/Authority:** The City and State possess the authority and constitutional duty to impose a narrowly tailored **Time, Place, and Manner restriction**, such as a curfew, to deter the episodic criminal activity adjacent to the federal facility that is consistent with conspiracy or solicitation to insurrection, while preserving the rights of peaceable assembly to petition for redress with respect to government immigration policy and other political questions are subject to reasonable debate and disagreement among citizenry; and

   b. **Contingent Federal Authority (LRA): If** the City and State fail to exercise this authority, **then** the Federal Government possesses the contingent authority under **40 U.S.C. § 1315**[1], consistent with the principle of the **Least Restrictive Alternative**[10.1], to impose such a narrowly defined, time-based curfew on the public streets immediately adjacent to the ICE facility, as an emergency measure necessary to protect federal property and the adjacent City infrastructure and private properties that the City cannot or will not protect.

   c. **Federal Civilian Patrol and Abatement:** Federal employees (e.g., U.S. Marshals, FBI, DHS/FPS) can be authorized to patrol the curtilage and "buffer zone" to enforce the curfew and other Oregon criminal law which the State cannot or will not enforce. Federal employees can also be authorized to abate urban blight manifested in graffiti, when these present a clear incitement to crime or insurrection, if the City cannot or will not abate this, as is presently the case.  See Appendix III.

   d. **Judicial Oversight:** The federal District court could supervise this extraordinary, contingent jurisdiction, ensuring the preservation of civil liberties on lawful speech and assembly by religious dissidents and pro-government demonstrators, whom the State often cannot or will not protect, and by immigrants and refugees rights activists and principled antifascists, whom the Federalized guard may ignorantly or recklessly or deliberately conflate with "Antifa" under its vague and overbroad use of the term, whether for reasons of political calculation, ideological antagonism, or sheer incompetence.

   e. **Military subordination to Civil power:** Authorizing deployment of Federal civilian law enforcement rather than the National Guard is more effective in prosecuting crime

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

and avoids the apostasy of King George III, who was justly indicted by the Continental Congress in our Declaration of Independence's bill of grievances.   So let us not affect "to render the Military independent of and superior to the Civil power"[13].

The court may reference the memorandum of points and authorities given below.

For a more complete picture of the origins of this crisis, the court is invited to consult as needed the APPENDIX: IDEOLOGICAL SUBTEXT, HISTORICAL CONTEXT, FACTUAL PREDICATIONS AND ANALYSIS, AND POLICY RECOMMENDATIONS.

Amicus further gives notice of its intent to seek, in a separate action, **Declaratory and Equitable Relief** clarifying the recent and excessively vague Executive Order designating "Antifa" as a terrorist organization, and establishing whether or not "the Nazis" are also a terrorist organization, and whether or not their assemblies can be similarly outlawed and organizing disrupted.  In that action, we will ask the court to overturn its mistaken precedent in **National Socialist Party of America v. Village of Skokie**, 432 U.S. 43 (1977), or else apply its finding equally here, and declare the recent Executive Order an unconstitutional infringement of the 1st and 14th amendment guaranteed rights to "peaceable assembly" and "equal protection of the laws".

Dated: October 27, 2025
Respectfully submitted,

Jared Essig, pro se et pro publica, and for the *Rose City Iron Front*

As the Amicus is not admitted to the Oregon State Bar, he respectfully requests leave to represent *pro se Amicus and pro hac vice*, and requests appointment of assistant counsel.

11620 SW Palermo St.
Wilsonville, OR 97070

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

## MEMORANDUM OF POINTS AND AUTHORITIES

[13] **The Declaration of Independence (1776)** (Official Text via National Archives)

"When in the Course of human events, it becomes necessary .. to dissolve .. to assume among the powers of the earth, the separate and equal station to which the **Laws of Nature and of Nature's God** entitle them .. **should declare the causes** which impel them to the separation...

.We hold these Truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

..to secure these rights, **Governments are instituted among Men, deriving their just powers from the consent of the governed,** --That whenever any Form of Government becomes destructive of these ends, it is the **Right of the People to alter or to abolish it, and to institute new** Government,

.. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States.

