# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

State of Oregon, et al

    Plaintiffs.

v.

Trump, et al

    Defendants.

Case No. 3:25-cv-01756-IM

**WITNESS LIST**

| | |
|---|---|
| Date(s) of Hearing/Trial | 10/29-10/31/2025 |
| Court Reporter(s) | Jill Jessup and Bonita Shumway |
| Deputy Clerk(s) | Jacob Yerke |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Alexander Jones, Brian Marshall, Derek Olson Ian Van Loh, Rachel Sowray, | John Tagert, Christopher Edelman, Eric Hamilton, Jean Lin, Kathleen Jacobs, |
| Scott Kennedy, Caroline Turco, Naomi Sheffield, Jane Reilley, Anya Binsacca, | Michael J. Gerardi, John Bailey, and Tiberius T. Davis |
| Barbara Horne-Petersdorf, Jesse Basbaum, and James Stanley | |

| Gov | | | Def | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | Date | WITNESS | Called |
| | | | | | | 10/29 | Commander Franz Schoening | Plt |
| | | | | | | 10/29 | Captain Cameron Bailey | Plt |
| | | | | | | 10/29 | Commander Brian Hughes | Plt |
| | | | | | | 10/29-10/30 | Assistant Chief Craig Dobson | Plt |
| | | | | | | 10/30-10/31 | Deputy Regional Director R.C. | Def |
| | | | | | | 10/30-10/31 | Commander W.T. | Def |
| | | | | | | 10/31 | Major General Timothy Rieger | Def |
| | | | | | | 10/31 | Cammilla Wamsley | Def |