BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (NE Bar No. 25886)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS (DC Bar No. 90020605)
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to Assistant Attorney General
MICHAEL J. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS (TX Bar No. 24091154)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
J. STEPHEN TAGERT (VA Bar No. 99641)
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

|  |  |
|---|---|
| STATE OF OREGON, *et al.*<br><br>           *Plaintiffs*,<br><br>       v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>           *Defendants*. | Case No. 3:25-cv-01756<br><br>**Consent Motion to Extend Deadline to Respond to the Complaint** |

Defendants Donald J. Trump, Pete Hegseth, U.S. Department of Defense, Kristi Noem, and U.S. Department of Homeland Security ("Defendants") respectfully request the Court to grant an of Defendants' deadline to respond to the Complaint from November 28, 2025 to **January 5, 2026**. In support, Defendants state as follows:

1.      Plaintiffs filed a complaint against Defendants on September 28, 2025. *See* Compl. (ECF No. 1). The U.S. Attorney for the District of Oregon was served on September 29, 2025. *See* Proof of Service (ECF No. 11).

2.      Plaintiffs then filed an amended complaint on October 5, 2025. *See* Am. Compl. (ECF No. 58). Under Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond is Friday, November 28, 2025.

3.      Due to competing responsibilities in other cases, Defendants request additional time to respond to the amended complaint, and respectfully request that their deadline be extended until Monday, January 5, 2026. Undersigned counsel conferred with counsel for Plaintiffs who indicated that Plaintiffs agree to the relief requested.

4.      The extension will not affect other existing deadlines or otherwise cause undue delay.

Therefore, Defendants respectfully request that their deadline to respond to the Complaint be extended until **January 5, 2026**.

Dated: November 26, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
(NE Bar No. 25886)
Deputy Assistant Attorney General
Federal Programs Branch

1

ALEXANDER K. HAAS
(CA Bar No. 220932)
Branch Director
Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

TIBERIUS DAVIS
(DC Bar No. 90020605)
JOHN BAILEY
(Ohio Bar No. 104260)
Counsel to Assistant Attorney General

/s/  *J. Stephen Tagert*
MICHAEL J. GERARDI
(DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
(DC Bar No. 1617521)
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
J. STEPHEN TAGERT
(VA Bar No. 99641)
KIAN  K.  AZIMPOOR  (DC  Bar  No.
90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*