# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants.* | Case No. 3:25-cv-01756 |

## [PROPOSED] ORDER

Having considered Defendants' consent motion to extend deadline to respond to the complaint, the Court hereby **ORDERS** that Defendants' motion is **GRANTED**.

**IT IS SO ORDERED.**

_____
Karin J. Immergut
United States District Judge

Date: _____, 2025