DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-01756-IM<br><br>PLAINTIFFS' UNOPPOSED MOTION TO STAY REMAINING CLAIMS |

PLAINTIFFS' UNOPPOSED MOTION TO STAY REMAINING CLAIMS

Plaintiffs the State of Oregon, City of Portland, and State of California (collectively, "Plaintiffs") respectfully request that the Court stay any further proceedings on the remaining claims from their Amended Complaint—i.e., those claims that were not resolved by the Court's November 7, 2025 Partial Judgment—thereby obviating the need for Defendants to respond to those claims on January 5, 2026. In compliance with LR 7-1, counsel for Plaintiffs conferred with counsel for Defendants on this motion, and the latter indicated that Defendants do not oppose the motion.

Plaintiffs set forth the following in support of this motion:

1.  Plaintiffs filed an Amended Complaint—which is now the operative Complaint in this lawsuit—on October 5, 2025. ECF No. 58. The Amended Complaint asserted five claims labeled Counts I through V. *Id.* at ¶¶ 113-59.

2.  On November 7, 2025, the Court entered a Partial Final Judgment in Plaintiffs' favor on Counts I and III. ECF No. 147 at 2 (addressing ECF No. 58 at ¶¶ 113-21, 131-45).

3.  Defendants filed a Notice of Appeal from that Partial Judgment on November 14, 2025. ECF No. 148. The Ninth Circuit Court of Appeals subsequently consolidated that appeal (No. 29-7194) with Defendants' prior appeal from this Court's October 4, 2025 Temporary Restraining Order (No. 25-6268). ECF No. 150.

4.  On November 26, 2025, the Court granted Defendants' Consent Motion to Extend Deadline to Respond to the Amended Complaint. ECF No. 152. This extended the deadline for Defendants to respond to the claims that were not resolved by the Court's Partial Judgment—i.e., Counts II, IV, and V—until January 5, 2026. *Id.*

5.  Defendants' consolidated appeals remain pending before the Ninth Circuit. Plaintiffs believe that, to avoid potentially unnecessary litigation, the most efficient course would be to stay Plaintiffs' remaining claims—including Defendants' deadline to respond to those claims—until further order of the Court or until the Ninth Circuit resolves Defendants' consolidated appeals, whichever occurs first.

For these reasons, Plaintiffs respectfully request that any further litigation of their

remaining claims be stayed until further Order of the Court or until the Ninth Circuit resolves Defendants' consolidated appeals, Nos. 25-6268 and 29-7194. Plaintiffs further request that, once the Ninth Circuit issues a dispositive order in Defendants' consolidated appeals, the parties should be directed to confer and file, within 14 days, a status report containing their joint or separate proposals for further proceedings on Plaintiffs' remaining claims.

DATED: January 2, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel

*s/ Scott Kennedy*
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov
Ian.VanLoh@doj.oregon.gov
Rachel.Sowray@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Alex.Jones@doj.oregon.gov
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*

ROBERT TAYLOR #044287
Portland City Attorney

*s/ Denis M. Vannier*
DENIS M. VANNIER #044406
Senior Deputy City Attorney
CAROLINE TURCO #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Denis.Vannier@portlandoregon.gov
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*


**ROB BONTA**
Attorney General of California

*s/ Barbara Horne-Petersdorf*
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Jesse Basbaum
Barbara Horne-Petersdorf
Jane Reilley
Meghan H. Strong
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 510-3879
E-mail: Barbara.HornePetersdorf@doj.ca.gov

*Counsel for the State of California*