DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, the CITY OF PORTLAND, and the STATE OF CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:25-cv-01756-IM<br><br>NOTICE OF FILING |

Pursuant to the Court's February 23, 2026 Order, ECF 161, the parties submit the attached Proposed Order, which provides for dismissal without prejudice of Plaintiffs' outstanding claims and retention of jurisdiction over matters related to confidentiality and enforcement of the Court's permanent injunction. The parties have agreed on the terms of this proposed order with the exception of the bracketed language in paragraph 3(a)—that bracketed language was proposed by Plaintiffs, and Defendants object to it.

Moreover, the parties have conferred regarding the confidentiality issues described in their February 20, 2026 Joint Status Report, ECF 160, and they have been unable to reach an agreement on those issues. They have also identified additional issues concerning the application and scope of the parties' Stipulated Protective Order that may require the Court's attention. As set forth in the attached, the parties therefore propose to address any issues related to confidentiality and the Stipulated Protective Order through the briefing ordered by the Court on February 23, 2026, ECF 161, or through a stipulation filed concurrently with that briefing. The parties also wish to make the Court aware that a media coalition anticipates moving to intervene in this case by March 6, 2026, in order to access information filed under seal or otherwise protected from disclosure.

DATED February 27, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel

*s/ Scott Kennedy*
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159

Page 2 -   NOTICE OF FILING

Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov
Ian.VanLoh@doj.oregon.gov
Rachel.Sowray@doj.oregon.gov
Alex.Jones@doj.oregon.gov
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*

ROBERT TAYLOR  #044287
Portland City Attorney

*s/ Naomi Sheffield*
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*

**ROB BONTA**
Attorney General of California

*s/ Jane Reilley*
MICHAEL L. NEWMAN, CA SBN #222993
THOMAS S. PATTERSON, CA SBN #202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, CA SBN #189613
MARISSA MALOUFF, CA SBN #316046
JAMES E. STANLEY, CA SBN #316288
Supervising Deputy Attorneys General
JESSE BASBAUM, CA SBN #273333
BARBARA HORNE-PETERSDORF, CA SBN # 327738
JANE REILLEY, CA SBN #314766
MEGHAN H. STRONG, CA SBN #324503
Deputy Attorneys General
300 S. Spring Street

Los Angeles, CA 90013
Telephone: (213) 269-6667
E-mail: Barbara.HornePetersdorf@doj.ca.gov

*Counsel for the State of California*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

s/ *J. Stephen Tagert*
KIAN K. AZIMPOOR
(DC Bar No. 90024613)
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
J. STEPHEN TAGERT
(VA Bar No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
E-mail: stephen.tagert@usdoj.gov

*Counsel for Defendants*

Page 4 -   NOTICE OF FILING