DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #T25070201, D.C. Bar #1658085
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>　　　Plaintiffs<br><br>　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　Defendants. | Case No. 3:25-cv-01756-IM<br><br>[PROPOSED] ORDER |

On November 7, 2025, this Court entered a Partial Final Judgment in favor of Plaintiffs and against Defendants on Counts I and III of Plaintiffs' Amended Complaint. ECF 147. That Partial Final Judgment did not address Counts II, IV, or V of Plaintiffs' Amended Complaint. *See id*. On Plaintiffs' motion, the Court subsequently stayed further litigation of those outstanding claims pending the Ninth Circuit's resolution of Defendants' consolidated appeals from this Court's first Temporary Restraining Order (No. 25-6268) and its Partial Final Judgment (No. 25-7194). ECF 157. On February 17, 2026, the Ninth Circuit dismissed Defendants' consolidated appeals, and this Court directed the parties to file a Joint Status Report addressing whether any issues remain in this case and whether it may be closed. ECF 158.

Having reviewed the parties' Joint Status Report, ECF 160, and consistent with their joint proposals, the Court now ORDERS as follows:

1. Counts II, IV, and V of Plaintiffs' Amended Complaint, ECF 58 ¶¶ 122-30; 146-59, are DISMISSED without prejudice;

2. This Court's Partial Final Judgment and Permanent Injunction, ECF 147, concerning Counts I and III of Plaintiffs' Amended Complaint remains IN FULL FORCE AND EFFECT;

3. The Court retains jurisdiction over this matter for the purposes of:

   a. **[enforcing the terms of the Court's November 7, 2025 Permanent Injunction, ECF 147, and]**

   b. resolving any issues related to public disclosure of deposition video as well as the application and scope of the parties' Stipulated Protective Order, ECF 88.

4. To facilitate the resolution of the issues identified in paragraph 3(b), above, the parties are ORDERED to adhere to the briefing schedule set forth in the Court's February 23, 2026 Order, ECF 161. If the parties reach an agreement on any of these issues, they may file a stipulation memorializing that agreement by March 6, 2025.

DATED: _____

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Submitted by: Scott Kennedy
Senior Assistant Attorney General
Attorneys for Plaintiff, State of Oregon