# EXHIBIT A

| | |
|---|---|
| **From:** | Brian S Marshall |
| **To:** | Tagert, Stephen (CIV) |
| **Cc:** | Janice Thompson; Thomas Castelli; Ian Van Loh; Rachel Sowray; Alex Jones; Derek Olson; Turco, Caroline; jane.reilley@doj.ca.gov; Barbara HornePetersdorf; Meghan Strong; Edelman, Christopher (CIV); Jane Kim; Sheffield, Naomi; Lowenstein, Jody D. (CIV); Gerardi, Michael J. (CIV); Jacobs, Kathleen C (CIV); Lin, Jean (CIV); Davis, Tiberius (CIV); Bailey, John (CIV); Kurland, Benjamin S (CIV); Denis.Vannier@portlandoregon.gov; Jesse Basbaum; James Stanley; anya.binsacca@doj.ca.gov; Scott Kennedy; Elleanor Chin; Azimpoor, Kian K (CIV) |
| **Subject:** | [EXTERNAL] RE: Oregon v. Trump, 3:25-cv-01756-IM - stay, protective order amendment |
| **Date:** | Wednesday, February 18, 2026 7:40:05 PM |
| **Attachments:** | image001.png |

Hi Stephen,

I was out last week, so apologies for the delayed reply.

As a threshold matter, we do not believe that the precise nature of the State's need for these materials is relevant. As explained in my January 29 email, the legal inquiry regarding the need for a protective order is whether the producing party can demonstrate unfair prejudice. The protective order in this case is premised on the need to shield law enforcement activities and personally identifiable information from the public. Neither concern is raised by use of confidential materials within the Oregon Department of Justice.

In any event, as I mentioned in our conferrals, the Oregon Department of Justice has already announced that it is "actively monitoring past and current conduct of federal officers in our jurisdictions. The Oregon Attorney General intends to investigate any case where it appears a federal officer is engaging in conduct beyond the reasonable scope of their duties in executing and enforcing federal law. Any such investigations revealing criminal conduct by individual federal officers will be referred to the district attorney to evaluate for prosecution." AG Rayfield and Local District Attorneys Demand DHS End Unlawful Use of Force - Oregon Department of Justice : Media The materials are relevant to such monitoring and investigations.

In addition, yesterday Judge Simon granted motions by the State of Oregon and the City of Portland to participate as amicus in *Dickenson v. Trump*, No. 3:25-cv-02170 (D. Or.), ECF 108. The protective order should be modified to allow cross-use of confidential materials in that case (subject to the orders confidentiality protections, including paragraph 13.3 requiring filing under seal).

Given the district court's order requiring the parties file a status report on Friday, we'll send around a proposal on the disposition of the case. We should also include the parties' respective positions on this protective order issue (and, if defendants object to the release of the deposition video in response to the public records request that Scott raised yesterday, that issue as well).

**Brian Simmonds Marshall**

Oregon Department of Justice

503.507.5014 (mobile)

Brian.S.Marshall@doj.oregon.gov

---

**From:** Tagert, Stephen (CIV) <Stephen.Tagert@usdoj.gov>
**Sent:** Tuesday, February 10, 2026 7:33 AM
**To:** Brian S Marshall <Brian.S.Marshall@doj.oregon.gov>
**Cc:** Janice Thompson <Janice.Thompson@doj.oregon.gov>; Thomas Castelli <Thomas.Castelli@doj.oregon.gov>; Ian Van Loh <Ian.VanLoh@doj.oregon.gov>; Rachel Sowray <rachel.sowray@doj.oregon.gov>; Alex Jones <Alex.Jones@doj.oregon.gov>; Derek Olson <derek.olson@doj.oregon.gov>; Turco, Caroline <Caroline.Turco@portlandoregon.gov>; jane.reilley@doj.ca.gov; Barbara HornePetersdorf <Barbara.HornePetersdorf@doj.ca.gov>; Meghan Strong <meghan.strong@doj.ca.gov>; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Jane Kim <jane.kim@doj.oregon.gov>; Sheffield, Naomi <Naomi.Sheffield@portlandoregon.gov>; Lowenstein, Jody D. (CIV) <Jody.D.Lowenstein@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Bailey, John (CIV) <John.Bailey@usdoj.gov>; Kurland, Benjamin S (CIV) <Ben.Kurland@usdoj.gov>; Denis.Vannier@portlandoregon.gov; Jesse Basbaum <jesse.basbaum@doj.ca.gov>; James Stanley <james.stanley@doj.ca.gov>; anya.binsacca@doj.ca.gov; Scott Kennedy <scott.kennedy@doj.oregon.gov>; Elleanor Chin <Elleanor.Chin@doj.oregon.gov>; Azimpoor, Kian K (CIV) <Kian.K.Azimpoor@usdoj.gov>
**Subject:** RE: Oregon v. Trump, 3:25-cv-01756-IM - stay, protective order amendment

> **\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Brian,

We are still considering your request and are examining the legal authority you provided for why you think the modification should happen.

But you still haven't answered our first question from the January 5 email: why do you think this amendment is necessary at this time? We cannot fully evaluate your request without that information.

Stephen Tagert

---

**From:** Tagert, Stephen (CIV)
**Sent:** Monday, February 2, 2026 10:01 AM
**To:** 'Brian S Marshall' <Brian.S.Marshall@doj.oregon.gov>