Shelby Leighton*
Mariam Elbakr*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036

Leila Nasrolahi*
PUBLIC JUSTICE
475 14th St., Suite 610
Oakland, CA 94612

Athul Acharya, OSB #152436
Sara Rosenburg*
PUBLIC ACCOUNTABILITY
P.O. Box 14672
Portland, OR 97211

*Counsel for All Media Intervenors*

Jon Bial, OSB #002048
Katia Alcantar, OSB #201714
OREGON PUBLIC BROADCASTING
7140 S Macadam Avenue
Portland, OR 97219

*Counsel for Oregon Public Broadcasting*

*appearing pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | Case No. 3:25-cv-01756-IM <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Katia Alcantar withdraws as counsel of record for Oregon Public Broadcasting in the above-captioned case. All remaining counsel of record at Oregon Public Broadcasting, Public Justice, and Public Accountability will continue to represent Oregon Public Broadcasting in this matter.

Dated: April 2, 2026                    Submitted,


                                        /s/ *Katia Alcantar*
                                        Katia Alcantar, OSB #201714
                                        OREGON PUBLIC BROADCASTING
                                        7140 S Macadam Avenue
                                        Portland, OR 97219

                                        *Counsel for Oregon Public Broadcasting*