UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| STATE OF OREGON, *et al.*<br><br>    *Plaintiffs*,<br><br>        v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*<br><br>    *Defendants*. | Case No. 3:25-cv-01756-IM |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF PUBLIC JUSTICE AS COUNSEL FOR OREGON PUBLIC BROADCASTING**

Pursuant to Local Rule 83-11(c), Public Justice, on behalf of all Public Justice attorneys, hereby withdraws the organization's appearance as counsel for Intervenor Oregon Public Broadcasting ("OPB"), effective June 22, 2026. Local counsel, Public Accountability, has been notified and does not object to this motion. As OPB will continue to be represented by other counsel of record on this matter, there will be no prejudice to the parties, or any delay, caused by this withdrawal.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Mariam Elbakr*
Mariam Elbakr*
Shelby Leighton*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036

Leila Nasrolahi*
PUBLIC JUSTICE

1

475 14th St., Suite 610
Oakland, CA 94612

*admitted pro hac vice*

2

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Local Rule 83-11(a) and (c), I certify that, on June 22, 2026, I caused the aforementioned document to be served via email on all counsel of record and OPB through the CM/ECF system.

<u>/s/ Mariam Elbakr</u>
Mariam Elbakr*
Shelby Leighton*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036

Leila Nasrolahi*
PUBLIC JUSTICE
475 14th St., Suite 610
Oakland, CA 94612

*admitted pro hac vice

3