DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

[Additional counsel to appear on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

|  |  |
|---|---|
| STATE OF OREGON, the CITY OF PORTLAND, and the STATE OF CALIFORNIA<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No.  3:25-cv-01756-IM<br><br>PLAINTIFFS' UNOPPOSED MOTION TO DISBURSE BOND FUNDS |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Plaintiffs respectfully move for an order directing the Clerk to disburse the $100 bonds posted by Plaintiffs in relation to the Court's Temporary Restraining Orders (TRO) dated October 4 and 5, 2025. *See* ECF Nos. 72, 74, 75. The parties have conferred pursuant to LR 7-1, and Defendants' counsel confirmed that Defendants do not oppose this motion.

In support of this motion, Plaintiffs submit the following:

1.    On October 4, 2025, the Court issued its First TRO in this case and directed Plaintiffs to post a nominal bond of $100 within 48 hours, specifying that the bond shall be filed in the Clerk's Office and be deposited into the registry of the Court. ECF No. 56. The TRO was scheduled to expire under its own terms within 14 days subject to a potential 14-day extension. *Id.*

2.    On October 5, 2025, the Court issued its Second TRO in this case, and it again ordered Plaintiffs to post a nominal bond of $100 within 48 hours, specifying the same deposit procedure. ECF No. 68. The second TRO was also scheduled to expire under its own terms within 14 days subject to a potential 14-day extension. *Id.*

3.    On October 6, 2025, Plaintiffs filed proof of having deposited two bonds of $100 each with the Clerk's Office. ECF No. 72. On October 7, 2025, the Clerk's Office issued notices acknowledging both deposits with receipt numbers POR300113809 and POR300113810. ECF Nos. 74, 75.

4.    On November 7, 2025, the Court entered a Partial Final Judgment in favor of Plaintiffs and against Defendants on Counts I and III of Plaintiffs' Amended Complaint. ECF 147. On March 2, 2026, the Court entered an order dismissing Plaintiffs' remaining claims without prejudice, thereby resolving all claims in this matter. ECF No. 163.

5.    Given the above, both TROs have since either expired or been superseded by subsequent injunctive relief, which obviates any need to retain Plaintiffs' nominal bond payments.

Page 2 -    PLAINTIFFS' UNNOPPOSED MOTION TO DISBURSE BOND FUNDS

Plaintiffs therefore respectfully request that the Court enter an order directing the Clerk to disburse both $100 bonds posted by Plaintiffs. Because the bond payments were submitted by the City of Portland, the sums should be disbursed back to the City. A proposed order accompanies this motion.

DATED July 30, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Solicitor General
DUSTIN BUEHLER
Special Counsel

*s/ Scott Kennedy*
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Thomas.Castelli@doj.oregon.gov
Ian.VanLoh@doj.oregon.gov
Rachel.Sowray@doj.oregon.gov
Alex.Jones@doj.oregon.gov

*Counsel for the State of Oregon*

Page 3 -   PLAINTIFFS' UNNOPPOSED MOTION TO DISBURSE BOND FUNDS

ROBERT TAYLOR  #044287
Portland City Attorney

*s/ Caroline Turco*
CAROLINE TURCO  #083813
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Caroline.Turco@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov

*Counsel for the City of Portland*

**ROB BONTA**
Attorney General of California

*s/ Jane Reilley*
MICHAEL L. NEWMAN, CA SBN #222993
THOMAS S. PATTERSON, CA SBN #202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, CA SBN #189613
MARISSA MALOUFF, CA SBN #316046
JAMES E. STANLEY, CA SBN #316288
Supervising Deputy Attorneys General
JESSE BASBAUM, CA SBN #273333
BARBARA HORNE-PETERSDORF, CA SBN
# 327738
JANE REILLEY, CA SBN #314766
MEGHAN H. STRONG, CA SBN #324503
Deputy Attorneys General
300 S. Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6667
E-mail: Barbara.HornePetersdorf@doj.ca.gov

*Counsel for the State of California*

Page 4 -   PLAINTIFFS' UNNOPPOSED MOTION TO DISBURSE BOND FUNDS