DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN
Deputy Attorney General
DUSTIN BUEHLER
Special Counsel
SCOTT KENNEDY #260337
BRIAN SIMMONDS MARSHALL #196129
THOMAS CASTELLI #226448
IAN VAN LOH #225163
RACHEL SOWRAY #095159
Senior Assistant Attorneys General
ALEXANDER C. JONES #213898
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov

*Counsel for the State of Oregon*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

STATE OF OREGON, the CITY OF PORTLAND, and the STATE OF CALIFORNIA

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 3:25-cv-01756-IM

[PROPOSED] ORDER TO WITHDRAW FUNDS AND DISBURSE
(Treasury Registry Funds)

Funds in the amount of $100 were previously deposited with the Court pursuant to the Court's Order (#56) of October 4, 2025. These funds were deposited into the Court's treasury registry fund.

Funds in the amount of $100 were also previously deposited with the Court pursuant to the Court's Order (#68) of October 5, 2025. These funds were deposited into the Court's treasury registry fund.

In accordance with the Partial Final Judgment (#75), entered November 7, 2025, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

1. **Payments:**

Payee: City of Portland

Percentage of Funds to this Payee: 100%

Payment will be processed via electronic funds transfer to the account provided on the AO-213P form.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this __ day of _________ 2026.

______________________________
HONORABLE KARIN J. IMMERGUT
U. S. District Court Judge



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

For Court Use Only

APPORVED AS TO FORM:
Melissa Aubin, Clerk of Court

______________________
By: Financial Administrator



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000