To prove this, let Facts be submitted to a candid world...

- He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance.
- He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.
- He has **affected to render the Military independent of and superior to the Civil power**.
- For Quartering large bodies of armed troops among us

In every stage of these Oppressions We have **Petitioned for Redress in the most humble terms**: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit **to be the ruler of a free people.**"

[18] **U.S. Constitution, Amendment I** (Official Text via Cornell LII)

**Excerpt:** "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the **right of the people peaceably to assemble, and to petition the Government for a redress** of grievances."

[19] **U.S. Constitution, Amendment XIV, Section 1** (Official Text via Cornell LII)

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**Excerpt:** "...No State shall make or enforce any law which shall abridge the **privileges or immunities** of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without **due process of law; nor deny to any person within its jurisdiction the equal protection** of the laws."

[20] **Oregon Constitution, Article I, Section 8** (Freedom of speech and press) (Official Text via Oregon Legislature)

**Excerpt:** "No law shall be passed restraining the free expression of opinion, or restricting the right to speak, write, or print freely on any subject whatever; but **every person shall be responsible for the abuse of this right**."

[21] **Oregon Constitution, Article I, Section 26** (Assemblages of people; instruction of representatives; application to legislature) (Official Text via Oregon Legislature)

**Excerpt:** "No law shall be passed restraining any of the inhabitants of the State from **assembling together in a peaceable manner to consult for their common good; nor from instructing their Representatives**; nor from applying to the Legislature for redress of grievances."

## FEDERAL STATUTES and EXECUTIVE ACTIONS

[1] **40 U.S.C. § 1315(e):** Law enforcement authority of the Secretary of Homeland Security. (Official Text via Cornell LII)

**Excerpt:** "(e) Authority Outside Federal Property.—For the protection of property owned or occupied by the Federal Government and persons on the property, the Secretary may **enter into agreements with Federal agencies and with State and local governments** to obtain authority for officers and agents designated under this section **to enforce Federal laws and State and local criminal laws**..."

[2] **18 U.S.C. § 1385 (Posse Comitatus Act):** Prohibits use of Army and Air Force as posse comitatus. (Official Text via Cornell LII)

**Excerpt:** "Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army or the Air

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.** Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

Force as a posse comitatus or otherwise to execute the laws shall be fined under this title or imprisoned not more than two years, or both."

[3] **10 U.S.C. § 12406(3)**: National Guard in Federal service: call. (Official Text via Cornell LII)

**Excerpt:** "Whenever... (3) the President is unable with the regular forces to execute the laws of the United States; the President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary to... execute those laws."

[3.1] **"Designating Antifa as a Domestic Terrorist Organization"**, published in the Federal Register on September 25, 2025, Document ID: 2025-18709

**Excerpt:** "Antifa is a militarist, anarchist enterprise that explicitly calls for the overthrow of the United States Government, law enforcement authorities, and our system of law.  It uses illegal means to organize and execute a campaign of violence and terrorism nationwide to accomplish these goals.  This campaign involves coordinated efforts to obstruct enforcement of Federal laws through armed standoffs with law enforcement, organized riots, violent assaults on Immigration and Customs Enforcement and other law enforcement officers ..."

## OREGON STATUTES (RIOTS, CONSPIRACY, AND TORTS)

[4] **ORS 166.015 (Riot)**: Definition and classification. (Official Text via Oregon Legislature)

**Excerpt:** "(1) A person commits the crime of riot if while participating with five or more other persons the person engages in tumultuous and violent conduct and thereby intentionally or recklessly creates a grave risk of causing public alarm."

[5] **ORS 161.450 (Criminal Conspiracy)**: Definition and classification. (Official Text via Oregon Legislature)

**Excerpt:** "(1) A person is guilty of criminal conspiracy if with the intent that conduct constituting a crime punishable as a felony or a Class A misdemeanor be performed, the person agrees with one or more persons to engage in or cause the performance of such conduct."

[5.1] **ORS 161.435 (Criminal Solicitation)**: Definition and classification. (Official Text via Oregon Legislature)

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**Excerpt:** "(1) A person commits the crime of criminal solicitation if the person commands, urges, induces, or otherwise attempts to cause another person to engage in specific conduct that constitutes a crime punishable as a felony or a Class A misdemeanor..."

[5.2] **ORS 161.430 (Renunciation as a defense to attempt):** (Official Text via Oregon Legislature)

**Excerpt:** "(1) A person is not liable under ORS 161.405 if, under circumstances manifesting a voluntary and complete renunciation of the criminal intent of the person, the person avoids the commission of the crime attempted by abandoning the criminal effort..."

[5.3] **ORS 161.460 (Renunciation as defense to conspiracy):** (Official Text via Oregon Legislature)

**Excerpt:** "(1) It is a defense to a charge of conspiracy that the actor, after conspiring to commit a crime, thwarted commission of the crime which was the object of the conspiracy, under circumstances manifesting a complete and voluntary renunciation of the criminal purpose of the actor."

[5.4] **ORS 161.405 (Attempt):** A person is guilty of an attempt to commit a crime when the person intentionally engages in conduct which constitutes a substantial step toward commission of the crime."

[5.5] **ORS 161.425 (Impossibility not a defense):** "In a prosecution for an attempt, it is no defense that it was impossible to commit the crime which was the object of the attempt..."

[6] **ORS 30.265(6)(e) (Riot Immunity):** Tort claims act immunity. (Official Text via Oregon Legislature)

**Excerpt:** "(6) Every public body and its officers, employees and agents... are immune from liability for: (e) Any claim arising out of riot, civil commotion or mob action or out of any act or omission in connection with the prevention of any of the foregoing."

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

## JUDICIAL AUTHORITIES & FOUNDATIONAL DOCUMENTS

[7] **Order Granting Temporary Restraining Order**, *State of Oregon v. Trump*, No. 3:25-CV-01756 (D. Or. Oct. 4, 2025) (Immergut, J.). (Link via Portland.gov Document Archive)

> **Excerpt:** The President's determination was "simply untethered to the facts," and the judiciary must guard against executive overreach that substitutes military force for civilian law enforcement.

[8] **Stay pending appeal**, *State of Oregon v. Trump*, No. 25-6268 (9th Cir. Oct. 20, 2025) (per curiam). (Opinion via Ninth Circuit Website)

> **Excerpt (Per Curiam):** The panel granted a stay of the district court's October 4, 2025, temporary restraining order (TRO) enjoining the President's order to federalize 200 members of the Oregon National Guard... analysis circumscribed by the legal conclusions on the same issues in Newsom v. Trump, 141 F.4th 1032 (9th Cir. 2025) .. Judicial review is limited to ensuring the determination reflects a colorable assessment of the facts and law within a range of honest judgment.

[9] **Stay pending appeal**, *State of Oregon v. Trump*, No. 25-6268 (9th Cir. Oct. 20, 2025) (majority opinion). (Opinion via Ninth Circuit Website)

> **Excerpt (Majority):** "The President's determination under § 12406(3)... reflects a colorable assessment of the facts and law within a range of honest judgement. The district court erred by discounting most of the evidence of events in Portland... placing too much weight on statements the President made on social media.. Plaintiffs lack an injury in fact .. the likely lawfulness of the President's determination under § 12406 is bolstered by the executive's proportionate response to the events in Portland."

[10] ***Clark v. Cmty. for Creative Non-Violence***, 468 U.S. 288, 293 (1984). (Opinion via Justia)

> **Excerpt:** Time, place, and manner restrictions are valid provided that they are justified without reference to the content of the regulated speech, that they are narrowly tailored to serve a significant governmental interest, and that they leave open ample alternative channels for communication of the information.

[10.1] ***Ward v. Rock Against Racism***, 491 U.S. 781, 791 (1989). (Opinion via Justia)

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**Excerpt:** A time, place, or manner regulation must not "burden substantially more speech than is necessary to achieve the government's significant interests."

[10.2] **National Socialist Party of America v. Village of Skokie**, 432 U.S. 43 (1977) (Opinion via Oyez)

**Excerpt:** (Per Curiam) "The Illinois Supreme Court... is ordered to grant a stay of the injunction [prohibiting the Nazi party from marching]. If a stay is not granted... the application for a stay will be renewed... A stay is necessary to preserve the [First Amendment] rights of the petitioners pending review." (Opinion via Oyez)


## EXHIBITS & PUBLIC FILINGS

[11] **RCIF Letter to DHS dated Oct. 9, 2025**: Correspondence from Amicus to DHS Field Office Director Cammila Wamsley proposing a curfew and constructive use of federal property: decorative inscriptions on the plywood barriers which have otherwise been unfairly criminalized by the City Councils misapplication of land use and zoning law. *(Presumed document not publicly available)*

[12] **Request for Judicial Notice: State's Authority**: *State of Oregon v. Jared Essig*, Case No. 24CR22957 (MultCo Cir. Ct.), Request for Judicial Notice of **Public Forum Case Law**.  Amicus Curiae Briefs in related cases arises from the PSU intifada and pro-Palestinian campus occupation.

[14] **Demurrer to vague and overbroad application of Statute, Affirmative Defense** *State of Oregon v. Jared Essig*, 20CR39057, 20CR61403 (MultCo Cir. Ct.) to charges of criminal mischief for an act of community service in abating urban blight stemming from 2020 police abolition riots, with prophylactic and pro-social mural art.

[15] **Public comment by Jared Essig** representing Amicus RCIF, before regular meeting of the MultCo Board of Commissioners 9 October 2025 1:06:25, suggesting declaration of curfew, inter alia  https://youtu.be/mlwYjA288XE?t=3985

[16] **Public comment by Jared Essig** representing Amicus RCIF, before regular meeting of the MultCo Board of Commissioners 16 October 2025 13:48, Antifascism, Antifa, and the Iron Front

[17] **Public comment by Jared Essig** representing Amicus RCIF, before regular meeting of the Portland City Council 22 October 2025, suggesting declaration of curfew, inter alia


**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

# APPENDIX: IDEOLOGICAL SUBTEXT, HISTORICAL CONTEXT, FACTUAL PREDICATION AND ANALYSIS, AND POLICY RECOMMENDATIONS

This Appendix provides supplemental analysis of the political and ideological failures that have necessitated this brief.

I. Analysis of the Moral Hazard created by Statutory Riot Immunity under ORS 30.265(6)(e)

The State of Oregon, through the Oregon Tort Claims Act **ORS 30.265(6)(e)** [6], has created a profound **moral hazard**. By granting itself and its political subdivisions absolute immunity for any "act or omission in connection with the prevention of" riots, the City of Portland is financially insulated from the consequences of its own passive cowardice.

This statute effectively encourages neglect. It permits local officials to make a political calculation to appease violent factions by withholding police services, knowing that the owners of the property which is subsequently destroyed (including, in this case, the federal government) have no civil remedy. This statutory framework is indistinguishable in its effect from the 19th-century anti-Chinese riots, where state actors "rioted" not by throwing stones, but by **conspiring to neglect the equal enforcement of the law** against a disfavored target.  In those cases immigrants were disfavored, in this cases nativists are disfavored.  But we should hope that in no case would the State enable or passively tolerate riot as a calculated strategy for political action.

## II. Examination of Prosecutorial Mismanagement and alleged Ideological Complicity

The failure of local government extends to prosecutorial mismanagement. The local District Attorney's office has, since 2020, consistently "under-charged" rioters with simple misdemeanors like trespass, and mischief (vandalism), deliberately ignoring intent and speech content in order to reduce the analysis of incitement to violence, down to its purely material aspect of whether the paint was damaged in the process.  This is a political and ideological act.

As noted in related judicial filings [12], the conduct in question—rally organizers, promoters, and public speakers openly agitating mobs by inciting them to violent crime, which results in organized, violent, and conspiratorial attacks on public and private property with the intent of extorting City government and other institutional leaders into political concessions—clearly meets the statutory definition of incitement and solicitation to felony **Riot (ORS 166.015)** [4], and arguably **Domestic Terrorism (ORS 166.128)**, and/or effective **Criminal Conspiracy (ORS**

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

**161.450)** [5] By treating these inchoate crimes and felonies as misdemeanor property crimes, the State signals its neglect or complicity, and encourages escalation, which has led directly to the present crisis. The State has a duty to exercise moral and intellectual leadership by accurately charging criminal conduct, not minimizing it for political gain.

The failure by the State to discern intent or investigate the declared goals of those who proudly endorse and solicit political violence, and the failure to charge the inchoate crimes or to demand renunciation - starting with the riots of 2020, continuing during the campus intifada of 2024, and continuing into the present moment - demonstrates a basic strategy of avoidance and denial. Since this avoidance fails to give the rioters what they desire - which is to have their demands heard and recognized - the passivity encourages escalation. If riots are the "language of the unheard", then the State should stop ignoring what the rioters say about what they are doing and why.

The *Request for Judicial Notice* in *State of Oregon v. Jared Essig*, Case No. 24CR22957, which doubled as an Amicus Curiae brief in other 40+ other cases arising from the PSU intifada and pro-palestinian campus occupation, details state-level statutes for prosecuting solicitation, conspiracy, riot, extortion, and domestic terrorism - and how the State's deliberate refusal to discern intent within speech and assembly, its neglect to articulate the law, and its failure to charge and prosecute the crimes, led it to falsely equate domestic terrorism with merely trespassing on a public park, which led to malicious prosecution of an innocent scholar and counter-protestor, in a manner that eroded his and the public's right to speech, assembly, and petition. The case was dismissed after the State admitted it was unable to proceed, upon motion of the defendant, representing pro, to suppress evidence obtained in an unlawful search and seizure. RCIF activist Jared Essig intends to seek further equitable relief through civil action.

The *Demurrer* in *State of Oregon v. Jared Essig*, 20CR39057, 20CR61403, demonstrates the exact same phenomena: the State's failure to discern intent of graffiti art, failure to charge and prosecute the crimes of solicitation or incitement to crime, led it to falsely equate pro-social statements like "do justice, make peace", with anti-social incitements to violence like "FTP" or "kill cops": this moral perversion resulted in malicious prosecution and pathologization of dissent from the State's moral agnosia, which eroded the defendant and the public's right to speech, assembly, and petition for redress.

These two cases are emblematic of a larger pattern by the police and District Attorney: they refuse to discern the intent of an act charged as criminal, even when it is shouting, or begging, to be heard.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**  Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

### III. Factual analysis of Graffitied incitement as Evidence of Insurrectionary, Criminal, and Vicious Intent

The Federal Government's claim of "rebellion," while statutorily insufficient, is not baseless. The intent of the rioters appears to not be "petition for redress". The graffiti consistently spray painted on the ICE facility and surrounding areas are public declarations of mostly insurrectionary (and sexually violent), not reformist, goals. **"Abolish ICE"** is a call to eliminate a federal agency, not reform it - and is effectively a call to abolish U.S. national borders, and sovereign nation-states more generally. Observed mostly recently on Oct. 27th, but apparent for weeks if not months prior: on a low retaining wall abutting the ICE facility, but apparently outside its jurisdiction and under that of the City, Graffiti reads from north to south,

- "Molotovs melt ICE",
- "F*ck ICE" (x2)
- "Kill Pigs",
- "Fascists". Consistent with the assertion graffitied elsewhere that "Capitalism is fascism"
- "F*ck the fascists".
- "Look up and see the American Gestapo".

These do not address debates over immigration policy, even though these policies are ostensibly at issue, and are addressed by the immigrants rights activists and mostly peaceful protestors who assemble during the day and deliver their propaganda by handbills rather than spray paint. But similar graffiti has blighted local properties and businesses:

On the wall of the adjacent South Waterfront Heating and Storage facility (in front of which a supply and support encampment was stationed and recently cleared) graffiti declares "Fuck ICE", "end the 161 ICE gestapo", "End Civ". Also found are several Anarchy-O symbols, a transgender anarchy symbol, and even a three arrows (the icon of the Iron Front, which anarcho-bolsheviks appropriate for its anti-Nazi value, and use casually or as a false flag under which to legitimize their other operations and vicious anti-social messages, which the Rose City Iron Front hereby denounces and disclaims).

Graffitied on infrastructure elsewhere on the adjacent streets, in the proposed "buffer zone", one can read "Death, Death to the IDF" (the Israeli Defense Forces), and at least two instances of "Charlie Down!" with an icon of a man's profile with blood spurting out of neck. Also found were ACAB" (All Cops are Bastards), "FTP" (F*ck the Police), slogans ubiquitous throughout downtown in 2020, which are misogynistic, ableist, and sexually violent, and have been refuted by the RCIF's BastardsLivesMatter.org campaign.

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.** Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

The public erection of the Guillotine has gotten much media attention and is mentioned in Defendants briefs and court orders, but a sign on a fence across the street reminds the local aristocrats and bourgeois that *"We got the guillotine"*, and menaces the public with this standing **terrorist threat**.    The symbolic value of this omen can be taken on judicial notice or by appeal to learned treatise - in historians' consensus on the French revolutionary terrorism of Robespierre and the Montagnards.  This revolutionary ideology that valorizes, encourages, and endorses terrorism as a tool of Statecraft led to the fall of the first republic, the rise of Napoleon Bonaparte and eventually the restoration of the French monarchy.  Marxist-Leninism draws on this tradition, leading to a similar pattern that is discernible in Russian history, to anyone willing to do the analysis.   Why are Portland civic leaders, public school teachers, and university professors unwilling to deliver the political commentary or teach the historical facts? Insurrectionary intent is present independently of the scale and scope of current protest: it is latent in Portland even when all is relatively quiet, and emerges in episodic spasms.  The plaintiffs' argument is that protests are smaller and not likely to cause serious damage, but impossibility is not a defense, as stated by **ORS 161.425** *In a prosecution for an **attempt**, it is no defense that it was impossible to commit the crime which was the object of the attempt.* Plaintiffs present a tendentious ignorance of the historical facts and political realities that have brought us to the present, and worse, of the applicable law which is their duty to uphold. The City's failure to abate this urban blight is an act of deliberate or reckless neglect; the City's decision to fine the ICE field office for abating its own blight and merely protecting its architecture by boarding up its windows and exterior (as the City itself does every time it's buildings are targeted) is an act of selective enforcement and a morally perverted abuse of process - demonstrating that it is not a partner for peace under the current City council.

Although they ridicule President Trump's habit of delivering "truthful exaggerations" on social media, their own minimization and denial renders his hyperbole a "colorable assessment of the facts within a 'range of honest judgement'", as Defendant's legal briefs have demonstrated, and as the 9th Circuit Court of Appeals has found.

### IV. Comparative Revolution and Just War Theory

The assertion of the insurrectionists that armed struggle is necessary, justified, and valorous - is premised on the same endoxa that supported the American revolutionary war.   But a number of crucial distinctions demonstrate that whereas the American revolution was an approximately just war, the current insurrectionary movement is not even approximately just, despite the occasional validity of complaints against the regime, some of which may even deserve sympathy - such as that it was built on stolen land with stolen labor from stolen people, as the insurrectionists assert.   That may be, but even if so, the insurrectionists do not constitute a true social justice movement, considering these parallel differentia:

**OREGON and PORTLAND vs. DONALD J. TRUMP, et al.**   Case No. 3:25-CV-01756
**AMICUS CURIAE BRIEF OF THE ROSE CITY IRON FRONT**